# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**, *et al.*,

        Plaintiffs,

    v.

**STAPLES, INC.** and
**OFFICE DEPOT, INC.**,

        Defendants.

Civil Action No. 15-cv-2115

## Stipulation and [Proposed] Order

    WHEREAS, Plaintiffs, the Federal Trade Commission (the "Commission"), the District of Columbia, and the Commonwealth of Pennsylvania, filed their Complaint in this matter on December 7, 2015, seeking, among other relief, a temporary restraining order and preliminary injunction enjoining Staples, Inc. from acquiring Office Depot, Inc. (the "Proposed Merger"); and

    WHEREAS, absent this Stipulation, Defendant Staples, Inc. would be free to consummate the proposed acquisition as of 12:01 a.m. on December 9, 2015; and

    WHEREAS, the parties have agreed that Defendants will not consummate the proposed merger until four business days after the Court rules on the Commission's motion for a preliminary injunction, pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b);

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AMONG THE PARTIES:

1. Staples, Inc. and Office Depot, Inc. shall not consummate the Proposed Merger, or otherwise effect a combination of Staples, Inc. and Office Depot, Inc., until four business days after the Court rules on the Commission's motion for a preliminary injunction, pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b); and

2. In connection with the paragraph immediately above, Staples, Inc. and Office Depot, Inc. shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, any such merger, or otherwise effecting any combination between Staples, Inc. and Office Depot, Inc.; and

3. This Stipulation and Order is without any prejudice to any rights or defenses that any Defendant may have; and

4. Any party may seek to amend this Stipulation and Order at any time upon proper notice.

Dated: December 8, 2015

Respectfully Submitted,

  /s/ Tara Reinhart

Tara Reinhart
(D.C. Bar 462106)
Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
400 Seventh Street, N.W.
Washington, D.C. 20024
202-326-2638
treinhart@ftc.gov

*Attorney for Federal Trade Commission*

  /s/ Diane Sullivan

Diane Sullivan
(D.C. Bar 1014037)
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
diane.sullivan@weil.com
212-310-8897 (Direct Dial)

Carrie M. Anderson
(D.C. Bar 459802)
Weil, Gotshal & Manges LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005-3314
carrie.anderson@weil.com
202-682-7231 (Direct Dial)

Jeffrey H. Perry
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
jeffrey.perry@weil.com
202-682-7105

*Attorneys for Staples, Inc.*

  /s/ Matthew J. Reilly

Matthew J. Reilly
(DC Bar No. 457884)
Andrew M. Lacy
(DC Bar No. 496644)
Peter C. Herrick
(DC Bar No. 1029327)
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001
Matt.Reilly@stblaw.com
ALacy@stblaw.com
Peter.Herrick@stblaw.com

*Attorneys for Office Depot, Inc.*

SO ORDERED, this _____ day of December, 2015.

                                                            Judge Emmet G. Sullivan
                                                            United States District Court Judge

**NAMES OF PERSONS TO BE SERVED**

Tara Reinhart
Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
400 Seventh Street, N.W.
Washington, D.C. 20024
202-326-2638
treinhart@ftc.gov

Counsel for Plaintiff Federal Trade Commission


Bennett Rushkoff
Chief, Public Advocacy Section
441 4th Street, N.W., Suite 600 South
Washington, D.C. 20001
202-727-5173
bennett.rushkoff@dc.gov

Catherine Jackson
Assistant Attorney General
441 4th Street, N.W., Suite 600 South
Washington, DC 20001
202-442-9864
catherine.jackson@dc.gov

Counsel for Plaintiff District of Columbia


Tracy W. Wertz
Chief Deputy Attorney General
Commonwealth of Pennsylvania
Pennsylvania Office of Attorney General
Antitrust Section
14th Floor, Strawberry Square
Harrisburg, PA 17120
717-787-4530
twertz@attorneygeneral.gov

Counsel for Plaintiff Commonwealth of Pennsylvania

Diane Sullivan
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
diane.sullivan@weil.com
212-310-8897 Direct

Carrie M. Anderson
Weil, Gotshal & Manges LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005-3314
carrie.anderson@weil.com
202-682-7231

Jeffrey H. Perry
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005-3314
jeffrey.perry@weil.com
202-682-7105

Counsel for Defendant Staples, Inc.


Matthew J. Reilly
Andrew M. Lacy
Peter C. Herrick
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001
Matt.Reilly@stblaw.com
ALacy@stblaw.com
Peter.Herrick@stblaw.com
202-636-5566

Counsel for Defendant Office Depot, Inc.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of December, 2015, I served the foregoing on the following counsel via electronic mail:

Bennett Rushkoff
Chief, Public Advocacy Section
441 4th Street, N.W., Suite 600 South
Washington, D.C. 20001
202-727-5173
bennett.rushkoff@dc.gov

Catherine Jackson
Assistant Attorney General
441 4th Street, N.W., Suite 600 South
Washington, DC 20001
202- 442-9864
catherine.jackson@dc.gov

Counsel for Plaintiff District of Columbia


Tracy W. Wertz
Chief Deputy Attorney General
Commonwealth of Pennsylvania
Pennsylvania Office of Attorney General
Antitrust Section
14th Floor, Strawberry Square
Harrisburg, PA 17120
717-787-4530
twertz@attorneygeneral.gov

Counsel for Plaintiff Commonwealth of Pennsylvania


Diane Sullivan
(D.C. Bar 1014037)
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
diane.sullivan@weil.com

Carrie M. Anderson
Jeffrey Perry
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
carrie.anderson@weil.com
jeffrey.perry@weil.com

Counsel for Defendant Staples, Inc.


Matthew Reilly
Andrew M. Lacy
Peter C. Herrick
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001
202-636-5566
matt.reilly@stblaw.com
ALacy@stblaw.com
Peter.Herrick@stblaw.com

Counsel for Defendant Office Depot, Inc.


   /s/ Ryan K. Quillian
Ryan K. Quillian
Attorney for Plaintiff Federal Trade Commission