**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
FEDERAL TRADE COMMISSION,      )
ET AL.,                        )
                               )
              Plaintiffs,      )
                               )  Civil Action No.15-2115 (EGS)
         v.                    )  (UNDER SEAL)
                               )
STAPLES, INC. and             )
OFFICE DEPOT, INC.            )
                               )
                               )
                               )
              Defendants.     )
_____)
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion issued this same day, it is hereby

**ORDERED** that Defendants Staples, Inc. and Office Depot, Inc.'s Motion to Compel is **DENIED**; it is also hereby

**ORDERED** that the parties shall file any objections to publishing the opinion and order on the public docket no later than 12:00 p.m. Friday, January 29, 2016.

**SO ORDERED.**

Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **January 21, 2016.**