IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STAPLES, INC. and OFFICE DEPOT, INC., <br><br> Defendants. | Civil Action No. 1:15-cv-02115 <br><br> (Judge Emmet G. Sullivan) |

**NOTICE OF FILING OF PUBLIC VERSION OF EXHIBITS TO DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Filed herewith are redacted public versions of Defendants' Exhibits to their Brief in

Opposition to Plaintiffs' Motion for Preliminary Injunction (Docket Entry 199).

Dated:  March 20, 2016

Respectfully submitted,

*/s/ Diane Sullivan*
Diane Sullivan
Eric S. Hochstadt
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
diane.sullivan@weil.com
eric.hochstadt@weil.com

Jeffrey H. Perry
Carrie Mahan Anderson
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Washington, DC 20005
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
carrie.anderson@weil.com
jeffrey.perry@weil.com

*Counsel for Staples, Inc.*