# ATTACHMENT A

**Confidential Exhibits Filed Under Seal**

DX00002, DX00004, DX00006, DX00007, DX00025, DX00029, DX00030, DX00032, DX00033, DX00034, DX00035, DX00037, DX00039, DX00040, DX00041, DX00070, DX00073, DX00076, DX00077, DX00079, DX00090, DX00092, DX00097, DX00098, DX00117, DX00122, DX00139, DX00150, DX00152, DX00156, DX00175, DX00198, DX00216, DX00217, DX00218, DX00263, DX00297, DX00301, DX00302, DX00304, DX00322, DX00335, DX00336, DX00349, DX00366, DX00367, DX00368, DX00369, DX00370, DX00381, DX00389, DX00392, DX00396, DX00397, DX00418, DX00475, DX00501, DX00511, DX00519, DX00541, DX00542, DX00550, DX00984, DX00986, DX00993, DX01021, DX02408, DX02409, DX02410, DX02411, DX02412, DX02414, DX02415, DX02416, DX02417, DX02418, DX02419, DX02420, DX02421, DX02422, DX02423, DX02424, DX02425, DX02426, DX02427, DX02428, DX02429, DX02430, DX02431, DX02432, DX02433, DX02434, DX02436, DX02437, DX02438, DX02439, DX02440, DX02442, DX02444, DX02446, DX02447, DX02449, DX02450, DX02451, DX02452, DX02453, DX02454, DX02455, DX02456, DX02463, DX02537, DX02553, DX02554, DX02557, DX02560, DX02592, DX02602, DX02627, DX02628, DX02629, DX02633, DX02633, DX02637, DX02639, DX02643, DX02646, DX02963, DX02964, DX02965, DX02966, DX02967, DX02968, DX02969, DX02971, DX02972, DX02973, DX02988, DX03881, DX03888, DX03890, DX03892, DX03893, DX03894, DX03900, DX03902, DX03912, DX03913, DX03915, DX03917, DX03931, DX03933, DX03940, DX03942, DX03952, DX03998, DX04010, DX04013, DX04029, DX04056, DX04125, DX04171, DX04182, DX04185, DX04186, DX04209, DX04242, DX04243, DX04263, DX04263, DX04264, DX04286, DX04287, DX04289, DX04296, DX04298, DX04334,

DX04335, DX04399, DX04406, DX04413, DX04418, DX04426, DX04439, DX04440, DX04451, DX04474, DX04487, DX04980, DX04981, DX04982, DX04983, DX04984, DX04985, DX04987, DX04988, DX04989, DX04992, DX04993, DX05023, DX05027, DX05031, DX05032, DX05033, DX05034, DX05035, DX05036, DX05039, DX05040, DX05041, DX05049, DX05050, DX05051, DX05062, DX05063, DX05064, DX05065, DX05080, DX05082, DX05089, DX05090, DX05091, PX03001, PX03002, PX03005, PX03006, PX03007, PX03008, PX03009, PX03012, PX03014, PX03016, PX03020, PX03021, PX03022, PX03023, PX03024, PX03026, PX03037, PX03041, PX03043, PX03046, PX03047, PX03055, PX03058, PX03062, PX03069, PX03076, PX03077, PX03083, PX03091, PX07175.