CONTAINS CONFIDENTIAL MATERIALS

# Exhibit A

## Staples and Office Depot Sales, Fiscal Year 2014 ($MM)



Sources:  Staples FY2014 10-K, page C-43; Office Depot FY2014 10-K, page 120; Staples and Office Depot Second Request Specification 8 data, Office Depot Specification 26 and Staples Specification 25 data.

CONTAINS CONFIDENTIAL MATERIALS

## Exhibit B

**Largest B-to-B Staples and Office Depot Customers
Based on Total Purchases in FTC Product Market ($MM)
Fiscal Year 2015**

| Rank | Customer Name | FTC Product Market | Outside FTC Product Market | | | Grand Total | Ratio of Outside to Inside FTC Product Market |
|------|--------------|--------------------|----------|-------|-------|-------------|-----------------------------------------------|
| | | | Ink and Toner | Other | Total | | |
| **Staples Customers** | | | | | | | |
| 1 | | $24.5 | $33.1 | $34.0 | $67.1 | $91.6 | 2.7 |
| 2 | | $21.5 | $5.0 | $39.5 | $44.6 | $66.0 | 2.1 |
| 3 | | $15.9 | $5.6 | $17.2 | $22.8 | $38.7 | 1.4 |
| 4 | | $15.4 | $19.7 | $10.6 | $30.2 | $45.7 | 2.0 |
| 5 | | $12.7 | $3.7 | $7.5 | $11.2 | $23.9 | 0.9 |
| 6 | | $11.0 | $3.1 | $8.1 | $11.2 | $22.1 | 1.0 |
| 7 | | $9.1 | $3.6 | $11.6 | $15.2 | $24.3 | 1.7 |
| 8 | | $8.8 | $4.4 | $11.1 | $15.6 | $24.4 | 1.8 |
| 9 | | $8.4 | $2.7 | $4.7 | $7.4 | $15.8 | 0.9 |
| 10 | | $8.3 | $11.5 | $14.2 | $25.7 | $33.9 | 3.1 |
| **Office Depot Customers** | | | | | | | |
| 1 | | $18.5 | $6.6 | $4.1 | $10.7 | $29.3 | 0.6 |
| 2 | | $14.5 | $1.2 | $2.3 | $3.5 | $18.0 | 0.2 |
| 3 | | $13.7 | $8.4 | $3.5 | $11.9 | $25.5 | 0.9 |
| 4 | | $11.7 | $5.8 | $5.9 | $11.7 | $23.4 | 1.0 |
| 5 | | $11.3 | $20.7 | $8.3 | $28.9 | $40.2 | 2.6 |
| 6 | | $9.2 | $7.0 | $2.7 | $9.6 | $18.8 | 1.0 |
| 7 | | $8.8 | $1.9 | $23.2 | $25.1 | $33.9 | 2.8 |
| 8 | | $8.7 | | $.0 | $.0 | $8.7 | 0.0 |
| 9 | | $8.6 | $4.4 | $.8 | $5.3 | $13.9 | 0.6 |
| 10 | | $7.4 | $3.5 | $2.9 | $6.4 | $13.8 | 0.9 |

Sources: Office Depot and Staples Second Request Specification 8 data, Office Depot Specification 26 and Staples Specification 25 data.
Notes: Staples sales annualized based on eleven months of fiscal year 2015 data.

CONTAINS CONFIDENTIAL MATERIALS

## Exhibit C

### Staples and Office Depot Sales to Large B-to-B Customers
### By Product Category
### Fiscal Years 2010 and 2015

| Division | 2010 | | 2015 | |
|---|---|---|---|---|
| | Sales ($MM) | Share of Total Sales | Sales ($MM) | Share of Total Sales |
| **Large B-to-B Customers** | | | | |
| **FTC Product Market** | | | | |
| Office Supplies | $789.9 | 26% | $912.2 | 25% |
| Paper | $690.4 | 23% | $748.5 | 20% |
| *Total* | $1,480.3 | 49% | $1,660.6 | 45% |
| | | | | |
| **Consumables Not Included by FTC** | | | | |
| Ink and Toner | $798.2 | 26% | $786.1 | 21% |
| | | | | |
| **Other Products Not Included by FTC** | | | | |
| Cleaning / Breakroom | $196.7 | 6% | $505.0 | 14% |
| Furniture | $122.0 | 4% | $179.1 | 5% |
| Peripherals | $210.9 | 7% | $247.6 | 7% |
| Miscellaneous | $232.6 | 8% | $278.4 | 8% |
| *Total* | $762.1 | 25% | $1,210.0 | 33% |
| | | | | |
| *Grand Total* | *$3,040.6* | *100%* | *$3,656.7* | *100%* |
| **All B-to-B Customers** | | | | |
| **FTC Product Market** | | | | |
| Office Supplies | $2,896.1 | 28% | $2,723.2 | 27% |
| Paper | $2,094.1 | 21% | $1,743.9 | 17% |
| *Total* | $4,990.2 | 49% | $4,467.2 | 45% |
| | | | | |
| **Consumables Not Included by FTC** | | | | |
| Ink and Toner | $2,533.0 | 25% | $2,025.0 | 20% |
| | | | | |
| **Other Products Not Included by FTC** | | | | |
| Cleaning / Breakroom | $647.5 | 6% | $1,243.3 | 12% |
| Furniture | $531.9 | 5% | $648.7 | 7% |
| Peripherals | $709.3 | 7% | $669.6 | 7% |
| Miscellaneous | $785.9 | 8% | $919.2 | 9% |
| *Total* | $2,674.5 | 26% | $3,480.8 | 35% |
| | | | | |
| *Grand Total* | *$10,197.7* | *100%* | *$9,973.0* | *100%* |

Sources: Office Depot and Staples Second Request Specification 8 data, Office Depot Specification 26 and Staples Specification 25 data.

Notes: Staples sales annualized based on eleven months of fiscal year 2015 data.

CONTAINS CONFIDENTIAL MATERIALS

## Exhibit D

**Largest Staples and Office Depot Vendors**
**Based on Total Sales to Large B-to-B Customers**
**Fiscal Year 2015**

| Rank | Vendor Name | Sales ($MM) | Percentage of Total Company Category Sales |
|------|-------------|-------------|--------------------------------------------|
| **Office Supplies** | | | |
| **Staples Vendor** | | | |
| 1 | | $47.6 | 16% |
| 2 | | $40.9 | 14% |
| 3 | | $38.9 | 13% |
| 4 | | $32.1 | 11% |
| 5 | | $12.7 | 4% |
| **Office Depot Vendor** | | | |
| 1 | | $37.2 | 10% |
| 2 | | $34.5 | 9% |
| 3 | | $33.4 | 9% |
| 4 | | $24.0 | 7% |
| 5 | | $23.1 | 6% |
| **Paper** | | | |
| **Staples Vendor** | | | |
| 1 | | $19.8 | 41% |
| 2 | | $5.2 | 11% |
| 3 | | $5.0 | 10% |
| 4 | | $3.2 | 7% |
| 5 | | $2.7 | 6% |
| **Office Depot Vendor** | | | |
| 1 | | $10.7 | 29% |
| 2 | | $9.7 | 26% |
| 3 | | $2.1 | 6% |
| 4 | | $2.1 | 6% |
| 5 | | $1.7 | 5% |

Sources: Office Depot and Staples Second Request Specification 8 data, Office Depot Specification 26 and Staples Specification 25 data.
Notes: Staples sales annualized based on eleven months of fiscal year 2015 data.

CONTAINS CONFIDENTIAL MATERIALS

# Exhibit E

## Average Distance Shipped from B-to-B Distribution Centers
## To Large B-to-B Customers
## Fiscal Year 2015

| Firm | Products[1] | Value of Shipped Products[2] | U.S. Distribution Centers | Sales Weighted Average Distance Shipped (miles)[3] | |
|------|------------|------------------------------|---------------------------|------|--------|
| | | | | Mean | Median |
| Staples[4] | All Products | $1,821,768,482 | 27 | 123 | 78 |
| Office Depot[5] | FTC Product Categories | $748,361,229 | 30 | 149 | 105 |

Sources: Office Depot and Staples Second Request Specification 8, Specification 15, Specification 16 data. U.S. Census Bureau files.

Notes: [1]Staples data cannot be restricted to Office Supplies alone.

[2]Staples sales have been annualized from 11 months of data. Excludes shipping beyond the Continental U.S. Excludes ship to addresses that are labeled as unreliable or for which the zip code and state are incompatible.

[3]Shipping distance calculated at the zip code level.

[4]The Anchorage distribution center (#129) is excluded.

[5]Excludes the OfficeMax distribution centers in Hawaii and Puerto Rico (#81, #92, #93, #94 and #96).

CONTAINS CONFIDENTIAL MATERIALS

# Exhibit F

## Illustration of Supply Chain for Business Supplies



CONTAINS CONFIDENTIAL MATERIALS

# Exhibit G

## Product Categories Included in Staples B-to-B Bids
## $500,000 or Larger
## 2012-2014

| Year | Total Number of Bids | Other Categories Included in the Bid: | | | | | |
|------|------|------|------|------|------|------|------|
| | | No Other Categories | | 1-4 Other Categories | | 5-9 Other Categories | |
| | | Count | Percent | Count | Percent | Count | Percent |
| **Bids Including Office Supplies and Paper, and Excluding Ink/Toner** | | | | | | | |
| 2012 | 53 | 6 | 11.3% | 43 | 81.1% | 4 | 7.5% |
| 2013 | 55 | 11 | 20.0% | 43 | 78.2% | 1 | 1.8% |
| 2014 | 58 | 11 | 19.0% | 45 | 77.6% | 2 | 3.4% |
| **Bids Including Office Supplies, Paper and Ink/Toner** | | | | | | | |
| 2012 | 318 | 0 | 0.0% | 250 | 78.6% | 68 | 21.4% |
| 2013 | 436 | 1 | 0.2% | 331 | 75.9% | 104 | 23.9% |
| 2014 | 461 | 1 | 0.2% | 329 | 71.4% | 131 | 28.4% |
| **Bids Including Office Supplies But Not Paper** | | | | | | | |
| 2012 | 70 | 2 | 2.9% | 66 | 94.3% | 2 | 2.9% |
| 2013 | 122 | 5 | 4.1% | 114 | 93.4% | 3 | 2.5% |
| 2014 | 169 | 4 | 2.4% | 160 | 94.7% | 5 | 3.0% |
| **Bids Not Including Office Supplies** | | | | | | | |
| 2012 | 87 | 60 | 69.0% | 27 | 31.0% | 0 | 0.0% |
| 2013 | 200 | 127 | 63.5% | 73 | 36.5% | 0 | 0.0% |
| 2014 | 254 | 157 | 61.8% | 97 | 38.2% | 0 | 0.0% |

Sources: Staples Second Request Specification 21 data.

Notes: The division "Unallocated Coupons & Other" has been excluded from this analysis.

CONTAINS CONFIDENTIAL MATERIALS

# Exhibit H

## Product Categories Included in Staples Purchases
## Large B-to-B Customers
## Fiscal Years 2012-2014

| Year | Total Number of Purchases | Other Categories Included in the Purchase: | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | No Other Categories | | 1-4 Other Categories | | 5-9 Other Categories | |
| | | Count | Percent | Count | Percent | Count | Percent |
| **Purchases Including Office Supplies and Paper, and Excluding Ink/Toner** | | | | | | | |
| 2012 | 16 | 1 | 6.3% | 10 | 62.5% | 5 | 31.3% |
| 2013 | 15 | 0 | 0.0% | 12 | 80.0% | 3 | 20.0% |
| 2014 | 11 | 0 | 0.0% | 9 | 81.8% | 2 | 18.2% |
| **Purchases Including Office Supplies, Paper and Ink/Toner** | | | | | | | |
| 2012 | 485 | 0 | 0.0% | 245 | 50.5% | 240 | 49.5% |
| 2013 | 499 | 0 | 0.0% | 271 | 54.3% | 228 | 45.7% |
| 2014 | 518 | 0 | 0.0% | 295 | 56.9% | 223 | 43.1% |
| **Purchases Including Office Supplies But Not Paper** | | | | | | | |
| 2012 | 4 | 0 | 0.0% | 4 | 100.0% | 0 | 0.0% |
| 2013 | 2 | 0 | 0.0% | 1 | 50.0% | 1 | 50.0% |
| 2014 | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Purchases Not Including Office Supplies** | | | | | | | |
| 2012 | 11 | 6 | 54.5% | 5 | 45.5% | 0 | 0.0% |
| 2013 | 6 | 5 | 83.3% | 1 | 16.7% | 0 | 0.0% |
| 2014 | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

Sources: Office Depot and Staples Second Request Specification 8 data, Office Depot Specification 26 and Staple Specification 25 data.

CONTAINS CONFIDENTIAL MATERIALS
## Exhibit I-1

## Professor Shapiro's Margins for Office Depot, by Product Sub-Category
## Large B-to-B Customers
## Fiscal Year 2015

| Product Sub-Category | All Vendors, Including Private Label and Wholesalers | All Vendors, Excluding Private Label and Wholesalers |
|---|---|---|
| **Office Supplies** | | |
| BINDERS | | |
| DATED AND FORMS | | |
| FILING | | |
| LABELS | | |
| MAILROOM/SHIPPING | | |
| OFFICE ACCESSORIES | | |
| OFFICE ESSENTIALS | | |
| PRESENTATION | | |
| SCHOOL SUPPLIES | | |
| STATIONERY & CARDS | | |
| STORAGE | | |
| WRITING | | |
| **All Sub-Categories** | | |
| **Paper** | | |
| PAPER | | |



Sources: Office Depot Specification 8, Specification 26 data.
Notes: Office Depot product categories used for Office Max data.

CONTAINS CONFIDENTIAL MATERIALS

**Exhibit I-2**

**Professor Shapiro's Margins for Staples, by Product Sub-Category**
**Large B-to-B Customers**
**Fiscal Year 2015**

| Product Sub-Category | All Vendors, Including Private Label and Wholesalers | All Vendors, Excluding Private Label and Wholesalers |
|---|---|---|
| **Office Supplies** | | |
| BINDERS | | |
| BOARDS & EASELS | | |
| BUSINESS CASES & ACCESSORIES | | |
| BUSINESS ESSENTIALS | | |
| BUSINESS TOOLS | | |
| DATED GOODS & ORGANIZERS | | |
| DESK ACCESSORIES | | |
| ENVELOPES | | |
| FILING | | |
| FINE WRITING | | |
| FORMS | | |
| INK WRITING | | |
| LABELS & TAGS | | |
| LEAD WRITING | | |
| MAPS | | |
| MARKERS | | |
| PADS & MEMOS | | |
| PERSONAL ORGANIZERS | | |
| POST-IT NOTES & INDEX CARDS | | |
| PRESENTATION | | |
| SCHOOL & ART SUPPLIES | | |
| SHIPPING & MAILING SUPPLIES | | |
| STORAGE & ORGANIZATION | | |
| TEACHING & EDUCATION | | |
| UNASSIGNED OFFICE SUPPLIES | | |
| **All Sub-Categories** | | |
| PAPER | | |

Sources: Staples Second Request Specification 8, Specification 25 data.
Notes: Staples sales annualized based on eleven months of fiscal year 2015 data.

CONTAINS CONFIDENTIAL MATERIALS

## Exhibit J

### Product Mixes Among Staples and Office Depot
### Fortune 100 B-to-B Customers

| Fortune 100 Rank | Customer Name | Office Products Purchases in FY 2015 | | | |
|---|---|---|---|---|---|
| | | Office Supplies | Paper | Ink & Toner | All Other |
| | | 21% | 4% | 7% | 68% |
| | | 29% | 11% | 22% | 38% |
| | | 34% | 17% | 23% | 26% |
| | | 26% | 22% | 24% | 27% |
| | | 25% | 6% | 6% | 63% |
| | | 22% | 19% | 44% | 16% |
| | | 38% | 15% | 17% | 30% |
| | | 23% | 13% | 19% | 45% |
| | | 17% | 21% | 47% | 14% |
| | | 20% | 13% | 10% | 57% |
| | | 19% | 25% | 27% | 28% |
| | | 26% | 36% | 11% | 26% |
| | | 48% | 33% | 1% | 18% |
| | | 25% | 35% | 22% | 18% |
| | | 26% | 20% | 12% | 42% |
| | | 35% | 39% | 16% | 10% |
| | | 10% | 6% | 24% | 60% |
| | | 50% | 4% | 5% | 41% |
| | | 12% | 16% | 20% | 52% |
| | | 27% | 12% | 9% | 52% |
| | | 11% | 17% | 51% | 21% |
| | | 12% | 57% | 3% | 28% |
| | | 20% | 33% | 16% | 31% |
| | | 23% | 18% | 34% | 25% |
| | | 32% | 12% | 9% | 47% |
| | | 20% | 31% | 23% | 27% |
| | | 66% | 14% | 7% | 13% |

CONTAINS CONFIDENTIAL MATERIALS

## Exhibit J

### Product Mixes Among Staples and Office Depot
### Fortune 100 B-to-B Customers

| Fortune 100 Rank | Customer Name | Office Products Purchases in FY 2015 | | | |
|---|---|---|---|---|---|
| | | Office Supplies | Paper | Ink & Toner | All Other |
| | | 24% | 45% | 10% | 21% |
| | | 27% | 8% | 15% | 51% |
| | | 13% | 14% | 38% | 36% |
| | | 46% | 6% | 10% | 38% |
| | | 31% | 14% | 12% | 43% |
| | | 7% | 17% | 35% | 41% |
| | | 17% | 8% | 3% | 72% |
| | | 9% | 17% | 6% | 68% |
| | | 16% | 1% | 78% | 5% |
| | | 39% | 21% | 16% | 24% |
| | | 36% | 13% | 14% | 38% |
| | | 26% | 25% | 14% | 34% |
| | | 39% | 5% | 0% | 55% |
| | | 21% | 21% | 52% | 6% |
| | | 37% | 31% | 15% | 17% |
| | | 45% | 16% | 13% | 26% |
| | | 22% | 21% | 34% | 23% |
| | | 30% | 19% | 15% | 37% |
| | | 18% | 18% | 59% | 4% |
| | | 49% | 25% | 1% | 26% |
| | | 24% | 14% | 17% | 44% |
| | | 23% | 27% | 18% | 32% |
| | | 24% | 49% | 0% | 27% |
| | | 32% | 31% | 18% | 19% |
| | | 21% | 7% | 8% | 64% |
| | | 19% | 9% | 47% | 26% |
| | | 20% | 15% | 48% | 17% |

CONTAINS CONFIDENTIAL MATERIALS

## Exhibit J

### Product Mixes Among Staples and Office Depot
### Fortune 100 B-to-B Customers

| Fortune 100 Rank | Customer Name | Office Products Purchases in FY 2015 | | | |
|---|---|---|---|---|---|
| | | Office Supplies | Paper | Ink & Toner | All Other |
| | | 26% | 29% | 24% | 21% |
| | | 35% | 19% | 19% | 27% |
| | | 25% | 12% | 53% | 10% |
| | | 33% | 31% | 25% | 11% |
| | | 36% | 11% | 33% | 20% |
| | | 39% | 1% | 6% | 55% |
| | | 30% | 24% | 23% | 22% |
| | | 32% | 46% | 3% | 20% |
| | | 25% | 31% | 6% | 38% |
| | | 20% | 11% | 38% | 30% |
| | | 48% | 16% | 23% | 14% |
| | | 38% | 32% | 13% | 18% |
| | | 25% | 14% | 26% | 36% |
| | | 26% | 16% | 36% | 22% |
| | | 18% | 12% | 24% | 46% |
| | | 23% | 27% | 18% | 32% |
| | | 27% | 10% | 21% | 42% |
| | | 4% | 5% | 79% | 12% |
| | | 20% | 14% | 13% | 54% |
| | | 23% | 13% | 8% | 56% |
| | | 13% | 19% | 8% | 60% |
| | | 58% | 4% | 0% | 38% |
| | | 38% | 14% | 23% | 24% |
| | | 25% | 15% | 13% | 48% |
| | | 23% | 21% | 31% | 25% |
| | | 18% | 31% | 36% | 16% |
| | | 35% | 26% | 23% | 15% |

CONTAINS CONFIDENTIAL MATERIALS

## Exhibit J

**Product Mixes Among Staples and Office Depot
Fortune 100 B-to-B Customers**

| Fortune 100 Rank | Customer Name | Office Products Purchases in FY 2015 | | | |
|---|---|---|---|---|---|
| | | Office Supplies | Paper | Ink & Toner | All Other |
| | | 7% | 20% | 67% | 6% |
| | | 35% | 13% | 31% | 22% |
| | | 53% | 4% | 12% | 31% |
| | | 21% | 17% | 21% | 41% |
| | | 25% | 13% | 55% | 7% |
| | | 34% | 18% | 19% | 30% |
| | | 25% | 14% | 30% | 31% |
| | | 31% | 23% | 17% | 29% |
| | | 21% | 23% | 44% | 13% |
| | | 18% | 29% | 28% | 24% |
| | | 14% | 6% | 51% | 29% |
| | | 35% | 16% | 1% | 49% |
| | | 28% | 29% | 16% | 27% |
| | | 30% | 15% | 11% | 44% |
| | | 30% | 13% | 20% | 37% |
| | | 25% | 18% | 21% | 35% |
| | | 32% | 19% | 21% | 28% |
| | | 49% | 14% | 11% | 27% |
| | | 29% | 17% | 16% | 38% |

Sources: Office Depot and Staples Second Request Specification 8 data, Office Depot Specification 26 and Staples Specification 25 data.
Notes: Staples purchases annualized based on eleven months of fiscal year 2015 data.

CONTAINS CONFIDENTIAL MATERIALS

# Exhibit K

## Comparison of Contract Prices and Online Prices[1]
## Large B-to-B Customers
## FTC Product Market

| | Fiscal Year | | |
| --- | --- | --- | --- |
| | 2012 | 2013 | 2014 |
| **Staples** | | | |
| Sales with Contract Price Above Online Price | 7.4% | 7.0% | 7.3% |
| Sales with Contract Price Less Than 5% Below Online Price | 7.4% | 5.1% | 2.7% |
| TOTAL | 14.8% | 12.0% | 10.0% |
| **Office Depot** | | | |
| Sales with Contract Price Above Online Price | 20.3% | 23.6% | 22.8% |
| Sales with Contract Price Less Than 5% Below Online Price | 8.4% | 10.1% | 9.3% |
| TOTAL | 28.7% | 33.8% | 32.0% |
| **Staples + Office Depot** | | | |
| Sales with Contract Price Above Online Price | 15.1% | 15.7% | 14.8% |
| Sales with Contract Price Less Than 5% Below Online Price | 8.0% | 7.7% | 5.9% |
| TOTAL | 23.1% | 23.5% | 20.7% |

Sources: Office Depot and Staples Second Request Specification 7, Specification 8 data, Office Depot Specification 26 and Staples Specification 25 data.

Notes: [1]Includes data for top 1000 SKUs by dollar sales.

CONTAINS CONFIDENTIAL MATERIALS

## Exhibit L

**Availability of Staples and Office Depot Top-Selling Products in FTC Product Market From Other Sellers[1]**

| Sales Rank in Category | Product Description | FY 2015 Sales ($MM)[2] | Available at: | | | |
|---|---|---|---|---|---|---|
| | | | W.B. Mason | Amazon | Grainger | Cardinal |
| **Office Supplies** | | | | | | |
| **Staples** | | | | | | |
| 1 | | $8.70 | X | X | X | X |
| 2 | | $6.95 | X | X | X | X |
| 3 | | $4.96 | X | X | X | X |
| 4 | | $3.89 | X | | X | |
| 5 | | $3.87 | X | X | X | X |
| **Office Depot** | | | | | | |
| 1 | | $6.41 | X | X | X[3] | X |
| 2 | | $5.87 | X | X | X | X |
| 3 | | $4.87 | X | X | X | X |
| 4 | 12 | $3.57 | X | X | X | X |
| 5 | | $3.44 | X | X | X | X |
| **Paper** | | | | | | |
| **Staples** | | | | | | |
| 1 | | $5.16 | X | X | | X |
| 2 | | $5.10 | X | X | X | X |
| 3 | | $4.72 | X | X | X | X |
| 4 | | $4.57 | X | X | | X |
| 6 | | $4.01 | | X | | |
| **Office Depot** | | | | | | |
| 1 | | $11.73 | X | X | | X |
| 3 | | $4.98 | X | X | | X |
| 4 | | $4.34 | X | X | | X |
| 5 | | $4.33 | X | X | X | X |
| 6 | | $4.15 | | | | |

Sources: Office Depot and Staples Second Request Specification 8 data, Office Depot Specification 26 and Staples Specification 25 data. Company websites.

Notes: [1]Excludes private label products, which were not ranked, and skips ranked products whose SKUs did not return a result on the relevant supplier's website.

[2]Staples sales annualized based on eleven months of fiscal year 2015 data.

[3]Available in larger quantities.

CONTAINS CONFIDENTIAL MATERIALS

# Exhibit M

### Staples and Office Depot Large B-to-B Customers that
### Purchase Paper Directly from █████████
### Fiscal Year 2015

| | █████ Customer Base: | | | |
|---|---|---|---|---|
| | Fortune 1000 | Fortune 500 | Fortune 100 | Fortune 50 |
| **Copy Paper** | | | | |
| Number of Customers | 46 | 41 | 21 | 14 |
| Median Annual Purchases from █████ | $68,160 | $84,436 | $129,251 | $135,403 |
| 10th Percentile Annual Purchases from █████ | $1,851 | $2,130 | $2,130 | $2,130 |
| Minimum Annual Purchases from █████ | $38 | $38 | $1,197 | $1,197 |
| | | | | |
| **All Paper (Specialty Paper and Copy Paper)[1]** | | | | |
| Number of Customers | 66 | 60 | 29 | 20 |
| Median Annual Purchases from █████ | $24,167 | $25,673 | $34,813 | $69,667 |
| 10th Percentile Annual Purchases from █████ | $290 | $283 | $276 | $262 |
| Minimum Annual Purchases from █████ | $103 | $103 | $183 | $183 |

Sources: █████████ - 26 Split by Year 2012 - 2015_(39619427_1).pdf, Office Depot and Staples Second Request Specification 8 data, Office Depot Specification 26 and Staples Specification 25 data.

Notes: [1]Specialty Paper includes unprocessed rolls and continuous forms.

Staples sales annualized based on eleven months of fiscal year 2015 data.

CONTAINS CONFIDENTIAL MATERIALS

# Exhibit N

## Average Share of Large B-to-B Customers' Total Purchases
## Accounted for by Large Vendors
## Fiscal Year 2015

| Product Group | Average Share of Purchases Accounted for By[1] | | | | |
| --- | --- | --- | --- | --- | --- |
| | Largest Vendor | 2 Largest Vendors | 3 Largest Vendors | 4 Largest Vendors | 5 Largest Vendors |
| FTC Product Market | 37% | 47% | 55% | 60% | 65% |
| Office Supplies Alone | 17% | 30% | 39% | 48% | 54% |
| Paper Alone | 83% | 94% | 97% | 98% | 99% |

Sources: Office Depot and Staples Second Request Specification 8 data, Office Depot Specification 26 and Staples Specification 25 data.

Notes: [1]Average calculated as sales to customers' largest vendors, divided by total customer sales in specified category.

Staples purchases annualized based on eleven months of fiscal year 2015 data.

CONTAINS CONFIDENTIAL MATERIALS

# Exhibit O

## Number and Size of Vendor Purchases among Large B-to-B Customers
## Fiscal Year 2015

| Product Group | Office Depot (580 Customers) | | Staples (529 Customers) | |
|---|---|---|---|---|
| | Median | Mean | Median | Mean |
| **FTC Product Market (Office Supplies and Paper)** | | | | |
| Total Purchases | $862,791 | $1,398,505 | $927,385 | $1,609,596 |
| Mean Purchase from these Large Vendors | $113,158 | $188,093 | $120,928 | $216,536 |
| Minimum Purchase from these Large Vendors | $41,229 | $67,958 | $48,883 | $81,099 |
| **Office Supplies Alone** | | | | |
| Total Purchases | $516,234 | $822,569 | $521,097 | $830,363 |
| Mean Purchase from these Large Vendors | $52,766 | $86,796 | $57,327 | $93,390 |
| Minimum Purchase from these Large Vendors | $33,428 | $53,353 | $38,205 | $60,622 |
| **Paper Alone** | | | | |
| Total Purchases | $354,899 | $586,704 | $407,047 | $780,712 |
| Mean Purchase from these Large Vendors | $70,400 | $128,224 | $79,853 | $153,949 |
| Minimum Purchase from these Large Vendors | $1,317 | $13,134 | $2,241 | $5,203 |

Sources: Office Depot and Staples Second Request Specification 8 data, Office Depot Specification 26 and Staples Specification 25 data.

Notes: Staples purchases annualized based on eleven months of fiscal year 2015 data.

CONTAINS CONFIDENTIAL MATERIALS

## Exhibit P

**PRISM-Style Declining Sales Report for Staples and Office Depot**
**Fortune 100 Customers, Fiscal Years 2014 and 2015**
**Products in FTC and Professor Shapiro Proposed Relevant Market**

| Name[1] | 2014 Ship-to Zip Codes[2] | | | Zip Codes With Sales Declining Sales of 50% or More | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | 2014 Sales | 2015 Sales | Number | Percent of Zip Codes | 2014 Sales | 2015 Sales | Decline | Percent of Sales |
| | 1,280 | $18,057,597 | $18,565,263 | 35 | 2.7% | $417,774 | $163,710 | -$254,063 | 1.4% |
| | 149 | $15,281,457 | $13,979,150 | 24 | 16.1% | $873,293 | $129,649 | -$743,644 | 4.9% |
| | 3,624 | $12,617,755 | $11,245,635 | 114 | 3.1% | $255,761 | $59,385 | -$196,376 | 1.6% |
| | 701 | $9,744,625 | $8,972,148 | 203 | 29.0% | $1,386,058 | $294,894 | -$1,091,164 | 11.2% |
| | 77 | $8,116,469 | $6,619,804 | 16 | 20.8% | $102,944 | $16,157 | -$86,786 | 1.1% |
| | 29 | $7,075,372 | $6,751,597 | 5 | 17.2% | $5,002 | $1,414 | -$3,588 | 0.1% |
| | 815 | $6,310,637 | $6,571,433 | 83 | 10.2% | $151,110 | $56,180 | -$94,930 | 1.5% |
| | 589 | $5,108,328 | $5,398,810 | 50 | 8.5% | $144,757 | $44,330 | -$100,427 | 2.0% |
| | 1,204 | $4,019,596 | $1,445,310 | 1,073 | 89.1% | $3,611,334 | $1,149,837 | -$2,461,497 | 61.2% |
| | 65 | $3,996,227 | $977,410 | 56 | 86.2% | $3,624,563 | $637,586 | -$2,986,977 | 74.7% |
| | 582 | $3,923,851 | $3,638,007 | 23 | 4.0% | $44,795 | $11,935 | -$32,860 | 0.8% |
| | 1,765 | $3,815,830 | $3,433,547 | 113 | 6.4% | $781,866 | $312,891 | -$468,975 | 12.3% |
| | 158 | $3,687,666 | $2,663,949 | 65 | 41.1% | $840,845 | $258,512 | -$582,333 | 15.8% |
| | 199 | $3,503,448 | $3,433,973 | 52 | 26.1% | $152,091 | $27,159 | -$124,932 | 3.6% |
| | 222 | $3,066,133 | $3,129,250 | 34 | 15.3% | $207,287 | $64,576 | -$142,711 | 4.7% |
| | 9 | $2,845,710 | $998,717 | 6 | 66.7% | $2,842,985 | $996,338 | -$1,846,647 | 64.9% |
| | 217 | $2,814,232 | $2,438,218 | 29 | 13.4% | $144,915 | $43,633 | -$101,282 | 3.6% |
| | 242 | $2,564,122 | $3,055,010 | 29 | 12.0% | $22,675 | $6,650 | -$16,025 | 0.6% |
| | 312 | $2,398,715 | $2,197,456 | 73 | 23.4% | $309,270 | $87,632 | -$221,637 | 9.2% |
| | 161 | $2,259,675 | $1,779,792 | 32 | 19.9% | $404,357 | $110,722 | -$293,636 | 13.0% |
| | 157 | $2,250,933 | $2,065,062 | 20 | 12.7% | $102,458 | $30,872 | -$71,587 | 3.2% |
| | 110 | $2,061,630 | $1,186,970 | 53 | 48.2% | $574,861 | $166,195 | -$408,666 | 19.8% |
| | 87 | $1,978,483 | $1,863,738 | 17 | 19.5% | $591,057 | $161,112 | -$429,945 | 21.7% |
| | 2 | $1,973,972 | $1,899,848 | | | | | | |
| | 38 | $1,911,126 | $1,794,486 | 10 | 26.3% | $364,342 | $150,749 | -$213,593 | 11.2% |
| | 2 | $1,639,833 | $1,396,523 | 1 | 50.0% | $52,814 | $20,976 | -$31,838 | 1.9% |

CONTAINS CONFIDENTIAL MATERIALS

# Exhibit P

**PRISM-Style Declining Sales Report for Staples and Office Depot**
**Fortune 100 Customers, Fiscal Years 2014 and 2015**
**Products in FTC and Professor Shapiro Proposed Relevant Market**

| Name[1] | 2014 Ship-to Zip Codes[2] | | | Zip Codes With Sales Declining Sales of 50% or More | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | 2014 Sales | 2015 Sales | Number | Percent of Zip Codes | 2014 Sales | 2015 Sales | Decline | Percent of Sales |
| | 443 | $1,543,580 | $1,365,769 | 57 | 12.9% | $138,157 | $45,004 | -$93,152 | 6.0% |
| | 72 | $1,542,008 | $1,149,644 | 7 | 9.7% | $213,136 | $104,337 | -$108,799 | 7.1% |
| | 201 | $1,492,046 | $1,561,179 | 10 | 5.0% | $41,545 | $5,880 | -$35,665 | 2.4% |
| | 60 | $1,445,378 | $1,431,118 | 9 | 15.0% | $106,700 | $21,586 | -$85,114 | 5.9% |
| | 123 | $1,350,156 | $1,394,340 | 4 | 3.3% | $14,643 | $2,419 | -$12,224 | 0.9% |
| | 44 | $1,332,501 | $1,180,461 | 15 | 34.1% | $44,549 | $10,295 | -$34,254 | 2.6% |
| | 18 | $1,275,337 | $1,265,746 | 2 | 11.1% | $14,312 | $5,339 | -$8,972 | 0.7% |
| | 834 | $1,148,621 | $228,883 | 772 | 92.6% | $1,118,411 | $201,260 | -$917,151 | 79.8% |
| | 83 | $949,619 | $271,717 | 77 | 92.8% | $836,377 | $197,951 | -$638,427 | 67.2% |
| | 33 | $949,551 | $981,770 | 3 | 9.1% | $5,841 | $1,407 | -$4,433 | 0.5% |
| | 97 | $661,150 | $685,445 | 16 | 16.5% | $17,665 | $3,822 | -$13,843 | 2.1% |
| | 91 | $605,731 | $356,259 | 42 | 46.2% | $201,140 | $60,201 | -$140,939 | 23.3% |
| | 59 | $501,102 | $496,117 | 6 | 10.2% | $27,292 | $10,504 | -$16,789 | 3.4% |
| | 15 | $460,507 | $395,350 | 1 | 6.7% | $867 | $407 | -$460 | 0.1% |
| | 20 | $458,909 | $431,163 | | | | | | |
| | 22 | $414,163 | $419,388 | 3 | 13.6% | $6,178 | $1,760 | -$4,418 | 1.1% |
| | 6 | $355,786 | $276,341 | 2 | 33.3% | $15,805 | $6,308 | -$9,497 | 2.7% |
| | 28 | $318,789 | $261,442 | | | | | | |
| | 47 | $313,934 | $57,527 | 30 | 63.8% | $298,992 | $42,296 | -$256,696 | 81.8% |
| | 1 | $243,064 | $229,574 | | | | | | |
| | 11 | $199,958 | $113,095 | 8 | 72.7% | $118,033 | $3,246 | -$114,787 | 57.4% |
| | 7 | $196,341 | $131,497 | 3 | 42.9% | $104,215 | $46,833 | -$57,382 | 29.2% |
| | 27 | $184,478 | $147,366 | 10 | 37.0% | $63,445 | $5,942 | -$57,503 | 31.2% |
| | 95 | $177,340 | $153,513 | 29 | 30.5% | $40,524 | $11,111 | -$29,413 | 16.6% |
| | 2 | $140,763 | $1,200 | 2 | 100.0% | $140,763 | $1,200 | -$139,563 | 99.1% |
| | 67 | $110,653 | $89,215 | | | | | | |

CONTAINS CONFIDENTIAL MATERIALS

## Exhibit P

**PRISM-Style Declining Sales Report for Staples and Office Depot**
**Fortune 100 Customers, Fiscal Years 2014 and 2015**
**Products in FTC and Professor Shapiro Proposed Relevant Market**

| Name[1] | 2014 Ship-to Zip Codes[2] | | | Zip Codes With Sales Declining Sales of 50% or More | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | 2014 Sales | 2015 Sales | Number | Percent of Zip Codes | 2014 Sales | 2015 Sales | Decline | Percent of Sales |
| | 5 | $103,540 | $81,666 | 1 | 20.0% | $31,871 | $6,260 | -$25,611 | 24.7% |
| | 30 | $89,408 | $80,231 | 11 | 36.7% | $6,099 | $1,497 | -$4,601 | 5.1% |
| | 52 | $85,541 | $79,483 | 4 | 7.7% | $4,849 | $1,041 | -$3,808 | 4.5% |
| | 2 | $84,225 | $77,708 | | | | | | |
| | 54 | $81,563 | $65,696 | | | | | | |
| | 11 | $76,019 | $63,090 | 2 | 18.2% | $27,202 | $10,047 | -$17,154 | 22.6% |
| | 14 | $75,849 | $51,405 | 1 | 7.1% | $353 | $175 | -$178 | 0.2% |
| | 22 | $62,338 | $59,182 | 2 | 9.1% | $2,802 | $1,231 | -$1,572 | 2.5% |
| | 5 | $53,642 | $28,720 | 1 | 20.0% | $19,973 | $2,056 | -$17,916 | 33.4% |
| | 1 | $50,271 | $50,972 | | | | | | |
| | 1 | $37,959 | $1,008 | | | | | | |
| | 12 | $35,075 | $18,795 | 3 | 25.0% | $14,808 | $1,682 | -$13,127 | 37.4% |
| | 14 | $28,645 | $18,546 | 6 | 42.9% | $14,877 | $2,344 | -$12,533 | 43.8% |
| | 6 | $27,737 | $23,836 | 2 | 33.3% | $1,865 | $113 | -$1,752 | 6.3% |
| | 2 | $23,988 | $29,453 | | | | | | |
| | 3 | $22,999 | $19,545 | | | | | | |
| | 10 | $20,815 | $13,887 | 4 | 40.0% | $13,833 | $5,946 | -$7,887 | 37.9% |
| | 1 | $13,207 | $1,757 | | | | | | |
| | 2 | $11,457 | $3,751 | 1 | 50.0% | $10,471 | $1,237 | -$9,234 | 80.6% |
| | 10 | $9,310 | $9,374 | 1 | 10.0% | $2,569 | $978 | -$1,591 | 17.1% |
| | 4 | $7,579 | $8,228 | | | | | | |
| | 3 | $6,246 | $5,904 | | | | | | |
| | 4 | $4,646 | $4,936 | 1 | 25.0% | $108 | $0 | -$108 | 2.3% |
| Total | 15,570 | $152,406,943 | $133,373,395 | 3,364 | 21.6% | $21,729,482 | $5,826,807 | -$15,902,675 | 10.4% |

Sources: Office Depot Second Request Specification 8 and Specification 26 data.

CONTAINS CONFIDENTIAL MATERIALS

# Exhibit P

**PRISM-Style Declining Sales Report for Staples and Office Depot
Fortune 100 Customers, Fiscal Years 2014 and 2015
Products in FTC and Professor Shapiro Proposed Relevant Market**

| Name[1] | 2014 Ship-to Zip Codes[2] | | | Zip Codes With Sales Declining Sales of 50% or More | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number | 2014 Sales | 2015 Sales | Number | Percent of Zip Codes | 2014 Sales | 2015 Sales | Decline | Percent of Sales |

Notes: [1]Excludes Fortune 100 firms with less than $10,000 in purchases from 2014 Ship-to Zip Codes.

[2]Ship-to zip codes that purchased from Office Depot in all four quarters of fiscal year 2014.

# Exhibit Q

## Scatterplot of Staples Sales and Distribution Expenses
## Fiscal Q1 2012 - Q3 2015



Sources: Staples Second Request Specification 25 data. Professor Shapiro's backup materials.

CONTAINS CONFIDENTIAL MATERIALS

# Exhibit R

### Professor Shapiro's Margin Estimate
### on Staples Consumable Sales
### By Customer Size
### Fiscal Year 2014

| Customer Size[1] | Customer Count[2] | Total Consumables Sales | Shapiro Margin[2] |
|---|---|---|---|
| Less than $100,000 | 168,615 | $825,171,140 | 37.5% |
| $100,000 - $250,000 | 1,434 | $221,825,753 | 30.5% |
| $250,000 - $500,000 | 561 | $192,829,559 | 26.7% |
| $500,000 - $1,000,000 | 277 | $192,065,495 | 24.0% |
| $1,000,000 - $5,000,000 | 225 | $438,122,093 | 19.4% |
| $5,000,000 - $10,000,000 | 22 | $152,127,125 | 12.3% |
| At least $10,000,000 | 5 | $90,905,141 | 3.6% |
| All non-government customers | 171,139 | $2,113,046,306 | 27.7% |

Sources: Staples Specification 25. Professor Shapiro's backup materials.

Notes: [1]Restricted to non-government customers. Customers are divided into size ranges based on their purchases of consumable office supplies and paper.

[2]Restricted to customers with margins between -100% and 100%.

[3]Based on Professor Shapiro's methodology. The overall margin among customers purchasing at least $500,000 is 17.6%.

CONTAINS CONFIDENTIAL MATERIALS

# APPENDIX A



### CURRICULUM VITAE

# Jonathan M. Orszag

**OFFICES:**

| | |
|---|---|
| Compass Lexecon, LLC | Compass Lexecon, LLC |
| 1101 K Street NW | 156 West 56th Street |
| 8th Floor | 19th Floor |
| Washington, DC 20005 | New York, NY 10019 |
| (202) 589-3450 main | (212) 782-3500 main |

**OTHER CONTACT INFORMATION:**

(202) 253-9306 cell
jorszag@compasslexecon.com

**PROFESSIONAL EXPERIENCE:**

- **Senior Managing Director**, Compass Lexecon (previously Competition Policy Associates, Inc. ("COMPASS") and before that, Sebago Associates, Inc.), March 2000-Present. Manage economic consulting firm specializing in antitrust, economic policy, and litigation matters. Member of the firm's Executive Committee. Conduct economic and financial analysis on a wide range of complex issues in policy and regulatory for corporations and public-sector entities. Serve as expert witness in proceedings before U.S. and international courts and administrative agencies and the European Court of First Instance on competition policy issues, including industry structure, vertical relationships, and intellectual property rights.

- **Assistant to the Secretary and Director of the Office of Policy and Strategic Planning**, U.S. Department of Commerce (Washington, D.C.), March 1999-March 2000. Served as the Secretary of Commerce's chief policy adviser. Responsible for coordinating the development and implementation of policy initiatives within the Department. Worked on a wide range of issues, from implementing the steel loan guarantee program to telecommunications and e-commerce issues. Represented the Secretary of Commerce in meetings with other government officials and outside organizations, and testified before Congress on behalf of the Department on budget and Native American economic development issues.

- **Economic Policy Advisor**, National Economic Council, The White House (Washington, D.C.), August 1997-March 1999; Assistant Director, January 1996-November 1996. Coordinated policy processes on a wide range of issues, from Social Security reform to job training reform, unemployment insurance reform, homeownership and low-income housing issues, the minimum wage, and Individual Development Accounts. Responsible for helping to coordinate the Administration's daily economic message and to promote (and defend) President Clinton's economic record.

- **Economics Teacher,** Phillips Exeter Academy Summer School (Exeter, New Hampshire), June 1997-August 1997. Taught introductory economics at Phillips Exeter Academy Summer School.

- **Economic Consultant,** James Carville (Washington, D.C.), August 1995-January 1996. Helped James Carville, President Clinton's 1992 campaign strategist, research and write his *New York Times* #1 best-selling book, *We're Right, They're Wrong: A Handbook for Spirited Progressives.*

- **Special Assistant to the Chief Economist**, U.S. Department of Labor, (Washington, D.C.), August 1994-August 1995. Served as an economic aide to the Chief Economist (Alan B. Krueger) and the Secretary of Labor (Robert B. Reich).

### Volunteer Positions

- **Director of Policy Preparations for Vice Presidential Debate,** Gore-Lieberman Presidential Campaign, September 2000-October 2000. Oversaw policy preparations for Democratic Vice Presidential candidate before his debate with the Republican Vice Presidential candidate.

- **Weekly Commentator**, *Wall Street Journal Online,* September 2004-November 2004. Commented on economic issues during the 2004 presidential campaign. Topics of weekly commentary included jobs, health care, energy, trade, taxes, tort reform, appointments, and fiscal policy.

**EDUCATION:**

- Oxford University, M.Sc. in Economic and Social History, 1997

- Princeton University, A.B. *summa cum laude* in Economics, 1996

- Phillips Exeter Academy, graduate with High Honors, 1991

**HONORS, PROFESSIONAL ASSOCIATIONS, AND APPOINTMENTS:**

- Phi Beta Kappa, inducted June 1996

- Marshall Scholar, 1996

- *USA Today* All-USA College Academic Team, 1996

- Corporation for Enterprise Development Leadership Award for "Forging Innovative Public Policies to Expand Economic Opportunity in America," 1999

- *Who's Who in America*, 2001-Present; Also, *Who's Who in the World*; *Who's Who in Science and Engineering*; *Who's Who in Finance and Business*; and *Who's Who of Emerging Leaders*

- California Workforce Investment Board, 2000-2003

- California Governor's Technology Advisory Group, 2000-2003

- Adjunct Lecturer, University of Southern California (Los Angeles, CA), January 2002-June 2002.

- *Global Competition Review*'s "40 under 40: The World's 40 Brightest Young Antitrust Lawyers and Economists," 2004

- *Global Competition Review*'s "Best Young Competition Economists," 2006

- *The International Who's Who of Competition Economists*, 2007-Present

- LawDay Leading Competition Economics Experts, 2009-Present.

- Expert Guides, Best of the Best USA, 2011-Present.

- Fellow, University of Southern California's Center for Communication Law & Policy, 2007-Present.

- FTI Consulting Inc., Founders Award, 2008.

- Senior Fellow, Center for American Progress, 2009-Present

- Board of Directors, Sebago Associates, Inc., 2000-2007; Competition Policy Associates, Inc., 2003-2006; The First Tee of Washington, DC, 2005-2011; Ibrix, Inc. (Sold to Hewlett-Packard), 2006-2007; JMP Securities, Inc. (NYSE: JMP), 2011-Present; Tiger Woods Foundation, Board of Governors, 2012-Present; Children's Golf Foundation, 2013-Present; Friends of the Global Fight Against AIDS, Tuberculosis, and Malaria, 2013-Present.

- Clinton Global Initiative, Member, 2008-Present; Grassroot Soccer, Ambassadors Council, 2010-Present; The First Tee, Trustee, 2013-Present.

- Member of the American Economic Association, the Econometric Society, the American Finance Association, and the United States Golf Association.

**REPORTS, PAPERS, AND NOTES:**

- "Tax Reform in The Bahamas: An Evaluation of Proposed Options," with David Kamin, Commisioned by the Commonwealth of The Bahamas, May 27, 2014.

- "The Impact of Federal Revenues from Limiting Participation in the FCC 600 MHz Spectrum Auction," with Philip Haile and Maya Meidan, Commissioned by AT&T, October 30, 2013.

- "The Definition of Small Business in the Marketplace Fairness Act of 2013," Commissioned by eBay, Inc., October 8, 2013.

- "The Benefits of Patent Settlements: New Survey Evidence on Factors Affecting Generic Drug Investment," with Bret Dickey, Commissioned by the Generic Pharmceutical Association, July 23, 2013.

- "The Liftoff of Consumer Benefits from the Broadband Revolution," with Mark Dutz and Robert D. Willig, *Review of Network Economics,* Volume 11, Issue 4, Article 2, 2012.

- "Antitrust Guidelines for Private Purchasers Engagedin Value Purchasing of Health Care," with Tim Muris and Bilal Sayyed, Commissioned by Buying Value, July 2012.

- "The Economic Benefits of Pharmacy Benefit Managers," with Kevin Green, Commissioned by Express Scripts and Medco, December 5, 2011.

- "An Analysis of the Benefits of Allowing Satellite Broadband Providers to Participate Directly in the Proposed CAF Reverse Auctions," with Bryan Keating, Commissioned by ViaSat, Inc., April 18, 2011.

- "A Preliminary Economic Analysis of the Budgetary Effects of the Proposed Restrictions on 'Reverse Payment' Settlements," with Bret Dickey and Robert D. Willig, August 10, 2010.

- "An Economic Assessment of Patent Settlements in the Pharmaceutical Industry," with Bret Dickey and Laura Tyson, Volume 10, Issue 2, *Annals of Health Law*, Winter 2010.

- "An Economic Analysis of Consumer Harm from the Current Retransmission Consent Regime," with Michael Katz and Theresa Sullivan, Commissioned by the National Cable & Telecommunications Association, DIRECTV, and DISH Network, November 12, 2009.

- "Intellectual Property and Innovation: New Evidence on the Relationship Between Patent Protection, Technology Transfer, and Innovation in Developing Countries," with Mark Dutz and Antara Dutta, October 2009.

- "Intellectual Property and Innovation: A Literature Review of the Value of Patent Protection for Developing Countries," with Mark Dutz and Antara Dutta, October 2009.

- "An Economic Perspective on the Antitrust Case Against Intel," with Robert D. Willig and Gilad Levin, October 2009.

- "The Substantial Consumer Benefits of Broadband Connectivity for U.S. Households," with Mark Dutz and Robert D. Willig, July 2009.

- "An Economic Assessment of the Homeowners' Defense Act of 2009," with Doug Fontaine, July 2009.

- "A Preliminary Economic Analysis of FTC Chairman Leibowitz's June 23rd Speech," with Robert D. Willig, June 24, 2009.

- "Assessment of Microsoft's Behaviour in the Browser Market," with Assaf Eilat, Gilad Levin, Andrea Lofaro, and Jan Peter van der Veer, Submitted to the Commission of the European Communities, COMP/C-3/39.530, May 27, 2009.

- "An Economic Perspective on the Microsoft Internet Explorer Tying Case," with Assaf Eilat, Gilad Levin, Andrea Lofaro, and Jan Peter van der Veer, Submitted to the Commission of the European Communities, COMP/C-3/39.530, April 24, 2009.

- "The Empirical Effects of Collegiate Athletics: An Update Based on 2004-2007 Data," with Mark Israel, February 2009.

- "An Econometric Analysis of the Matching Between Football Student Athletes and Colleges," with Yair Eilat, Bryan Keating, and Robert D. Willig, January 2009.

- "An Economic Assessment of Regulating Credit Card Fees and Interest Rates," with Susan H. Manning, October 2007.

- "An Assessment of the Competitive Effects of the SKY-Prime Merger: Lessons from the Recent News Corp.-DIRECTV Merger," with Cristian Santesteban, Submitted to New Zealand Commerce Commission, January 23, 2006.

- "Closing the College Savings Gap," with Peter R. Orszag and Jason Bordoff, November 2005.

- "Putting in Place An Effective Media Player and Media Server Remedy," with Joseph E. Stiglitz, Submitted to the Korean Fair Trade Commission, October 10, 2005.

- "An Economic Analysis of Microsoft's Tying of the Windows Media Player to the Windows Operating System and Its Impact on Consumers, Competition, and Innovation," with Joseph E. Stiglitz, Submitted to the Korean Fair Trade Commission, September 12, 2005.

4

- "Economic Analyses of Microsoft's Abusive Tie and Its Impact on Consumers, Competition, and Innovation," with Joseph E. Stiglitz and Sangin Park, Submitted to the Korean Fair Trade Commission, September 12, 2005.

- "The Empirical Effects of Division II Intercollegiate Athletics," with Peter R. Orszag, June 2005.

- "An Economic Analysis of Microsoft's Abusive Tie and Its Impact on Consumers, Competition, and Innovation," with Joseph E. Stiglitz and Jason Furman, Submitted to the European Court of First Instance, Case T-201/04 R, May 12, 2005.

- "The Physical Capital Stock Used in College Athletics," with Peter R. Orszag, April 2005.

- "The Empirical Effects of Collegiate Athletic Spending: An Update," with Peter R. Orszag, April 2005.

- "Putting in Place An Effective Media Player Remedy," with Joseph E. Stiglitz, Submitted to the Commission of the European Communities, April 27, 2005.

- "The Empirical Effects of Collegiate Athletic Spending: An Interim Report," with Robert E. Litan and Peter R. Orszag, the National Collegiate Athletic Association and Sebago Associates, Inc., August 2003 (reprinted in *The Business of Sports*, edited by Scott Rosner and Kenneth Shropshire (Jones and Bartlett Publishes, 2004)).

- "Learning and Earning: Working in College," with Peter R. Orszag and Diane M. Whitmore, *Journal of Student Employment*, Volume IX, Number 1, June 2003.

- "The Impact of Asbestos Liabilities on Workers in Bankrupt Firms," with Joseph E. Stiglitz and Peter R. Orszag, *Journal of Bankruptcy Law and Practice*, Volume 12, Issue No. 1, February 2003.

- "The Process of Economic Policy-Making During the Clinton Administration," with Peter R. Orszag and Laura D. Tyson, in *American Economic Policy in the 1990s*, edited by Jeffrey Frankel and Peter R. Orszag (Cambridge, Massachusetts: MIT Press, 2002).

- "The Implications of the New Fannie Mae and Freddie Mac Risk-Based Capital Standard," with Joseph E. Stiglitz and Peter R. Orszag, *Fannie Mae Papers*, Volume I, Issue 2, March 2002 (reprinted in *Housing Matters: Issues in American Housing Policy*).

- "Hispanics and the Current Economic Downturn: Will the Receding Tide Sink Hispanics?" with Alan B. Krueger, Pew Hispanic Center, January 2002.

- "Aging in America: A Policy Perspective," with Jonathan Gruber and Peter R. Orszag, The Pew Charitable Trusts and Sebago Associates, Inc., January 2002.

- "An Economic Analysis of Spectrum Allocation and Advanced Wireless Services," with Martin N. Baily, Peter R. Orszag, and Robert D. Willig, Cellular Telecommunications and Internet Association and Sebago Associates, Inc., October 2001.

- "A New Look at Incentive Effects and Golf Tournaments," in *The Economics of Sports*, edited by Andrew Zimbalist (London: Edward Elgar Publishing, 2001). Original version in *Economics Letters*, 46, March 1994, p. 77-88.

- "Learning and Earning: Working in College," with Peter R. Orszag and Diane M. Whitmore, UPromise, Inc. and Sebago Associates, Inc., August 2001.

- "The Impact of Potential Movie and Television Industry Strikes on the Los Angeles Economy," with Ross C. DeVol, Joel Kotkin, Peter R. Orszag, Robert F. Wescott, and Perry Wong, The Milken Institute and Sebago Associates, Inc., April 19, 2001.

- "Would Raising IRA Contribution Limits Bolster Retirement Security for Lower- and Middle-Income Families?" with Peter R. Orszag, Center on Budget and Policy Priorities, April 2, 2001.

- "Computers in Schools: Domestic and International Perspectives," California Technology, Trade, and Commerce Agency and Sebago Associates, Inc., March 2001.

- "The Impact of Paying for College on Family Finances," with Laura D. Tyson, Joseph E. Stiglitz, and Peter R. Orszag, UPromise, Inc. and Sebago Associates, Inc., November 2000.

- "A Simple Analysis of Discarded Votes by Precinct in Palm Beach," with Peter R. Orszag, Sebago Associates, Inc., November 10, 2000.

- "Analysis of Votes for Buchanan by Precinct within Palm Beach and Broward Counties," with Peter R. Orszag, Sebago Associates, Inc., November 9, 2000.

- "A Statistical Analysis of the Palm Beach Vote," with Peter R. Orszag, Sebago Associates, Inc., November 8, 2000.

- "The Role of Government in a Digital Age," with Joseph E. Stiglitz and Peter R. Orszag, Computer and Communications Industry Association and Sebago Associates, Inc., October 2000.

- "Quantifying the Benefits of More Stringent Aircraft Noise Regulations," with Peter R. Orszag, Northwest Airlines and Sebago Associates, Inc., October 2000.

- "All That Glitters Is Not Gold: The Feldstein-Liebman Analysis of Reforming Social Security with Individual Accounts," with Peter R. Orszag, Center on Budget and Policy Priorities, April 26, 2000.

- "Would Raising IRA Contribution Limits Bolster Retirement Security For Lower- and Middle-Income Families or Is There a Better Way?" with Peter R. Orszag, Center on Budget and Policy Priorities, April 12, 2000.

- "The Economics of the U.S.-China Air Services Decision," with Peter R. Orszag, and Diane M. Whitmore, United Parcel Service and Sebago Associates, Inc., March 2000.


**OP-EDS/LETTERS TO THE EDITOR:**

- "Hitting Budget Numbers May Be Up for Auction," *Roll Call*, December 19, 2013.

- "Jack Welch Could Help Improve U.S. Jobs Data," with Peter R. Orszag, *Bloomberg,* October 9, 2012.

- "Giving Credit Where Credit Is Due," *The Hill*, December 2, 2011.

- "PBMs Save Us Billions," *The Hill*, November 28, 2011.

- "Drug Patent Settlements," with Robert D. Willig, *New York Times*, July 19, 2010.

- "Homeowners Defense Act Could Lower Insurance Premiums," *Treasure Coast Palm*, September 24, 2009.

6

- "Katrina Teaches Us To Financially Prepare Today for the Catastrophe of Tomorrow," *San Angelo Standard-Times,* September 23, 2009.

- "A Catastrophe Waiting To Happen," *The Daily Citizen*, September 15, 2009.

- "Broadband: Now A 'Necessity'," *Multichannel News*, August 10, 2009.

- "Forget the Estate Tax: America Needs An Inheritance Tax," *Ideas Primary*, January 23, 2008, available at http://www.ideasprimary.com/?p=442

- "Credit Where It's Due," *Wall Street Journal*, October 25, 2007.

- "Congress Grounds Delivery Competition," Sebago Associates, Inc., April 17, 2003.

- "Paul O'Neill Doesn't Cry for Argentina," Sebago Associates, Inc., August 3, 2001.

- "Do You Recognize The Clinton West Wing in *The West Wing*?" *The Atlantic Monthly Online*, March 2001.

## SPEECHES AND PRESENTATIONS:

- "Setting the Stage: State Involvement in A Market Economy," Panelist at Concurrences Review and New York University School of Law Conference on "Antitrust in Emerging and Developing Economies: Africa, Brazil, China, India, Mexeco…," New York, NY, October 23, 2015.

- "Office Superstores: What Changed in 15 Years?" Panelist on ABA Section of Antitrust Law, Economics and Mergers & Acquisitions Committees, Washington, DC, January 6, 2014.

- "Five Bars: Spectrum Policy and the Future of the Digital Economy," Panelist at Third Way Briefing, House of Representatives, Washington, DC, December 11, 2013.

- "An Economic Perspective on Reverse Payment Settlements in the Pharmaceutical Sector," Speech to the Generic Pharmaceutical Association 2013 Annual Meeting, Orlando, Florida, February 21, 2013.

- "Navigating Our Economic Challenges and the Role of Public Policy," Speech to the South Carolina Manufacturers Alliance Fourth Annual Textile Summit, Spartanburg, South Carolina, January 10, 2013.

- "Upward Price Pressure and Merger Analysis: What Is UPP's Proper Role and How Can UPP Deal With Real-World Issues?" Presentation to Gilbert + Tobin, Sydney, Australia, December 4, 2012.

- "Obama's Second Term: What It Means for the U.S. and World Economies," FTI Consulting, Inc., Brisbane, Australia, December 3, 2012.

- "Merger Substance: How to Conduct a Proper Anaylsis of a Merger's Competitive Effects, and How to Frame Related Legal Standards?" Panelist at Antitrust in Asia, American Bar Association, New Delhi, India, December 1, 2012

- "Financial Issues in College Sports," Panelist at the Third Annaul Sports Law Symposium: What is the Proper Role of Sports in Higher Education?, Institute of Sports Law and Ethics, Santa Clara University, September 6, 2012.

- "Pricing and Bundling of IT Products: Drawing The Line Between Lawful and Unlawful Behaviour," Panelist on GCR Live's Antitrust and Technology 2012, London, England, March 14, 2012.

- "The Role of Economic Evidence in Cartel Enforcement," Speaker on ABA Section of International Law Teleconference, February 28, 2012.

- "Reverse Payment Settlements in the Pharmaceutical Industry," Presentation to the House Energy and Commerce Committee Staff, July 15, 2011.

- "Increased Government Intervention: The Good, The Bad, and the Ugly," Panelist, Association of Management Consulting Firms, New York, NY, December 2, 2010.

- "The Economic Challenges and Trade-Offs Facing the Obama Administration," Remarks to RBS Citizens, Boston, MA, June 8, 2010.

- "Competition Policy As Innovation Policy," Panelist, Computer & Communications Industry Association, Washington DC, October 27, 2009.

- "State of the Market: Regulatory Evolution and Policy," Moderator, Youth, I.N.C. and Piper Jaffray, New York, NY, September 29, 2009.

- "The Empirical Effects of Collegiate Athletics," Presentation to the NCAA Leadership Advisory Board, Detroit, Michigan, April 4, 2009.

- "The Economic Challenges and Trade-Offs Facing the Obama Administration," Remarks to the Junior Capital Group, Proskauer Rose, LLP, New York, NY, February 10, 2009.

- "Managing Communications During Unprecedented Economic Times," Panelist, The California Club, Los Angeles, CA, January 27, 2009.

- Presentation to the Computer & Communications Industry Association's Antitrust Summit on Innovation and Competition Policy in High-Tech Markets, Washington DC, October 24, 2008.

- Presentation to the Center for American Progress Action Fund Session on the "Avoiding the Pitfalls of Credit Card Debt," Washington, DC, February 25, 2008.

- "Distribution Fund Planning and Management: Lessons Learned from the Global Research Analyst Settlement," with Francis McGovern, Presentation to the Securities and Exchange Commission, Washington, DC, January 31, 2006.

- "The Empirical Effects of Division II Intercollegiate Athletics," Presentation to the National Collegiate Athletic Association 2006 Annual Convention, Indianapolis, Indiana, January 8, 2006.

- "Rules of the Game: Defining Antitrust Markets in Cases Involving Sports," Presentation to the Wilmer, Cutler, Pickering, Hale & Dorr Antitrust Lunch, Washington, DC, December 8, 2005.

- "Competition Policy, Antitrust, and The High-Tech Economy," Keynote Address to the Computer & Communications Industry Association TechSummit 2005, Laguna Beach, CA, October 26, 2005.

- "The Empirical Effects of Division II Intercollegiate Athletics," Presentation to the Division II Chancellors and Presidents Summit, Orlando, FL, June 25, 2005.

- "The Empirical Effects of Collegiate Athletic Spending: An Update and Extension," Presentation to the President's Task Force on the Future of Intercollegiate Athletics, Tucson, AZ, June 9-10, 2005.

- "The Empirical Effects of Collegiate Athletic Spending: An Update and Extension," Presentation to the NCAA Division I Board of Directors, Indianapolis, IN, April 28, 2005.

- "An Analysis of Division II Athletic Expenditures: Preliminary Findings," Presentation to the NCAA Division II Board of Directors, Indianapolis, IN, April 28, 2005.

- "An Analysis of Division II Athletic Expenditures: An Overview of Study Design," Presentation to the National Collegiate Athletic Association 2005 Annual Convention, Grapevine, Texas, January 8, 2005.

- "The Empirical Effects of Collegiate Athletic Spending: An Interim Report," Presentation to the National Association of State Universities and Land Grant Colleges Annual Conference, November 17, 2003.

- "The Impact of Asbestos Liabilities on Workers in Bankrupt Firms," *South Texas Law Review,* "Symposium: Asbestos Litigation," Fall 2003.

- "The Impact of Asbestos Liabilities on Workers in Bankrupt Firms," Presentation to the Conference on "Understanding Asbestos Litigation: The Genesis, Scope, and Impact," U.S. Chamber of Commerce, Washington, DC, January 23, 2003.

- "The Process of Economic Policy-Making During the Clinton Administration," Presentation to the Conference on "American Economic Policy in the 1990s," Center for Business and Government, John F. Kennedy School of Government, and Harvard University, Cambridge, MA, June 29, 2001.

- "The Impact of Paying for College on Family Finances," Presentation to the Conference on "Funding Excellent Schools and Colleges for All Students," National Conference of State Legislatures, Savannah, Georgia, February 17, 2001.

- "China and the Internet," Remarks on Entertainment and the Internet in China at the EMASIA 2000 Forum, The Asia Society, Los Angeles, CA, May 23, 2000.

- "Is It The Star or Just an Extra? The Role Government Plays in a Digital Economy," Remarks on the Regulation of Global Electronic Commerce at the eCommerce and Global Business Forum, The Anderson School at UCLA and the University of Washington Business School, Santa Cruz, CA, May 18, 2000.

- "Lessons Learned from the Emergency Loan Guarantee Programs," Keynote Address at the Government Guaranteed Lending 2000 Conference, Coleman Publishing, Inc., May 4, 2000.

- "Don't Just Think, Believe," Remarks to the Assembly of Phillips Exeter Academy, Exeter, New Hampshire, February 9, 1999.

**TESTIMONY:**

- *American Airlines, Inc. v. British Airways PLC; Iberia Lineas Aereas de Espana, and Finnair OYJ,* Before the American Arbitration Association, (Expert Report: December 16, 2015).

- *In the Matter of AT&T Mobility, LLC v. Iowa Wireless Services, LLC,* in File No. EB-14-MD-___, Before the Federal Communications Commission (Declaration: October 21, 2015; Reply Declaration: February 5, 2016).

- *U.S. Department of Justice v. AB Electrolux; Electrolux North America, Inc.; and General Electric Company*, United States District Court for the District of Columbia, (Case: 1:15-cv-01039-EGS), (Expert Report: September 30, 2015; Rebuttal Report: October 20, 2015; Deposition: October 28, 2015; Supplemental Report: November 11, 2015; Trial Testimony: December 3-4, 2015).

- *Vijay Singh v. PGA Tour, Inc.,* Supreme Court of the State of New York (Index No. 651659/2013), (Expert Report: June 12, 2015; Deposition: August 20, 2015).

- *In re: Lightsquared Inc., et al.,* In the United States Bankruptcy Court for the Southern District of New York (Case No. 12-12080 (SCC)), (Expert Report: February 3, 2015; Deposition: February 23, 2015; Trial Testimony: March 12, 2015).

- *Armando Diaz et al v. San Juan Cable* LLC In The United States District Court for the District of Puerto Rico (Civil Action No: 14-1244-CCC), (Expert Report: December 5, 2014).

- *In the Matter of World Call Interconnect, Inc. v. AT&T Mobility LLC*, in File No. EB-14-MD-011, Before the Federal Communications Commission (Declaration: November 5, 2014).

- *In re Cablevision Consumer Litigation*, In The United States District Court for the Eastern District of New York (10-CV-4992 (JS) (AKT)) (Expert Report: July 18, 2014; Rebuttal Expert Report: September 11, 2014; Deposition: October 2, 2014).

- *Orbital Sciences Corporation v. United Launch Alliance, LLC, and RD Amross, LLC,* In the United States District Court for the Eastern District of Virginia (Civil No: 1:13-cv-00753 LMB/JFA), (Expert Report: February 28, 2014).

- *Puerto Rico Telephone Company, Inc. v. San Juan Cable LLC d/b/a OneLink Communications,* In the United States District Court for the District of Puerto Rico (Civil No: 11-2135 (GAG)), (Expert Report: December 11, 2013; Supplemental Report: December 23, 2013; Deposition: January 10, 2014).

- *Sky Angel U.S., LLC v. Discovery Communications, LLC, et al.* In the United States District Court of Maryland, Southern Division (Civil Action No. 8:13-cv-00031-DKC), (Expert Report: December 6, 2013; Deposition: January 31, 2014; Trial Testimony: November 23, 2015).

- *Oakley, Inc. vs. Nike, Inc. and Rory McIlroy*; In the United States District Court for the Central District of California (Case No. SACV12-02138 JVS-MLG), (Expert Report: November 26, 2013).

- *In re: Electronic Books Antitrust Litigation; The State of Texas, et al., v Penguin Group (USA), Inc., et al.*, In the United States District Court for the Southern District of New York (No. 11-md-02293 (DLC) and No. 12-cv-03394 (DLC)), (Declaration: November 15, 2013; Deposition: December 7, 2013; Sur-Reply Declaration: January 21, 2014).

- Hearing on "Pay-for-Delay Deals: Limiting Competition and Costing Consumers," Testimony to the Senate Judiciary Committee, Subcommittee on Antitrust, Competition Policy, and Consumer Rights, July 23, 2013.

- *Federal Trade Commission v. Actavis, Inc., et al.*, Signatory, Brief of Antitrust Economists as *Amici Curiae* before the Supreme Court, No. 12-416, February 28, 2013.

- *VOOM HD Holding LLC v. EchoStar Satellite LLC*, In the Supreme Court of the State of New York, County of New York (Index No. 600292/08), (Expert Report: December 4, 2009; Deposition Testimony: March 5, 2010; Supplemental Expert Report: August 10, 2012; Supplemental Deposition Testimony: September 14, 2012; Jury Trial Testimony: October 11-12, 2012).

- *Hewlett-Packard Company v. Oracle Corporation*, In the Superior Court of the State of California, County of Santa Clara (Case No 1-11-CV-203163), (Expert Report: March 26, 2012; Rebuttal Report: April 9, 2012; Deposition Testimony: April 19, 2012; Supplemental Expert Report: December 10, 2012; Supplemental Deposition Testimony: February 5, 2013; Trial Testimony: March 18, 2013; Updates to Supplemental Expert Report: November 30, 2015).

- *In The Matter of Game Show Network, LLC v. Cablevision Systems Corporation*, in File No. CSR-8529-P, Before the Federal Communications Commission (Expert Report: December 12, 2011; Reply Declaration: February 9, 2012; Expert Report: December 14, 2012; Deposition Testimony: February 7, 2013, March 12, 2015; Direct Testimony: March 12, 2013; Supplemental Direct Testimony: March 19, 2013; Rebuttal Report: December 15, 2014; Complete Direct Testimony: June 1, 2015; Trial Testimony: July 20, 2015).

- Hearing on "The Express Scripts/Medco Merger: Cost Savings for Consumers or More Profits for the Middlemen?" Written Testimony to the Senate Judiciary Committee, Subcommittee on Antitrust, Competition Policy, and Consumer Rights, December 6, 2011.

- *In the Matter of Applications of AT&T Inc. and Deutsche Telekom AG For Consent To Assign or Transfer Control Licenses and Authorization,* in WT Docket No. 11-65, with Robert D. Willig and Jay Ezrielev, Submitted to the Federal Communications Commission, Commissioned by AT&T, June 9, 2011.

- *In The Matter of The Tennis Channel v. Comcast Cable Communications, LLC*, in File No. CSR-8258-P, Before the Federal Communications Commission (Declaration: February 11, 2010; Reply Declaration: April 13, 2010; Expert Report: February 25, 2011; Deposition Testimony: March 8, 2011; Written Direct Testimony: April 15, 2011; Rebuttal Declaration: April 26, 2011; Courtroom Testimony: April 27, 2011; Supplemental Deposition Testimony: May 1, 2011; Supplemental Rebuttal Declaration, May 12, 2011).

- "Response to Supplementary Comments of Hubert Horan," Submitted to the Department of Transportation, *Joint Application of Delta Airlines, Inc.; Virgin Blue Airlines PTY LTD; Virgin Blue International Airlines PTY LTD d/b/a V Australia; Pacific Blue Airlines (NZ) LTD; and Pacific Blue Airlines (Aust) PTY LTD*, with Mark Israel, Bryan Keating, and Robert D. Willig, Docket DOT-OST-2009-0155, Commissioned by Delta Air Lines, October 22, 2010.

- "Measuring Consumer Benefits from Antitrust Immunity for Delta Air Lines and Virgin Blue Carriers," Submitted to the Department of Transportation, *Joint Application of Delta Airlines, Inc.; Virgin Blue Airlines PTY LTD; Virgin Blue International Airlines PTY LTD d/b/a V Australia; Pacific Blue Airlines (NZ) LTD; and Pacific Blue Airlines (Aust) PTY LTD*, with Mark Israel, Bryan Keating, and Robert D. Willig, Docket DOT-OST-2009-0155, Commissioned by Delta Air Lines, October 13, 2010.

- *In the Matter of Implementation of Section 224 of the Act; A National Broadband Plan for Our Future,* with Allan Shampine, Submitted to the Federal Communications Commission (WC Docket No. 07-245; GN Docket No. 09-51), Commissioned by the Edison Electric Institute, Declaration Submitted on October 4, 2010; Supplemental Declaration, Submitted on December 14, 2010.

- *In Re: Cable Subscribership Survey For the Collection of Information Pursuant to Section 612(g) of the Communications Act*, with Michael Katz and Theresa Sullivan, Submitted to the Federal Communications Commission (MB Docket No. 07-269), Commissioned by the

National Cable & Telecommunications Association, DIRECTV, and DISH Network, December 16, 2009.

- *Caroline Behrend, et al. vs. Comcast Corporation, et al.*, In the United States District Court for the Eastern District of Pennsylvania (Civil Action No. 03-6604), (Declaration: August 21, 2009; Deposition: September 29, 2009).

- *In The Matter of TCR Sports Broadcasting Holding, LLP d/b/a Mid-Atlantic Sports Network v. Comcast Corporation*, in MB Docket No. 08-214, File No. CSR-8001-P, Before the Federal Communications Commission (Declaration with Jay Ezrielev: July 31, 2008; Expert Report: March 19, 2009; Deposition Testimony: April 23, 2009; Courtroom Testimony: May 26, 2009; Reply Declaration: June 1, 2009).

- *In The Matter of NFL Enterprises LLC v. Comcast Cable Communications, LLC*, MB Docket No. 08-214, File No. CSR-7876-P, Before the Federal Communications Commission (Declaration with Jay Ezrielev: June 20, 2008; Expert Report: March 13, 2009; Deposition Testimony: April 1, 2009; Written Direct Testimony: April 6, 2009; Courtroom Testimony: April 16, 2009).

- *In The Matter of Applications for the Transfer of Control of Licenses and Authorizations From Centennial Communications Corp. to AT&T*, with Robert D. Willig and J. Loren Poulsen, Submitted to the Federal Communications Commission, Commissioned by AT&T, November 21, 2008.

- *In The Matter of Implementation of the Cable Television Consumer Protection and Competition Act of 1992; Development of Competition and Diversity in Video Programming Distribution: Section 628(c)(5) of the Communications Act; Sunset of Exclusive Contract Prohibition; Review of the Commission's Program Access Rules and Examination of Programming Tying Arrangements,* Filed in Conjunction With Reply Comments Submitted to the Federal Communications Commission (MB Docket No. 07-29; MB Docket No. 07-198), Commissioned by Discovery Communications, Inc., February 12, 2008.

- *In Re: Intel Corp. Microprocessor Antitrust Litigation; Phil Paul et al v. Intel Corporation*, In the United States District Court for the District of Delaware (MDL Docket No. 05-1717 (JJF) and C.A. No. 05-485 (JJF), (Declaration: August 10, 2007; Declaration: April 23, 2007).

- *In The Matter of Applications for the Transfer of Control of Licenses and Authorizations From Dobson Communications to AT&T*, with Robert D. Willig, Submitted to the Federal Communications Commission, Commissioned by AT&T, July 12, 2007.

- *Microsoft Corporation v. Commission of the European Communities*, European Court of First Instance*, Case T-201/04 R, April 24-25, 2006.

- *In The Matter of Satellite Home Viewer Extension and Reauthorization Act of 1994,* with Jay Ezrielev, Submitted to the Library of Congress, Copyright Office (Docket No. RM 2005-07), Commissioned by EchoStar Satellite L.L.C., September 1, 2005.

- *In The Matter of Rainbow DBS Company, LLC, Assignor, and EchoStar Satellite L.L.C., Assignee, Consolidated Application for Consent to Assignment of Space Station and Earth Station Licenses, and related Special Temporary Authorization*, with Simon J. Wilkie, Submitted to the Federal Communications Commission (IB Docket No. 05-72), Commissioned by EchoStar Satellite L.L.C. and Rainbow DBS Company, LLC, April 12, 2005.

- *In The Matter of Applications for the Transfer of Control of Licenses and Authorizations From Western Wireless Corporation to ALLTEL Corporation*, with Robert D. Willig and Yair Eilat, Submitted to the Federal Communications Commission (WT Docket No. 05-50), Commissioned by ALLTEL Corporation and Western Wireless Corporation, March 29, 2005.

- *In The Matter of A La Carte and Themed Tier Programming and Pricing Options for Programming Distribution on Cable Television and Direct Broadcast Satellite Systems*, with Robert D. Willig and Jay Ezrielev, Filed in Conjunction With Comments Submitted to the Federal Communications Commission (MB Docket No. 04-207), Commissioned by Discovery Communications, Inc., July 15, 2004.

- "An Economic Assessment of the Exclusive Contract Prohibition Between Vertically Integrated Cable Operators and Programmers," with Peter R. Orszag and John M. Gale, Filed in Conjunction With Reply Comments Submitted to the Federal Communications Commission (CS Docket No. 01-290), Commissioned by EchoStar Satellite Corporation and DIRECTV, Inc., January 7, 2002

- Hearing on "The Department of Commerce Fiscal Year 2001 Budget and Its Native American Initiatives," Testimony to the United States Senate Indian Affairs Committee, February 23, 2000.

- Hearing on "Testimony on S. 614: The Indian Tribal Regulatory Reform and Business Development Act," Testimony to the United States Senate Indian Affairs Committee, May 19, 1999.

CONTAINS CONFIDENTIAL MATERIALS

# APPENDIX B

CONTAINS CONFIDENTIAL INFORMATION

# Materials Relied Upon

## <u>Case Documents, Legal Filings, and Regulatory Documents</u>

Complaint, In the Matter of Staples, Inc., a corporation, and Office Depot, Inc., a corporation, Docket No. 9367.

Competitive Effects Analysis of the Proposed Transaction Between Staples and Office Depot," June 12, 2015.

"Defendant Staples' Objections and Responses to Plaintiffs' First Set of Interrogatories" (and documents referenced therein), January 21, 2016.

Statement of the Federal Trade Commission Concerning the Proposed Merger of Office Depot, Inc. and OfficeMax, Inc.," FTC File No. 131-0104, November 1, 2013.

Federal Trade Commission and U.S. Department of Justice (2006) "Commentary on the Horizontal Merger Guidelines."

Federal Trade Commission and U.S. Department of Justice (2010) "Horizontal Merger Guidelines."

## <u>Company Documents</u>

 "First Amendment to Domestic Vendor Agreement."

"North American Vendor Program Agreement, 2014."

Staples Wholesaler Negotiation Status (July 21, 2011).

Staples, NAC Q2 2015 Strategy Session, at 16 (May 21, 2015).

United Stationers Info, Staples Wholesaler & Non-Stock Group, (January 2013) (SPLS_046662).

W.B. Mason RFP Response (FTC-PROD-0082821).

W.W. Grainger, Inc., "2015 Fact Book."

## <u>SEC Filings</u>

Fastenal Company, "2014 Annual Report."

MSC Industrial Direct Co., Inc., "Form 10-K."

CONTAINS CONFIDENTIAL INFORMATION

Office Depot, Inc., "Form 10-K For the Fiscal Year Ended December 27, 2014."

Staples, Inc., "2014 Annual Report, Notice of Annual Meeting and Proxy Statement."

Staples, Inc., "Form 8-K," March 30, 2015.

Staples, Inc., "Form 10-K For the Fiscal Year Ended January 31, 2015."

United Stationers, Inc. "Form 10-K for the Year Ended December 31, 2014."

W.W. Grainger, Inc., "2014 Annual Report."

W.W. Grainger, Inc., "Form 10-K."


**Expert Reports**

Expert Report of Carl Shapiro and backup materials, February 15, 2016 ("Shapiro Report").


**Declarations**

Declaration of ███████████

Declaration of ███████████.

Declaration of ████████████████████.

Declaration of ████████

Declaration of █████████

Declaration of ████████

Declaration of ███████

Declaration of ██

Declaration of ████████████████

Declaration of ████████

Declaration of █████████

Declaration of █████████

Declaration of █████████

Declaration of █████████

Declaration of 

Declaration of

Declaration of

Declaration of

Declaration of

Declaration of

Declaration of

Declaration of

Declaration of

Declaration of

**<u>Investigational Hearings</u>**

Investigational Hearing of John Lander and exhibits thereto

Investigational Hearing of Kim Ghant and exhibits thereto

Investigational Hearing of Neil Ringel and exhibits thereto

Investigational Hearing of Roland Smith and exhibits thereto

Investigational Hearing of Shira Goodman and exhibits thereto

Investigational Hearing of Stephen R. Calkins and exhibits thereto

Investigative Hearing of Christine T. Komola and exhibits thereto

Investigative Hearing of Ronald Sargent and exhibits thereto

Investigative Hearing of Stephen E. Hare and exhibits thereto

**<u>Depositions</u>**

Deposition of Christine T. Komola and exhibits thereto

Deposition of Dana Cooley and exhibits thereto

Deposition of Dave Castro and exhibits thereto

CONTAINS CONFIDENTIAL INFORMATION

Deposition of David Harris and exhibits thereto

Deposition of Ela Alayon and exhibits thereto

Deposition of Faisal Masud and exhibits thereto

Deposition of Frank Ho and exhibits thereto

Deposition of Gillian Klein and exhibits thereto

Deposition of Gregg O'Neill and exhibits thereto

Deposition of John Lander and exhibits thereto

Deposition of Juliet Johansson and exhibits thereto

Deposition of Kieran McCabe and exhibits thereto

Deposition of Leo J. Meehan, III and exhibits thereto

Deposition of Leonard Allen Wright and exhibits thereto

Deposition of Martin Corbett and exhibits thereto

Deposition of Michael Rusk and exhibits thereto

Deposition of Neil Ringel and exhibits thereto

Deposition of Patrick Egan and exhibits thereto

Deposition of Prentis Wilson and exhibits thereto

Deposition of Robert Aiken and exhibits thereto

Deposition of Ronald Sargent and exhibits thereto

Deposition of Roy Lamphier and exhibits thereto

Deposition of Shira Goodman and exhibits thereto

Deposition of Stephen Hare and exhibits thereto

Deposition of Thomas Heisroth and exhibits thereto


**Bates Stamped Documents**

AMAZON000001-03

AMAZON000004-17

CONTAINS CONFIDENTIAL INFORMATION

AMAZON000018-39

AMAZON000041-61

AMAZON000113-21

AMAZON000138-46

AMAZON000147

CVXOFFICE_00000204

F03142-E0084-00160214 – Walgreens

FOOTLOCKER_00000031.ods

FTC-PANALPINA-0000080

FTC-PROD-0056380

FTC-PROD-0177223-244

ODP-OMX-FTC-00581661

ODP-OMX-FTC-01051645

ODP-OMX-FTC-01438267

ODP-OMX-FTC-01514443

ODP-OMX-FTC-01711858

ODP-OMX-FTC-01813924

ODP-OMX-FTC-01849150

ODP-OMX-FTC-02060383

ODP-OMX-FTC-02085302

ODP-OMX-FTC-02089096-7

ODP-OMX-FTC-02098109

ODP-OMX-FTC-02805603

ODP-OMX-FTC-02808014

ODP-OMX-FTC-02818119

ODP-OMX-FTC-02888454

CONTAINS CONFIDENTIAL INFORMATION

ODP-OMX-FTC-02904289

ODP-OMX-FTC-03106904

ODP-OMX-FTC-03757272

ODP-OMX-FTC-05085056

ODP-OMX-FTC-05085058

ODP-OMX-FTC-06513368

ODP-OMX-FTC-06689017

ODP-OMX-FTC-06745223

ODP-OMX-FTC-06894076

ODP-OMX-FTC-06926997

ODP-OMX-FTC-06944902

ODP-OMX-FTC-071804088

ODP-OMX-FTC-07605661

ODP-OMX-FTC-07753791

ODP-OMX-FTC-07919948

ODP-OMX-FTC-07939222

ODP-OMX-FTC-07966164

ODP-OMX-FTC-7967464

RSG006457

SPLS_0427272

SPLS_04290805

SPLS_04290819

SPLS_04290825

SPLS_04290841

SPLS_04290871

SPLS_04290893

CONTAINS CONFIDENTIAL INFORMATION

SPLS_04290907

SPLS_04291089

SPLS_04291158

SPLS_0438516

SPLS_0466549

SPLS_0466573

SPLS_0466574

SPLS_0466598

SPLS_0466603

SPLS_0466613

SPLS_0466624

SPLS_0920120

SPLS_0968905

SPLS_1108311

SPLS_2078955

SPLS_2967031

SPLS_4285928

SPLS_SFDC_0001627830

SPLS_SFDC_0001762648

WBM000757


**Academic Publications**

Dennis W. Carlton and Jeffrey M. Perloff (2005) *Modern Industrial Organization*, fourth edition, Pearson Addison Wesley.

Farrell, Joseph, and Carl Shapiro (2010) "Antitrust Evaluation of Horizontal Mergers: An Economic Alternative to Market Definition."

CONTAINS CONFIDENTIAL INFORMATION

Ivaldi, Marc and Aleksandra Khimich (2014) "Towards Guidelines for Efficiency Analysis in Mergers and Antitrust Cases," Report to the Regional Competition Center for Latin America.

Jonathan B. Baker (2007) "Market Definition: An Analytical Overview," *Antitrust Law Journal* 74(1):129-73.

Jonathan B. Baker and Steven C. Salop (2015) "Antitrust, Competition Policy, and Inequality," *Georgetown* Law Journal Online, 104(1):1-28.

Joseph Farrell and Carl Shapiro (2010) "Recapture, Pass-Through, and Market Definition," *Antitrust Law Journal* 76(3):585-604.

Joseph Farrell, John Hayes, Carl Shapiro, and Theresa Sullivan (2007) "Standard setting, patents, and hold-up," *Antitrust Law Review* 74(3):603-670.

Mark A. Allen, Robert E. Hall, and Victoria A. Lazear (2011) "Reference Guide on Estimation of Economic Damages," in Federal Judicial Center and National Research Council (2011) *Reference Manual on Scientific Evidence, Third Edition*, National Academies Press.

Orley Ashenfelter, David Ashmore, Jonathan B. Baker, and Signe-Mary McKernan (1998) "Identifying the Firm-Specific Cost Pass-Through Rate."

Rybnicek, Jan M. and Joshua D. Wright (2014) "Outside In or Inside Out?: Counting Merger Efficiencies Inside and Out of the Relevant Market."

Sonia Jaffe and E. Glen Weyl (2013) "The First-Order Approach to Merger Analysis," *American Economic Journal: Microeconomics* 5(4):188-218.

Stanley M. Besen, et al. (2013) "An Economic Analysis of the AT&T-T-Mobile USA Wireless Merger," *Journal of Competition Law and Economics* 9(1):23-47.

Robert E. Hall and Marc Lieberman, *Economics: Principles and Applications*, 4e, Thomson South-Western, 2008.


## News Articles and non-Academic Publications


"Accelerating Contract Commitment: AOPD '16 Leader's New Vision & Brand Plans," *Proficiency Post*, March 11, 2015.

"Amazon Expands Business-Sales Marketplace After Three Years," *Wall Street Journal*, April 28, 2015.

"Amazon Takes Stage with Oracle, Enters B2B Market – So What?" *Spend Matters*, February 3, 2015.

"How W.B. Mason Grew by Narrowing its Focus," *INC*, July 14, 2015.

CONTAINS CONFIDENTIAL INFORMATION

Martin Wilde Associates Ltd & Office products International Ltd., *Swimming with Piranha*, at Vol. 1, September 2014.

Martin Wilde Associates Ltd & Office Products International Ltd., *The Spider Report: How And Why Business Products Are Bought On The Web Us Report*, January 2016.

Forrester, Insights Into The Behavior Of The Modern B2B Buyer, 3rd Annual Survey, by Andy Hoar, December 15, 2015 (FORRESTER 0000076).

"Keurig Green Mountain, Inc. and W.B. Mason Bring Magic to Keurig Brewers with SHAZAM Coffee," *Business Wire*, October 6, 2014

"Office Depot and OfficeMax Complete Merger," Office Depot, Inc. and OfficeMax Incorporated Press Release, November 5, 2013.

"Office Depot and OfficeMax Stockholders Approve Merger of Equals," Office Depot, Inc. and OfficeMax Incorporated Press Release, July 10, 2013.

"OfficeMax and Office Depot Announce Merger of Equals to Create $18 Billion Global Office Solutions Company," OfficeMax Incorporated and Office Depot, Inc. Press Release, February 20, 2013.

Quocirca, "Managed Print Services Landscape," July 2015.

"Staples Agrees to Sell Some Contracts to Essendant," *Wall Street Journal*, February 16, 2016.

"Staples, Inc. Announces Acquisition of Office Depot, Inc.," Staples, Inc. and Office Depot, Inc. Press Release, February 4, 2015.

"Study Finds Nearly Half of B2B Buyers Have Used Amazon Supply to Make a Company Purchase," Acquity Group Press Release, June 18, 2013.

The Antitrust Source: Interview with FTC Commissioner Joshua D. Wright, August 2014 Volume 13 Issue 6.

"Trade Commission Clears Office Depot, OfficeMax Merger; U.S. Agency Decides Deal Between Office Supply Stores Won't Harm Competition," *Wall Street Journal*, November 1, 2013.

"W.B. Mason and Ryder: A customized fleet for phenomenal growth," Ryder, 2015.

"W.B. Mason lays off 15 employees in city," *The Enterprise* [Brockton, Mass.], December 22, 2015.

"WBMason Momentum Unstoppable," *Proficiency Post*, October 19, 2015.


**Websites and Other Data**

CONTAINS CONFIDENTIAL INFORMATION

Alexa Report on StaplesAdvantage.com

DOM00000008 - 26 Split by Year 2012 - 2015_(39619427_1).pdf

Lockheed Martin response.pdf

https://www.amazon.com/business

https://www.amazon.com/gp/aw/help/id=201722990

http://www.aopd.com/about_us.php?page=18

https://www.fastenal.com/products/office-products-furniture?intcmp=hpcat-office_products_and_furniture&r=~|categoryl1:%22609525%20Office%20Products%209and%20Furniture%22|~

https://www.grainger.com/category/office-supplies/ecatalog/N-jkv

http://www.independentstationers.coop/

http://www.mcmaster.com/#office-supplies-signs/=10vsjdf

https://www.mscdirect.com/browse/Shipping-Office-Supplies?navid=12104088

http://www.sanfordb2b.com/US/Pages/AboutUs.aspx

http://www.sprichards.com/who-we-are/operations/

http://www.staplesadvantage.com/learn/expert-services/managed-print-services/managed-print-services.html

https://www.wbmason.com/AboutUs/corporate-solutions.html

https://www.wbmason.com/AboutUs/index.html

https://www.wbmason.com/AboutUs/locations.html

CONTAINS CONFIDENTIAL MATERIALS

# APPENDIX C

CONTAINS CONFIDENTIAL MATERIALS

**Staples and Office Depot Documents Demonstrating
Leakage at Large B-to-B Customers**

████ ████ ████ gave local ████ clubs the ability to add 25 additional items to a "custom core list" – lowering the price on the items that were important to each club.[1]

████████████████████████████████████ "[O]ne of our biggest growth opportunities is to gain compliance of some of our larger customers like ████ ████ or ████████ franchises, ████ or ████████ I don't believe the tools we had at ████ had much success."[2]

████████ "Client has identified 800 to 900 k in non compliant [sic] spend. ████ and I to 're sell' the program and capture the spend."[3]

████████ "Customer: I am not going to order the toners. Rep: Can you tell me how close we are in price? Customer: You guys are about 10 to 20 dollars off of each toner. Rep: ████ Did you take into account the 6% rebate that Staples pays ████████ Customer: Yes, we did."[4]

████ ████ is "off their spend commitment. New contacts were introduced that appear to understand supplies better th[a]n previous management. They are going to pull accounting journals to help us find leakage."[5]

████ ████ account had $500,000 leakage in 2014.  For ████ "[w]e have leakage all over the place."

████ ████ ████ developed a program to allow each ████████ dealer to create its own "Fighter List" of 25 core items at discounted pricing, below the pricing on the master ████ contract.[7]

████ ████ ████ renegotiated a contract with ████ ████ "which is a multi-million-dollar customer" because of leakage in traditional office supplies.

████████████████████ "[E]ach end user is making their own economic decision. I know that ████████ ████ and ████ all conduct business this way. We are their preferred supplier, but there is more leakage tha[n] ever going to Amazon, CDW and all of our other on-line competitors."[9]

---

1. ████-FTC-07966164, slide 2.
2. ████-FTC-02805603.
3. ████-FTC-02098109.
4. ████_04290825.
5. ████-FTC-01051645.
6. ████-FTC-02808014; Investigative Hearing of ████ ████ at p. 37.
7. ████-FTC-07966164, slide 6. *See also* ████ ████-FTC-07753791.
8. Investigative Hearing of ████ ████ at pp. 207-208.
9. ████ ████-FTC-06689017.

CONTAINS CONFIDENTIAL MATERIALS

██████ ████ "spend with them is -- is significantly lower than we thought, and we're going in negotiating [an agreement] with them . . . to try and ensure more compliance" in office products. ████ ████ is now in the process of developing an additional core list lowering pricing further on 40 specific items to reduce leakage at clinics, which currently buy toner from CDW. ████ ████ is also pursuing the ████ ████ business, lowering pricing to battle competition from a local supplier (Rocky Mountain Business Supplier).[10]

██████ "The office supply spend will end up short of RFP projections by about $600,000. . . . We would like to work closer with █████ to identify possible leakage out in the field and rein in some of the spending outside of the program."[11]

██████ ████ ████ reduced toner price 18% on average to reduce toner leakage to CDW.[12]

████ In this "$6 million account," ████ "hires three people that all they're doing is they buy a lot of bulk office supplies. They are going to surf of the Web, and they want to find the lowest price for each product. That $6 million [last year] has gone to zero sales this year."[13]

██████ ████ ████ sent ████ ████ screen shots of a side-by-side comparison of █████ pricing versus Amazon, calling out significant savings compared to █████ current contract, and explaining that this may only be a sample of the leakage going to Amazon ████ ████ responded by reducing pricing immediately on those items to match the Amazon price and retain the business.[14]

████ █████ ██ internal documents estimated ████ has "$750k [of] rogue spend." In response, ████ ███ is now lowering pricing on paper and toner and increasing other financial incentives to drive compliance and increase spend.[15]

██████ In this $5 million account, there is "[s]ignificant leakage in the field [offices]." While "HQ is happy with ████ solution," "████ will not drive compliance from HQ level," so ████ ████ plans to "[o]ffer ████ attractive [r]enewal deal based on HQ business ONLY."

██████ ████ ████ allowed each local dealer to create a custom core list of discounted items most important to the dealer. ████ ████ also reduced price on paper, and gave a 3 percent volume rebate across the board to encourage dealers to purchase on ████ ████ contract.[17]

██████ ████ ████ has "$750k in office supply rogue spend with companies that ████ owns."[18]

---

10.   Investigative Hearing of ████ ████ at p. 207.
11.   ██ █ -FTC-01849150.
12.   █ - ██ -FTC-07966164, slide 3.
13.   Investigative Hearing of ██ ████ at p. 81.
14.   █ - ██ -FTC-07966164, slide 8; ████ -FTC-07605661.
15.   █ - ██ -FTC-02818119.
16.   █ - ██ -FTC-06894076.
17.   █ - ██ -FTC-07966164, slide 7.
18.   █ - ██ -FTC-06926997.



█████ █ ████ █████ renegotiated an agreement with ████ ██ "where we're trying to motivate behavior relative to their various locations" due to leakage.

████ "█████ is one of our flagship customers. They have 50, 60 locations that we can't get . . . to buy from [us]. So we go to █████ headquarters, and they sit down. They're like, 'We're trying. We can't mandate our employees to buy this stuff from ███ ██ They find it somewhere cheaper.'" ████ █████ also learned that █████ end users were purchasing "green" products from competing retailers with lower prices; to respond, this year █████ █████ added pages of "green" items (about 30 SKUs in total) to █████ core list, significantly reducing pricing on those items to win that business.[20]

█████ █ "Recently while visiting the ██ offices in Albany, NY on a separate matter, it was evident we were not getting all the spend as the office was 'littered' with WB Mason paper. I spoke to the person that places the orders and she indic[a]ted they were not bound by the agreement to buy everything from us if they could get a better price for their office."[21]

████ "Toner spend – [s]pend is down significantly. There was only $120K spend on $2,571,911 of total spend this year" due to "leakage."[22]

█████ █████ "█████ only receives approximately 10% of their overall annual Ink and Toner spend.  When questioned as to why, [█████ █████ purchaser] replied 'We get better pricing from a local vendor.'"[23]

█████ █████ █████ "[w]ill be working on various projects with them to uncover any rogue spend" and "leakage of business going to other suppliers[]."[24]

████ █ ████ ████ and ██ discussed that "BSD catalog pricing will be up to 15% off the www website pricing. [] This will be reviewed with the pricing analyst to see what we can do to make sure we are competitive on this assortment to reduce/eliminate rogue spend. . . . ███ Legal will not agree[] to a spend commitment[]"[25]

█████ █ █ "We have existing business with █████ today, worth about $400K annually, we see about $200K of that (toner leakage)."[26]

█████ █ "I also wanted to inform you that I am issuing substantially more office supply and stationery orders with Amazon due to the pricing advantages."[27]

---

19.    Investigative Hearing of Stephen Calkins, at p. 207.
20.    Investigative Hearing of John Lander, at p. 37.
21.    ODP-OMX-FTC-02060383.
22.    ODP-OMX-FTC-02085302.
23.    ODP-OMX-FTC-03757272.
24.    ODP-OMX-FTC-01813924.
25.    ODP-OMX-FTC-01711858.
26.    ODP-OMX-FTC-06944902.
27.    SPLS_04291089.

CONTAINS CONFIDENTIAL MATERIALS



██████ "████████ - $1M rogue spend."[28]

████████████████████████████████: "Annual spend is estimated at $7.3M [a]nnually (however we think there is leakage and could be as high as $12M annually)."[29]

██████ ██████ spend with ████ has decreased from over $5M to $1.8M: "We have identified some external leakage from ████████ field selling organization to various retail suppliers, and we have expanded our sku assortment to capture that spend[.]"[30]

██████ "[T]he OP [RFP] is worth $3 million….the usage we have is about 2/3 of their spend. There is more spend and they have a lot of leakage. . . . [T]he [p]aper is worth about $7 to $8 million."[31]

████████████ "'[Z]ero-billing ████████ locations' [in PX05156] means they aren't buying on the program. They're buying from someone else."[32]

████████ "████████ which is part of ████ ██████ ████████ We're only getting 50 percent of their spend."[33]

██████████ A ████ RFP summary states the expected spend for North America is "$6.5M (include 20% leakage)."[34]

██████ "[C]oncerns about leakage at [████ subsidiary] ████…which is 95% of this business. . . . [T]he location in Pittsburgh that does not buy from us today . . . [is] a big location – we estimate locally that it[']s worth around 200K."[35]

28.    ODP-OMX-FTC-02818119.
29.    ODP-OMX-FTC-02888454.
30.    ODP-OMX-FTC-01438267.
31.    ODP-OMX-FTC-06745223.
32.    Investigative Hearing of John Lander, at p. 324.
33.    Investigative Hearing of John Lander, at p. 29.
34.    ODP-OMX-FTC-03106904.
35.    ODP-OMX-FTC-06513368.

CONTAINS CONFIDENTIAL MATERIALS

# APPENDIX D

CONTAINS CONFIDENTIAL MATERIALS

**PRISM Screen Shots**



CONTAINS CONFIDENTIAL MATERIALS

CONTAINS CONFIDENTIAL MATERIALS

CONTAINS CONFIDENTIAL MATERIALS

CONTAINS CONFIDENTIAL MATERIALS

CONTAINS CONFIDENTIAL MATERIALS



CONTAINS CONFIDENTIAL MATERIALS



CONTAINS CONFIDENTIAL MATERIALS



CONTAINS CONFIDENTIAL MATERIALS

# APPENDIX E

CONTAINS CONFIDENTIAL MATERIALS

**Regression Analysis of Professor Shapiro's Estimate of Large B-to-B Customer Margins**

1.      I estimated the following regression model:

$$Margin_{ijt} = \alpha_j + \beta Large_i + \gamma_t q_t + \varepsilon_{ij},$$

where

- $Margin_{ijt}$ is the accounting unit margin for product $j$ (defined by a unique SKU) to customer $i$ in quarter $t$, defined as the unit price, less the unit cost of goods sold and plus vendor rebates, divided by the unit price;

- $Large_i$ is an indicator variable that takes the value of 1 if customer $i$ is "large" (*i.e.*, had $500,000 or more in consumables purchases during 2015);

- $\alpha_j$ is a SKU-specific constant term ("fixed effect");

- $q_t$ is a year-quarter fixed effect; and

- $\varepsilon_{ijt}$ is a random error.

2.      The inclusion of SKU-fixed effects in the model means that the regression compares margins between large and small customers on an SKU-by-SKU basis.  In other words, the results are not biased by differences in product mix between large and small customers.  The inclusion of year-quarter fixed effects controls for any effects causing accounting margins to be higher or lower across all SKUs in a particular year-quarter (*e.g.*, macroeconomic changes).

3.      A negative value on the estimated coefficient $\beta$ in the model above indicates that, holding constant other factors, large B-to-B customers experience lower accounting margins than other customers; a positive value for $\beta$ would indicate the opposite, *i.e.*, higher accounting margins for large B-to-B customers.  I estimated this equation using data on Staples sales to B-to-B customers during fiscal years 2013 – 2015, and separately using data on Office Depot sales to B-to-B customers during fiscal years 2012 – 2015.[1]  The data are quarterly in periodicity and

---

1.      Margin data that reflects vendor rebates are not available for fiscal year 2012 in the case of Staples.

CONTAINS CONFIDENTIAL MATERIALS

are reported at the SKU-customer level.  I weighted the regression using the sales for each customer-SKU observation, so that larger sales have a larger impact in determining the model estimates.

4.       The first two columns of Appendix E Exhibit summarize the regression results. They are reported separately for Staples and Office Depot.  The results indicate that, holding constant other factors, large customers at Office Depot experience 5.7 percentage points lower accounting margins than other customers.  Large customers at Staples experience 5.5 percentage points lower accounting margins than other customers.

5.       In a separate analysis, I also divided up the set of large customers into three groups: those with annual purchases in the previous fiscal year (a) between $500,000 and $1 million; (b) between $1 million and $3 million; and (c) greater than $3 million.  I adjusted the model discussed above slightly to include three indicator variables, one for each of these three groups, instead of a single indicator variable for large customers.  The last two columns in the Exhibit report the results of this adjusted model.  For Office Depot, the results indicate that B-to-B customers with more than $3 million in purchases during the previous year experienced accounting margins 8.6 percentage points lower than small B-to-B customers (with less than $500,000 in purchases).  B-to-B customers with between $500,000 million and $1 million or between $1 million and $3 million also experienced accounting margins that were lower than those experienced by small B-to-B customers, but not as low as the accounting margins experienced by customer with more than $3 million in purchases.  Results for Staples are qualitatively the same, and similar in magnitude.

CONTAINS CONFIDENTIAL MATERIALS

# Appendix E Exhibit

## Regression Analysis of Professor Shapiro's Estimate
## Of Large B-to-B Customer Margins
## Coefficients on Dummy Variable for Large Customers

|  | Variation 1 | | Variation 2 | |
|---|---|---|---|---|
|  | **Office Depot** | **Staples** | **Office Depot** | **Staples** |
| >$500k | -0.0570*** | -0.0551*** |  |  |
| Between $500k & $1m |  |  | -0.0863*** | -0.0769*** |
| Between $1m & $3m |  |  | -0.0486*** | -0.0492*** |
| Greater than $3m |  |  | -0.0329*** | -0.0310*** |
|  |  |  |  |  |
| Quarter - Year Fixed Effects | YES | YES | YES | YES |
| SKU Fixed Effects | YES | YES | YES | YES |
| Observations | 118,628,367 | 85,271,932 | 118,628,367 | 85,271,932 |

Sources: Office Depot and Staples Second Request Specification 8 data, Office Depot
Specification 26 and Staples Specification 25 data.
Notes: *** denotes significance at the 1% level.