IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** *et al.*,<br><br>                         **Plaintiffs,**<br><br>           v.<br><br>**STAPLES, INC.; and**<br>**OFFICE DEPOT, INC.**,<br><br>                         **Defendants.** | **Civil Action No. 1:15-cv-02115-EGS** |

## NOTICE OF FILING PUBLIC VERSIONS OF CITED EXHIBITS

In accordance with the Court's Orders and instructions, Plaintiff Federal Trade Commission ("FTC") respectfully files public versions of exhibits that the FTC cited in pre-hearing briefs. The public versions of exhibits include redactions, as required to comply with Court Orders regarding the confidentiality of party and non-party material.

Dated:  March 20, 2016

Respectfully Submitted,

/s/ Peter Colwell
Peter Colwell (D.C. Bar No. 1002877)
Bureau of Competition
Federal Trade Commission
400 Seventh Street, S.W.
Washington, D.C. 20024

*Attorney for Plaintiff Federal Trade Commission*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of March, 2016, I filed the foregoing with the Clerk of the Court via the CM/ECF system, which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Notice of Electronic Filing.

    /s/ Peter Colwell
*Attorney for Plaintiff Federal Trade Commission*