# FTC, et al. v. Staples, Inc., et al.
## Opening Statement

  

**March 21, 2016**



# Staples and Office Depot Dominate Sales of Consumable Office Supplies to Large Businesses



**Consumable Office Supplies Market Shares**
*Fortune 100 Customers, 2014*

| Supplier | Share |
|---|---|
| Staples | 47.3% |
| Office Depot | 31.7% |
| Veritiv-Unisource-Xpedx | 5.2% |
| Georgia Pacific | 1.6% |
| Domtar | 0.8% |
| Lindenmeyr | 0.5% |
| American Product Distributors | 0.4% |
| Nelmar | 0.4% |
| Uline | 0.4% |
| Runco | 0.3% |
| Grainger | 0.3% |
| Amazon | 0.3% |
| Xerox | 0.3% |
| Coin-Tainer | 0.2% |
| Arctic Office | 0.2% |
| Whitlock Business Systems | 0.2% |
| Taylor Corporation | 0.2% |
| W.B. Mason | 0.2% |
| Gestion d'achats RAM | 0.1% |
| Miller Office | 0.1% |
| Industries For The Blind | 0.1% |
| Office Essentials | 0.1% |
| RR Donnelley | 0.1% |
| Facsimile Paper Connection | 0.1% |
| International Paper | 0.1% |
| Other - Specified Suppliers | 4.5% |
| Other - Supplier Not Specified | 2.3% |
| Unreported Leakage Adjustment | 2.2% |

*Sources:* Exhibit R1B, Shapiro Reply Report.

## Staples Advantage -Fortune 100 Overview-

Staples Advantage
- Fortune 100 Overview -

| Rank | Name | OP Incumbent | FY12 Sales | Core Office Supplies | Facilities & Breakroom | Print & Promo |
|------|------|-------------|-----------|---------------------|----------------------|---------------|
| 1 | Exxon Mobil Corporation | Staples/ODP (dual Award 50/50) | 7,987,748 | $ 6,795,425 | $ 811,032 | $ 381,292 |
| 2 | Wal-Mart Stores, Inc. | American Product Distribtuors | 8,171,765 | $ 7,288 | $ 3,319 | $ 8,161,157 |
| 3 | Chevron Corporation | Office Depot | 167,032 | $ - | $ - | $ 167,032 |
| 4 | ConocoPhillips | Staples | 4,728,110 | $ 2,872,850 | $ 212,908 | $ 1,642,353 |
| 5 | General Motors Company | Local Suppliers | 614,267 | $ - | $ - | $ 614,267 |
| 6 | General Electric Company | Staples | 14,680,157 | $ 13,357,540 | $ 1,211,931 | $ 110,687 |
| 7 | Berkshire Hathaway Inc. | Staples | 10,618,701 | $ 9,431,374 | $ 1,056,935 | $ 130,392 |
| 8 | Federal National Mortgage Association | Office Max | - | $ - | $ - | $ - |
| 9 | Ford Motor Company | Local Suppliers | - | $ - | $ - | $ - |
| 10 | Hewlett-Packard Company | Staples | 10,857,608 | $ 5,860,164 | $ 89,406 | $ 4,908,038 |
| 11 | AT&T Inc. | Staples/OMX (dual Award 80/20) | 16,586,531 | $ 12,125,629 | $ 900,444 | $ 3,560,458 |
| 12 | Valero Energy Corporation | Staples | 537,045 | $ 498,575 | $ 38,399 | $ 70 |
| 13 | Bank of America Corporation | Staples | 31,807,835 | $ 24,789,753 | $ 4,260,830 | $ 2,757,252 |
| 42 | Johnson & Johnson | Office Depot | - | $ - | $ - | $ - |
| 43 | State Farm Mutual Automobile Insurance Company | Office Max | 1,126,353 | $ - | $ - | $ 1,126,353 |
| 44 | Dell Inc. | Staples | 1,267,874 | $ 1,205,369 | $ 59,825 | $ 2,681 |
| 45 | WellPoint, Inc. | Staples | 1,821,331 | $ 1,625,652 | $ 192,752 | $ 2,927 |
| 46 | Caterpillar Inc. | Office Max | 423,968 | $ 1,393 | $ - | $ 422,575 |
| 47 | The Dow Chemical Company | Staples | 4,690,168 | $ 3,315,006 | $ 381,673 | $ 993,490 |
| 48 | United Technologies Corporation | Staples | 9,686,790 | $ 9,168,070 | $ 557,934 | $ (39,214) |
| 49 | Comcast Corporation | Office Max | 116,383 | $ 96,381 | $ 18,790 | $ 1,212 |
| 50 | Kraft Foods Inc. | Staples | 3,267,450 | $ 3,019,224 | $ 231,558 | $ 16,667 |
| 51 | Intel Corporation | Staples | 5,683,106 | $ 5,392,199 | $ 286,714 | $ 4,192 |
| 52 | United Parcel Service, Inc. | Staples/ODP (dual Award 60/40) | 13,613,048 | $ 7,176,331 | $ 801,644 | $ 5,635,073 |
| 53 | Best Buy Co., Inc. | Office Depot | 125,662 | $ - | $ - | $ 125,662 |
| 54 | Lowe's Companies, Inc. | Staples | 10,937,698 | $ 9,579,370 | $ 779,392 | $ 578,936 |
| 55 | Prudential Financial, Inc. | Staples | 5,931,281 | $ 5,732,358 | $ 194,628 | $ 4,295 |
| 56 | Amazon.com, Inc. | Staples | 13,869,422 | $ 9,552,433 | $ 392,141 | $ 3,924,847 |
| 57 | Merck & Co., Inc. | Staples | 1,306,337 | $ 1,194,368 | $ 40,379 | $ 71,590 |
| 58 | Lockheed Martin Corporation | Staples | 18,611,675 | $ 17,540,574 | $ 1,020,812 | $ 50,289 |
| 59 | The Coca-Cola Company | Staples | 5,886,895 | $ 1,449,547 | $ 83,667 | $ 4,353,680 |
| 90 | Sprint Nextel Corporation | Staples | 777,477 | $ 585,501 | $ 190,195 | $ 1,781 |
| 91 | News Corporation | Office Depot | 237,636 | $ 214,719 | $ 22,181 | $ 736 |
| 92 | General Dynamics Corporation | Staples | 1,852,857 | $ 1,735,668 | $ 86,436 | $ 30,753 |
| 93 | The Allstate Corporation | Office Max | - | $ - | $ - | $ - |
| 94 | HCA Holdings, Inc. | Staples | 38,797,050 | $ 35,714,158 | $ 2,766,370 | $ 316,522 |
| 95 | American Express Company | Staples | 4,329,049 | $ 3,985,546 | $ 180,310 | $ 163,193 |
| 96 | Tyson Foods, Inc. | Office Max | - | $ - | | |
| 97 | Deere & Company | Office Max | - | $ | | |
| 98 | Murphy Oil Corporation | Multiple Award | 144,701 | $ 81, | | |
| 99 | Philip Morris International Inc. | Proftech | 2,539 | $ 2, | | |
| 100 | Nationwide Mutual Insurance Company | Staples | 12,591,930 | $ 6,752 | | |

**Internal SPLS Email Requesting F100 Poster, Jul. 2013 (PX04499-002)**

3



# Staples and Office Depot Warned Customers the Merger Would Eliminate the Benefits of Competition



I thought it was odd after the Max/Depot merger that global and large national organizations had basically only two options for office supplies. If this deal is approved that will dwindle to one.

For companies wanting savings, new terms, or additional incentives now is the time to ink those details in a long term contract. with Depot.

**Email to ODP Customer, Feb. 2015 (PX07175-001)**

4



# Staples and Office Depot Warned Customers the Merger Would Eliminate the Benefits of Competition

**Office Depot Final RFP Offer**

From:
Hugh McKean <hugh.mckean@officedepot.com>

To:
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

Bcc:
stephen.dimilluca@officedepot.com

Date:
Tue, 21 Apr 2015 10:43:12 -0400

Hi Rich,

Office Depot is willing to make a best and final offer to secure the Global RFP.

Office Depot has been the vendor of choice for the past 8 years ⬛⬛⬛ and we hope that we have earned this opportunity to present this offer.

In return for a three year agreement, Office Depot offers ⬛⬛ a $500,000 signing bonus. This will be made in two payments, $325,000 at the contract signing and $175,000 on the first anniversary date.

This offer is based on and is conditional to adding the ⬛⬛⬛ spend to the program.

Here are a few things for you to consider in evaluating this offer:

- TIMING - This offer is time sensitive. If and when the purchase of Office Depot is approved, Staples will have no reason to make this offer

---

In return for a three year agreement, Office Depot offers ⬛⬛⬛ a $500,000 signing bonus. This will be made in two payments, $325,000 at the contract signing and $175,000 on the first anniversary date.

This offer is based on and is conditional to adding the ⬛⬛⬛⬛⬛⬛ spend to the program.

Here are a few things for you to consider in evaluating this offer:

- TIMING - This offer is time sensitive. If and when the purchase of Office Depot is approved, Staples will have no reason to make this offer

**ODP Email, Apr. 2015
(PX05236-001)**



# Staples and Office Depot Warned Customers the Merger Would Eliminate the Benefits of Competition



Good morning, Helene.

The week of Dec 8th, the FTC is expected to approve the Staples acquisition of Office Depot/Max, and it is my strong suggestion that ▓▓▓▓ consider any and all program offerings from Staples beforehand.

▓▓▓▓ will never get a more competitive offer than right now, and you will receive our undivided attention on transitioning a customized program onto the Staples platform well before thousands of other Depot/Max customers are placed into the queue over the next 12-18 months.

Over the last 90 days, I've presented five Fortune 300 organizations a program that offered an average of 18% YOY savings. Can we investigate our options for you and ▓▓▓▓ today before time runs out on obtaining the most competitive offering available? Let's chat when you have a moment. Thanks.

Warmest regards,

Jeff

HIGHLY CONFIDENTIAL

SPLS_4802334

PX04567-002

**SPLS Email, Nov. 2015
(PX04567-002)**

6



# Large Business Customers Consider Staples and Office Depot as their Two Best Choices



- **Only One National B2B Would Remain if Staples - Depot Merger Allowed**
  - Staples – $24B revenue
  - Office Depot – $12B revenue
  - WB Mason - $1.3B rev. / Northeast, FL, IL
  - HiTouch/MyOfficeProducts - $290M rev. / multiple states
  - 12 others with $50-100M rev., limited service areas

- Largest Wholesale Distributors Could Also Suffer Under Merger
  - United Stationers - $5B+ rev. ~ Aligned with Staples
  - SP Richards - $2B rev. / a division of Genuine Parts ~ Aligned with Depot

HPG 035895
CONFIDENTIAL

HEALTHTRUST

**HealthTrust Presentation, 2015 (PX 07071-004)**



# Large Business Customers Consider Staples and Office Depot as their Two Best Choices



**A8. Sourcing and Negotiation Process Recap:** Negotiated renewal agreement with Staples benchmarking against proposal from procurement consortium Corporate United (Office Depot). Note: Only two B2B providers, Staples and Office Depot, are left in the Office Supplies space since the merger of Office Depot and OfficeMax. In Dec 2014, Staples announced plans to acquire Office Depot.

**Large Customer Supplier Selection & Authorization Form, Jun. 2015 (PX07008-001)**

8



# Large Business Customers Consider Staples and Office Depot as their Two Best Choices

John – As you know, Staples' primary "competitor" is Office Depot/Max although this is in flux with the announcement of the acquisition of Depot/Max by Staples. It is our opinion that this merger will not go through, although there has been some suggestion it may pass this time. Our concern is that the single company would eliminate any and all true competition in the business-to-business distribution market. That said, there are alternatives but they would be very cumbersome to manage.

The B2B Office Products landscape takes the following form:

Stand-alone distributors that buy direct from manufacturer and ship to multiple corporate locations next business day – 1.) Staples 2.) Office Depot/Max

Regards,

Vice President, Operations

CONFIDENTIAL – FTC v. Staples, Inc. and Office Depot, Inc.,
Case No. 1:15-cv-02115-EGS (D.D.C.)

PX7301-001

**Large Customer Email, Jun. 2015 (PX07301-001)**

9



# Large Business Customers Consider Staples and Office Depot as their Two Best Choices



| Issues / Decisions | Owner | Due Date | Status |
|---|---|---|---|
| Office Depot / Staples proposed merger significantly decreases the likelihood of a positive target pricing response since it limits the threat of a RFP | *Santos* | 2/27/15 | **Y** |

**Large Customer Indirect Sourcing Update, Feb. 2015 (PX07002-010)**

10

# Staples and Office Depot Compete Fiercely Against Each Other





This is a hard loss as we have been working on the rfp for 12 months now. We have in place a ▮ year contract and in the ▮▮▮▮ year of the contract Staples offered a lager amount of money to ▮▮▮▮ which forced an RFP. After the RFP was completed in ▮▮▮▮▮▮ we were awarded the contracts once again for ▮ years.  In ▮▮▮▮▮▮ we were told a second time that Staples came back with more money and we were un-awarded the contract a second time. I am struggling with the concept that Staples could be ▮▮▮ lower then Office Depot.

**Internal ODP Email, Oct. 2013 (PX05155-002)**



# Staples and Office Depot Compete Fiercely Against Each Other



**Challenges**

- Staples Merger
  - ~ Aggressive $$ Offers From Staples – Creating Losses
  - ~ Customers Capitalizing On Opportunity Pre-Merger
  - ~ ___ of Annual Volume Initiated a Contract Pricing Review

### ~ Aggressive $$ Offers From Staples – Creating Losses

- Punch out Customers Hosted Catalog- Business Rules Matching Item #, Price and Invoice Issue
- Loss of Sales
- ODN Resources Limited / Team Looking to Migrate Accounts
- Team Concerned About ___ & Replacement Options

Office DEPOT OfficeMax

PX05437-008

**ODP Business Review, Aug. 2015 (PX05437-008)**



# Staples and Office Depot Compete Fiercely Against Each Other



> In order to keep this away from Office Depot, I believe we should invest ▮ basis points of margin to be used to sharpen our pencil on some high visibility items. This will take us from a ▮ A.P. to a ▮ A.P. I know it's a significant investment but if it goes to a formal RFP involving Depot, it could end up costing us a lot more.

**Internal SPLS Email, May 2015 (PX04294-001)**

13



# Staples and Office Depot Compete Fiercely Against Each Other

Re: Phone call discussion request

From:
Steve Dvorchak <stephen.dvorchak@officedepot.com>
To:
john.lander@officedepot.com
Date:
Wed, 01 Jul 2015 07:40:30 -0400

> Talked to Harry yesterday - ▮▮▮ will be moving their supplies over to Staples. They will be giving notice to get out of the extension they just signed. I asked for as much time as possible and delay to at least Q4 - he said that would be a ▮▮▮ and ▮▮▮ call.

1. We are being acquired
2. Promo site integration
3. Better offer from Staples

> This is not a shock - just that they want to move faster... We took a ton of business from Staples over last couple of weeks, so this could be a little retaliation...

Harry ▮▮▮ will be reaching out for transition plan - try to stall and push this to Q4

From: ▮▮▮▮▮▮
Date: ▮▮▮▮▮▮
Subject: Phone call discussion request
To: john.lander@officedepot.com
Cc: ▮▮▮▮▮▮

John,

I have left voice messages at the start of the past two days to try to catch up with you, yet have not received a call back yet.

Could you reply to me in email letting me know when you might be available for a quick call to catch up on ▮▮▮ sourcing event for office products?

Thank you,

Harry Smith
VP - Senior Manager
Supply Chain Management
Harold.W.Smith@jpjpc.com

HIGHLY CONFIDENTIAL                              ODP-OMX-FTC-02477254

                                                PX05258-001

**Internal ODP Email, Jul. 2015 (PX05258-001)**



# Staples and Office Depot Compete Fiercely Against Each Other



This is in regards to a ==$7 Million opportunity where we are in a dog fight with Depot.== We currently have $1 Million and stand to gain $6 Million due to ███'s acquisition of ███. Depot (Max) has the former ███ piece of business.

You approved us going in at about ███ Advantage.

==We have an internal coach who is telling us we can likely secure this with an additional ███ volume rebate taking the Advantage to== ███ The SAL has known this ███ contact for many years and feels he is shooting us straight. I think it's the right move as the customer likely thinks it's simpler to go with Depot (Max) as they have the lion's share, so less business to implement. I think we've outsold Depot (Max), but unfortunately, the committee making the decision is being led by a ███ guy who is extremely hard cost driven.

==Will you approve the additional ███ Volume Rebate and the new Advantage of ███?== I believe they are nearing a decision so would like to not wait for Friday's Council.

==I'll approve this. But ODP is getting cheaper by the week.==

**Internal SPLS Email, Feb. 2015 (PX04064-001)**



# Staples and Office Depot Closest Competitors in Bidding Events



**Bidder Appearances: Consumable Office Supplies Opportunities**
**Fortune 100 Customers, 2012-2015**

Source: Shapiro Reply Rpt. at Ex. R7A

16



# Staples Was Office Depot's and OfficeMax's Closest Competitor Before the 2013 Merger

## Office Depot and OfficeMax represented to the FTC that they were NOT each other's closest competitor



**ODP & OMX Presentation to FTC, Sep. 2013 (PX0001-021-022)**



 **The FTC Has a High Likelihood of Succeeding on the Merits**

1. **Plaintiffs' Prima Facie Case**

   – **The Relevant Product Market is the Sale and Distribution of Consumable Office Supplies to Large Business Customers**

   – **The Relevant Geographic Market is the United States**

   – **The Merger Would Create Extraordinarily High Market Shares and Concentration**

   – **Extensive Evidence Corroborates the Presumption**

2. **Defendants Fail to Rebut the Presumption**

   – **Purported "Leakage" Does Not Rebut the Presumption**

   – **The Commission's 2013 Statement Does Not Rebut the Presumption**

   – **Entry and Expansion Would Not Be Timely, Likely, or Sufficient**

   – **The Proposed "Fix" Is an Insufficient Remedy**

   – **The Claimed Efficiencies Are Not Verifiable or Merger Specific**



# Plaintiffs Will Prove Their Prima Facie Case

- **The Relevant Product Market is the Sale and Distribution of Consumable Office Supplies to Large Business Customers in the United States**
    - **Cluster Market: group of products with largely the same competitive conditions, clustered together for analytical convenience**
    - **Targeted Customers: large business customers would be vulnerable to prices increases post-merger**
- **Geographic Market is the United States**
    - **Defendants' economic expert agrees**

# Large Business Customers Are Distinct and Negotiate Individualized Pricing and Terms



## Customer Profiles and Behaviors (Private Sector)

| Segment | Description |
|---|---|
| <$24K | Low sophistication, responds to promotions/gifts. SMB |
| $24 - 75K | Price conscious, focuses on small core with overall value. SMB |
| $75 - 150K | Centralized decisions, de-centralized purchasing (disconnect of perceived value). SMB |
| $150 - 250K | Fairly sophisticated buying process, expectations for cost savings. SMB |
| $250 - 500K | More sophisticated processes, centralized purchasing, approval processes, vendor consolidation, rebates and some contractual obligations. Large: ■ |
| $500K - 1M | Formal RFPs, centralized purchasing, approval processes, awareness and desire for up front money/conversion incentives & rebates. Large: ■ |
| >$1M | Sophisticated sourcing and buying with formal RFIs/RFPs, sensitive to cost of change, expectation of conversion incentives and rebates. Global: ■ |
| GPOs | Aggregate group purchasing defined by end-user memberships, revenue-share rebates. GPO= ■ Buying Group = ■ |

**Private Sector Segments**

Confidential

5

**Office DEPOT**

ODP-OMX-FTC-01537818

PX05183-018

ODP Pricing Strategy -Winning Solutions Presentation , Mar. 2014 (PX05183-018)

# Large Business Customers Require Online, Customized Catalogs, Integration with Customer's IT System



**a.  e-Commerce Web Site:**

Supplier must have an existing, fully operational Internet-based e-Commerce website (the "Website") capable of accepting and processing orders placed by designated ███████ users. The Website shall be hosted, operated and maintained by the Supplier and at Suppliers sole cost and expense. Additional requirements regarding the Website are:

i.  The Website must contain only ███████ approved manufacturers products including, but not limited to, those contained in Exhibit A.

ii. All ███████ designated non-approved product categories and/or specific items within a specific category, must be able to be blocked from viewing and purchase on the Website.

iii. Supplier is expected to make updates to the Website requested by ███████ within one (1) business day to the extent practical. Any Supplier-initiated changes (i.e. functionality updates or scheduled maintenance intervals) to the e-commerce site must be communicated to the ███████ Purchasing Administrator.

iv. The ███████ Purchasing Administrator must be able to completely manage the ███████ user base and have the capability to add/delete users, update user account information including, but not limited to, editing user information, approval limits, ship-to addresses, additional approvers, charge codes, etc.

v.  Validated users shall have the ability to create, modify and save orders that are electronically routed for approval.

vi. The Website shall provide for individual order routing and an approval hierarchy for each user as determined by ███████ and such approval hierarchy shall provide for a minimum of three (3) order

**Large Customer RFP, Sept. 2015 (PX04783-010)**

21



# Large Business Customers  Have Demanding Delivery Requirements



**Order Processing:**

Orders may be created and submitted by designated users from each ▮▮▮▮ affiliate via Suppliers Website or from time to time, ▮▮▮▮ may submit Purchase Orders via email or fax for fulfillment by Supplier.  No verbal or phone orders are to be permitted.  Each ▮▮▮▮ affiliate may have separate and distinct requirements to fulfill the order process.  Detail your company's ability to facilitate the ordering process by providing the following services. (Note: ▮▮▮▮ will not accept extra charges for orders designated as "rush").

  i.   The Supplier must be able to process order status updates, shipment information and new orders within two (2) hours during normal business hours.

 ii.   The Supplier is expected to provide toll free phone support during normal business hours.

iii.   Next Day delivery is required for orders placed by 5pm in the time zone of the affiliate placing the order.

 iv.   State if you have any limitation (geographical or otherwise) on your ability to meet this SLA anywhere in the continental United States.

  v.   Same day delivery capabilities for emergency requirements.

 vi.   Individual orders must be packaged and addressed for delivery to a specific person.

**Product Delivery:**

No tailgate or curbside deliveries will be permitted. Shipment must arrive at destination with proper equipment to make delivery inside customers building.  Unless other arrangements have been made, deliveries will be accepted Monday – Friday, 9:00 a.m. – 4:00 p.m. (in the time zone of the affiliate placing the order) only.  Supplier shall notify the primary contact at ▮▮▮▮ should any delays occur.  The ▮▮▮▮ user placing the order will have the option to cancel the order if they are unable to accept the delay.  All deliveries shall be FOB Destination ▮▮▮▮ location, freight Paid.  Except for items with hidden defects or items that do not meet specifications, title to all products shall pass to ▮▮▮▮ upon acceptance and delivery at the designated delivery point. Describe any recent enhancements to your delivery service.

SPLS_4946148

**Large Customer RFP, Sept. 2015 (PX04783-011-012)**

22



# Large Business Customers Require Individualized Pricing and Incentives



PROCUREMENT OF OFFICE SUPPLIES
REQUEST FOR PROPOSAL (RFP)

**0.  Payment Terms & Incentives:**

a) **Large Online Order Credit.** Respondent shall provide a two percent (2%) credit applied at the time of order processing for any single order placed via Respondents E-commerce platform totaling over $300.00, which credit will be shown on the original invoice.

b) **Prompt Pay Discounts.** ▮▮▮▮▮ will receive a two percent (2%) prompt payment discount for payments made within ten (10) calendar days of ▮▮▮▮▮ receipt of invoice ("Prompt Pay Discount"). ▮▮▮▮▮ will not receive a Prompt Payment Discount for payments made by ▮▮▮▮▮ with a procurement, debit, or credit card; or with cash at Respondents retail stores. Payment terms will be two percent (2%) 10, net 45 days.

c) **Annual Purchase Volume Rebate.** During the Initial Term (twelve (12) months ) beginning on the Effective Date of the resulting agreement(s) and for any and each Renewal Term(s) (each a "Term"), if ▮▮▮▮▮ net annual purchase total exceeds the Annual Spend milestones in the following table for a Term, then Respondent shall accordingly provide an Annual Purchase Volume Rebate to ▮▮▮▮▮ calculated at the percentage listed in the following table. A "Purchase" means a Product ordered by and delivered to ▮▮▮▮▮ during a Term, excluding any Product that is returned to Respondent. Purchase price for a Product shall be net any manufacturer rebates, incentives, etc. The Annual Spend amounts shall reset at the end of each Term and the Annual Purchase Volume Rebate shall be calculated and paid no later than fourteen (14) calendar days after the end of each Term (the

SPLS_4946148

**Large Customer RFP, Sept. 2015 (PX04783-013)**

23



## Plaintiffs Will Prove Their Prima Facie Case

- **The Merger Would Create Extraordinarily High Market Shares and Concentration**

  - **Staples and Office Depot combined would control 79% of the relevant market**

  - **Post-merger market would be highly concentrated**



# Courts Have Routinely Enjoined Mergers with Shares Far Lower Than Those in the Present Case

| Case | Combined Share | HHI Increase | Post-Merger HHI | Holding |
|---|---|---|---|---|
| **Phila. Nat'l Bank** (S. Ct. 1963) | 30% | N/A | N/A | Enjoined |
| **PPG Industries** (D.D.C. 1986) | 53% | 1,352 | 3,295 | Enjoined |
| **Cardinal Health** (D.D.C. 1998) | 37.2% 39.9% | 1,431 | 3,079 | Enjoined |
| **Swedish Match** (D.D.C. 2000) | 60% | 1,514 | 4,733 | Enjoined |
| **Heinz** (D.C. Cir. 2001) | 32.8% | 510 | 5,285 | Enjoined |
| **CCC Holdings** (D.D.C. 2009) | 70% 65% | 2,035 545 | 5,685 5,460 | Enjoined |
| **H&R Block** (D.D.C. 2011) | 28.4% | 400 | 4,691 | Enjoined |
| **Sysco/US Foods** (D.D.C. 2015) | 75% | 2,800 | 5,836 | Enjoined |
| **Combined Staples/Office Depot** | **79%** | **2,994** | **6,265** | **TBD** |



# The Defendants Cannot Rebut the Presumption

- **Purported "Leakage" Does Not Rebut the Presumption**

- **The Commission's 2013 Statement Does Not Rebut the Presumption**

- **Entry and Expansion Would Not Be Timely, Likely, or Sufficient**
  - **Existing alternative vendors are not meaningful competitors for large business customers**
  - **Entry or expansion by regional and local suppliers or consortia is unlikely**
  - **Expansion by Amazon is unlikely anytime soon**

- **The Proposed "Fix" Is an Insufficient Remedy**

- **The Claimed Efficiencies Are Not Verifiable or Merger Specific**

 **Purported "Leakage" Does Not Rebut the Presumption**

- **Contracts are important to customers**
  - **Customers invest significant resources**
  - **Office supplies vendors invest significant resources**
- **Contracts include monetary incentives to incent customers to buy on the contract**



## Purported "Leakage" Does Not Rebut the Presumption





# The Commission's 2013 Statement Does Not Rebut the Presumption

- **Staples was Office Depot's and OfficeMax's closest competitor before the 2013 merger**

- **In 2013, large business customers were neutral or even in favor of the Office Depot/OfficeMax merger**
  - **". . . there was little concern from contract customers about the proposed merger, and even the largest customers believe the merger would be either pro competitive or competitively neutral."**

- **Competitive alternatives today cannot replace the competition lost in this deal**
  - **In 2013, the Commission found ". . . the parties will continue to face strong competition for [large contract] customers from Staples and a host of non-OSS competitors, such as W.B. Mason Co., Inc."**
  - **The presence of Staples was critical.  The Commission did not consider whether other alternatives could restrain a combined Staples/Office Depot**

Source: Statement of the Fed. Trade Comm'n Concerning the Proposed Merger of Office Depot, Inc. and OfficeMax, Inc. FTC File No. 131-0104 (Nov. 1, 2013)



# Entry and Expansion  Would Not Be Timely, Likely, or Sufficient



**Consumable Office Supplies Market Shares**
*Fortune 100 Customers, 2014*

| | |
|---|---|
| Staples | 47.3% |
| Office Depot | 31.7% |
| Veritiv-Unisource-Xpedx | 5.2% |
| Georgia Pacific | 1.6% |
| Domtar | 0.8% |
| Lindenmeyr | 0.5% |
| American Product Distributors | 0.4% |
| Nelmar | 0.4% |
| Uline | 0.4% |
| Runco | 0.3% |
| Grainger | 0.3% |
| Amazon | 0.3% |
| Xerox | 0.3% |
| Coin-Tainer | 0.2% |
| Arctic Office | 0.2% |
| Whitlock Business Systems | 0.2% |
| Taylor Corporation | 0.2% |
| W.B. Mason | 0.2% |
| Gestion d'achats RAM | 0.1% |
| Miller Office | 0.1% |
| Industries For The Blind | 0.1% |
| Office Essentials | 0.1% |
| RR Donnelley | 0.1% |
| Facsimile Paper Connection | 0.1% |
| International Paper | 0.1% |
| Other - Specified Suppliers | 4.5% |
| Other - Supplier Not Specified | 2.3% |
| Unreported Leakage Adjustment | 2.2% |

*Sources:* Exhibit R1B, Shapiro Reply Report.



# Expansion by Amazon Will Not Be Timely, Likely, or Sufficient





# Large Business Customers Do Not View Amazon as a Viable Option



The Amazon Business to Business program is continuing to change; its current form does not provide efficiencies for large corporate accounts.  The current program requires the customer to manage all facets of the program; user profiles, payments, deliveries, etc...

The current program is strictly an online service with no customer contact, unless there is an issue.

**Fifth Third Bank Internal Report (PX07155-001)**

32



# The Proposed "Fix" Is Insufficient as a Remedy

## Capabilities Assessment: Summary

**With this transaction, Essendant will have all the necessary elements to Fully Develop a World Class Enterprise Account Solution**

| Capability | Current Capability | Capability Enabled by Transaction | Future Steady State |
|---|---|---|---|
| Fulfillment Platform | ● | ○ | ● |
| Inventory | ● | ○ | ● |
| Marketing | ● | ○ | ● |
| Merchandising/COGS | ◕ | ◕ | ● |
| Last Mile (Courier) | ◑ | ◑ | ● |
| Sales, Care & Shared Services | ◕ | ◕ | ● |
| eCommerce | ◕ | ◕ | ● |

**ESSENDANT**™

● = Full Capability

PX07017-022

Essendant Presentation to FTC (PX07017-022)



# The Proposed "Fix" Is Insufficient as a Remedy



## Timeline: Transition Plan

| Q4, 2015 | 1st Half 2016 | Day 1 | 2nd Half 2016 | 2017 |
|---|---|---|---|---|
| Asset Purchase Agreement and Transition Services Agreement signed | FTC Acceptance of Consent | Day 1 Essendant Begins: | Essendant takes over Order Fulfillment (closing + 3-4 months) | Essendant ▉ converting Tier 1 Resellers and End-Consumers to Essendant platform |

Asset Purchase Agreement and Transition Services Agreement signed

Pre-Merger Cross-Organizational Team Collaborative Solution Build as Prep for Day 1

FTC Acceptance of Consent

Staples/Depot Merger closes

Staples' Divestiture to Essendant closes

Day 1 Essendant Begins:
- Enabling sales to Enterprise Accounts
- Pricing/Bidding new opportunities
- Managing New Account Set-Up, Credit, and Contract Terms Implementation

Essendant leverages dedicated team for Day 1 activities and Staples/Depot infrastructure for balance of Portfolio

**ESSENDANT™**

1

**Essendant Presentation to FTC (PX07068-002)**

 **Significant Portions of Claimed Efficiencies Are Not Cognizable, Because Not Merger-Specific and Not Verifiable**

- **"Extraordinary efficiencies" would be required to salvage an otherwise anticompetitive merger.** *FTC v. HJ Heinz Co.*, 246 F.3d 708, 720 (D.C. Cir. 2001)

- **To be credited, efficiencies must be merger-specific and verifiable.**
    - **Savings would not be realized without the merger.**
    - **Specifics verifiable by independent source.**

- **Defendants' efficiencies expert failed to assess merger specificity or verifiability of nearly 60% of the claimed $1 billion in efficiencies.**



## Significant Portions of Claimed Efficiencies Are Not Cognizable, Because Not Merger-Specific and Not Verifiable

*"I think we announced a billion of net synergies, and those are divided into four or five different bucketed areas. Those are guesstimates..."*

— IH Testimony of Staples CEO, Ron Sargent



## Plaintiffs Will Prove Their Prima Facie Case

- **The Relevant Product Market is the Sale and Distribution of Consumable Office Supplies to Large Business Customers in the United States**

- **Geographic Market is the United States**

- **The Merger Would Create Extraordinarily High Market Shares and Concentration**

- **Extensive Evidence Corroborates the Presumption**

