### Office Supply Spend for Select Vendors 2012 thru Partial 2015

| Vendor | 2012 | 2013 | 2014 | 2015 | Grand Total |
|---|---|---|---|---|---|
| AMAZON | 214,011 | 266,957 | 505,405 | 256,862 | 1,243,235 |
| ESSENDANT | 0 | 0 | 0 | 0 | 0 |
| HITOUCH | 0 | 0 | 0 | 0 | 0 |
| S P RICHARDS | 0 | 0 | 0 | 0 | 0 |
| STAPLES | 186,343 | 136,809 | 147,149 | 64,797 | 535,098 |
| W B MASON | 0 | 0 | 0 | 0 | 0 |
| Grand Total | 400,354 | 403,766 | 652,554 | 321,660 | 1,778,333 |

CONFIDENTIAL–FTC v. Staples Inc. and Office Depot, Inc., Case No. 1:15–cv–02115–EGS (D.D.C.).    AEP0000352

DX00014.001