This document was produced in native format

CONFIDENTIAL-FTC v. Staples Inc. and Office Depot, Inc., Case No. 1:15-cv-02115-EGS (D.D.C.).

DX0024.001

AEP0001409



# Category Positioning Matrix/Strategy Tool
## Instructions

**PURPOSE:**
The Category Positioning Matrix/Strategy Tool is designed to generate potential sourcing and procurement tactics

**INSTRUCTIONS:**

1) Please answer the pull-down questions found on the tab [Template-Strategy Questions]. Your answers will be used to determine potential strategies.

2) After this step is done, a high level strategy is generated on the tab [Template-Suggested Strategy].

**STRATEGY POSITIONING MATRIX**

| | Low Range | High Range | Value (1-4) |
|---|---|---|---|
| Market Complexity | Low | High | 1.0 |
| Business Impact | Low | High | 2.0 |

AEP Impact quadrants: Leverage | Strategic | Non-Critical | Bottleneck
(Low — Supply Market Complexity — High)

**GUIDANCE FOR SHAPING STRATEGY**

Quadrant Analysis: Non-Critical
Necessary but non critical purchases, easy to obtain

| High Level Strategy | Impact (0=Low, 4=High) | Reason/Justification |
|---|---|---|
| Volume Control and Consolidation | 2 | Use bargaining power |
| Best Price Evaluation | 4 | Understand pricing formulation to better use bargaining power |
| Global Sourcing | 1 | Access sources outside traditional markets if benefits outweigh costs |
| Product Specification Improvement | 1 | Ensure common specification where appropriate |
| Joint Process Improvement | 1 | Minimize transaction costs |
| Relationship Restructuring | 0 | Market already favors buyers |

3) A more specific list of tactics, are automatically listed along with their anticipated impact.

**TACTICS AND LEVERAGE TOOLS TO CONSIDER**

| TACTIC TO CONSIDER | IMPACT | TACTIC TO CONSIDER | IMPACT |
|---|---|---|---|
| Apply product value analysis/value engineering | Med | Adjust degree of vertical integration | Med |
| Un-bundle prices and model 'should-costs' | High | Analyze core competencies | |
| Base pricing on profitability | High | Capitalize on currency fluctuations | Med |
| Benchmark internal prices | High | Create market entry alliances | |
| Combine volume from different categories | Med | Employ strategic alliances/partnering | |
| Compare total cost among potential suppliers | High | Establish joint ventures | |
| Develop alliances among purchasers | Med | Establish/develop key suppliers | Med |
| Develop long-term contracts | High | Examine new suppliers | Med |
| Examine product and optimize life cycle costs | Med | Expand geographic supply base | Med |
| Index/cap prices | High | Integrate logistics | Med |
| Pool volumes across business units | Med | Leverage second-tier suppliers | Med |
| Rationalize/standardize parts | Med | Optimize physical material flow | Med |
| Redistribute volume among suppliers | Med | Reengineer processes | Med |
| Reduce number of suppliers | Med | Share productivity gains | Med |
| Reduce/control demand at the source | Med | Support supplier operations improvement | Med |
| Renegotiate / rollback prices | High | Take advantage of trade incentives | Med |
| Substitute materials/parts | Med | Use competitive bidding | High |
| | | Use commodity hedging/trading | High |

4) After reviewing these potential tactics select those that you feel will generate the largest benefit or add new ones of your own.

5) Segregate these by cost, quality, and operational improvement.

**Go Forward Tactics That Will Provide Savings**

| | Tactic | Est. Savings | Challenges/Success Factors |
|---|---|---|---|
| Key Activities to reduce Cost | Rationalize parts | 4% | Engineering support for the testing of changes. Savings vs. potential liability. |
| | Substitute material | 5% | Change from status quo. Accelerated testing is not 100% accurate at predicting material failure. |
| Key Activities to Improve Quality | Apply value engineering | 5% | Change from status quo. Accelerated testing is not 100% accurate at predicting material failure. |
| Key Activities to Improve Operations | Longer Term Contracts allow supplier to participate fully in the above | n/a | n/a |

6) Insert your name and the completion date on each template.

Prepared By: [ ]
Date: [ ]

**Category Positioning Matrix/Strategy Tool Template**



Project: Office Supplies

## Please Answer the Following Questions

### Supply Market Questions

| | Pull Down To Select Answer |
|---|---|
| How Many Suppliers Does AEP Currently Rely On For This Good/Service? | Handful Of Competitive Sources. Good/Service may be Available In Single Marketplace Or Sales Channel. |
| How Many Potential Suppliers Exist For This Good/Service? | Handful Of Competitive Sources. Good/Service may be Available In Single Marketplace Or Sales Channel. |
| Is This Item Rare Or Scarce In The Marketplace? | Good/Service Is Abundant And Plentiful. |
| Are There Any Proprietary Or Supplier Specific attributes? | Simple/Generic Sku Or Services |
| How Hard Is It To Describe The Requirements To The Marketplace? | Easy. Good/Service Is Known By Sku Or Other Standardized Identifiers Or Units Of Measurement |
| Do Suppliers Routinely Ask To Bid On The Business? | Suppliers Are Hungry. Competition Routinely Solicits, Asks To Bid On The Business |

### AEP Impact Questions

| | Pull Down To Select Answer |
|---|---|
| How Often Is This Item Purchased? | Often |
| How Would Failure In This Category Affect AEP? | Minor Inconveniences and Work-Arounds |
| Are Your Stakeholders Willing To Pay A Premium For This Category? | No Premium |
| How Much Is Spent Annually On This Good/Service Per Year? | Under $2 Million |
| How Important Is Cost Competiveness on this Good/Service to the AEP Organization? | Important |

## STRATEGY POSITIONING MATRIX

| Axis | Low Range | High Range | Value (1-4) |
|---|---|---|---|
| Market Complexity | Low | High | 1.0 |
| Business Impact | Low | High | 2.0 |

Quadrant (AEP Impact vs Supply Market Complexity):
- High AEP Impact / Low Complexity: **Leverage**
- High AEP Impact / High Complexity: **Strategic**
- Low AEP Impact / Low Complexity: **Non-Critical** ●
- Low AEP Impact / High Complexity: **Bottleneck**

## GUIDANCE FOR SHAPING STRATEGY

**Quadrant Analysis: Non-Critical**
Necessary but non critical purchases, easy to obtain

| High Level Strategy | Impact (0=Low, 4=High) | Reason/Justification |
|---|---|---|
| Volume Control and Consolidation | 2 | Use bargaining power |
| Best Price Evaluation | 4 | Understand pricing formulation to better use bargaining power |
| Global Sourcing | 1 | Access sources outside traditional markets if benefits outweigh costs |
| Product Specification Improvement | 1 | Ensure common specification where appropriate |
| Joint Process Improvement | 1 | Minimize transaction costs |
| Relationship Restructuring | 0 | Market already favors buyers |

## ADDITIONAL THOUGHTS

No RFP - Develop Relationship
still need benchmark data to ensure we save money
focus on TCO not just product cost (shipping, fixed pricing, ancillary services, dedicated support team, etc.)
need to consider - robust reporting capabilities.

Benefits of Relationship Strategy
They know AEP, our needs, our drivers - been customer for 12 years
They know our core list and usage. familiar with companies our size.

A good relationship already exists, by changing suppliers we lose all the intangibles associated with it.

Have Staples come in for meeting and RFI type of event.
Omax - we are looking to bid this out. THis is your business to lose.

## TACTICS AND LEVERAGE TOOLS TO CONSIDER

| TACTIC TO CONSIDER | IMPACT | TACTIC TO CONSIDER | IMPACT |
|---|---|---|---|
| Apply product value analysis/value engineering | Med | Adjust degree of vertical integration | Low |
| Un-bundle prices and model "should-costs" | High | Analyze core competencies | Med |
| Base pricing on profitability | High | Capitalize on currency fluctuations | Med |
| Benchmark internal prices | High | Create market entry alliances | Low |
| Combine volume from different categories | Med | Employ strategic alliances/partnering | Low |
| Compare total cost among potential suppliers | High | Establish joint ventures | Low |
| Develop alliances among purchasers | Med | Establish/develop key suppliers | Low |
| Develop long-term contracts | High | Examine new suppliers | Med |
| Examine product and optimize life cycle costs | Med | Expand geographic supply base | Med |
| Index/cap prices | High | Integrate logistics | Med |
| Pool volume across business units | Med | Leverage second-tier suppliers | Med |
| Rationalize/standardize parts | Med | Optimize physical material flow | Med |
| Redistribute volume among suppliers | Med | Reengineer processes | Med |
| Reduce number of suppliers | Med | Share productivity gains | Med |
| Reduce/control demand at the source | Med | Support supplier operations improvement | Med |
| Renegotiate / rollback prices | High | Take advantage of trade incentives | Med |
| Substitute materials/parts | Med | Use competitive bidding | High |
| | | Use commodity hedging/trading | High |

## Go-Forward Tactics That Will Provide Savings

| | Est. Savings | Challenges/Success Factors |
|---|---|---|
| Key Activities to reduce Cost | | |
| Key Activities to Improve Quality | | |
| Key Activities to Improve Operations | | |

Prepared By:
Date:

| Project: | |
|---|---|
| Meters | |

**Please Answer the Following Questions**

| Supply Market Questions | Pull Down To Select Answer |
|---|---|
| How Many Suppliers Does AEP Currently Rely On For This Good/Service? | Single Source |
| How Many Potential Suppliers Exist For This Good/Service? | Handful Of Competitive Sources. Good/Service may be Available In Single Marketplace Or Sales Channel. |
| Is This Item Rare Or Scarce In The Marketplace? | Good/Service Is Abundant And Plentiful. |
| Are There Any Proprietary Or Supplier Specific attributes? | Simple/Generic Sku Or Services |
| How Hard Is It To Describe The Requirements To The Marketplace? | Easy. Good/Service Is Known By Sku Or Other Standardized Identifiers Or Units Of Measurement |
| Do Suppliers Routinely Ask To Bid On The Business? | Suppliers Are Hungry. Competition sometimes solicits, Asks To Bid On The Business |

| AEP Impact Questions | Pull Down To Select Answer |
|---|---|
| How Often Is This Item Purchased? | Often |
| How Would Failure In This Category Affect AEP? | No Effect |
| Are Your Stakeholders Willing To Pay A Premium For This Category? | No Premium |
| How Much Is Spent Annually On This Good/Service Per Year? | Under $2 Million |
| How Important Is Cost Competiveness on this Good/Service to the AEP Organization? | Somewhat Important |

| ny Potential Suppliers or This Good/Service? | Is This Item Rare Or Scarce In The Marketplace? | Are There Any Proprietary Or Supplier Specific attributes? | How Hard Is It To Describe The Requirements To The Marketplace? | Do Suppliers Routinely Ask To Bid On The Business? | How Often Is This Item Purchased? | How Would Failure In This Category Affect AEP? | Are Your Stakeholders Willing To Pay A Premium For This Good/Service? | How Much Is Spent Annually On This Good/Service Per Year? | How Important Is Cost Competitiveness on this Good/Service to the AEP Organization? | Scale1 | Scale2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ompetitive Sources. ervice Is Available Across Marketplaces Or Sales ls | Good/Service Is Abundant And Plentiful. | Simple/Generic Sku Or Services | Easy. Good/Service Is Known By Sku Or Other Standardized Identifiers Or Units Of Measurement | Suppliers Are Hungry. Competition Routinely Solicits, Asks To Bid On The Business | Never | No Effect | No Premium | Under $10,000 | Not Important | 1 | 1 |
| Of Competitive Sources. ervice may be Available In Marketplace Or Sales l, | Good/Service Has Normal Levels Of Supply | Industry Standard Sku Or Services | Normal. Industry Common Language And Units Of Measure. Some Differences Supplier To Supplier. | Suppliers Are Hungry. Competition sometimes solicits, Asks To Bid On The Business | Seldom | Minor Inconveniences and Work-Arounds | Some Premium For Better Service or Availability | Under $50,000 | Somewhat Important | 2 | 1 |
| l Of Sources With Little tition Between Them | Good/Service Is Rare/Scare But Still Available. Paying Higher Than Market Prices Help Secure Supply. | Customized Goods/Services | Difficult. Suppliers Have Their Own Language. | Suppliers are disinterested in new customers | Routinely | Major Inconveniences and Work-Arounds | Significant Premium For Better Service or Availability | Under $100,000 | Important | 3 | 1 |
| Source | Difficult To Obtain Complete Fulfillment In The Marketplace. Good/Service Might Be On Allocation. Relationships And Above Market Prices Determine Access. | Proprietary Goods/Services | Very Difficult. Proprietary Good Or Service Where Specifications Are Only Known To The Supplier. Patents Or Other Obstacles Prevent Other Companies From Fully Understanding Or Creating Competing Offerings. | There Are No Other Suppliers To Bid On The Business | Often | Shutdown Of Key Services | Price Is Secondary To Other Concepts Like Quality, Service, And Availability | Under $250,000 | Critical | 4 | 2 |
| | | | | | | | | Under $500,000 | | | 2 |
| | | | | | | | | Under $1 Million | | | 3 |
| | | | | | | | | Under $2 Million | | | 3 |
| | | | | | | | | Under $5 Million | | | 4 |
| | | | | | | | | Over $5 Million | | | 4 |

# STRATEGY POSITIONING MATRIX

| Axis | Low Range | High Range | Value (1-4) |
|---|---|---|---|
| Market Complexity | High | low | 1.0 |
| Business Impact | Low Range | High Range | 2.0 |

**AEP Impact**

|  | Low | High |
|---|---|---|
| **High** | Leverage | Strategic |
| **Low** | Non-Critical (●) | Bottleneck |

Supply Market Complexity: Low → High

## GUIDANCE FOR SHAPING STRATEGY

**Quadrant Analysis: Non-Critical**
Necessary but non critical purchases, easy to obtain

| High Level Strategy | Impact (0=Low, 4=High) | Reason/Justification |
|---|---|---|
| Volume Control and Consolidation | 0 | has been leveraged in past and current agreements |
| Best Price Evaluation | 3 | competitive bidding, rollback, and rebates |
| Global Sourcing | 2 | explore expanding geographic supply base |
| Product Specification Improvement | 4 | standardize, substitution, long-term contracts |
| Joint Process Improvement | 1 | optimize delivery process/integrate logistics |
| Relationship Restructuring | 0 | n/a |

## ADDITIONAL THOUGHTS

Input any thoughts on strategy

## TACTICS AND LEVERAGE TOOLS TO CONSIDER

| TACTIC TO CONSIDER | IMPACT |
|---|---|
| Apply product value analysis/value engineering | High |
| Un-bundle prices and model "should-costs" | Med |
| Base pricing on profitability | Med |
| Benchmark internal prices | Med |
| Combine volume from different categories | Med |
| Compare total cost among potential suppliers | Low |
| Develop alliances among purchasers | Med |
| Develop long-term contracts | Med |
| Examine product and optimize life cycle costs | Med |
| Index/cap prices | Med |
| Pool volume across business units | Med |
| Rationalize/standardize parts | High |
| Redistribute volume among suppliers | Low |
| Reduce number of suppliers | Low |
| Reduce/control demand at the source | Low |
| Renegotiate / rollback prices | High |
| Substitute materials/parts | High |

| TACTIC TO CONSIDER | IMPACT |
|---|---|
| Adjust degree of vertical integration | Med |
| Analyze core competencies | Med |
| Capitalize on currency fluctuations | Med |
| Create market entry alliances | Low |
| Employ strategic alliances/partnering | Low |
| Establish joint ventures | Low |
| Establish/develop key suppliers | Med |
| Examine new suppliers | Med |
| Expand geographic supply base | Med |
| Integrate logistics | Med |
| Leverage second-tier suppliers | Med |
| Optimize physical material flow | Med |
| Reengineer processes | Med |
| Share productivity gains | Med |
| Support supplier operations improvement | Med |
| Take advantage of trade incentives | Med |
| Use competitive bidding | Med |
| Use commodity hedging/trading | Med |

## Go-Forward Tactics That Will Provide Savings

| Key Activities to reduce Cost | Est. Savings | Challenges/Success Factors |
|---|---|---|
| Rationalize parts | 15% | adoption of using core list |
| Substitute material | 15% | accepting generic products for name brand |

| Key Activities to improve Quality | | |
|---|---|---|
| Apply value engineering | 5% | |

| Key Activities to Improve Operations | | |
|---|---|---|
| Longer Term Contracts allow supplier to participate fully in the above | n/a | n/a |

| Prepared By: | J Kramer |
| Date: | 8/1/2014 |

