# TMG | THE MPOWER GROUP

# Business Impact Exercise

## Category: _____

### Business Impact

**Expense Base Impact**
Does total purchase cost represent a major part of the expense base? Are anticipated savings significant?

- overall spend of 2M represents .0001% of AEP revenue
- •
- •
- •

Low ●———→ High

**Customer Value Impact**
Are customers willing to pay for the category? How does it impact perceived value?

- a pen is a pen is a pen
- is a commodity category exception is the brat user
- •
- •

Low ●———→ High

**Product Differentiation Impact**
Does the category differentiate the end product in an important way?

- commodity item if one pen runs out of ink, you pick up another
- •
- •
- •

Low ●———→ High

© 2014 The Mpower Group, Inc. All Rights Reserved.
Unauthorized Duplication, Storage or Transmission Strictly Prohibited.

1

*ENABLING STRATEGIC IMPACT*

DX00025.01

# TMG | THE MPOWER GROUP

## Business Impact Exercise

**Category:** _____

**Business Impact**

| | Business Impact | |
|---|---|---|
| **Leading Technology Impact** | Is access to leading technology critical to customer value? Does the category provide access to leading technology? | Low ←●———→ High | • as long as the web portal is functional, cutting edge technology does not provide additional value<br>• |
| **Failure Impact** | How would a category's failure or shortage affect your customers satisfaction? | Low ←●———→ High | • we have supply cabinets strategically located throughout each facility for emergency and failover backups<br>•<br>• |
| | **Overall Business Impact** | Low ←———●→ High | • commodity based category<br>•<br>• |

ENABLING STRATEGIC IMPACT

© 2014 The Mpower Group, Inc. All Rights Reserved.
Unauthorized Duplication, Storage or Transmission Strictly Prohibited.

2

DX00025.02