| **From:** | Andrea E Kirsh <amkirsh@aep.com> |
|---|---|
| **Sent:** | Friday, November 13, 2015 12:54 PM |
| **To:** | Quillian, Ryan <rquillian@ftc.gov> |
| **Cc:** | Gregg P O'Neill <gponeill@aep.com>; Michael Benza <mbenza@aep.com> |
| **Subject:** | FW: FTC doc request |
| **Attach:** | Spend report - Office MaxDepot Overview for FTC 11-13-15.pdf |

Ryan,  Attached is the email from Greg with the requested information.  The parent company is American Electric Power Company, Inc. and the service company that Gregg and many of us in support functions work for is American Electric Power Service Corporation.

**From:** Gregg P O'Neill
**Sent:** Friday, November 13, 2015 8:11 AM
**To:** Andrea E Kirsh
**Subject:** FTC doc request

Good Morning Andrea,
Attached is the information requested yesterday by the FTC

Gregg O'Neill | Category Manager -Enterprise Procurement - Supplier Management & Development |  Finance Culture Committee Member | 614-716-5919



This e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying, or other use of this message is strictly prohibited.  If you receive this message in error, please notify the sender immediately by reply e-mail, and destroy all copies of the original message

This e-mail message from the Legal Department of American Electric Power® is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**CONFIDENTIAL-FTC, et al. v. Staples Inc., et al., Case No. 15-cv-02115   FTC-PROD-0016468**

DX0324.001

| Product Category | 2012 | 2013 | 2014 | Grand Total |
|---|---|---|---|---|
| Paper & Paper products | 27.4% | 23.7% | 22.0% | 24.3% |
| Printing - Stationery | 18.0% | 13.4% | 11.5% | 14.1% |
| Filing - Reports - Presentations | 13.5% | 12.4% | 11.8% | 12.5% |
| Adhesives - Labels - Banking | 11.9% | 11.8% | 11.9% | 11.9% |
| Furniture & Accessories | 5.1% | 11.2% | 13.2% | 10.0% |
| Writing Instruments & Accessories | 8.0% | 8.2% | 8.4% | 8.2% |
| Office & Desk Accessories | 4.8% | 7.5% | 9.3% | 7.3% |
| Technology & Tech Accessories | 5.2% | 5.6% | 5.0% | 5.3% |
| Mailroom & Janitorial | 3.5% | 3.7% | 4.2% | 3.8% |
| Calendar & Reference | 2.5% | 2.5% | 2.7% | 2.6% |
| Promotional Items | 0.0% | 0.0% | 0.0% | 0.0% |
| Labor & Prof. Svcs. | 0.0% | 0.0% | 0.0% | 0.0% |
| Grand Total | 100.0% | 100.0% | 100.0% | 100.0% |

| Ship to State | Ship to City |
|---|---|
| AR | 6 |
| CA | 1 |
| DC | 1 |
| IL | 2 |
| IN | 12 |
| KY | 8 |
| LA | 7 |
| MI | 4 |
| MO | 1 |
| OH | 48 |
| OK | 20 |
| PA | 1 |
| TN | 1 |
| TX | 38 |
| VA | 19 |
| WV | 23 |
| 16 | 192 |

CONFIDENTIAL-FTC, et al. v. Staples Inc., et al., Case No. 15-cv-02115   FTC-PROD-0016469

DX0324.002

| CHANGE MANAGEMENT |
|---|
| A.1 Prepare a Stakeholder Analysis, RACI, & Risk |
| A.3 Develop Communication Plan |
| *A.3.1 Vendor Communication Guidelines* |
| **SEGMENT 1 – INITIATE EFFORT** |
| 1.1 Launch Project and Define Team.  (Charter & Principles) |
| 1.3 Develop Sourcing Event Schedule |
| 1.4 Sourcing Team Kickoff (Mtg Agenda) |
| **SEGMENT 2 – COLLECT CATEGORY/SUPPLIER DATA** |
| 2.1 Define Initiative Scope & Business Case |
| 2.2 Develop Comprehensive Spend Profile |
| 2.3 Identify & Analyze Current Contracts |
| 2.4 Analyze self-performance vs outsourcing |
| 2.5 Hypothesis Statement |
| **SEGMENT 3 - EVALUATE CATEGORY/B.U. REQUIREMENTS** |
| 3.1 Create/Obtain Specifications (Bus. Requirements) |
| 3.2 Determine Future Requirements |
| 3.3 Investigate Substitutions |
| 3.4 Conduct Demand Management Review |
| **SEGMENT 4 - ASSESS SUPPLY BASE** |
| *4.0 Send Craig letter to suppliers* |
| 4.1 Conduct Analysis of Supply Market Economics (5 forces) |
| 4.2 Define Supply Market Costs  (TCO aka should cost) |
| 4.3 Develop List of Current and New Suppliers (Supplier Tracking) |
| 4.4 Develop Pre-Screen Evaluation Criteria and Weights (PreScreen) |
| 4.5 Supplier Segmentation - identify type of supplier |
| 4.5 Conduct RFI Event |
| 4.6 Finalize Short List of Suppliers |
| *4.7 Vendor Meetings* |
| **SEGMENT 5 - DETERMINE CATEGORY STRATEGY** |
| 5.1 Select Sourcing Approach (Cat. Positioning Matrix) |
| 5.2 Identify Sourcing Strategy(s) |
| 5.3 Develop Strategic Sourcing Action Plan |
| **SEGMENT 6 - ENGAGE SUPPLIERS** |
| 6.1 Select Supplier Engagement Path |
| 6.2 Select & Create Contract Template |
| 6.3 Develop Qualitative/Quantitative Supplier Evaluation Criteria (Supplier Decision Tool and Price Breakdown) |
| 6.4 Create KPIs |
| 6.5 Develop and Launch RFP Package |
| 6.6 Evaluate Proposals (Supplier Survey) |
| 6.7 Create Shortlist of Suppliers |
| **SEGMENT 7 - CONDUCT NEGOTIATIONS** |
| 7.1 Conduct Gap Analysis |
| 7.2 Develop Negotiation Strategy |
| 7.3 Conduct Negotiations |
| 7.4 Make Final Supplier Selection (Bid Summary) |
| 7.5 Prepare Final Contract(s) |
| 7.6 Document Award |
| **SEGMENT 8 - MANAGE SUPPLIERS** |
| 8.1 Transition to New Supply Agreement(s) |
| 8.2 Implement Supplier(s) |
| 8.3 Manage Supplier Relationship (Supplier Segmentation, Balanced Scorecard) |
| 8.4 Calculate & Communicate Business Benefits |
| **SEGMENT 9 - CONTINUOUS IMPROVEMENT** |
| 9.1 Integrate Sourcing Best Practices into Business Units (Win tool) |
| 9.2 Continuously Sell Sourcing / Communicate Successes (Case study) |
| 9.3 Develop Performance Metrics (Team Performance tool) |
| 9.4 Embed Demand Management Principles (Demand Rationalization) |
| 9.5 Expand Role of Procurement/Sourcing at AEP |
| 9.6 Use "Kaizen" for Continuous Improvement |

SSPM Checklist 8-7-15.xlsx

**CONFIDENTIAL-FTC, et al. v. Staples Inc., et al., Case No. 15-cv-02115    FTC-PROD-0016470**

DX0324.003