

About Us   Corporate Solutions   Commercials   Locations   Careers

# Locations

**Office Locations by State**

- Arizona
- California
- Colorado
- Connecticut
- Delaware
- Florida
- Georgia
- Illinois
- Maine
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Missouri
- New Hampshire
- New Jersey
- New York
- North Carolina
- Ohio
- Pennsylvania
- Rhode Island
- Texas
- Vermont
- Washington

W.B. Mason has a workforce of over 2,300 people, spread over 40 locations throughout the Nation. We also have warehouses across the United States which allow us to service customers in all 50 states.



**Red**: Sales and Customer Service  **Blue**: Warehouse


DEFENDANT'S EXHIBIT
5/3/16
2-5-16

© Copyright WB Mason Co., Inc. All Rights Reserved