PUBLIC VERSION

# SPEND*SMART*

## Office Supplies Status

7/7/2014

Leverage **SPEND** ● Ensure **QUALITY** ● Maximize **VALUE**

DX5270.001

1

## Actions from Last Meeting/Agenda
*Office Supplies*

Actions from 5/30 meeting:

- ✓ Communicate decision to OfficeMax - we will accept their 3 yr proposal for ███ savings - **Lisa**
- ✓ Check with SmartCube if they have any "creative" office supply sourcing material prepared – **Lisa/Steve Wong**
  - • Pre-made materials are client confidential; can start August 1st to pull together a best practice playbook (2-3 days to complete) or can leverage contract flex days to complete immediately
- ✓ Do a price comparison on top products based on extended volume - QTY*Cost – **Michelle Palka**
- ✓ Analyze toner spend for proposal to Print Governance to allow OEM specified toner vs. Mfg brand – **Michelle Palka**
- ✓ Confirm with Marquetta if we received the 2013 ███ corp rebate **– we did not - We will apply to the owner operator promo**
- ✓ Communicate Staples Op Supplies offering to Dennis – **Lisa**

- ☐ Negotiate contract and implement new pricing/terms – **Lisa (In-process)**
- ☐ Finalize details/timing for Office Max promo ██████earned rebate) - **Lisa**

SPEND**SMART** Ⓜ
McDonald's U.S. Indirect Procurement

2

-If cheapest items implemented, ██████ in savings

- • Total w/ Volume: Top 50 Spend: $4,992,166
- • (extended price of top 50 product(██████ divided by extended price of All products ██████ =96%
- • 4% (50 top products divided by 1220(total products)



-If cheapest items implemented, ▮▮▮▮▮ in savings

- Total w/ Volume: Top 50 Spend: $4,992,166
- (extended price of top 50 product(▮▮▮▮▮ divided by extended price of All products ▮▮▮▮▮ =96%
- 4% (50 top products divided by 1220(total products)

**PUBLIC VERSION**

## Toner Analysis

- Toner Spend $4.6M through Office Max (last 12 months)
  - Most popular toner is HP sold at ▮▮▮▮
  - 80% of top 10 are HP

Top 10 most Popular Toners & Spend*



| Product Desc | Vendor | QTY | AVG Price | Total |
|---|---|---|---|---|
| HP TONER CE278A 78A BLK | HP | | | |
| HP TONER CE320A 128A BLK | HP | | | |
| HP TONER CB436A 36A BLK | HP | | | |
| HP TONER 131A BLACK LJ CART | HP | | | |
| OMX TONER HP P1505 BLACK | OFFICE | | | |
| HP TONER CE322A 128A YLW | HP | | | |
| HP TONER CE321A 128A CYN | HP | | | |
| HP TONER CB436D 36A BLK | HP | | | |
| HP TONER CE323A 128A MAG | HP | | | |
| OMX TONER HP 78A | OFFICE | | | |

* For Owner Operated, McOpCo, Corporate

4

**DX5270.004**

4



- Keeps cartridge out of the landfill for longer
- Savings

**PUBLIC VERSION**



annual savings: Corporate
annual savings: OOP
annual savings: McOpCo

**DX5270.006**

PUBLIC VERSION

## Next Steps

Contract

O/O Promotion

Toner

SPENDSMART

Pt 1- 2.5 is the intersection point
Pt2- ████████ are the savings we would potentially have from July 2014 until
the intersection point at July 2016

PUBLIC VERSION

## Appendix

SPEND**SMART**

8

PUBLIC VERSION



Current toner spend= $1,319,753
Alternate toners pend= $1,212,888
Savings= $1,319,753 - $1,212,888= $106,865/1319753=8%

DX5270.009

PUBLIC VERSION

## Top 20 most popular Corporate Toners

- Current spend on top 20 toner: $292,639
- Potential alternate spend on top 20: $167,141
- Top 20 savings of $125,498 (43% savings)

| PRODUCT DESC | VENDOR | QTY | OEM Extended | OMX Item No. | Alt Extended | Alt Savings |
|---|---|---|---|---|---|---|
| HP INK 932XL BLACK CARTRIDGE | HP | | | | | |
| HP INK 920XL BLACK | HP | | | | | |
| HP INK 933 CMY CRTDGE | HP | | | | | |
| HP INK 920XL YELLOW | HP | | | | | |
| HP INK 920XL CYAN | HP | | | | | |
| HP INK 933XL YLW | HP | | | | | |
| HP INK 920XL MAGENTA | HP | | | | | |
| HP INK 932 BLK | HP | | | | | |
| 933XL MAGENTA INK CARTRIDGE | HP | | | | | |
| 933XL CYAN INK CARTRIDGE | HP | | | | | |
| HP TONER Q5950A 643A BLK | HP | | | | | |
| HP INK 920 MAGENTA | HP | | | | | |
| HP INK 920 BLACK | HP | | | | | |
| HP TONER Q5951A 643A CYN | HP | | | | | |
| HP CLR LJ 5500 TONER-BLACK | HP | | | | | |
| HP CLR LJ 5500 TONER-YELLOW | HP | | | | | |
| HP CLR LJ 5500 TONER-CYAN | HP | | | | | |
| HP CLR LJ 5500 TONER-MAGENT | HP | | | | | |
| HP INK 933 CYAN CARTRIDGE | HP | | | | | |
| HP INK 94 BLK | HP | | | | | |

10

Total current toner spend: $292639
Total alternate toner spend: $167141
SAVINGS: 125498

42%=  125,498/292,639

DX5270.010

PUBLIC VERSION



### Top 20 most popular Owner Operator Toner

- Save $384,501 with just top 20 (20% savings)
- Current spend on top 20: $2,052,465
- Potential alternate spend on top 20: $1,667,963

| PRODUCT DESC | VENDOR | QTY | Ext Price | OMX Item No. | Alt Extended | Alt Savings |
|---|---|---|---|---|---|---|
| HP TONER CE278A 78A BLK | HP | | | | | |
| HP TONER CB436A 36A BLK | HP | | | | | |
| HP TONER CE320A 128A BLK | HP | | | | | |
| HP TONER 131A BLACK LJ CART | HP | | | | | |
| OMX TONER HP P1505 BLACK | OFFICE | | | | | |
| HP TONER CB436D 36A BLK | HP | | | | | |
| OMX TONER HP 78A | OFFICE | | | | | |
| HP TONER CE322A 128A YLW | HP | | | | | |
| HP TONER CE321A 128A CYN | HP | | | | | |
| HP TONER CE323A 128A MAG | HP | | | | | |
| HP TONER Q2612A 12A BLK | HP | | | | | |
| HP TONER 131A CYAN LJ | HP | | | | | |
| HP TONER 131A MAGENTA LJ CRTDG | HP | | | | | |
| HP TONER 131A YELLOW LJ | HP | | | | | |
| HP TONER CE278D 78A BLK DUAL | HP | | | | | |
| HP TONER CB436D 36A BLK | HP | | | | | |
| GB HP 36A TONER | GUY BR | | | | | |
| OMX TONER HP Q2612A BLK | OFFICE | | | | | |
| HP TONER 131X BLACK LJ CART | HP | | | | | |
| HP TONER Q2612D 12A BLK 2PK | HP | | | | | |

11

$384,501= Total Current-Total Alternate

20%

   - Total current= $2,052,465

   -Total alternate= $1,667,963

   - 20%= 2,052,465-$1,667,963/ 2,052,465

DX5270.011

## Office Max Remanufactured Toner Info
*What they offer*

**Clover Technologies**

- Manufacture over 2 million cartridges a month
- Global distribution with industry's largest in-stock inventories
- Largest empty cartridge collection in the industry (over 6 million empties per month)
- Broadest product offering (laser, color laser, ink etc.)
- Does not dissolve printer warranty
- If printer breaks, Clover will pay for damage





12

**PUBLIC VERSION**



PUBLIC VERSION



PUBLIC VERSION

| Description | Usage | Old Price | New Price | Extended Volume | Cheapest Price | Location |
|---|---|---|---|---|---|---|
| HP TONER CE278A 78A BLK | | | | | | |
| HP TONER CE320A 128A BLK | | | | | | |
| HP TONER CB436A 36A BLK | | | | | | |
| HP TONER CB436D 36A BLK | | | | | | Sundatasupply.com |
| OMX  COPY 10-R CASE | | | | | | |
| HP TONER 131A BLACK LJ CART | | | | | | |
| 10-REAM CASE X-9 11" | | | | | | |
| OMX TONER HP P1505 BLACK | | | | | | |
| HP TONER CE322A 128A YLW | | | | | | |
| HP TONER CE321A 128A CYN | | | | | | Walmart.com |
| HP TONER CE323A 128A MAG | | | | | | Newegg.com |
| HP TONER Q2612A 12A BLK | | | | | | |
| OMX TONER HP 78A | | | | | | |
| HP TONER Q2612D 12A BLK 2PK | | | | | | |
| ASPEN 30 20# 8.5X11 CS | | | | | | |
| HP TONER CE278D 78A BLK DUAL | | | | | | |
| HP TONER 131A CYAN LJ | | | | | | |
| HP TONER 131A MAGENTA LJ CRTDG | | | | | | |
| HP TONER 131A YELLOW LJ | | | | | | |
| OMX TONER HP Q2612A BLK | | | | | | |
| OMX RECYCLED COPY 10-R CASE | | | | | | |
| HP TONER 131X BLACK LJ CART | | | | | | Shoplet.com |
| HP CLR LJ 5500 TONER-YELLOW | | | | | | |
| HP CLR LJ 5500 TONER-CYAN | | | | | | |
| PPR,ASPEN 50,11"CTN | | | | | | |
| HP CLR LJ 5500 TONER-MAGENT | | | | | | |
| HP TONER Q5951A 643A CYN | | | | | | |
| HP TONER Q5950A 643A BLK | | | | | | |
| HP INK 920XL BLACK | | | | | | |
| HP CLR LJ 5500 TONER-BLACK | | | | | | |
| HP TONER Q5952A 643A YLW | | | | | | |
| WALL SIGN HOLDER 8.5X11 | | | | | | |
| HP TONER Q5953A 643A MAG | | | | | | |
| BRTH LT BLK ON WHT 1/2" 2PK | | | | | | |
| HP TONER CE505A 05A BLK | | | | | | |
| CE270A BLACK TONER CARTRIDGE | | | | | | |
| WALL SIGN HOLDER 11X8.5 | | | | | | |
| CE271A CYAN TONER CARTRIDGE | | | | | | |
| CE272A YELLOW CARTRIDGE | | | | | | |
| PPR,ASPEN,11" 5KO | | | | | | |
| G8 HP 36A TONER | | | | | | |
| HP LJ PRO M1536DNF ALL-IN-ONE | | | | | | |
| HP INK 932XL BLACK CARTRIDGE | | | | | | |
| OMX  LASER REAM | | | | | | |
| HP TONER CC364A 64A BLK (OEM) | | | | | | |
| CE273A MAGENTA CARTRIDGE | | | | | | |
| OMX COPY REAM 20# 11 | | | | | | |
| ASPEN 30 11" REAM | | | | | | |
| HP Q7516A BLK TONER CARTRIDGE | | | | | | |
| HP INK 96/97 COMBO BLK/CLR | | | | | | |