**PUBLIC VERSION**

# *SPEND**SMART***

# 2015 Q1 Savings

## May 2015

Leverage **SPEND** ● Ensure **QUALITY** ● Maximize **VALUE**

**DX5272.001**

PUBLIC VERSION

# Q1 Plan vs. Actual
*Systemwide Variance Analysis by Team*

## Q1 Variance by Team



DX5272.002

PUBLIC VERSION

# TY Plan vs. Actual/Forecast
*Systemwide by Quarter*







DX5272.003

PUBLIC VERSION

# Development
*Variance Analysis by Initiative*

**Planned Total Development Savings**



DX5272.004

PUBLIC VERSION

# USIT
*Variance Analysis by Initiative*

**Planned Total IT Savings =**



**DX5272.005**

PUBLIC VERSION

# Marketplace
*Variance Analysis by Initiative*

**Planned Total Marketplace Savings =**



6

DX5272.006

**PUBLIC VERSION**

# Indirect Services
*Variance Analysis by Initiative*

**Planned Total Indirect Savings = $7.1M**

- **Q1 Indirect Services variance is $** ▇ **(i.e. 51% ) more than planned**
- **Full year forecasted variance is $** ▇ **(i.e. 13%) more than planned**



| Category | Q1 2015 Plan | Q1 2015 Actual | Q1 Variance: Actual vs. Plan | TY Variance: Actual vs. Plan | Variance Drivers |
|---|---|---|---|---|---|
| Office Supplies - Total | | | | | • Higher than expected demand on discounted items (e.g. Toner Cartridges)<br>• Unplanned cost avoidance via negotiations<br>• Increased volume with OfficeMax<br>• $100K to O/O via promotion not planned |
| Arch Cards - Total | | | | | • Limited predictability<br>• Forecasted savings based off of 1.2M cards/Qtr, whereas 8.8M produced in Q1 |

| Indirect Services Top 2 High Variance Initiative Total | |
|---|---|
| Indirect Services Total | |

*SPENDSMART* M
• McDonald's U.S. Indirect Procurement •

7

**DX5272.007**

PUBLIC VERSION

# Equipment
*Variance Analysis by Initiative*

**Planned Total Equipment Savings =**



8

DX5272.008

PUBLIC VERSION

# TY Savings on One-Off Categories
*Question for Team*

> **Objective:**  Create a process that provides an accurate report of actual benefits realized as a result of SpendSmart's efforts in one-off categories

## Requirements

- Documentable
- Repeatable
- Auditable
- Easy to Understand

## Considerations

- Merge individual one-offs into one category
- Method for determining baseline spend
    - RFP's for first-time
    - Other
- Method for tracking realized savings
- Method for estimating/planning future savings
    - Use 2015 YE total divided by four for 2016 plan

*SPENDSMART*
• McDonald's U.S. Indirect Procurement •

9

**DX5272.009**

**PUBLIC VERSION**

# APPENDIX

**DX5272.010**

**PUBLIC VERSION**

# Q1 Plan vs. Actual
## *McOpCo by Team*



*SPENDSMART*
McDonald's U.S. Indirect Procurement

**DX5272.011**

PUBLIC VERSION

# TY Plan vs. Actual
## *McOpCo by Quarter*





DX5272.012

PUBLIC VERSION

# Development
*Q1 Savings Summary by Initiative*



DX5272.013

PUBLIC VERSION

# USIT / Marketplace
*Q1 Savings Summary by Initiative*



14

# Indirect Services
## *Q1 Savings Summary by Initiative*

| INDIRECT SERVICES | TY Plan | TY Forecast | TY Variance | Q1 Plan | Q1 Actual | Q1 Variance |
|---|---|---|---|---|---|---|
| Office Supplies | | | | | | |
| Office Supplies - Total | | | | | | |
| RepairCare - Total | | | | | | |
| Arch Cards II - Total | | | | | | |
| Small Pack - Total | | | | | | |
| Small Pack | | | | | | |
| Bulk Oil Removal Renegotiation - Rebate | | | | | | |
| Music Services - Extension | | | | | | |
| RepairCare - Cost Avoidance | | | | | | |
| Arch Cards II - Cost Avoidance | | | | | | |
| TV Services - Extension | | | | | | |
| Arch Cards II | | | | | | |
| RepairCare | | | | | | |
| Uniforms | | | | | | |
| Toner | | | | | | |
| Trash Disposal II | | | | | | |
| Safety Shoes - Cost Avoidance | | | | | | |
| Safety Shoes - Total | | | | | | |
| Small Pack - Cost Avoidance | | | | | | |
| Safety Shoes | | | | | | |
| Armored Car Transport | | | | | | |
| Small Pack - Franke Savings | | | | | | |
| Office Supplies - Cost Avoidance | | | | | | |
| Customer Recovery | | | | | | |
| Small Pack - Rebate | | | | | | |
| Safety Shoes - Rebate | | | | | | |
| Office Supplies - Retention Bonus | | | | | | |
| TOTAL | | | | | | |

DX5272.015

**PUBLIC VERSION**

# Equipment
*Q1 Savings Summary by Initiative*



16

**DX5272.016**

**PUBLIC VERSION**

# Assessing Cost Avoidance
## *General Overview*

- Reported separately from "straight cost" savings

- Based on a re-evaluation where the baseline spend would have moved, in the absence of an initiative
  - Verifiable changes to baseline spend
  - Negotiated price increases

**Cost Avoidance Scenarios**

- Supplier requests to raise price to $3,500 due to raw material price increases, but our processes / negotiation results in a price increase of $3,200
  - Cost avoidance of $300

- Public price increases avoided through contracting
  - Fuel Surcharges

- One-time capital investments
  - New server facility



DX5272.017

PUBLIC VERSION

# Q1 Plan vs. Actual
*Savings by Team and Organization*



DX5272.018

PUBLIC VERSION

# Plan vs. Actual/Forecast
*Savings by Team and Organization*



DX5272.019

PUBLIC VERSION

# TY Plan vs. Forecast
*Savings by Team and Organization*



DX5272.020

PUBLIC VERSION

# Development Plan
*Q1 Close*



**DX5272.021**