**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:15-cv-02115 |
| STAPLES, INC. and OFFICE DEPOT, INC., | (Judge Emmet G. Sullivan) |
| Defendants. | |

## <u>DEFENDANTS' NOTICE OF ORDER OF WITNESSES</u>

Pursuant to the Final Pre-Hearing Order entered by the Court on March 16, 2016, Defendants hereby provide notice of witnesses Defendants intend to call at the Preliminary Injunction Hearing during the week of April 4-April 8, 2016. The witnesses, in the order in which they are expected to appear, are set forth below.  Defendants reserve the right to modify this list, including the order of witnesses, as necessary in light of witness availability and scheduling.

1. Shira Goodman (Staples)

2. Ron Sargent (Staples)

3. Roland Smith (Office Depot)

4. Neil Ringel (Staples)

5. Stephen Calkins (Office Depot)

6. Stephen Hare (Office Depot)

7. Robert Aiken (Essendant)

8. Greg Rice (Windstream)

9. Vito Giuliani (ADP)

10. Paul Anderson

11. Jonathan Orszag

In addition to the witnesses listed above, Defendants also may play videotaped deposition testimony of up to three witnesses, in accordance with the Court's March 15, 2016 Minute Order.


March 31, 2016                                   Respectfully submitted,

                                                */s/ Carrie Mahan*
                                                Carrie Mahan
                                                Jeffrey H. Perry
                                                WEIL, GOTSHAL & MANGES LLP
                                                1300 Eye Street, NW
                                                Washington, DC 20005
                                                Telephone: (202) 682-7000
                                                Facsimile: (202) 857-0940
                                                carrie.anderson@weil.com
                                                jeffrey.perry@weil.com

                                                Diane Sullivan
                                                Eric S. Hochstadt
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, NY 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007
                                                diane.sullivan@weil.com
                                                eric.hochstadt@weil.com

                                                *Counsel for Staples, Inc.*