IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STAPLES, INC. and OFFICE DEPOT, INC., <br><br> Defendants. | Civil Action No. 1:15-cv-02115 <br><br> (Judge Emmet G. Sullivan) |

### DEFENDANTS' AMENDED NOTICE OF ORDER OF WITNESSES

Pursuant to the Final Pre-Hearing Order entered by the Court on March 16, 2016, Defendants hereby provide notice of witnesses Defendants intend to call at the Preliminary Injunction Hearing during the week of April 4-April 8, 2016. The witnesses, in the order in which they are expected to appear, are set forth below. Defendants reserve the right to modify this list, including the order of witnesses, as necessary in light of witness availability and scheduling.

1. Shira Goodman (Staples)
2. Ron Sargent (Staples)
3. Roland Smith (Office Depot)
4. Robert Aiken (Essendant)
5. Neil Ringel (Staples)
6. Stephen Calkins (Office Depot)
7. Jonathan Orszag

In addition to the witnesses listed above, Defendants also may play videotaped deposition testimony of up to three witnesses, in accordance with the Court's March 15, 2016 Minute Order.

| | |
|---|---|
| April 4, 2016 | Respectfully submitted,<br><br>*/s/ Carrie Mahan*<br>Carrie Mahan<br>Jeffrey H. Perry<br>WEIL, GOTSHAL & MANGES LLP<br>1300 Eye Street, NW<br>Washington, DC 20005<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>carrie.mahan@weil.com<br>jeffrey.perry@weil.com<br><br>Diane Sullivan<br>Eric S. Hochstadt<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>diane.sullivan@weil.com<br>eric.hochstadt@weil.com<br><br>*Counsel for Staples, Inc.* |