**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, *et al.*,<br><br>                       Plaintiffs,<br><br>           v.<br><br>**STAPLES, INC.** and<br>**OFFICE DEPOT, INC.**,<br><br>                       Defendants. | Civil Action No. 1:15-cv-02115-EGS |

**PARTIES' JOINT MOTION TO**
**MODIFY THE APRIL 6, 2016 MINUTE ORDER**

Plaintiffs and Defendants jointly request that the Court modify its Minute Order dated April 6, 2016 to allow for two extra days to prepare and file hyperlinked versions of the Parties' findings of fact and conclusions of law.  Preparation of hyperlinked briefs must be done by outside vendors and takes at least two days to complete.  Consistent with the Final Pre-Hearing Order (Dkt. 256), which provided four days for the Parties to submit hyperlinked versions, the Parties respectfully request that the deadline be extended by two days, so the hyperlinked versions would be provided to the Court by 4:00 p.m. on Friday, April 15, 2016.  All other deadlines in the Court's Minute Order would remain unchanged.

Dated: April 6, 2016                               Respectfully Submitted,

/s/ Tara Reinhart
Tara Reinhart (D.C. Bar No. 462106)
Charles A. Loughlin (D.C. Bar No. 448219)
Bureau of Competition
Federal Trade Commission
400 Seventh Street, S.W.
Washington, D.C. 20024

treinhart@ftc.gov
cloughlin@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*