**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STAPLES, INC. and OFFICE DEPOT, INC., <br><br> Defendants. | Civil Action No. 1:15-cv-02115 <br><br> (Judge Emmet G. Sullivan) |

**DEFENDANTS' NOTICE OF FILING PUBLIC VERSION EXHIBITS**

In accordance with the Court's April 11, 2016 Minute Order, Defendants Staples, Inc. and Office Depot, Inc. hereby provides notice of filing public version exhibits cited in the Defendants' Brief in Opposition to Plaintiffs' Motion for a Preliminary Injunction and Defendants' Proposed Findings of Fact and Conclusions of Law in the above-captioned matter.

April 19, 2016

Respectfully submitted,

*/s/ Diane Sullivan*
Diane Sullivan
Eric S. Hochstadt
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
diane.sullivan@weil.com
eric.hochstadt@weil.com

Carrie Mahan
Jeffrey H. Perry
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Washington, DC 20005
carrie.anderson@weil.com
jeffrey.perry@weil.com

*Counsel for Staples, Inc.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 19th day of April, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record:

Dated: April 19, 2016                      /s/ *S. Nicole Booth*
                                               S. Nicole Booth
                                               Paralegal