# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **STAPLES, INC.** and **OFFICE DEPOT, INC.**, <br><br> Defendants. | Civil Action No. 1:15-cv-02115-EGS |

## NOTICE OF CORRECTED FILING OF REDACTED EXHIBITS

Pursuant to this Court's Minute Order dated April 11, 2016, Plaintiff Federal Trade Commission hereby provides notice of the corrected filing of public versions of the materials cited in the Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction, the Reply Memorandum in Further Support of Plaintiffs' Motion for a Preliminary Injunction, and Plaintiffs' Proposed Findings of Fact and Conclusions of Law in the above-captioned matter. Many of the materials cited are redacted to protect the confidentiality of their contents.

Dated: April 20, 2016

By:  /s/ Tara Reinhart
Tara Reinhart (D.C. Bar No. 462106)
Charles A. Loughlin (D.C. Bar No. 448219)
Bureau of Competition
Federal Trade Commission
400 Seventh Street, S.W.
Washington, D.C. 20024

*Attorneys for Plaintiff Federal Trade Commission*