**2015 Consumer STeam OP1 Review: Business to Business (B2B)**

October 20th, 2014

Amazon.com Confidential

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)

AMAZON000018

**DX00033.001**

## Amazon Business Transforms How Business Customers Purchase

*Amazon brings its highly successful customer-centric model of wide selection, consistently low prices, and convenient shopping experience to business customers via its new business-to-business marketplace 'Amazon Business.'*

[1] Forrester Research:  Key Trends in B2B e-Commerce for 2013.
[2] PR Newswire

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)

AMAZON000019

DX00033.002

## A.  Introduction

This document focuses on the U.S. B2B market segment and how Amazon will provide a differentiated experience for business customers.  The total B2B spend in the U.S. is estimated to be $12T which is made up of indirect materials, direct materials, and services.[3]  Our initial focus is ███████████████████        ███████████
████████████████████.  As our capabilities mature, ████████████████████████████████████████████████████

The B2B market segment is transforming rapidly as business customers move their procurement activity and purchases online with U.S. B2B e-Commerce spend growing 20% YoY to $559B in 2013.[5]  Suppliers such as Grainger and solutions providers such as Ariba-SAP have recognized this and are making investments and establishing partnerships to improve their online experience and capabilities.  We consider the next 3 to 4 years being a "land grab" where we have a limited window to capitalize on our Amazon brand and existing capabilities to succeed in this market segment.  To respond, we have developed a product roadmap (See Appendix 1) and will ████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████

Our vision is for Amazon to be the preferred marketplace for all professional, business, and institutional customers worldwide.  We estimate that businesses will spend ███████████████████████████████████ ██████████████
████████████████████████████████████████████████████████████████████████████████████████

## B.  Business Customer and B2B Industry Overview

Business customers vary greatly in size, owner operators spend on average thousands of dollars annually while Fortune 100 enterprises spend billions annually on indirect materials.  Requirements vary across the 27M+ recognized businesses in the U.S.[7] based on business size, spend type, and industries.  We have segmented customers by revenue into enterprise and SMB (small and medium businesses), and we further segmented spend into spot buys and planned purchases.  Spot buys are one-time orders that are not pre-negotiated with a selected supplier, while planned purchases are pre-sourced with and directed to selected suppliers under negotiated terms.

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████

| Table 1: 2013 US On-line B2B eCommerce Spend by Segment | | | | | |
|---|---|---|---|---|---|
| Customer Segment | Annual revenues | Est. # of businesses | Level of Spend Mgmt ($B) | | |
| | | | Spot buy | Planned | Total |
| Enterprise | $250 MM+ | ~23,500 | 165 | 255 | 420 |
| SMB | $0-249 MM | ~27 MM | 79 | 60 | 139 |
| Total | | ~27 MM+ | 244 | 315 | 559 |

The enterprise customer segment represents over 75% of the B2B indirect materials spend.  However, they come with additional complexity driven by established procurement and sourcing processes such as Request for Proposals (RFPs), preferred suppliers, and spend reporting requirements.  While SMBs have less formal procurement processes, they still demand a differentiated experience from consumers, such as ████████████████████████████████████████████████
████████████████████████████████████████

There are well-established players in the U.S. that directly serve or support the B2B market segment:
**Traditional distributors and wholesalers** like Staples, CDW, Grainger, and Fisher Scientific typically organize around specific spend categories.  These distributors support business customers across multiple channels including brick and mortar, integration with their e-Procurement solutions, on-line store fronts, and a sales force.
**E-Procurement platforms,** such as Ariba-SAP, Oracle iProcure, and Coupa, provide tools and applications enterprise customers use to manage their spend with suppliers.  ████████████████████████████████████████

---

[3] Indirect materials include business operating supplies such as office products, maintenance supplies, IT, furniture, and restaurant supplies.  Direct materials include goods for resale, and components and materials that are used to produce finished goods.  B2B services include consulting, temp labor, and facility management.
█████████████████████████████████████████████████████████████████████████████████████████

[5] B2B e-Commerce growth rate from www.Business2Community.com site.
██████████████████████████████████████████
[7] U.S. Census Bureau Report.

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)             AMAZON000020
                                                                                             **DX00033.003**

███████████████████████████████████████████████████████

███████████████████████████████████████████

**Online B2B Marketplaces,** such as Ariba Discovery, Alibaba.com, and eBay, have traditionally focused on supplier discovery and sourcing.███████████████████████████████████████████

██████

## C.   Business Customer Requirements and Approach

████████████████████████████████████████████████████
██ ████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████████████████
██████████████████████████████████████████

████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████████████

████████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████████
█████████████████████████████████████

██████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████

## D.   How We Will Differentiate Our Business Experience

**Business Customer Experience**

██ ████████████████████████████████████████
██████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████

---

[8] We do however recognize that we will also sell direct goods to smaller resellers who have similar procurement needs as indirect B2B customers.

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)                  AMAZON000021

**DX00033.004**



**HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)**          **AMAZON000022**

**DX00033.005**

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████████

**B2B Seller Experience**

██████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████

██████████████████████████████████████████████████
█ ███████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
█ ████████████████████████████
██████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████

**E.   Customer Acquisition Strategy**

██████████████████████████████████████   ████████   ████████████████████
█████████████████████████████

**Business Customers**

████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████

---

[9] Based on category awareness survey and discussions with beta business customers.

**HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)**          **AMAZON000023**

**DX00033.006**



### Sellers

We will add ■ Certified Business Sellers that offer ■ buyable ASINs in 2015. We will focus our account management and sales efforts on ████████████████████ We will achieve this by:

1)

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)

AMAZON000024

**DX00033.007**

**Appendix 1: B2B Product Feature Roadmap as of October 1, 2014**

| Product/Feature | Description | Customer | Release date |
|---|---|---|---|
| ██████████ | ████████████████████████████ ████████████████████████ ██████████████████████ | ▓ | ████████ ██████ |
| ████████████ ████████████ | ██████████████████████████████ ████████ | ▓ | ██████ ██ |
| ██████████████ ████████████ | ████████████████████████████ ██████ ████████ ████████████ | ████████████ | ██████ ████ ████████ |
| ████████████ ████████████ | ██████████████████████████████ ██████████████████████ ██████ | ▓ | ██████ ██████ ██ |
| ████████████████ ████████ | ██████████████████████████ | ▓ | ██████ |
| ██████████████ ████████████ | ████████████████████████████ | ▓ | ██████ |
| ██████████████ ██ | ████████████████████████████ | ▓ | ██████ |
| ██████████████ | ████████████████████████████ ██ | ▓ | ██████ |
| ██████████ | ████████████████████████ ████████ | ▓ | ████████ |
| ██████████████████ ████ | ██████████████████████████████ ████████████ | ▓ | ██████ |
| ████ | ████████████████████████ ██████████████████████████ | ▓ | ██████ |
| ██████████████ | ████████████████████████████ ██████████████████████ | ▓ | ██████ |
| ██████████ | ████████████████████████████ | ▓ | ██████ |
| ██████████ | ████████████████████████████ | ▓ | ██████ |
| ████████████ | ██████████████████████████ ██████ | ▓ | ██████ |
| ██████████ | ██████████████████████ ██ | ▓ | ██████ |
| ██████████████ | ████████████████████████ ██████ | ▓ | ██████ |
| ██████████████ ██ | ██████████████████████████████ ████████████ | ▓ | ██████ |
| ██████████ | ██████████████████████████████ ██████████ | ▓ | ██████ |
| ████████████ | ██████████████████████ ██████ | ▓ | ██████ |
| ██████████ | ████████████████████ ██████████ | ▓ | ████████ |

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)          AMAZON000025
**DX00033.008**

PUBLIC

| Product/Feature | Description | Customer | Release date |
|---|---|---|---|
| ███ ███ | ███ ███ | ▪ | ███ |
| ███ ███ | ███ | ▪ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ ███ | ███ | ███ ███ |
| ███ | ███ | ▪ | ███ |
| ███ | ███ | ▪ | ███ |
| ███ | ███ | ███ | |
| ███ | ███ ███ | ███ | |
| ███ | ███ ███ | ▪ | ███ |
| ███ | ███ | ▪ | ███ |
| ███ | ███ | ███ | |
| ███ | ███ | | |
| ███ | ███ | | |

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)        AMAZON000026

DX00033.009

**Appendix 2: B2B Financials Summary**

**Table 1: B2B Pro Forma P&L**

| | | $ in USD MM's, except per unit figures | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| GMS | 1 | Total GMS* | | | | | | | |
| | 2 | from existing functionality** | | | | | | | |
| | 3 | from new B2B functionality | | | | | | | |
| | 4 | Amazon Retail | | | | | | | |
| | 5 | FBA | | | | | | | |
| | 6 | MFN | | | | | | | |
| | 7 | Amazon Retail as % of Total GMS | | | | | | | |
| | 8 | FBA as % of Total GMS | | | | | | | |
| | 9 | MFN as % of Total GMS | | | | | | | |
| | 10 | Year-over-year Total GMS growth | | | | | | | |
| | 11 | Total GMS CAGR 2014-2020 | | | | | | | |
| Amazon Retail | 12 | Vendor Profit | | | | | | | |
| | 13 | Gross Profit | | | | | | | |
| | 14 | CP less FC Fixed | | | | | | | |
| | 15 | CP less FC Fixed per Unit | | | | | | | |
| | 16 | Operating Profit | | | | | | | |
| | 17 | Operating Profit per Unit | | | | | | | |
| | 18 | Operating Profit as % of GMS | | | | | | | |
| FBA | 19 | Net Revenue | | | | | | | |
| | 20 | Gross Profit | | | | | | | |
| | 21 | CP less FC Fixed | | | | | | | |
| | 22 | CP less FC Fixed per Unit | | | | | | | |
| | 23 | Operating Profit | | | | | | | |
| | 24 | Operating Profit per Unit | | | | | | | |
| | 25 | Operating Profit as % of GMS | | | | | | | |
| MFN | 26 | Net Revenue | | | | | | | |
| | 27 | Gross Profit | | | | | | | |
| | 28 | CP less FC Fixed | | | | | | | |
| | 29 | CP less FC Fixed per Unit | | | | | | | |
| | 30 | Operating Profit | | | | | | | |
| | 31 | Operating Profit per Unit | | | | | | | |
| | 32 | Operating Profit as % of GMS | | | | | | | |
| Total | 33 | Net Revenue | | | | | | | |
| | 34 | Gross Profit | | | | | | | |
| | 35 | CP less FC Fixed | | | | | | | |
| | 36 | CP less FC Fixed per Unit | | | | | | | |
| | 37 | Operating Profit | | | | | | | |
| | 38 | Operating Profit per Unit | | | | | | | |
| | 39 | Operating Profit as % of GMS | | | | | | | |
| | 40 | Operating Profit as % of Net Revenue | | | | | | | |
| B/S | 41 | Financial Inventory | | | | | | | |
| | 42 | Accounts Receivable | | | | | | | |
| | 43 | Accounts Payable | | | | | | | |
| | 44 | Net Working Capital | | | | | | | |
| | 45 | Inventory Days | | | | | | | |
| | 46 | A/R Days | | | | | | | |
| | 47 | A/P Days | | | | | | | |
| FCF | 48 | Change in Working Capital | | | | | | | |
| | 49 | FC Depreciation | | | | | | | |
| | 50 | FC CapEx | | | | | | | |
| | 51 | Direct FCF | | | | | | | |

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)

AMAZON000027
**DX00033.010**

**Table 2: B2B Operating Margin Bridge**

### 2014 to 2015 B2B Total OPPU and Op Margin as a % of Net Revenue Bridge



### 2015 to 2020 B2B Total OPPU and Op Margin as a % of Net Revenue Bridge



HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)

AMAZON000028

DX00033.011

**Appendix 3: Internal FAQs**

1.  *What are other growth opportunities or disruptive ideas that aren't covered in this doc?*

2.  *What were your top misses and learnings?  What are you most disappointed about in your area (dirty laundry)?*

3.  *What "dogs not barking" do you worry about?*

**HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)**                    **AMAZON000029**
                                                                                                        **DX00033.012**

4. *What were your positive surprises over the last year? How are you doubling down on them, and what are the specific actions and programs that evolved from these positive surprises?*

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

5. *If you were resource constrained and had to prioritize, what would you stop doing or delay delivery of?*

Our approach has been to always prioritize work on ████████████████████████
████████████████████████████████████████████████ Thus we would delay work on enabling███████████████████████████████████████████████████

6. *Do any business partners (e.g., Associates, traffic channels, service clients, source part manufacturers) represent greater than 10% of your business?  If so, what are you doing to reduce our dependency on these partners?*

No.

7. *What are the top acquisition candidates for your business?*

█████████████████████████████████████████████████████
████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████
█████████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████
█████████████████████████████████████████████████████
██████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████

8. *Are there any named programs in your area that don't have a single-threaded leader? What are they?*

No.

---

[10] Grainger and MSC Industrial Annual reports.

**HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)**          AMAZON000030

**DX00033.013**

*9.  How are we defining business spend on Amazon.com today?*

We estimated business spend by ███████████████████████████████████████████████
███████████████
█████████████████████████████████████████████████████████████████████████
███████████████████████
████████████████████
████████████████████████████████████████████████████████████████████
██████████████████████████████
██████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
████████
███████████████████████████

Second, we looked at purchases made by █████████████████████████████████████
███████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

*10.  How do we identify and register business customers?*

Our goal is to make registration simple and fast and then promote user expansion within the companies by allowing the initial registered user to invite others to join their registered business.  Thus, we have initially focused on ███████████████
███████████████████████████████████████████████████████████████████████████████████
██████████████████████ Of the ██████ businesses registered so far we are averaging a verification turnaround time of ███
███████████████████████████████████████████████████████████ We will pursue ways to █████████████████████
███████████████████████████████████████████████████████████
█████████████████████████████████████████

*11.  What customer pain points on tax exemption will the ATEP 10/30/14 solution address, and what is our plan to address remaining CX gaps?*

████████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████

*12.  What will be our shipping offer for business customers?  What about Prime customers?*

All business customers have come to expect fast shipping from their suppliers, a bar that has been set by both Amazon and major B2B distributors.  Based on a survey of beta customers, █████████████████████████████████████████████ We will default registered businesses to ███████████████████████████████████████████████████████████████████████
███████████  In addition, we will offer free 2-day for orders over $50 on eligible products (our current offer on AmazonSupply.com).  Businesses can upgrade to next day and same day based on non-Prime shipping rates.  This option is on par with the delivery capabilities of certain B2B competitors who offer free 1-4 day shipping to businesses with an order threshold of $45-250.  ██████████████████████████████████████████████████████████████████████
█████████████████████████████████

---

**HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)**                AMAZON000031

DX00033.014

13. *What is your plan for Seller Fees for the Amazon Business marketplace?*

As we launch the Amazon Business marketplace, the model of monthly subscription fees as well as referral fees will remain. In addition, fees will be charged for individual services such as separate fees to participate in █████████████████████████

Business customers expect lower prices at the high quantity/high ASP levels of their purchases.  Sellers acknowledge this customer need but have also given us feedback that █████████████████████████ █████████████████████████████████  In order to encourage seller participation in these programs at launch, we propose ███████████████████████  They are as follows:

████████████████████████████████████████  These include support for ongoing tax exemption requirements, business pricing functionality, maintenance of Seller credentials and invoicing.  For 2015, we will charge ██████████████████████████

████████████████████████████████████████ we will tier the fee by line item value in a cart.  For example, ██████████████████████████ ████████████████  Hence a line item ████████████ in the cart of ████ will incur █████████████████████

████████████ : With the ████ program, we will provide a transaction platform for ████████ that were established ██████████████████ .  As customers ask these suppliers to on-board as sellers on the platform, we will charge ███████████████████

14. *What would it take for Amazon to buy from ourselves?*

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████

██████████████████████

15. *What are we doing to enable Amazon to be* ████████████

████████████████████████████████████████
████████ ██ ███████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████

16. *What is our plan for mobile?*

According to Forrester[12], B2B traffic coming from mobile (currently 3-5%) is growing rapidly and will soon match the 22% of mobile traffic on B2C sites.  In the second half of 2015, we wil █████████████████████████ ██████████████████████████████████████████

---

[11] Estimated using annual report filings from ███████████████ for percent of sales to ██████████ .
[12] Forrester: The New and Emerging World of B2B commerce, 2014.

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)          AMAZON000032

DX00033.015

████████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████

*17.  What are our international expansion plans?*
Per discussion with the ILT, we will ███████████████████████████████████
███████████████████████████████████████████████
███████████████████

*18.  Will we have ads on our Amazon Business marketplace?*
As part of delivering a business experience on Amazon we will ████████████████
████████████████████████████████████
████████████████████████████

*19.  What is the Return on Invested Capital (ROIC) and NPV of the B2B program?*
Our decision to offer credit terms to customers has an impact on the ROIC and NPV of this program. ████████████
████████████████████████████████████████████████
████████████████████████████
████████████████████████████████

Table 1:  ROIC and NPV of B2B Program – Assumes seller payables change to 45 days

| US $MM | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| GMS | | | | | | |
| Operating Profit | | | | | | |
| FC Depreciation | | | | | | |
| Net Change in Working Capital | | | | | | |
| **A** Cash Flow from Operations | | | | | | |
| **B** Annual FC CapEx | | | | | | |
| **C=A+B** Direct Free Cash Flow | | | | | | |
| Inventory | | | | | | |
| Accounts Receivable | | | | | | |
| Accounts Payable | | | | | | |
| **D** Net Working Capital | | | | | | |
| **E** FC Invested Capital | | | | | | |
| **F=D+E** Total Invested Capital | | | | | | |
| **C ÷ F** Return on Invested Capital | | | | | | |
| **2015-2020 Net Present Value (8% WACC)** | | | | | | |

The table below shows how the ROIC and NPV would change if we did not extend the seller payable for invoiced B2B GMS.

| Total B2B, no change to Seller Payable | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Return on Invested Capital | | | | | | |
| **2015-2020 Net Present Value (8% WACC)** | | | | | | |

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)        AMAZON000033

**DX00033.016**

*20.  How would our 2014-2020 GMS growth CAGR change if we did not offer credit terms to B2B customers?  What is the corresponding ROIC and NPV of offering credit terms to B2B customers?* ███████████████████████████████████████████ The table below isolates the ROIC and 2015-2020 NPV associated with the decision to offer credit terms to business customers.  Keep in mind that the extension of seller payables to 45 days is enabled by giving customers credit terms.

**Extending Credit w 45-day Seller Terms**
**Incremental GMS from Invoicing (in US $MM)**
**Return on Invested Capital**

**2015-2020 Net Present Value (8% WACC)**



Invoicing capability will become operational in 2H2015. ████████████████████████

█████████

*21.  Besides extending the seller payable term, what other options have you considered to minimize the net working capital requirements associated with offering payment terms?*
In addition to extending payment terms for business-related seller payables, we continue to investigate limiting the number of customers who will receive payment terms, limiting our terms to 30 days for all customers regardless of size (the current plan assumes that larger customers will negotiate longer payment terms), and directing more customers to the GE Line of Credit.

We could also consider selling the receivables to a third party for a fee.  If we were to sell the receivable for a fee of 100bps of GMS, and continue to extend the seller payable to 45 days for invoiced GMS, our ROIC, operating margin, OPPU, and the 2020 NPV for the business would be as follows:

| **Extending Credit w Selling Receivable** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** |
|---|---|---|---|---|---|---|
| **ROIC before Selling Receivable** | | | | | | |
| **ROIC after Selling Receivable** | | | | | | |
| **Op Margin before Selling Receivable** | | | | | | |
| **Op Margin after Selling Receivable** | | | | | | |
| **Impact to Operating Margin %** | | | | | | |
| **OPPU before Selling Receivable** | | | | | | |
| **OPPU after Selling Receivable** | | | | | | |
| **Impact to Operating Profit per Unit** | | | | | | |
| **NPV before Selling Receivable (8% WACC)** | | | | | | |
| **NPV after Selling Receivable (8% WACC)** | | | | | | |
| **Impact to NPV** | | | | | | |

████████████████████████████████████████

███████████████████████████████████████████

**HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)**                AMAZON000034

**DX00033.017**

**Appendix 4: B2B Tenets (unless you know better ones):**

1) Our customers range from individual owner operators to enterprise businesses worldwide, and we will recognize that they have different needs that must be met.
2) We will work from the customer backwards without being constrained by current systems or processes.
3) The customer-facing inputs for B2B are selection, price/value, and convenience.  We relentlessly improve upon the inputs to drive customer trust and growth.
4) We will offer competitive everyday low prices and will enable vendor and seller pricing incentives to be passed through to all business customers.
5) We will minimize the cost and overhead of supporting complicated customer to vendor or seller processes through automation and deploying customer, vendor and seller self-service models.
6) We will build features, capabilities, and software to scale globally across all of Amazon.

**Appendix 5: 2015 B2B Program Goals**

**B2B Steam Goals:**

1)

2)

**B2B CLT Goals:**

1)

2)
3)
4)
5)
6)
7)
8)

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)

AMAZON000035

**DX00033.018**

**Appendix 6: Example Customer Profiles of the ███ of Existing Business Spend on Amazon.com**

| | | | |
|---|---|---|---|
| | ██████████ | ██████████ | ████████ |
| **Business Account registration date** | | | |
| **# of users (Amazon business account)** | | | |
| **Customer Overview** | | | |
| **Industry** | | | |
| **Revenue** | | | |
| **# of employees** | | | |
| **Addressable Indirect Spend** | | | |
| **OPS - Amazon.com**[2] | | | |
| **Amazon OPS as % of total indirect spend** | | | |
| **Purchase behavior on Amazon** | | | |
| **Procurement organization** | | | |
| **ERP / eProcurement system(s)** | | | |
| **Total # of suppliers** | | | |
| **Supplier management activity** | | | |

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)

## Appendix 7: Competitor Benchmarking Summary (selected areas)

| | | Marketplaces | Traditional Distributors | | | | | Amazon.com (as of Oct 14) |
|---|---|---|---|---|---|---|---|---|
| | | Alibaba | eBay | CDW | Grainger | Staples | Thermo Fisher Scientific | VWR | |
| Revenue (global) | | Rev:$7.91B ('13) GMV: $248B ('13)[1] | Marketplace-only[2] Rev: $16.05B ('13) GMV:$83.33B ('13) | $11.34B (ttm) | $9.67B (ttm) | $22.86B (ttm) | $14.88B (ttm) | $4.27B (ttm) | |
| Operating Margin % | | 48.1% (ttm) | 20.49% (ttm) | 4.84% (ttm) | 13.88% (ttm) | 4.68% (ttm) | 13.58% (ttm) | 7.3% (ttm) | |
| Net Margin % | | 43.7% (ttm) | -0.65% (ttm) | 1.72% (ttm) | 8.17% (ttm) | 2.30% (ttm) | 9.95% (ttm) | 0.69% (ttm) | |
| Global Presence | | China, "global" marketplaces | 25 localized eBay sites (e.g., eBay de, eBay.co.uk) | US, Canada | 23 countries (NA, Asia, Europe, Latin America) | 25 countries (NA, SA, Europe, Asia, Australia, New Zealand | 50 countries | 35 countries (Americas, Europe, Asia) | |
| Key Product Categories | | General merchandise | General merchandise | Information Technology (IT) | MRO | Office (expanding into Safety, Medical, & more) | Scientific | Scientific | |
| Selection | | 796M SKUs, 8M sellers (Taobao, Tmall, Juhuasuan) | 550M | 0.29M | 0.89M (US) | 0.5M (0.16M on Advantage) | 0.37M | 1M | |
| Guest[5] Account | Shipping Speed | Determined by seller | Determined by seller | Standard carrier shipping options | 1-2 days (high-freq. SKUs); 3-7 days (tail SKUs) | Standard shipping (Staples.com) | Standard shipping | Standard carrier shipping options | |
| | Shipping Cost | Determined by seller | Determined by seller[3] | Standard carrier fees | Orders > $1,500 (free); orders < $1,500 (variable) | Free w/ orders > $39.99 or w/ Rewards account (Staples.com) | Shipping (8% of order; $10 min., $500 max) + fuel surcharge ($5.50) | Standard carrier fees | |
| Business[5] Account | Shipping Speed | Determined by seller | Determined by seller | Standard carrier shipping options | 1-2 days (high-freq. SKUs); 3-7 days (tail SKUs) | 1-2 days (high-freq. SKUs); 3-7 days (tail SKUs) | Standard carrier shipping options | Standard carrier shipping options | |
| | Shipping Cost | Determined by seller | Determined by seller[3] | Standard carrier fees | Free | Free on orders > $45 | For large customer, negotiated in RFP. For other customers, shipping (8% of order; $10 min., $500 max) + fuel surcharge ($5.50) | Free for large accounts (negotiable) | |
| Type of Credit | | 3rd party line of credit | Not available | Open account w/ invoicing | Open account w/ invoicing | Open account w/ invoicing (Advantage) | Open account w/ invoicing | Open account w/ invoicing | |
| Platform Sellers | | 3rd Party only | 3rd Party only | Direct only | Direct only | Direct + 3rd Party | Direct only | Direct only | |
| Sales Support | | 3,474 sales reps[4] in China, Hong Kong, and Taiwan | n/a | 1,800 sales reps, tech specialists, & service delivery engineers | 3,1000 sales reps | ~2,000 sales reps | 14,300 sales and service personnel | Not Available | |
| Order Approval Workflow | | Not Available | Not Available | Available | Available | Not Available | Not Available | Not Available | |
| eProcurement Integration | | Multiple platforms | Multiple platforms | 60 platforms | 45 platforms | 4+ platforms | 35 platforms | 4+ platforms | |
| Response to RFP's | | Cannot support | Cannot support | Yes | Yes | Yes | Yes | Yes | |

[1] $37B in mobile GMV in 2013; currently accounts for approx. 76% of China s mobile e-commerce (http://www.wired.com/2014/05/alibaba-sets-stage-for-the-largest-ipo-in-history/)
[2] Excludes Payments (Paypal, Bill Me Later) and Enterprise (eCommerce and Marketing solutions from eBay Enterprise, formerly GSI Commerce)
[3] Over 50% of closed transactions included free shipping during 2013
[4] Alibaba sales reps primarily focused on selling membership packages to registered members on wholesale marketplaces
[5] Each competitor has slight variances in their customer account profiles (e.g., multiple tiers of business accounts, negotiable shipping rates); shipping speeds are dependent on product availability, size, weight, etc.

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)

AMAZON000037

DX00033.020

## Appendix 8: Summary of 2014 and 2015 Approved B2B Headcount

| | 2014 Approved | | | | 2015 OP1 Approved Incremental | | | | | 2015 OP1 Approved Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tech* | PM** | Sales/ Mktg | Total | Tech* | PM** | Sales/ Mktg | Other*** | Total | Tech* | PM** | Sales/ Mktg | Other*** | Total |
| B2B Core Team | | | | | | | | | | | | | | |
| B2B Marketplace Team | | | | | | | | | | | | | | |
| B2B 'Away' Teams | | | | | | | | | | | | | | |
| **B2B Total Headcount** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **B2B Total Headcount Related Opex ($MM)****** | | | | | | | | | | | | | | |

* Tech includes Technical Program Managers (TPM), Software Development Managers (SDM), Software Development Engineers (SDE), Quality Assurance (QA), User Experience (UX), and Principal Engineers.

** PM headcount includes the Content team and Program Management

*** Other includes support functions of Legal and Finance

****2015 Incremental Opex includes full year impact of headcount hired in 2014.

HIGHLY CONFIDENTIAL - FTC V. STAPLES, ET AL., CASE NO 1:15-CV-02115-EGS (D.D.C.)

AMAZON000038

**DX00033.021**

**PUBLIC**

**DX00033.022**



Hogan
Lovells

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

March 21, 2016

Eric Hochstadt
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Re:** *FTC v. Staples, et al.*, Case No. 1:15-cv-02115-EGS

Dear Eric:

I write in response to your March 16, 2016 email, requesting that Amazon provide an update on certain Amazon headcount data. Below are updated approximate figures that Amazon has provided, which are current as of March 18, 2016.



| | Managers | Reps | Open HC | Total |
|---|---|---|---|---|
| Inside Sales Territory | | | | |
| Inside Sales Specialized | | | | |
| Total Inside Sales | | | | |
| Customer Success-Comm'l | | | | |
| Customer Success – Public Sector | | | | |
| Total Sales Reps+Managers | | | | |

In further response to your request ██ of the Inside Sales Specialized positions are dedicated to Public Sector (education, government, and healthcare).

Please note that Amazon designates this information Highly Confidential pursuant to the Protective Order entered in the above-captioned litigation because these figures constitute current, proprietary Amazon business information.

Please do not hesitate to let me know if you have any questions or require clarification.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in  Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Ulaanbaatar  Warsaw  Washington DC   Associated offices  Budapest   Jeddah   Riyadh   Zagreb   For more information see www.hoganlovells.com

**DX5285.001**

PUBLIC

Eric Hochstadt                              - 2 -                              March 21, 2016

Sincerely,

Benjamin F. Holt

Partner
benjamin.holt@hoganlovells.com
D 202.637.8845

DX5285.002