# In the Matter of:

# Office Depot and Staples

*September 3, 2015*
*Shira Goodman*

**Condensed Transcript with Word Index**



**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

PX02001-001

**Goodman**

Office Depot and Staples                                    9/3/2015

225

```
1   footprint?
2       A. I couldn't say one way or the other.
3       Q. Are there other independent -- little "i"
4   independent -- stationers to whom you have lost
5   accounts?
6       A. Again, I am not knowing about the wins
7   and losses with those accounts, so you are asking
8   about an area I don't know as much about.
9       Q. Okay. I asked you a number of questions
10  about Independent Stationers -- big "I," big "S" --
11  and I am wondering have you heard of TriMega, which
12  is another similar?
13      A. I have heard about them faintly. I know
14  there was recently a press release and they changed
15  some structure, et cetera.
16      Q. Okay. But I gather you don't know any
17  details about accounts that they have or wins they
18  might have had over Staples?
19      A. I wouldn't be the person who is best
20  suited to answer that.
21      Q. Okay. Who would that person be?
22      A. Neil.
23      Q. The man of the hour. If I ask you the
24  same series of questions about AOPD, have you heard
25  of that?
```

226

```
1       A. I have heard of AOPD. I know all of
2   these -- I mean, what I know about these is these
3   organizations have a purpose and they band together
4   and the dealers band together, so that they can
5   service accounts, you know, national accounts.
6       What exact accounts they have, what they
7   have won, what they have lost, I don't know. But
8   their whole raison d'etre is to serve national
9   accounts.
10      MR. PERRY: Now we're going to have to
11  translate this.
12  BY MR. ZUVER:
13      Q. You mentioned wholesalers, specifically
14  Essendant, which I guess used to be United
15  Stationers.
16      A. I think we're the only people using the
17  brand name.
18      Q. And it takes time. And SP Richards.
19  Does United Stationers sell directly to business
20  customers?
21      A. Not a lot. They have made some
22  acquisitions in some of their growth areas, which
23  are direct, where they sell direct. Also, again,
24  preceding me, I think there has been one or two
25  times where they have kind of brought together
```

227

```
1   dealers to go direct but their primary business
2   model is to be a wholesaler.
3       Q. Do you mean that they have acquired some
4   local stationers?
5       A. No, no. They have more acquired like I
6   think one is an automotive parts company and one
7   might be some industrial supplies company, and
8   those are direct.
9       Q. But they are selling things other than
10  office supplies through those companies?
11      A. Yes.
12      Q. What about SP Richards, do they sell
13  directly to business customers?
14      A. I don't believe so. Again, there could
15  be exceptions, but I don't believe they do: Both
16  of those companies really serve as the backbones,
17  you know, for the dealers, the Independent
18  Stationers, the OPDs, Mason, even ourselves, we buy
19  from both of them.
20      Q. Okay. I have got a few more questions
21  about that. But first I want to ask you about
22  manufacturers. You mentioned a couple of times
23  today, I think, that customers will purchase
24  product directly from manufacturers.
25      Can you give me some examples?
```

228

```
1       A. So HP will sell ink directly. Rico will
2   sell directly. Some of the paper manufacturers
3   will sell directly. Veritiv, which is kind of a
4   paper middle person, will sell directly. █
5   ████████████████████████████████████████
6       Q. Can you give me examples of companies
7   buying ink directly from HP?
8       A. Again, every single time we get into the
9   customer-specific, that is just not where I get
10  involved. I mean, I am looking at the broad
11  strategic trends, what is happening with the
12  business, what is going on, not at the customer
13  level, but there are customers who buy directly
14  from HP because it is definitely a threat we talk
15  about.
16      Q. ████████████████████████████, are
17  you aware of any customers that are carving out any
18  areas of office products not including ink, toner,
19  and paper and buying those directly from the
20  manufacturer?
21      A. I am not specifically aware, but I
22  wouldn't be surprised if it is a product category
23  that, you know, is a big part of their business.
24  Let me rephrase that, if it is a product category
25  that they care enough about to go direct.
```

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

PX02001-058

# In the Matter of:

# Office Depot and Staples

*August 20, 2015*
*Neil E. Ringel*

**Condensed Transcript with Word Index**



**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

41

1    general update that we provide to the CEO and anything
2    that he may choose to provide to us.
3        Q.  Do you have to prepare anything for this update?
4        A.  No.  If I am on the formal agenda, to provide a
5    presentation about a particular topic, then yes, but
6    other than that, the update is casual and you're allowed
7    to pass.
8        Q.  If there's a formal agenda, what sort of things
9    do you have to prepare?
10       A.  It could be a future business strategy, it could
11   be an update on a prior strategy that's been
12   implemented.  In most scenarios, Mr. Leitao would help
13   me prepare that deck.
14       Q.  And when you have these meetings, are they
15   called anything in particular?
16       A.  That is the executive committee meeting.
17       Q.  So, we've been going for about an hour, I just
18   want to check in and see how you are.  We can take a
19   break now or I can get into more, I was going to move
20   into more of, you know, Staples Advantage structural
21   background.
22       A.  Can we do five minutes?
23       Q.  Absolutely, go off the record.
24           (Whereupon, there was a recess in the
25   proceedings.)

42

1        BY MS. GRECO:
2        Q.  We are back on the record.  So, Mr. Ringel,
3    before we took a break, we're going to get into more of
4    the background of Staples Advantage.  Before we do that,
5    prior to breaking, you described how the prior to 2012
6    or after 2012 we restructured the B2B business.  Can
7    you describe what the structure was like prior to 2012?
8        A.  Yes, I can.
9        Q.  Okay.
10       A.  Prior to 2012, there were three main silos of
11   the selling organization, or three main components is a
12   better word, of the selling organization.  There was
13   Staples Business Advantage, which was responsible for
14   selling to midmarket customers, as well as state and
15   local governments, health care, higher education, and
16   many other industries.
17          There was Staples enterprise accounts, also
18   second silo, Staples enterprise accounts that was
19   responsible for calling on and maintaining a named list
20   of customers.  And, third, there was a senior vice
21   president responsible for our beyond office supply
22   categories, so the leaders of our print, promo, tech,
23   furniture, and facilities businesses reported to that
24   individual, and that individual provided those services
25   to both the Business Advantage and the SEA sales teams.

43

1        We had separate pricing teams, one for Business
2    Advantage, one for enterprise accounts.  I restructured
3    the organization to have a single selling team, and
4    single structure around price.
5        Q.  Okay.  So, I'm just going to go back and go
6    through these silos a little bit more.  So, you said
7    Staples Business Advantage, I think I've seen in the
8    documents, would that abbreviation be SBA?
9        A.  It would.
10       Q.  And you said they were selling to midmarket
11   customers.  Can you tell me what midmarket customers
12   means?
13       A.  That definition of midmarket customer varies
14   quite a bit from person to person, but it is typically a
15   customer ███████████████████.
16       Q.  I'm sorry, I should have interrupted before
17   that, for this what midmarket customers means, can you
18   tell me what it means in this old restructured program?
19       A.  Sure.
20       Q.  Okay.
21       A.  Yeah.  Midmarket would typically be a
22   customer -- prior to 2012, the definition of midmarket
23   would be a customer that we would have ████████
24   ████████████████.  That's not perfect, that's directional,
25   but ████████████████████ would typically be

44

1    how we reference that.
2        Q.  And is midmarket classified by a sort of spend
3    the customers are generally making?
4        A.  So, today it is.  Today, anything ███████████
5    in potential spend would be referred to loosely as
6    midmarket within the organization.  Again, not every
7    customer is given this descriptor or definition, but
8    customers ███████████████████████.
9        Q.  Why was there this sort of change of how it's
10   viewed?
11       A.  In 2012, and prior, remember SBA existing
12   throughout the 2000s in its structure, Staples was
13   primarily selling office products.  Today, and since
14   2012, as part of our reinvention, we've put a tremendous
15   emphasis on selling facilities and furniture, tech and
16   promo, et cetera.  So, the amount of dollar potential
17   spend from a customer changed in our thinking as we
18   became more adept at selling these other categories.
19   So, the definition morphed.
20       Q.  And can you tell me more about the Staples
21   Business Advantage, or SBA, more about their sales
22   force?
23       A.  Um-hmm.  It was a bifurcated model of hunters
24   and farmers.  Those people whose job it was to go out
25   and establish a relationship with a customer, and then

49

1    perspective, but SBA was working on, again, I think the
2    ████████████ is a great example of, we just kind
3    of carved it up at that point.
4        Q. I think you mentioned large customers. Can you
5    define what you mean by large?
6        A. Yeah, my definition for large today is ███
7    ███████ So, the way that we've structured and the way
8    we view the market today is midmarket is essentially
9    ████████████, C&E is essentially ████████████.
10       Q. And I think you said there's potential customers
11   on this list, prospective customers.
12       A. Um-hmm.
13       Q. How are these customers chosen or how did you
14   figure out what customers would be potential customers?
15       A. You know, I don't recall specifically because
16   the list wasn't done in 2012, the list was done years
17   before that. It could have been who maybe had a
18   relationship working on that customer, but I can't say
19   specifically, it was a long time ago.
20       Q. And you said there's a senior vice president
21   responsible for the beyond office supply category.
22       A. In 2012, yes.
23       Q. And beyond office supply I think I've seen in
24   the documents, would that be BO$$, like dollar signs?
25       A. Yes. Yes, it would.

50

1        Q. And can you describe more about this role and
2    what his interaction was with the SEA and SBA if there
3    was one?
4        A. Yes. That role -- that role consisted of
5    responsibilities for the print and promotional products
6    business. It also was responsible for the expert
7    sellers in technology and furniture and print. So, they
8    were a center of excellence for sales support that would
9    work with the SBA and SEA reps to help customers who
10   might want a chemical solution for stripping or cleaning
11   or doing furniture installation where we were going to
12   do cubicles and lovely conference rooms.
13       So, they would be people who had expertise in
14   those particular categories, and they would support the
15   office products generalist salesperson.
16       Q. So, did SBA and SEA, did they each have their
17   own separate centers of excellence for their office
18   supply categories?
19       A. That would be the sales reps within each of
20   those businesses would have acted as the office products
21   salesperson.
22       Q. Got it. And I should have asked this before
23   when we were talking about the SEA category, but do the
24   customers in that category, do they generally have
25   contracts?

51

1        A. Generally yes, as well as contracts within
2    fairly sizeable part of the SBA portfolio as well. So,
3    yes.
4        Q. I'm sorry, oh, in the SBA portfolio there was
5    contracts as well?
6        A. Sure.
7        Q. But midmarket customers generally --
8        A. Did not.
9        Q. -- did not have contracts. So, which customers
10   in the SBA category would generally have contracts?
11       A. Commercial customers, higher education,
12   government, health care. Law firms. You know.
13       Q. So, I just want to make sure I'm getting this
14   right.
15       A. I understand.
16       Q. So, for the SBA category, mostly assigned to
17   midmarket customers, as well as other industries for
18   state and local governments, higher ed, but this also
19   included commercial customers?
20       A. It did.
21       Q. Were these commercial customers, they could
22   include customers with ████████████ and more spend
23   than midmarket?
24       A. Yes, they routinely ████████████ and higher
25   spend.

52

1        Q. And there was no set way of allocating between
2    SBA and SEA?
3        A. Just that named list that I described before.
4        Q. Got it, sorry, I just wanted to clarify in my
5    own head. Okay. So, were there any Fortune 500
6    companies on -- in the SEA category?
7        A. I'm sorry, did you say SEA or SBA?
8        Q. SEA category.
9        A. Yes.
10       Q. And were there any in the SBA category?
11       A. Yes.
12       Q. And could you estimate how many were in each
13   category?
14       MR. PERRY: At what point in time, Stephanie?
15       MS. GRECO: Prior to 2012.
16       THE WITNESS: My answer is the same either way.
17       BY MS. GRECO:
18       Q. So, for all these questions, until I say later,
19   this is prior to the 2012 restructuring.
20       A. I would have no recollection of how many were in
21   each bucket.
22       Q. Okay. Do you have a sense of if there were more
23   Fortune 500 companies making up the SEA category than
24   the SBA category?
25       A. Again, I'm sorry, there were certainly large

13 (Pages 49 to 52)

Ringel

**Office Depot and Staples**                                                8/20/2015

73

1  it with big, SBA went after big, too, right?
2      It was more of an homage to the team that I
3  stripped their name had their boss now reporting to me,
4  that I kept that alive for them, but you'll see in the
5  structure that it's the exact same structure for
6  maintaining these customers and soliciting these
7  customers. So, in this particular case, it's still kind
8  of dying hard a little bit as I continue to phase the
9  changes in the organization.
10     So, our vendors and our suppliers still to this
11 day say SBA and SEA, it's taking them a while to work
12 their way into our new structure. Here, we're
13 essentially calling out the revenues that would exist,
14 and starting to morph those terms. So, now it's
15 ▮▮▮▮ represents enterprise here, because it's kind of
16 easier to understand.
17     Today, we call it C&E, just because I'm still,
18 hey, you know, it's nice, it sounds nice, but they're
19 the exact same customer to us in these two segments, and
20 we treat them exactly the same way. No specialized
21 sales force, no different catalog, it's exactly the
22 same.
23     So, we break this out, because it's probably
24 pretty impressive to Apple and others when we do stuff
25 like this, and they want to understand the segmentation

74

1  of our business, ▮▮▮▮ and everything more
2  than ▮▮▮▮, but that's the way that I view the
3  market, and that's the way that I've structured.
4      MR. PERRY: Neil, I just want to make sure the
5  record is clear, a minute ago you pointed at the
6  document and said now it's ▮▮▮▮. I just want
7  to be clear, were you talking about in the document it's
8  ▮▮▮▮ or now in today's organization?
9      THE WITNESS: In today's organization, it's
10 anything ▮▮▮▮. I'm sorry, I said a
11 ▮▮ anything ▮▮▮▮ is commercial and
12 enterprise to us. And commercial and enterprise
13 essentially mean the same thing to us now, we just kept
14 using it.
15     BY MS. GRECO:
16     Q. And do some people at Staples, though, still
17 think of it as enterprise and commercial?
18     A. I'm sure there is somebody out there who does.
19 Certainly to us, it's Tom's organization and Kevin's
20 organization. It's big and it's midmarket. Big,
21 anything ▮▮▮▮.
22     Q. Okay. So, and then in this document, when it's
23 separated out into ▮▮ active accounts and ▮▮▮
24 active accounts for the different segments, that's just
25 a way of, I guess, separating it out in your mind the

75

1  difference between how many accounts would be over a
2  ▮▮▮▮?
3      A. Yeah, it's a stratification of our business
4  segment, but again, I think we were very clear when we
5  did this document that we have two support structures,
6  two solicitation structures, even though you see three
7  segments of the pyramid on the document.
8      Q. Okay. Can you talk to me more about -- let's
9  start in the business development side, about the
10 business development executives and how they interact
11 with the ▮▮▮▮?
12     A. Yeah. So, they interact with them exactly the
13 same way. Our business development executives are
14 largely geographically assigned books of business, so we
15 don't have people flying about. We essentially separate
16 business development into two pieces, one the business
17 development executives, those who go after larger
18 business, one B2B consultants who go after smaller
19 business.
20     So, the skill set of the BDE, whether it's a
21 ▮▮▮▮, is exactly
22 the same. We don't have BDEs for ▮▮▮▮ and
23 ones for ▮▮▮▮. These are typically RFP
24 responses. Not always, not exclusively, I think we do a
25 very nice job of sometimes avoiding the RFP process, but

76

1  some customers don't want to do it. Some customers just
2  want to talk to us. But typically it's an RFP response
3  and those BDEs have experience in responding and
4  capturing those. They also understand more how those
5  enterprise resource platforms work, what it takes to
6  implement the customer, who's on e-commerce, what it
7  takes to implement a customer who may say, I want my
8  invoicing to come in a specialized format, because I
9  need it to fit into my system, so I just don't want a
10 bunch of paper showing up in an envelope.
11     These people are more skilled, and more senior.
12 So, therefore, they call on those customers that we
13 believe, while not exclusively, would probably be a
14 little more complex than somebody in the Links+ segment.
15     Q. And I see it says that you have ▮▮ reps as
16 business development executives. Is that -- in 2013, is
17 that still true today?
18     A. I think the number is slightly less at this
19 point. I believe -- I believe that number is down.
20     Q. And then it says, "▮▮▮▮." What
21 does that mean?
22     A. Well, it says here -- what it means is they --
23 it's a good way of saying they target larger customers.
24 Obviously there is ▮▮▮▮, I don't think
25 they go beyond ▮▮ in what the magazine publishes, but I

19 (Pages 73 to 76)

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

**Ringel**

**Office Depot and Staples**                                          8/20/2015

---

81

1  and travel from location to location, and they have all
2  that extra time, but our strategic account leaders can
3  handle a small handful of customers to scores of
4  customers or dozens of customers.
5      Q.  So, for the customers that make, you know, a
6  ████████, or that have -- that are spending more
7  than ████████, are these generally -- would you
8  categorize these more as Fortune 500 companies?
9      A.  That term gets used to cover large -- people
10  call them Fortune.  A ████████, by no means, is
11  limited to the Fortune 500.  Health care -- remember,
12  the Fortune 500 is commercial entities.  Health care is
13  not on there, state government is not on there, federal
14  government is not on there, local governments and
15  counties and school districts are not on there.
16      So, yes, some customers in the list that I just
17  named spend more than ████████, but they
18  wouldn't be on a Fortune list because they're not a
19  commercial entity.
20      Q.  Got it.  And do the customers that have more
21  than ████████ in spend, are these customers
22  generally, do they have more than one location?
23      A.  Yeah, I mean, when I think about counties or
24  states, you've got multiple firehouses, so the answer
25  would be yes.  Typically more than one location, yeah.

---

82

1      Q.  Are they typically more than one state?
2      A.  Not necessarily.  A lot of our larger spend
3  customers are state governments, they are county
4  governments, they are school districts, and inherently
5  obvious they're all in one place.  So, it would be hard
6  for me to give you a ratio, but I know of a lot of our
7  large customers who are hospitals, and hospitals, of
8  course, are in one place.
9      Q.  So, would you say that percentage-wise, how much
10  of the ████████ would be in more than one state, if
11  you had to estimate a percentage?
12      A.  I've never looked at it that way.
13      Q.  Is there anyone that would be able to know that?
14      A.  I imagine it's data that can be gotten.  We
15  don't view our business that way.  I view our business
16  in terms of size, and really you could see kind of with
17  a hatchet, I view it as big and small.  I don't take
18  into consideration multiple shipped tos or geographies.
19      Q.  In terms of, you know, delivering, whether you
20  would be able to deliver to more than one location or
21  where locations are?
22      A.  Well, again, I'm sure that our supply chain, I
23  know that our supply chain is capable of delivering
24  product to most locations in the United States next day,
25  if we have it in stock.  But when I think about

---

83

1  customers in the context that you're asking me to think
2  about them, I don't say who has five locations and who
3  doesn't.  It's not really a thought to me.  I think
4  about it more in terms of size.
5      Q.  So, in terms of size --
6      A.  Spend.
7      Q.  Spend, are there any other ways you think about
8  customers, or you segment in your mind?
9      A.  Generally?
10      Q.  Yeah.  Or how Staples views the segments?
11      A.  We do have some vertical specialists within our
12  organization, K through 12, health care.  We certainly
13  think about those segments as large verticals of
14  potential opportunities for us, big customer segments,
15  but beyond that, it tends to just be midmarket or
16  non-midmarket.
17      Q.  So, in one of your documents, this might have
18  been before 2012, but I saw something called systemic
19  enterprise.  Is that a term that's familiar to you at
20  all?
21      A.  No.
22      Q.  Okay.  Or systemic house?
23      A.  No.
24      Q.  Let me show you the document.
25      A.  Would you, please.

---

84

1      Q.  Yeah, I wanted to just see if you were familiar.
2      (Government Exhibit Number PX04066, 11/28/12
3  Walker/Ringel Email Re:  WAVE 5 - Update 11/28/2012, was
4  marked for identification.)
5      BY MS. GRECO:
6      Q.  I'm handing you a document that's been premarked
7  PX04066-001 that ranges to PX04066-017 with the Bates
8  range SPLS-0864176, and it's produced in its native
9  form, so the Bates range is to SPLS-0864180.  And it's
10  an email with an Excel spreadsheet, if you could just
11  take a moment to look this through.
12      A.  Um-hmm.
13      Q.  I'm going to be asking about the table on page 2
14  of the email.
15      A.  You're going to ask me about the table on page
16  2?
17      Q.  Yes.
18      A.  Okay.
19      Q.  So, let me know when you're ready.
20      A.  That's why I wanted a pen.  I'm ready.
21      Q.  Are you familiar with this email at all?
22      A.  I don't recall this particular email, I am
23  familiar with these types of updates.
24      Q.  And what is this type of update?
25      A.  This document is referencing the migration of

---

21 (Pages 81 to 84)

Ringel

**Office Depot and Staples**                                    8/20/2015

---

89

1  room?
2      A. Um-hmm.
3      Q. And are there any others that I'm missing?
4      A. Furniture, I don't believe you mentioned.
5      Q. Furniture. And what about, what does facilities
6  include, is that jan-san?
7      A. Yes, tissues, towels, sanitary products,
8  cleaners, chemicals, dispensers.
9      Q. And how many SKUs would you estimate are in this
10  beyond office supplies category?
11      A. Again, ████████, including, of course,
12  print and promotional products are customized. So, that
13  number is somewhat ████
14      Q. And would this category make up ████████
15  of the sales to enterprise and commercial customers?
16      A. The -- yes. The ████ that I gave you is the
17  for the Staples Advantage business. I don't know the
18  specific for midmarket versus commercial, but I would
19  imagine it's relatively close.
20      Q. And are you familiar with the phrase "private
21  label products?"
22      A. Yes.
23      Q. And what does this phrase mean?
24      A. Products sold under either the Staples brand or
25  a licensed brand like a Cynthia Rowley.

---

90

1      Q. And what's the difference between a private
2  label product and a national branded product?
3      A. Probably a question best answered by our
4  merchandising and sourcing group, because I don't know
5  the specific differences, but obviously one is sourced
6  by us, under a different name, and the other is provided
7  by the manufacturer.
8      Q. Are private label products generally higher
9  margin products than national branded products?
10      A. They generally have a lower cost of goods. As
11  to whether they're higher margin I think depends on a
12  specific contract and who we're selling it to, but it
13  generally has a lower cost of goods.
14      Q. A lower cost of goods compared to national
15  branded products?
16      A. Um-hmm.
17      Q. And do you sell these private label products to
18  your contract customers?
19      A. Yes.
20      Q. And do you have an estimate of how many SKUs
21  there are of private label products you have?
22      A. I'm sorry, I don't.
23      Q. And do you know what percentage of Staples
24  Advantage's sales of office products are private label?
25      A. Again, I'm sorry, I don't. The -- no. I really

---

91

1  don't. I would be reaching and guessing, I don't want
2  to do that.
3      Q. That's fine. Do you have a percentage of sales
4  to enterprise customers that are -- enterprise and
5  commercial customers that are private label?
6      A. I don't.
7      Q. And do you see any benefit to Staples of selling
8  private label products?
9      A. Yes.
10      Q. What's that benefit?
11      A. It provides choice to customers, allows them to
12  make decisions around alternatives to the products that
13  they may be buying today. It also provides brand
14  recognition and strengthens our brand in the minds of
15  customers, when they see our name on multiple products
16  and it's a quality product. So, yeah, I think there's a
17  lot of benefit to it.
18      Q. Is brand recognition important?
19      A. I guess it depends on which customer you ask.
20      Q. Do you think Staples having brand recognition is
21  important?
22      A. I think it's helpful.
23      Q. And in terms of benefits to customers on buying
24  product label products, what do you think the benefit
25  is, aside from more choice?

---

92

1      A. Depending on the customer and how we price it,
2  it might be price, it might not. It might be in the
3  case of sustainability, it might be someone who's eco
4  conscious, or looking for a sustainable green solution
5  to something. Our private label of chemicals, for
6  example, is very eco-friendly. So, our brand has really
7  good value and recognition around that.
8      Q. Are private label products ever equal or higher
9  priced to their national brand counterpart?
10      A. They could be.
11      Q. Do you know a percentage of how often that
12  happens?
13      A. I don't.
14      Q. So, moving on to more of Staples Advantage
15  distribution, does Staples Advantage have fulfillment
16  centers?
17      A. Yes.
18      Q. Do you know how many?
19      A. Staples -- I should say Staples has fulfillment
20  centers. ███████████████████████████████
                    ████████████████████████████
21
22      ███████████████████████████  So --
23      Q. And do you know how many?
24      A. I don't, actually, that's -- I don't.
25      Q. Do you know if they're generally across the

---

23 (Pages 89 to 92)

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

PX02003-024

**Office Depot and Staples**                                    8/20/2015

---

93

1    country?
2        A. That I do know.
3        Q. Do you know if there's any state that Staples
4    does not have a fulfillment center in?
5        A. ███████████.
6        Q. Okay.
7        A. And there are, I'm sure, many other states that
8    we don't have fulfillment centers in. I can't name them
9    all, but I know where we have our fulfillment centers
10   provides us with relatively good reach to serve our
11   customers.
12       Q. So, you have fulfillment centers in enough
13   states to have a geographic reach to reach most of the
14   continental U.S.?
15       A. With next-day service, yes.
16       Q. With next-day service, that was my next
17   question.
18       A. With two-day service, we could pretty much reach
19   anybody from anywhere.
20       Q. Do you know what percentage of the population
21   you can reach with next-day service?
22       A. I believe I've seen marketing materials that say
23   ███ it's got to be somewhere around there.
24       Q. Do you see a benefit to having fulfillment
25   centers across the country?

94

1        A. The result is the benefit. The customers
2    expect, whether it's from me or any of my competitors,
3    next-day service for most products. So, I think we're
4    strategically located to deliver on that, but whether
5    it's W. B. Mason, Office Depot, Staples, I mean,
6    everybody has an expectation. If it's Amazon, if
7    it's -- it can be same-day, in Amazon's case, but people
8    have an expectation for next-day delivery.
9        Q. Does Staples Advantage offer same-day delivery?
10       A. No. In the case of an emergency, we might
11   arrange for, you know, a very one-off situation to get
12   something for somebody, but largely, we would offer
13   next-day delivery to our customers.
14       Q. Are there any situations, if a customer wanted
15   to contract for same-day delivery, that they would be
16   able to in certain situations?
17       A. No.
18       MR. PERRY: You meant from Staples?
19       BY MS. GRECO:
20       Q. From Staples, sorry.
21       A. From Staples Advantage?
22       Q. Yeah.
23       A. Would I entertain doing same-day delivery for a
24   customer if they wanted it?
25       Q. Yeah, at an extra cost?

95

1        A. As a one-off, we might help somebody find a
2    courier or, you know, a bike messenger to move
3    something, but as a contractual relationship, no.
4        Q. And are customers generally serviced by the
5    fulfillment center that is closest to them?
6        A. Generally, the idea would be to ship it from the
7    closest point, but not every product we sell is in every
8    fulfillment center that we have. So, in some cases,
9    we're drawing product either from a further located
10   Staples fulfillment center or from one of our wholesale
11   partners, either Ascendant, United, or S. P. Richards,
12   if we don't have the product within the geographic area.
13       Q. So, generally, customers are serviced from the
14   closest point of where their SKU they want is coming
15   from?
16       A. If the product is stocked in that facility, the
17   answer would generally be yes, yeah.
18       Q. And why is that? Let me start again, why do you
19   generally do that?
20       A. Sure. It would provide the best opportunity for
21   the fastest delivery.
22       Q. Is it usually less costly?
23       A. You've got to talk to supply chain on that one.
24   I don't -- I don't understand the economics of an
25   individual delivery.

96

1        Q. Right. Generally would you know if, you know,
2    delivering a greater distance from a fulfillment center
3    or the point of where a SKU is, if you deliver from
4    farther away, that is more expensive?
5        A. You know, I don't understand our -- I don't
6    know. If UPS, we might be able to get the same rate for
7    multiple, you know, I don't know the answer. I would
8    imagine our logistics team could answer that with a lot
9    of specificity.
10       Q. And what about desktop delivery, do you provide
11   that to your contract customers?
12       A. To some of our contract customers, yes.
13       Q. What sort of contract customers do you provide
14   those to?
15       A. Those that request it specifically and where it
16   is feasible.
17       Q. What sort of customers are requesting desktop
18   delivery?
19       A. There's not a specific industry that lends
20   itself to wanting desktop, although a fair amount of the
21   health care industry looks for desktop delivery, but
22   certainly commercial customers and otherwise may as
23   well.
24       Q. Do any midmarket customers request desktop
25   delivery?

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

PX02003-025

**Ringel**

**Office Depot and Staples**                                                                      8/20/2015

---

97

```
 1        A. It's a little -- it's a difficult question to
 2   answer because it's almost a trick question, because if
 3   it's a small enough office, the desk is usually the
 4   person who ordered it when you walked in.  So, the
 5   answer is maybe, but when you think about desktop
 6   delivery, you would largely be thinking about larger
 7   campuses, as opposed to individual real estate offices.
 8        Q. What do you mean by larger campuses?
 9        A. A larger hospital complex, like the building
10   we're sitting in.
11        Q. Can you define what desktop delivery means?
12        A. Yes, it has a couple of different definitions,
13   but it all kind of turns into that catch phrase of
14   desktop delivery.  It may be mean where we are
15   physically having product delivered beyond the loading
16   dock to a drop point on a floor.  So, imagine this
17   building with eight or 10 floors, we may be asked to
18   deliver product to the copy room on all eight floors.
19   That would be desktop delivery for us.  It's inside,
20   it's beyond the dock, it's beyond what a UPS or a FedEx
21   would do for you.  That type of dock delivery.
22        It can also mean physically going to the desktop
23   of the individual who ordered it.  That is less frequent
24   than the floor delivery.
25        Q. Okay.
```

98

```
 1        A. So, it's one phrase, it means two things.
 2        Q. Okay.  And are you able to provide desktop
 3   delivery nationwide?
 4        A. I'm sure there are markets where we can't,
 5   again, that                    market that we
 6   may be servicing             , but in the
 7   markets that we serve on our own vehicles or through
 8   third-party couriers, yes.
 9        Q.
10        A.
11        Q. And you said you have your own delivery
12   vehicles.  How large is this fleet of delivery vehicles?
13        A. I don't know at the moment.



18        Q. And what does last-mile delivery mean?
19        A. That guy on the truck who's going to bring it to
20   the dock or the desktop, not the lined hauls that are
21   moving it to perhaps hubs where products are being
22   sorted, but that last delivery, that final delivery is
23   what we would refer to as last mile.
24        Q. And Staples is now providing the last-mile
25   delivery?
```

99

```
 1        A.



 7        Q. So, any third-party couriers you would use would
 8   be able to still offer the desktop delivery?
 9        A. Yes.
10        Q. So, earlier you were talking about how it's
11   sometimes larger customers are more complex to handle or
12   require additional things than midmarket.  Could you
13   describe a little bit more about how the commercial and
14   enterprise sectors are more complex in terms of, you
15   know, what customers value?
16        A. Sure. I can give you some examples. The first
17   I would give you, we touched on earlier, is around the
18   methodology they use to place an order.  Some people
19   want to use their own systems internally to requisition
20   product or order product, in which case we have to
21   either provide them with content, so they know the
22   scopes, dimensions, colors, price, unit of measure, so
23   that can be accessed from their system, rather than if
24   they just went on our Internet ordering site.
25        So, they could either want all of that data to
```

100

```
 1   come in the form of a file transfer, once a month, to
 2   load in your system, or they can punch out to our site,
 3   where they're on their Ariba Exchange or whatever the
 4   government might use to place orders, and they want to
 5   access our content, see our screens, but not finish the
 6   order, they would take it back into their system and
 7   then EDI the order to us.
 8        So, people want that level of service.  We have
 9   to map and perform that integration for them.  That's
10   one example.
11        Q. And that's for enterprise and commercial
12   customers require that sort of detail?
13        A. Some, not all.
14        Q. And can you define punch out?
15        A. Yes.  Punch out would be, I'm trying to think of
16   an example that might make it more relevant, but punch
17   out would be where somebody is in their ecosystem, their
18   environment, their ordering platform, but they want
19   the -- they want our content, they want our pricing,
20   they want everything that they want to see, but they
21   don't want their people to be ordering through our
22   system.  They want to capture their general ledger codes
23   and everything else.
24        So, imagine somebody sitting at a deck here who
25   wants to order office supplies, paper, toner, and
```

---

25 (Pages 97 to 100)

PX02003-026

**Office Depot and Staples**                                    **8/20/2015**

---

101

1    Gatorade, and the Gatorade comes from a different
2    company.  They want them to place one order and the
3    system then goes out and does it all, right?  They don't
4    have to go to two sites to order, they go to one site to
5    order.  But often times to get the content, to be able
6    to see this pen or that pad, they punch to our site,
7    almost as if they're accessing it, and they take our
8    data and bring it back into their site.
9        So, they like some of the shopping functionality
10   of our site they want to access, but they don't want to
11   physically have people order exclusively off our site
12   and then somebody else's site and then Amazon's site and
13   somebody else's site.  So, they essentially punch out or
14   reach out for content.
15       **Q. Okay.  So, they value having the single**
16   **platform, then, to go and do all this?**
17       A. They value, that's why they -- likely why they
18   bought it themselves, they own it.
19       **Q. Oh, okay.**
20       A. And we're just another company that has shopped
21   on there.  So, a company can very easily set up Staples,
22   Office Depot, W. B. Mason, Amazon, and go out and pull
23   from different catalogs and place an order that then
24   gets parsed to the different suppliers.
25       **Q. And what about Ariba, what's that?**

---

102

1        A. Ariba is an example of an ERP system or an
2    enterprise platform that somebody -- it's a brand, SAP
3    is a brand, Oracle is a brand, that provides that
4    software for procurement people to use to help manage
5    and track their spending.
6        **Q. Does it require certain capabilities in order to**
7    **be able to integrate with these sort of systems?**
8        A. It requires capabilities, they're not -- they're
9    not really difficult.  You can either contract, there's
10   third parties who will perform that service, or you can
11   have people on your own staff to do it.  It really is
12   about getting access to data.  So, I couldn't personally
13   program it, but it's not hard to find people who can.
14       **Q. Do you know how much it costs?**
15       A. It's relatively inexpensive, it's just work,
16   it's testing, right?  It's resources on the customer's
17   part and on our part, we're going to send test files,
18   did they work, does everything look good, okay.  It's
19   just programming.  I believe -- I believe almost all of
20   my competition offers it, as a service.
21       **Q. When you're referring to competition, who are**
22   **you referring to?**
23       A. Grainger, Amazon, Office Depot, W. B. Mason,
24   Innovative Office Supply, My Office Products, all
25   perform the same service.

---

103

1        **Q. They all perform it for office supplies?**
2        A. For whatever they sell, I mean, they sell
3    multiple lines.  This is not about the product, it's
4    about the shopping experience.  So, whatever they offer
5    through their suite of services.
6        **Q. Do all of those companies offer comparable**
7    **office supplies SKU offerings to these sort of contract**
8    **customers?**
9        A. All of us have access to very similar
10   assortments, especially because everybody has the
11   commonality of either Ascendant or S. P. Richards for
12   assortment.  So, yeah, I think so.  I mean, there may be
13   some own branded product as you referenced before, W. B.
14   Mason has their own brand, Ascendant has their own
15   brand, Staples has their own brand, but beyond that,
16   when you get to the OEM manufacturers, you know, largely
17   have all of the same access.
18       **Q. They have access, but do they -- do you know if**
19   **they actually are able or do actually contract with**
20   **customers for these sort of products?**
21       MR. PERRY: Stephanie, can I just make sure who
22   we're talking about exactly.
23       THE WITNESS: Yeah, me too.
24       BY MS. GRECO:
25       **Q. I'm just talking about your competitors in**

---

104

1    **general, you mentioned a bunch.**
2        A. Yeah.
3        **Q. And I was just wondering if they all do that.**
4        A. Do contract relationships for office products?
5        **Q. To the same extent as Staples.**
6        A. We were on e-commerce and so I was referencing
7    all of them offer the same e-commerce solution.  As to
8    what products pass through that e-commerce portal, I
9    think that's a different question.
10       **Q. Okay.  So, in terms of complexity, what other**
11   **factors do you think separate commercial and enterprise**
12   **customers?**
13       A. It's invoicing is also something that customers
14   may have specific formats that they would like the
15   invoicing to come in.  Typically, an electronic format
16   that will work directly with their accounts payable
17   system to make it easy so they don't have to look at
18   everything off every line and rekey on every invoice.
19       So, we do electronic billing.  That's normally
20   an invoice that's in a format that might be an Excel
21   format or some sort of standard format or an EDI format,
22   and we have to obviously, again, test and map and make
23   sure that what they want and what we're providing meet
24   each other's needs and we're right, and then we
25   implement it.

---

26 (Pages 101 to 104)

PX02003-027

Ringel

**Office Depot and Staples**                                                8/20/2015

105

1    Q. But why do customers value this sort of
2  invoicing?
3    A. I think anywhere you can streamline the work
4  flow is why I believe it's valued. Customers, again,
5  probably don't want to get a giant stack of invoices, if
6  they're buying a lot of office supplies, only to have to
7  go through them or rekey them. If they're in an
8  electronic format, they can do whatever one would do
9  with a database full of information. So, I think it's
10  easier and cleaner for them.
11    Q. And, so, these invoicing reports, are these
12  similar to utilization reporting?
13    A. No, that's different.
14    Q. Okay.
15    A. Utilization reporting or usage reporting would
16  be giving the customer a view, depending on what they
17  ask for, giving them a view into what they're consuming.
18  But invoice is different. Person A bought a product,
19  here's the invoice for that product, here's the order
20  number for that product, please put it in your system
21  and pay me for that product, right? That's an invoice.
22    A utilization report might be once a month, tell
23  me how much paper we bought, in aggregate. Tell me how
24  much green binders we bought, in aggregate. Tell me
25  what offices bought what. That would be utilization

106

1  reporting.
2    Q. And does Staples provide these to their
3  commercial enterprise customers?
4    A. Pretty standard in our industry, yes.
5    Q. And why do customers value these sort of
6  reports?
7    A. I think it depends on the customer. Some
8  customers don't ask for them at all, and can get that
9  data from their own ERP system, they're placing the
10  order, they have a record of what they did, they don't
11  rely on us for that reporting. Other customers, who
12  perhaps don't, may want a report periodically to see
13  where their money is going, how are they spending it.
14  At least with Staples.
15    I assume that they know where they're spending
16  their money with others, they can get reporting from
17  other people, too, but we could tell them what they
18  bought from us, we can parse it up by category for them,
19  we can tell them what the most popular items they
20  bought, the least popular items. It's just data.
21    Q. And how does this help those customers knowing,
22  you know, their usage?
23    A. It may help them in constructing a future RFP.
24  It may help them in meeting some internal spend goals,
25  savings goal, tracking goal, whatever they want data

107

1  for. It's their data. I mean, we have it, it's in our
2  database, but it's about them and their purchases
3  exclusively. We'll give it to them and often they do
4  whatever they want with it. Some people want it, some
5  people don't.
6    Q. How might it help in terms of I think you
7  mentioned controlling spend?
8    A. Um-hmm.
9    Q. How might it help with that?
10    A. You might have somebody who looks at a report
11  and says, why are we buying 75 different kind of
12  ballpoint pens. They may decide, that's fine, that's
13  choice, we let our users have choice. Or they may go to
14  their users and say buy ten different kinds of pens.
15  They can use it for whatever they want, I've seen
16  examples of almost everything. But it's good for them
17  to understand where they're spending their money.
18    Q. And does this enhance compliance with the
19  contract, making sure what their customers are actually
20  spending?
21    A. Not necessarily. I mean, a contract is
22  established with procurement. Somebody is making a
23  decision. There are often times hundreds or thousands
24  or perhaps just tens of people who are actually
25  requisitioning office supplies and ordering office

108

1  supplies. They can make their own decisions and often
2  do in a term that we might call leakage or noncompliant
3  spend. There's a bunch of different words for that, but
4  they may go out on a website, find it cheaper on Amazon,
5  and buy it.
6    Now, that's not going to show on my report, but
7  it may also show that it's not on my report. So, we may
8  be able to say, somebody's not buying toner from us.
9  Maybe you ought to figure out where they're buying it
10  from, because I certainly don't know, I just know it's
11  not us.
12    So, reporting can help them, but what they do
13  with that and how they enforce compliance. Contracts
14  are great, they are largely hunting licenses when you
15  get people who are making their own decisions at a desk
16  on the eighth floor or in an office in Kansas, we can't
17  see that.
18    Q. When you say largely hunting licenses, what do
19  you mean by that?
20    A. Well, procurement puts together a contract.
21  They believe this is what their company is going to buy,
22  these are negotiated hard contracts, pricing, this is
23  what you're going to charge me. But depending on the
24  organizations, and how centralized -- or not
25  centralized, how much control they exert, how much

27 (Pages 105 to 108)

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

PX02003-028

Ringel

**Office Depot and Staples**                                                8/20/2015

---

125

1      MR. PERRY:  Two thumbs were up for the record.
2      THE WITNESS:  Two thumbs were up, for the
3   record, and that was sarcasm.  We don't promote desktop
4   delivery.  If it's requested of us, we will potentially
5   accommodate it.
6      BY MS. GRECO:
7      **Q.  Do you know what percentage of enterprise and**
8   **commercial customers require desktop delivery?**
9      A.  No, I do not.
10     **Q.  Do you know what percentage of customers with**
11  **over a ▮▮▮▮▮▮▮▮▮▮ in spend require desktop**
12  **delivery?**
13     A.  I'm sorry, I don't.
14     **Q.  Now, does Staples ever, you know, tout to**
15  **customers their nationwide network of fulfillment**
16  **centers?**
17     A.  I'm sure we do.
18     **Q.  And is that in the same, you know, respects as**
19  **offering, you know, next-day delivery in terms of**
20  **ensuring more reliable delivery, lower costs?**
21     A.  Look, there's a feature and a benefit.  The
22  customer only cares that the product is getting there
23  the next day.  We've consolidated warehouses in the
24  past, we've moved warehouses to new locations.  The
25  customer cares about the end product which it's

---

126

1   serviced, not how many I have or where they're located,
2   they care that if I say I'm going to do it I do it.
3      **Q.  And in the same respects where you say if they**
4   **want you to do it you're going to do it, they want it at**
5   **the lowest cost they can get, I'm assuming, right?**
6      A.  I assume they do, yeah, I think that would be a
7   fair assumption.
8      **Q.  And does Staples also, you know, for the same**
9   **commercial and enterprise customers with nationwide**
10  **locations, does Staples tout having a single point of**
11  **contact for all locations?**
12     A.  We emphasize the benefit of our strategic
13  account leader model to all of our customers.  We want
14  those customers to know that there's going to be
15  somebody who cares about their account, may not be the
16  person who does everything for them, again, they're
17  orchestrating the facility specialist and the furniture
18  specialist, but there is going to be one person within
19  Staples who understands their contract, and their
20  expectations, and leads our engagement with that
21  customer over the life of that engagement.  We
22  absolutely talk about that.
23     **Q.  Yeah, so what would be a benefit of having a**
24  **single point of contact for a nationwide customer?**
25     A.  Well, for any customer.  I mean, having a single

---

127

1   point of contact for any customer, whether they're
2   geographically dispersed or not, would be if there's one
3   procurement owner, one head of purchasing, or purchasing
4   manager, they dial one phone number and get one person
5   who understands their contract and their agreement at
6   Staples.  That's the benefit of not having to call five
7   people within our organization.  We want to make it easy
8   to do business with us.  That's an important factor.
9   It's not always about the company wanting the lowest
10  price, they want the best service, they want a
11  competitive price, and they want good representation.
12     **Q.  When you say representation, you mean sales**
13  **representation?**
14     A.  Sure.  Good engagement with us.
15     **Q.  Do customers in the commercial and enterprise**
16  **segment ever ask about your experience serving other**
17  **nationwide accounts?**
18     A.  Periodically we're asked for references in this
19  RFP responses, so I would say yes.
20     **Q.  Why do you think customers ask for those**
21  **references?**
22     A.  I think they want to talk to people who have
23  done business with us so that we're delivering on
24  the commitments that we've made to that party.
25     **Q.  Do you think that's important being able to have**

---

128

1   **the sort of record in winning business from these**
2   **customers?**
3      A.  I don't think it's terribly important.  I think
4   most people don't ask for references, or at least
5   historically, my feeling is most have not asked us for
6   references.  Some do.  You see it especially in things
7   like governmental bids, state bids, local bids, what
8   other states the size of us have you serviced, you know,
9   you get questions like that.
10        In the commercial space, sometimes we get asked
11  for references, sometimes we don't.  You tend to see it
12  more in the governmental space.
13     **Q.  Do you see it more or less often for customers**
14  **that have over ▮▮▮▮▮▮▮▮▮ spend?**
15     A.  No, not particularly.
16     **Q.  And do you have -- does Staples have a sales**
17  **team that's devoted to serving national accounts?**
18     A.  Um-umm.  Sorry, I was drinking water, I
19  apologize, no, we do not have a dedicated team for
20  national accounts.
21     **Q.  Is there any national account manager?**
22     A.  No, there is no national account managers.  Our
23  strategic account leaders serve anybody ▮▮▮▮▮▮▮.
24     **Q.  I'm going to show you a document, just so we can**
25  **clarify something.**

---

32 (Pages 125 to 128)

PX02003-033

Ringel

**Office Depot and Staples**                                    8/20/2015

---

133

1    Q. Would this have gone to the customer like this?
2    MR. PERRY: If you know.
3    THE WITNESS: I don't know. Somebody may have
4    caught this after and fixed it, I don't know.
5    BY MS. GRECO:
6    Q. So, okay, that's fine. You can put this
7    document aside. So, I just have a few more questions
8    and then we can take a break for lunch.
9    A. Thank you.
10   Q. So, do your enterprise and commercial customers
11   typically purchase under contract?
12   A. Typically.
13   Q. And that single contract will generally cover
14   all of their locations for nationwide customers?
15   A. I would say generally, yes.
16   Q. And generally it would establish the pricing
17   that applies to all the customers' locations?
18   A. Yes.
19   Q. And the contract will also establish all the
20   terms and conditions that will apply to all that
21   customers' locations?
22   A. Yes.
23   Q. And the contract is generally negotiated with a
24   central office for nationwide customers?
25   A. The customer's central office?

---

134

1    Q. Right.
2    A. It's normally negotiated with someone in a
3    procurement organization or an agent of that procurement
4    organization. The document you just showed me had
5    Deloitte acting as a lead. So, they will often times
6    use a third party, but it's usually some central owner.
7    Q. Are you aware of any Fortune 500 company that
8    would bid out regionally?
9    A. Not personally, no.
10   Q. And are you aware, other than ink, paper and
11   toner, if any enterprise customer has ever sourced
12   directly from manufacturers for their office supply
13   products? And this is nationwide customers as well.
14   A. I'm aware of ▮▮▮▮▮ negotiating and
15   purchasing Sharpies directly, they're on a lot of ▮▮▮
16   ▮▮▮ I guess, directly with Sanford, but my intimate
17   knowledge of individual customers is pretty limited.
18   So --
19   Q. So, ▮▮▮▮▮ would be the only example that
20   you have?
21   A. That's the only one that I recall, I would
22   imagine there's more and my team could maybe help you
23   with that.
24   Q. Who would be best to answer that question?
25   A. Tom Heisroth would be a good person to start

---

135

1    with.
2    Q. Why might a customer not want to source all of
3    its office supply products or a portion of its office
4    supply products from a manufacturer?
5    A. Why would they not want to? Because the
6    manufacturer, again, multiple deliveries, coming in,
7    they want a total cost of ownership, reduce the number
8    of deliveries, I'm sure they may not want a number of
9    invoices coming from each individual manufacturer for
10   each individual product, distributors of product,
11   aggregate product and provide that service.
12   Q. To your knowledge, do you know if these sort of
13   customers, enterprise and commercial nationwide
14   customers, would have the volume to contract directly
15   with manufacturers for a lot of their office supply
16   products?
17   A. I don't know that.
18   Q. Do you know who within your organization might
19   know that?
20   A. Perhaps our merchandising organization.
21   Q. Okay. We can go off the record.
22   (Whereupon, at 12:13 p.m., a lunch recess was
23   taken.)
24
25

---

136

1    AFTERNOON SESSION
2    (1:14 p.m.)
3    (Mr. Hamm and Ms. Steinman now present; Ms.
4    Brady no longer present.)
5    BY MS. GRECO:
6    Q. Mr. Ringel, I am going to show you a document to
7    start off this afternoon's session.
8    (Government Exhibit Number PX04070, 7/26/13
9    Ringel/Walker Email Re: Summer Strategy July 29th
10   Session, was marked for identification.)
11   BY MS. GRECO:
12   Q. This document is also really long but I'm only
13   going to be talking about slides 56 through 64, but this
14   document has been premarked PX04070-001 with the range
15   to PX04070-144. The Bates number is SPLS-0963823, and
16   continues to SPLS-0963967. It is an email from
17   Mr. Ringel to Kelly Walker entitled Advance Materials
18   for Strategy Meetings and attached is a Summer Strategy
19   Session Accelerating Our Growth PowerPoint dated August
20   1st, 2013.
21   So, take a minute to look it over and let me
22   know when you're finished.
23   MR. PERRY: Stephanie, I'm sorry, which pages
24   did you say you were going to focus on?
25   MS. GRECO: It's just going to be slides 56,

---

34 (Pages 133 to 136)

149

1    contracts they can offer, and they would go in and talk
2    to that customer about, you know, this has already been
3    bid by the state of ████, you don't have to go
4    through that process again, all the state by-laws allow
5    you to just simply use this, why do it on your own,
6    they've already done it on your behalf, let us extend
7    that contract to you, you can start ordering tomorrow.
8        Q.  So, having a sales force is very important in
9    winning this business?
10       A.  Having a sales force helps in gaining compliance
11   and keeping compliance, but I could certainly do that
12   over the telephone as well.  I think we choose to do it
13   in most cases physically, but we do have customers that
14   like the state of ████ where it might be a little,
15   you know, out toward ███ and not a big town, and we may
16   assign it to somebody to do over the telephone.  It's
17   just a question of preference and cost management.
18       Q.  So, just to clarify, you would do it over the
19   phone in situations where it might be more difficult to
20   get to?
21       A.  Or we want to cover these customers very
22   quickly, when we receive the award, and we just don't
23   have enough physical presence to do it.  So, a phone
24   call is often times just as good.  So, we might
25   re-deploy 15 or 20 people on the phones to call every

150

1    town in ████, you know, over the course of the next
2    week, and let them know we have a contract and here's
3    the contract number and we can come set you up kind of
4    thing.
5        Q.  Why don't you do all of them by phone?  All the
6    solicitations by phone?
7        A.  If we have people and they're there, and they
8    have availability, we'll utilize that, it's just about
9    capacity utilization.  It's choice, preference, I
10   suppose.
11       Q.  Do you see any benefit from going -- having
12   physical presence?
13       A.  In some cases, sure, when I'm trying to sell
14   these categories beyond office supplies, and I've got to
15   have expertise and show that I've got expertise,
16   Staples' name is very synonymous with office products.
17   People understand that we sell office supplies, that's
18   the name on the side of the store, the name that they're
19   used to.
20       When I'm going in there trying to configure
21   workstations and their connotation of Staples for
22   furniture may be something different, it is very
23   important to sit down and have a face-to-face
24   conversation, be able to show samples and go through
25   fabric samples and things of that nature.

151

1        You know, I have competitors today, Capital
2    office Supply in Florida, is a great example.  They have
3    gone from Florida to Houston and Atlanta.  They do all
4    of their solicitation over the telephone.  Is it
5    possible?  Sure it is.  And others employ the model, we
6    employ the model, but where you can, you know, utilize
7    multiple different touch points, why not.
8        Q.  So, going back to what you were saying about the
9    physical presence being important, I think you said for
10   the BO$$ category?
11       A.  It helps very much in the BO$$ categories.
12       Q.  What about for office supplies?
13       A.  Again, relationships are things that depending
14   on the customer, are difficult to forge.  It's much
15   easier for me to hang up on a telemarketer than it is to
16   tell somebody in person to go away.  So, there is some
17   value to being face to face, and I certainly think that
18   that's something that we will continue to do.
19       Q.  So, Staples Advantage does then participate in
20   RFPs for enterprise and commercial customers?
21       A.  Staples Advantage, and using today's definition,
22   not 2012, right?
23       Q.  Yes, yes.
24       A.  Yes, so we respond to RFPs across the scope of
25   the market.

152

1        Q.  And I think we just discussed this, the ways
2    other than RFPs that Staples might seek new accounts
3    would be through the solicitation?
4        A.  So, one would be to ask people to join onto a
5    GPO contract or a cooperative purchasing contract,
6    they're very popular in government.  Another would be to
7    ask -- to solicit a customer.  We don't have them, we
8    want to do business with them, we call them.  They may
9    be working with a third party procurement resource
10   expert, similar to we saw ████ in a former document.
11   ████ may already, through a previous engagement,
12   have an idea of what good pricing for them would be,
13   what good service would be, and perhaps there's not an
14   RFP where a third party consultant is involved, they're
15   hired by them to do that.
16       There are also other kinds of buying groups,
17   unlike GPOs, where some procurement organizations will
18   employ an organization like I think it's ████ who
19   will essentially, you can outsource procurement to them,
20   and they'll do it.  So, that's, again, a larger bid for
21   something else that somebody else piggybacks on.  And
22   then there are customers who maybe are just really upset
23   with whoever they're buying from, and you knocked on the
24   door at the right time, and they're like, I'm glad
25   you're here, here's what I'm paying, can you match it,

38 (Pages 149 to 152)

**Ringel**

## Office Depot and Staples

8/20/2015



165
167
166
168

14   **Q.  If you could estimate a percentage?**
15   A.  I couldn't.
16

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

PX02003-043



213

1      A.  Office products.
2      **Q.  Office products, does that include paper and**
3      **toner in this slide?**
4      A.  Yes, it does.
5      **Q.  And what does that mean?**
6

215

1

20      MS. GRECO:  I think we hit another hour, if you
21      want to take a break.
22      (Whereupon, there was a recess in the
23      proceedings.)
24      BY MS. GRECO:
25      **Q.  So, Mr. Ringel, if we can just go back to the**

214

1

216

1      document PX04082 that we were talking about before the
2      break, I just want to clarify.  So, I see it says,
3                                                Are these
4      two separate things or is this the same thing?
5      A.  They're two separate things.
6      **Q.**
7      A.

15      This is a very, very, very competitive industry,
16      with people, despite the fact that I may have the
17      contract, competing vigorously for share within our
18      customers.

21      So, when somebody pulls an Amazon browser up and
22      sees it 2 or 3 percent cheaper on a net basis, after
23      rebates we may be cheaper, they may be making the
24      decision to buy it from somebody else.

54 (Pages 213 to 216)

PX02003-055

# In the Matter of:

## Office Depot and Staples

*August 12, 2015*
*Thomas Heisroth*

**Condensed Transcript with Word Index**



**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

PX02011-001

1

1                    I N D E X
2   DEPOSITION OF THOMAS HEISROTH              PAGE
3   BY MS. CERILLI                             05
4   BY MR. PERRY                               227
5
6                  E X H I B I T S
7   EXHIBIT      DESCRIPTION                  MARKED
8   Exhibit 1 SPLS_0540441 & SPLS_0540442      78
9   Exhibit PX04031-001 TO PX04031-002        194
10  Exhibit PX04036-001 TO PX04036-008        160
11  Exhibit PX04037-001 TO PX04037-036        188
12  Exhibit PX04039-001 TO PX04039-015        130
13  Exhibit PX04043-001 TO PX04043-031        154
14  Exhibit PX04044-001 TO PX04044-029        147
15  Exhibit PX04048-001 TO PX04048-002        204
16  Exhibit PX04051-001 TO PX04051-032        167
17  Exhibit PX04055-001 TO PX04055-019        138
18  Exhibit PX04056-001                        50
19  Exhibit PX08031-001 TO PX08031-008         94
20
21  (Scanned and linked.)
22
23
24
25

2

1                P R O C E E D I N G S
2              FEDERAL TRADE COMMISSION
3
4   IN THE MATTER OF:              )
5   OFFICE DEPOT, INC.,            )
6          a corporation,         ) FTC File No. 151-0065
7   and                           )
8   STAPLES, INC.,                )
9          a corporation.         )
10  --------------------------)
11
12                Tuesday, August 12, 2015
13
14
15          Federal Trade Commission
16          400 7th Street, SW
17          Washington, D.C.  20024
18
19          The above-entitled matter came on for
20  investigational hearing, pursuant to notice, at
21  8:40 a.m., before Kathy Savich, RPR, CLR,
22  Realtime Systems Administrator and Notary Public
23  in and for the District of Columbia.
24
25

3

1   APPEARANCES:
2   ON BEHALF OF THE FEDERAL TRADE COMMISSION:
3        KRISHA A. CERILLI, ESQUIRE
4        DAVID E. OWYANG, ESQUIRE
5        Federal Trade Commission
6        400 7th Street, SW
7        Washington, D.C.  20024
8
9   ON BEHALF OF STAPLES:
10       JEFFREY H. PERRY, ESQUIRE
11       BRIANNE L. KUCERIK, ESQUIRE
12       JONATHAN CHENG, ESQUIRE
13       WEIL, GOTSCHAL & MANGES LLP
14       1300 Eye Street, NW
15       Suite 900
16       Washington, DC  20005-3314
17  and
18       KEVIN JONES, IN-HOUSE COUNSEL
19       STAPLES
20       500 Staples Drive
21       Farmingham, Massachusetts  01702
22
23
24
25

4

1   ALSO PRESENT:
2   KEITH BRAND, Ph.D., FTC
3   MEG SPENCER, California Attorney General
4   LAURA NAMBA, Paralegal - California
5   NORM MARDEN, Pennsylvania Attorney General
6   LIZABETH BRADY, Florida Attorney General
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1 (Pages 1 to 4)

PUBLIC

Heisroth

**Office Depot and Staples**                                    8/12/2015

---

5

1            P R O C E E D I N G S
2        Whereupon --
3            THOMAS HEISROTH
4    a witness, called for examination, having been
5    first duly sworn, was examined and testified as
6    follows:
7            EXAMINATION
8        BY MS. CERILLI:
9        Q.  Good morning.  Thank you for being
10   here.  My name is Krisha Cerilli.  I'm an
11   attorney with the Federal Trade Commission.  Can
12   you please state your full name for the record.
13       A.  Thomas William Heisroth.
14       Q.  And who is your employer?
15       A.  Staples.
16       Q.  What is your current title?
17       A.  I'm a senior vice president.
18       Q.  And are you joined here today by
19   counsel?
20       A.  Yes, I am.
21       MS. CERILLI:  And I'd ask counsel to
22   introduce themselves.
23       MR. PERRY:  Sure.  Good morning.  Jeff
24   Perry from Weil Gotshal on behalf of Staples.
25       MS. KUCERIK:  Brianne Kucerik from Weil

---

6

1    Gotshal on behalf of Staples.
2        MR. JONES:  Kevin Jones, in-house
3    counsel at Staples.
4        MR. CHENG:  Jonathan Cheng from Weil
5    Gotshal on behalf of Staples.
6        BY MS. CERILLI:
7        Q.  And I'm also joined here today by a
8    couple of colleagues from the FTC, with David
9    Owyang, also an attorney, and I'm joined on the
10   line by Keith Brand who is an economist with the
11   FTC.  And we are also joined by representatives
12   of the State Attorney General's Office, and I'll
13   ask them to introduce themselves from the
14   record.
15       MS. BRADY:  This is Lizabeth Brady, and
16   I'm the senior attorney for Florida Attorney
17   General's Office.  Good morning.
18       THE WITNESS:  Good morning.
19       MS. SPENCER:  This is Margaret Spencer.
20   I'm a deputy attorney general for California.
21       MR. PERRY:  Good morning.
22       MS. CERILLI:  Good morning.  Thank you,
23   guys.
24       BY MS. CERILLI:
25       Q.  Have you ever testified under oath

---

7

1    before?
2        A.  I don't actually believe so.
3        Q.  Well, let me just go over certain sort
4    of ground rules for the day to help guide us.
5    As I'm sure your attorneys explained, this is an
6    investigational hearing in connection with FTC's
7    investigation of Staples' proposed acquisition
8    of Office Depot.  You understand that you're
9    testifying under oath here today?
10       A.  Yes, I do.
11       Q.  And I'll be asking questions throughout
12   the day.  If at any time you don't understand a
13   question, please just say so and I'll be happy
14   to clarify, okay?
15       A.  Yes.
16       Q.  Otherwise, I'll assume, if you answer
17   the question, that you understood it, okay?
18       A.  Okay.
19       Q.  And you see here we have a court
20   reporter taking down what we say.  As a result,
21   it's important to always respond verbally
22   because head nods and gestures won't get
23   recorded, okay?
24       A.  I understand.
25       Q.  And also, just for the court reporter's

---

8

1    benefit as well, let's make our best effort not
2    to talk over each other.  So please wait to
3    respond -- wait until I finish my question
4    before responding, and I'll let you finish your
5    answer before asking my next question, okay?
6        A.  Okay.
7        Q.  Your attorney may object to some
8    questions that I ask, but unless it's on the
9    grounds of privilege and he specifically
10   instructs you not to answer, you are expected to
11   answer, okay?
12       A.  Yes.
13       Q.  And we'll be taking breaks throughout
14   the day, but if at any point you'd like to take
15   a break, just say so, we can wrap up our line of
16   questioning and then take a break, okay?
17       A.  Okay.
18       Q.  And do you have any questions for me
19   before we get started?
20       A.  No.
21       Q.  What did you do to prepare for today's
22   hearing?
23       MR. PERRY:  I'm just going to caution
24   that obviously you should not reveal any advice
25   or conversations that you had with counsel, but

---

2 (Pages 5 to 8)

PX02011-003

9

1   with that guidance, putting that information to
2   the side, you can answer the question.
3        THE WITNESS:  I met with counsel.
4        BY MS. CERILLI:
5        Q.   **Other than speaking with counsel, did**
6   **you do -- did you speak with anybody else --**
7        A.   No.
8        Q.   **-- in preparation for today's hearing?**
9        **Other than materials assembled by**
10  **counsel, did you review any documents in**
11  **preparation?**
12       A.   No.
13       Q.   **Can you just state your current title**
14  **again.**
15       A.   Senior vice president.
16       Q.   **Within a particular division of --**
17       A.   Staples Advantage.
18       Q.   **And what are your responsibilities in**
19  **that position?**
20       A.   I'm responsible for the commercial and
21  enterprise customers, the print business, sales,
22  the technology business, the furniture business,
23  new business, and, you know, some other...
24       That's the majority of it.
25       MS. CERILLI:  Okay.  And I just heard a

10

1   phone beep.  Did somebody just join on the line?
2        MS. NAMBA:  This is Laura Namba from
3   California.
4        MS. CERILLI:  Can you just restate your
5   name again for the record.  The representative
6   from California who just joined, can you please
7   state your name again for the record.
8        MS. SPENCER:  It's our paralegal, Laura
9   Namba, N-a-m-b-a.
10       MS. CERILLI:  Thank you.
11       BY MS. CERILLI:
12       Q.   **Sorry for the interruption.**
13       **So you mentioned responsibility for**
14  **commercial and enterprise accounts, correct?**
15       A.   Correct.
16       Q.   **And does that include the sale of**
17  **office products to commercial and enterprise**
18  **accounts?**
19       A.   Yes, it does.
20       Q.   **And how long have you had the -- your**
21  **current position?**
22       A.   Just a little over three years.  Is
23  that right?  I don't know exactly.
24       Q.   **Okay.  Do you oversee bidding and**
25  **negotiations with enterprise and commercial**

11

1   **accounts for office products?**
2        A.   So I oversee the management of the
3   teams that oversee that, but maybe not all
4   components of it --
5        Q.   **Okay.**
6        A.   -- like, all the pricing or all of the
7   responses.
8        Q.   **And do you ever personally get involved**
9   **in negotiations with customers?**
10       A.   Occasionally.
11       Q.   **In what context would you get involved?**
12       A.   Directly with customers?
13       Q.   **Yeah.**
14       A.   It's rare, but on occasion I'll go out
15  and see a customer or speak to a customer, a
16  prospect.
17       Q.   **Okay.**
18       A.   Just -- yeah.
19       Q.   **And do you also have responsibilities**
20  **for identifying business opportunities among**
21  **commercial and enterprise customers?**
22       A.   Well, yes, especially for JanSan
23  supplies and technology and furniture and --
24  yeah, there's a lot of discussion about that,
25  what those opportunities are, at our -- and our

12

1   customers.
2        Q.   **And is it similar that you also oversee**
3   **people who are responsible for business**
4   **development for enterprise and commercial**
5   **accounts?**
6        A.   Yes.
7        Q.   **So who do you report to?**
8        A.   Neil Ringel.
9        Q.   **What is his title?**
10       A.   Executive vice president.
11       Q.   **And how is your performance evaluated?**
12       A.   There is an annual performance review.
13       Q.   **And what sort of criteria or attributes**
14  **are reviewed?**
15       A.   Sales, did you meet your sales number,
16  you know, overall growth of -- the vast majority
17  of it is all -- over the last year or two has
18  been on the restructuring of the business to
19  add -- to sell other stuff to our customers,
20  right, the technology, furniture, print, promo,
21  JanSan, break room, things like that, progress
22  that I'm making on restructuring the teams and
23  reorienting them to that part of the business,
24  how we're, you know, doing in that transition.
25  That's -- that's the bulk of it.

3 (Pages 9 to 12)

PX02011-004

13

1    Q.  Do you report to anybody else other
2  than Mr. Ringel?
3    A.  No.
4    Q.  And who reports to you?
5    A.  Today.
6    Q.  Yes.
7    A.  Steve Facer.  He's a -- John Guerin.
8  Wayne Wilkinson.
9    Q.  And what responsibilities --
10    A.  Wayne McMillian.
11    Q.  -- do these individuals have?
12    A.  So the last one, Wayne McMillian, is
13  the VP for account management -- he doesn't have
14  that, actually.  I don't think it says that on
15  his business card -- in the East.  John Guerin
16  is his counterpart in the West.
17         Wayne Wilkinson is just really
18  finishing out.  He's retiring in November, so
19  he's sort of just doing special projects and on
20  vacation until then.
21         Steve Facer manages -- has oversight
22  for our healthcare business, state and local
23  government, business development and, you know,
24  a few other areas.  And some of this is in
25  transition, like federal government's still with

14

1  Wayne, and state and local is still with Wayne,
2  and it's in the process of transferring over the
3  next 30 days.
4    Q.  Okay.
5    A.  Then I have Margot Hart who is a
6  strategy person.  Then I have the four business
7  leaders:  Chris Correnti over the -- we call it
8  the facilities business, it's a JanSan and break
9  room business; John Michael, the furniture
10  business; Mike Guon, the print business; and
11  Paul Mullen, the technology business.
12    Q.  And do the people that are reporting to
13  you, are they all people dedicated to commercial
14  and enterprise accounts?
15    A.  No.  No.  The -- no.
16    Q.  So do you oversee people who are
17  responsible for the corporate and enterprise
18  accounts?
19    A.  Yes.
20    Q.  And what other -- to the extent that
21  they're not involved in corporate and
22  enterprise, what -- what role do the other
23  people --
24    A.  So --
25    Q.  -- that you supervise have?

15

1    A.  So they may have some responsibility to
2  assist the mid market with, you know, JanSan
3  sales or break room sales or, you know, this
4  type of thing.
5    Q.  And did you have any prior positions
6  with Staples?
7    A.  Yes.
8    Q.  How long have you been with the
9  company?
10    A.  Since 19 -- well, they acquired a
11  company I worked for in 1994.
12    Q.  And what have your positions been
13  with --
14    A.  Oh, just an assortment of sales,
15  leadership positions, head of customer service,
16  ran a business called Staples National
17  Advantage, and then this position.
18    Q.  And what was your most recent position
19  prior to your current position?
20    A.  Senior VP of Staples National
21  Advantage.
22    Q.  And what was Staples National
23  Advantage?
24    A.  Staples National Advantage was kind
25  of -- I worked for a company called National

16

1  Office Supply that was acquired by Staples in
2  1994, and that business just sort of renamed
3  Staples National Advantage, and that -- that
4  list of customers kind of stayed under that
5  umbrella group.
6    Q.  What type of customers was that group
7  serving?
8    A.  Large, for the most part.
9    Q.  Can you elaborate on how you would
10  define large.
11    A.  You know, General Electric and Wall
12  Street firms, that type of thing.
13    Q.  And were these accounts that had --
14  have accounts nationwide?
15         MR. PERRY:  Can I just pause for a
16  second just for clarification.  Sorry for
17  interrupting.
18         Are you asking about the accounts that
19  were the former National Office Supply accounts
20  or do you mean large accounts generally?
21         MS. CERILLI:  I'm currently asking
22  about this National Advantage Group that you
23  described.
24         THE WITNESS:  Staples National
25  Advantage.  What was the question again?  I'm

4 (Pages 13 to 16)

Heisroth

**Office Depot and Staples**                                          8/12/2015

---

17

1    sorry.
2        BY MS. CERILLI:
3        Q.  What type of customers were you working
4    with in your position as VP of Staples National
5    Advantage?
6        A.  They were all different types of
7    customers; you know, hospitals, brokerage firms,
8    insurance companies.  It's 20 years ago.  It's
9    hard to remember.
10       Q.  But -- so when did you -- when did your
11   position as VP of Staples National Advantage
12   end?
13       A.  I guess about four or five years ago,
14   but...
15       Q.  And you also -- go ahead.
16       A.  No.  Go ahead.
17           Well, I would just add that it changed
18   a lot, the nature of the business.
19       Q.  And, again, you said that the customers
20   that you were serving as VP of Staples National
21   Advantage were large.  And can you elaborate on
22   what you mean by large.
23   ███████████████████████████████████
24   ███████████████████████████
25       Q.  Did they also generally have locations

---

18

1    that were geographically dispersed around the
2    country?
3        A.  Some of them.
4        Q.  As a rough percentage, how many would
5    you say have locations --
6        A.  I don't --
7        Q.  -- around the country?
8        A.  I don't recall exactly, you know.
9        Q.  Okay.  And so does this group called
10   Staples National Advantage still exist today?
11       A.  No.
12       Q.  At what point did it stop?
13       A.  You know, about five years ago,
14   whenever -- sort of when we -- we had this
15   process we called unification where we just
16   unified all the businesses and restructured
17   them.
18       Q.  Okay.
19       A.  So we didn't feel that -- that's just
20   what we -- we did.
21       Q.  And what happened to the accounts who
22   were being served by Staples National Advantage?
23       A.  They are still in my -- well, not all
24   of them, but some of them are still in my
25   portfolio business, and just the business was

---

19

1    restructured into the Staples Advantage
2    commercial business.
3        Q.  Do you have an understanding of what
4    motivated their restructuring?
5        A.  There was some shuffling of people in
6    and out of the business, retirements, things
7    like that.  And we really didn't -- I didn't
8    really feel -- and that was my recommendation --
9    that we needed a Staples National Advantage
10   business, that there was very little difference
11   between that group of customers and the
12   commercial customers that had evolved in other
13   parts of the business, and -- and it was just
14   redundant so we just put them together.
15       Q.  And Staples -- did Staples lose the
16   customers who were being served by Staples
17   National Advantage?
18       A.  You know, I can't say that we -- all of
19   them are still customers.  Yes, we've lost some
20   of those customers.
21       Q.  But, as a general matter, it was a
22   restructuring, it wasn't that you wholesale lost
23   the customers that were part of --
24       A.  No, no, no.
25       Q.  -- Staples National Advantage?

---

20

1        A.  No, we didn't lose the customers as a
2    result of that.
3        Q.  Are you familiar with the term North
4    American Commercial?
5        A.  Yes, yes, I am.
6        Q.  What is North American Commercial?
7        A.  That's a business within Staples that
8    Staples Advantage rolls kind of up underneath.
9        Q.  Is this a division in Staples that
10   service business customers?
11       A.  Yes.
12       Q.  Do you know how much revenues North
13   American Commercial had last year?
14       A.  Not exactly off the top of my head.
15       Q.  Do you have a rough sense?
16       A.  Over $6,000,000,000.
17       Q.  What business units operate within
18   North American Commercial?
19       A.  Staples Advantage, Quill.  And then
20   there's, you know, the supply chain business and
21   all that other support structure.
22       Q.  And what is Staples Advantage?
23       A.  Staples Advantage serves customers,
24   Staples customers ████████████████████████
     ███████████████████████████████████████

---

5 (Pages 17 to 20)

**Heisroth**

**Office Depot and Staples**                                        8/12/2015

---

21

1    Q.  Okay.  And how --
2    A.  And hopefully, that's -- you know,
3  that's not a really hard line.
4    Q.  How much revenue did Staples Advantage
5  have last year?
6    A.  It's in that $6,000,000,000.  You know,
7  I don't know exactly.
8    Q.  And do you know proportionately how
9  much of that was in the U.S. alone?
10   A.  I think all of it's in -- well, no,
11 that's not true.  Canada is a portion of it, so
12 I don't know exactly what their split is.  I'm
13 not responsible for it.
14   Q.  Okay.  And what is Quill?
15   A.  Quill is a catalog eCommerce company.
16 I don't really have much interaction with them.
17   Q.  Just if you know, what type of customer
18 does Quill serve?
19   A.  I don't know how you would define it,
20 really.  They interact mostly with our mid
21 market business.
24   Q.  Do you know the largest customer size
25 that Quill would serve?

---

22

1    A.  I don't.
2    Q.  Do you have a sense of how Quill goes
3  to market?
4    A.  Not much more than that they have a
5  public eCommerce site.
6    Q.  Do you know if Quill has a sales force?
7    A.  I don't believe they have their own
8  sales force.
9    Q.  Do you know if Quill's customers
10 purchase pursuant to contracts?
11   A.  I don't know.
12   Q.  And do you have an understanding of why
13 Staples has both Quill and Staples Advantage?
14   A.  Not really.  No.  No.
15   Q.  Does Quill serve a different type of
16 customer than Staples Advantage?
17   A.  I don't know the answer.  I don't know
18 what you mean by different.
19   Q.  So now I would like to turn more
20 specifically to Staples Advantage.  I would say
21 throughout the day, my questions will be focused
22 on Staples Advantage unless I specify
23 otherwise --
24   A.  Okay.
25   Q.  -- so I won't be asking about retail or

---

23

1  anything like that.
2    Does Staples Advantage have different
3  categories for customers?
4    A.  Can you define what categories mean?
5    Q.  So, for instance, you've mentioned the
6  term enterprise and commercial customers.  Does
7  Staples use classifications like that or
8  otherwise to describe?
9    A.  No.
10   Q.  So what -- what is an enterprise and
11 commercial customer for Staples Advantage?
12   A.  Today it's -- you know, there's a rough
13 line.
19   Q.  And what is an enterprise customer for
20 Staples Advantage?
21   A.  We don't actually have, you know, a
22 definition for that.  We just call the business
23 commercial and enterprise.
24   Q.  Have you heard of the term a mid market
25 account?

---

24

1    A.  Yes, I have.
2    Q.  What is a mid market customer account?
5    Q.  And do you have any responsibilities
6  for mid market accounts?
7    A.  No, but I could comment that I have
8  some responsibility to help facilitate the sale
9  of what we call beyond office supply categories
10 to the mid market accounts; technology, JanSan,
11 break room, print, promo, that...
12   Q.  And do you have a sense of -- of
13 Staples Advantage total sales, what portion is
14 from commercial and enterprise accounts versus
15 from mid market accounts?
16   A.  It's -- I don't know exactly what the
17 proportion is.
18   Q.  And are there different sales teams for
19 commercial and enterprise accounts versus mid
20 market accounts?
21   A.  So there is -- there's different sales
22 teams, there's hybrid sales teams.
23   Q.  Can you elaborate on what the sales
24 force -- forces are like?
25   A.  So there's people that are working on

---

6 (Pages 21 to 24)

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

Heisroth

**Office Depot and Staples**                                8/12/2015

25

1  commercial enterprise, and they do that the vast
2  majority of the time.  And there's people that
3  are working on mid market, and they do that the
4  vast majority of the time.  And then there's
5  some people that occasionally have sort of a
6  hybrid role.  They're break room for San
7  Antonio, Texas, and, you know, nine days a week
8  they work on commercial and enterprise, and
9  occasionally they get called out on, you know,
10 an opportunity that's at mid market.
11        MR. PERRY:  Did you say nine days a
12 week?
13        THE WITNESS:  Yeah.  I'm just --
14 roughly.  You know, a part of their time, they
15 may occasionally participate in a mid market
16 customer.
17        MR. PERRY:  Sorry.
18        BY MS. CERILLI:
19     Q.  How many -- for the people who are
20 predominantly focused on commercial and
21 enterprise accounts, how many salespeople are
22 that kind?
24     Q.  And what does -- strike that.
25        And what about the -- for the sales

26

1  force that are predominantly focused on mid
2  market accounts, what is the size of that sales
3  force?
6      Q.  Have you heard of the term strategic
7  account manager?
8      A.  Yes.
9      Q.  What is a strategic account manager?
10     A.  We don't have that title at Staples
11 today.
12     Q.  Did you used to have it?
13     A.  Yes.
14     Q.  Over what time period did you have --
15     A.  Under Staples National Advantage.
16     Q.  What are the sales teams who currently
17 serve commercial and enterprise accounts called?
18     A.  What do we call them?  Well, they're --
19 if they're in one of the categories, I mean,
20 there's a whole host of titles and account
21 executives, account consultants, sales
22 consultants, account managers.
23     Q.  Have you ever heard of term inside
24 account manager?
25     A.  Yes.

27

1      Q.  What is an inside account manager?
2      A.  An inside account manager, I don't
3  manage the inside account managers, so I feel
4  uncomfortable giving, you know, an exact
5  definition of it so --
6      Q.  Okay.
7      A.  -- and it's changed a lot, because I
8  had them at one time and they were completely
9  different.  And now they're different.  You
10 know, they've -- over in the course of my
11 career, they've had five different meanings.
12 But, for the most part now, they're focused on
13 managing mid market customers.
14     Q.  And like you said, you generally do not
15 oversee that sales force that's managing mid
16 market accounts?
17     A.  Oh, no.
19 sales force predominantly focused on commercial
20 and enterprise accounts, how would you describe
21 how that sales force is organized?
22     A.  Well, the majority of the people are in
23 category -- are selling furniture, print, promo,
24 break room, technology.

3        And the other are account managers that
4  generally manage the customer.  So they sort of
5  own the overall relationship with the customer.
6      Q.  And you mentioned furniture, printing.
7  Are there sales account managers for enterprise
8  and commercial accounts that are responsible for
9  the office products category?
10     A.  The general team, the account leaders,
11 are responsible for the overall customer.  And
12 that a lot of times includes a -- the toner,
13 paper, you know, office products, you know, as
14 well as the JanSan, break room, technology, you
15 know.  They sort of have an overarching
16 responsibility for the contractual relationship.
17     Q.  And you mentioned several times already
18 different categories of products.  So can you
19 describe what categories of products Staples
20 Advantage offers?
21     A.  So in technology, it's data storage,
22 hardware, both print and computing, every day
23 technology like headsets and monitors and mice
24 and all that stuff.
25        Print.  A wide variety of print, from

7 (Pages 25 to 28)

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

**Heisroth**

**Office Depot and Staples**                                            8/12/2015

---

29

1  business identity, forms, 50-inch rolls
2  preprinted, labels, both custom manufactured
3  labels and flexpack. It's a complete
4  manufacturing environment.
5      Furniture, everything from you know,
6  desk, file, chair, up to complete design
7  services and, you know -- you know, just redoing
8  an entire building, cubing it out, and
9  everything wrapped around that. So all business
10  furniture services, promotional products, you
11  know, logo product, things like that,
12  promotional products, things like that people
13  would use.
14      Even JanSan, so everything from
15  chemicals to towels and tissue to break room.
16  You know, break room is centered around coffee
17  and snacks and things like that. Toner, paper,
18  pens, folders.
19  Q. Are you familiar with the term Beyond
20  Office Supplies?
21  A. Yes --
22  Q. -- or BOSS?
23  A. Yes.
24  Q. What categories fall under the umbrella
25  of the BOSS categories at Staples?

---

30

1  A. Technology, everything I listed under
2  technology, print, promotional products,
3  furniture and facilities, which is JanSan, break
4  room. I always think I leave something out when
5  I'm going through that list.
6  Q. And what portion of Staples Advantage's
7  sales are comprised of those BOSS categories?
8  ▮▮▮▮
9
10  A. Paper, toner and ink, and, you know,
11  pens and pads.
12  ▮▮▮▮
13
14  A. Office supplies, supplies.
15  Q. And do you have a sense of how much of
16  the office supplies category -- strike that.
17  ▮▮▮▮
18  ▮▮▮▮ how much does ink, toner, and
19  paper represent in terms of sales volume?
20  A. Can you restate that again.
21  Q. Sure. I'm trying to get a sense of
22  your overall sales revenue for office supplies,
23  what portion of that is ink, toner and paper.
24  ▮▮▮▮

---

31

1  Q. Okay.
2  A. -- so --
3  Q. And what products fall under the office
4  supplies umbrella?
5  A. Pens, paper -- not paper -- you know,
6  pads. I haven't looked at the cat -- the formal
7  categories for a long time, so, you know, it's
8  pens, folders, tabs, you know, clips.
9  Q. Are you familiar with the term private
10  label product?
11  A. Yes.
12  Q. What is a private label product?
13  A. In -- in general or --
14  Q. At Staples Advantage.
15  A. It's essentially a product that's
16  packaged with Staples' name on it as the brand
17  or another brand that's -- that's Staples. I
18  don't know what the right word is, but it's --
19  it's another Staples brand.
20  Q. So Staples Advantage offers private
21  label products?
22  A. Yes, we do.
23  Q. And do you have a sense of what
24  percentage of Staples Advantage's sales are
25  private label products?

---

32

1  A. I don't know the exact percentage.
2  Q. Do you have a rough sense?
3  A. Staples Advantage sales in total?
4  Q. Right.
5  A. That's got to be small. I mean,
6  Staples, I don't know the exact number and
7  phrased --
8      THE COURT REPORTER: I'm sorry?
9      THE WITNESS: I don't know the exact
10  number. And I just said phrased.
11      BY MS. CERILLI:
12  Q. Is there a benefit to Staples to
13  selling private label products?
14  A. I think so. I'm not sure.
15  Q. In what way is there a benefit to
16  Staples selling private label products?
17  A. At times they can provide a better
18  value for the customer.
19  Q. And how do they provide a better value
20  for the customer?
21  A. They -- a lot of our products actually
22  have more features than the original
23  manufactured product that it's similar to, and
24  at times they can be offered at a more
25  competitive price.

---

8 (Pages 29 to 32)

Office Depot and Staples                                      8/12/2015

---

33

1    **Q.  You mean a more competitive price than**
2  **the name brand item?**
3       A.  Yes.
4       **Q.  Any other benefits you see to Staples**
5  **or its customers to private label products?**
6       A.  The other benefit is it puts our name
7  in front of the customer, you know, when they
8  open it or, you know, the product's sitting on
9  their desk or shelf.
10      **Q.  Does Staples earn a higher margin on**
11 **its sale of private label products than branded**
12 **products?**
13      A.  I don't know.  I don't know the answer
14 to that overall.
15      **Q.  Do you know who in the company might**
16 **know?**
17      A.  I think it's a complex question.  I'm
18 not sure how they measure that.
19      **Q.  How does Staples Advantage go about**
20 **getting products to its customers?**
21      A.  Do you mean the -- what do you mean
22 getting them to the customer?
23      **Q.  The actual distribution and delivery of**
24 **the product.**
25      A.  Oh.  They're delivered by one of

---

34

1  Staples' trucks or one of our couriers that we
2  contract with.
3       **Q.  Does Staples Advantage also have**
4  **warehouses or distribution centers?**
5       A.  We do, yes.
6       **Q.  What terms does Staples use for that?**
7  **Is it warehouses, fulfillment centers?**
8       A.  Fulfillment centers, but in terms of --
9  if you're including that, there's a lot of other
10 points where a product gets -- leaves and gets
11 delivered to the customer.
12      **Q.  How many fulfillment centers does**
13 **Staples Advantage have?**
14      A.  Gees, it changes.  Roughly
15 twenty-something.
16      **Q.  And are they distributed across the**
17 **country?**
18      A.  Yes.
19      **Q.  And is Staples able to provide next day**
20 **delivery?**
21      A.  We can provide next day delivery to a
22 lot of locations.
23      **Q.  Would you say generally across the**
24 **United States?**
25      A.  Not everywhere.

---

35

1       **Q.  Are there any areas of the country**
2  **where you'd say you do not have next day**
3  **delivery coverage?**
4       A.  You know, rural areas.  You know, just
5  to elaborate, a lot of our products drop ship
6  from either one of our own warehouses to another
7  region or from one of the wholesalers or it's,
8  you know, distributed directly from the
9  manufacturer, like, you know, furniture, or it's
10 imported because it has a label on it.
11 So there's this whole variety of product out
12 there that gets delivered in just a of different
13 ways, and it's hard to characterize, you know,
14 what -- what gets delivered next day everywhere.
15 It's hard.
16      **Q.  You mentioned the term drop ship.  Can**
17 **you define what that is.**
18      A.  A product is shipped from another
19 facility.
20      **Q.  And what do you mean by another**
21 **facility?**
22      A.  A wholesaler.  A manufacturer.  There's
23 probably others that I'm not thinking of.
24      **Q.  So you mean a drop ship is a shipment**
25 **to the end customer by somebody other Staples**

---

36

1  **Advantage?**
2       A.  Yes.  Well, I mean, it can mean a lot.
3  It has a wide variety of connotations.
4       **Q.  Okay.**
5       A.  But in -- in -- so it would be somebody
6  orders a product, it is potentially shipped out
7  of a wholesaler, it may get shipped directly
8  from the wholesaler to the customer or directly
9  from the manufacturer to the customer usually by
10 a transportation method that's maybe how --
11 well, just it's shipped by the manufacturer or
12 wholesaler directly to the customer.
13      **Q.  And you mentioned rural areas in terms**
14 **of an area where Staples may not have next day**
15 **delivery coverage, but would you say that**
16 **Staples is able to cover most of the United**
17 **States population with next day delivery?**
18      A.  Yes, but with the exception of drop
19 ships and, you know, all these other third-party
20 arrangements and category sales and manufactured
21 product and -- you know, which is, you know, a
22 lot of business.  It's all the print business.
23 It's all the promo business.  It's the majority
24 of the furniture business.  It's a lot of the
25 technology business.  It's a big percentage of

---

9 (Pages 33 to 36)

37

1  things that customers need to run their
2  businesses that it's maybe -- it's not in our
3  warehouse.
4      Q.  Is it fair to say that for the office
5  supplies category, Staples was able to provide
6  next day delivery to more than 95 percent of the
7  U.S. population?
8      A.  I can't say it's 95 percent exactly.  I
9  don't know exactly.  I haven't talked to -- I
10 don't know the exact percentage.
11     Q.  Is it fair to say Staples is able to
12 provide next day delivery for office supplies to
13 most of the geographic area of the U.S.?
14     A.  Yes.
15     Q.  Do you have --
16     A.  -- with the exclusion of drop ships and
17 things like that because a lot of business is
18 drop ship.
19     Q.  What proportion of your office supplies
20 business is drop ship?
21     A.  I don't know the exact percentage.
22     Q.  Less than 50 percent?
23     A.  Less than 50 percent.
24     Q.  So is it fair to say that drop ship is
25 more common for the BOSS categories than for

38

1  office supplies?
2      A.  I think you could categorize it as that
3  there's just a lot of drop ships in general, and
4  there is a lot of drop ships in office supplies,
5  that customers request things that are either
6  not in our warehouse or we don't inventory them.
7  So there's a good portion in, you know, that
8  paper-toner office supply area.  I don't know
9  the exact percentage.
10     Q.  But you would estimate that less than
11 50 percent of Staples office supply sales are
12 drop shipped?
13     A.  Yes.
14     Q.  Do you have a sense of what Staples
15 Advantage's total purchasing volume is?
16     A.  I know I -- no.
17     Q.  How much of Staples Advantage products
18 are procured directly from manufacturers?
19     A.  Well, you would say all of them, right?
20 Everything is manufactured --
21     Q.  Well, just to clarify --
22     A.  So I --
23     Q.  Well, let me clarify my question.  How
24 much of Staples Advantage products are procured
25 directly from manufacturers as opposed to

39

1  through wholesalers?
2      A.  Oh, I don't know the exact number.
3      Q.  Do you have any responsibilities for
4  the procurement -- product procurement side of
5  the business?
6      A.  None.  Well, I do for technology and
7  print and furniture and I do have some
8  responsibility there.
9      Q.  But fair to say that for office
10 supplies you're not sure how much Staples
11 Advantage procures from manufacturers as opposed
12 to through the wholesalers?
13     A.  Not exactly, no.
14     Q.  And so it's fair to say, then, that you
15 also don't have a sense of how Staples' products
16 costs -- let me restate it.
17         Do you have a sense of how Staples'
18 products costs compare when it's buying through
19 a manufacturer as opposed to through a
20 wholesaler?
21     A.  I don't exactly.
22     Q.  Do you have a general sense?
23     A.  It's -- I -- I don't know anything for
24 sure.
25     Q.  So who in the company would be

40

1  responsible for that information?
2      A.  I guess merchandising.
3      Q.  Do you know who is in charge of that
4  department?
5      A.  The EVP of merchandising is Peter
6  Scala.
7          MS. CERILLI:  So we've been going for
8  about an hour.  Is everybody okay or it might be
9  nice to take a five, ten-minute break.
10         MR. PERRY:  Yes, can we take a short
11 break.  Would this be a good time?
12         MS. CERILLI:  Yeah.
13         MR. PERRY:  Thank you.
14         (Recess.)
15         (Norm Marden joins the hearing.)
16         MS. CERILLI:  So we're back on the
17 record.  And we're joined by another State
18 Attorney General's Office.  I'll ask him to
19 introduce himself for the record.
20         MR. MARDEN:  Hi, I'm Norm Marden with
21 The Commonwealth of Pennsylvania.
22         MS. CERILLI:  Okay.  Thank you.
23         BY MS. CERILLI:
24     Q.  So, Mr. Heisroth, is it fair to say
25 that you are responsible for supervising the

10 (Pages 37 to 40)

**Heisroth**

**Office Depot and Staples**                                    **8/12/2015**

41

1  sales teams that are serving commercial and
2  enterprise accounts?
3     A.  We call it commercial and enterprise.
4     Q.  And it's fair to say that you do not
5  supervise the sales teams that are responsible
6  for serving mid market accounts?
7     A.  I am responsible for the support and
8  sales teams for the beyond office supply
9  categories for the mid market accounts.
10    Q.  But are you not responsible for
11 supervising the sales teams that sell office
12 supplies to mid market accounts, correct?
13    A.  I'm not responsible for the inside
14 account managers and account consultants in mid
15 market.
16    Q.  And why is it that Staples Advantage
17 has different sales teams for mid market
18 accounts versus commercial and enterprise?
19    A.  That's evolved over time, and at one
20 time we -- they were all managed by inside
21 account managers, and my team was an outside
22 team.  That's -- you know, that's evolved, and
23 now there's some outside people working with
24 those mid market customers.
25        And their acquisition team, their

42

1  business development team, is, you know, a
2  different model.  I can't say exactly what the
3  model is because I've never managed it but, you
4  know, it's different.  It's more repetitive and,
5  you know, ZIP code based type sales model.
6     Q.  You're saying sales to mid market
7  companies is more of a ZIP code based model?
8     A.  Well, there's just -- there's just a
9  lot of people, and there's a lot more customers.
10    Q.  And what do you mean by a ZIP code
11 based model?
12    A.  I just mean that you're a sales rep,
13 and there's a set of customers there, and, you
14 know, it's roughly -- it's not accurate, you
15 know, to say, but, you know, you might be
16 responsible for a ZIP code, and the customers in
17 that area or the prospects in that area.
18    MS. CERILLI:  Let's just go off the
19 record for a moment.  Keith is going to -- Brand
20 is joining us in person.  He's our economist.
21    (Keith Brand joins the hearing.)
22    MS. CERILLI:  We can go back on the
23 record.  And we're joined now by Keith Brand in
24 the room.
25    BY MS. CERILLI:

43

1     Q.  So do mid market accounts have
2  different procurement practices than commercial
3  and enterprise accounts?
4     A.  You know, I really don't -- I don't
5  know much about the mid market.  I've actually
6  never been on a mid market sales call or...
7     Q.  Do you know if mid market accounts
8  generally have contracts with Staples Advantage?
9     A.  I'm not sure.  I'm not sure -- I'm not
10 100 percent sure.  I'm sure some do because
11 there's, you know, various programs that they
12 sign up for.  I don't know if that's formally a
13 contract or, you know, an agreement or whatever
14 it is.
15    Q.  So it's fair to say your focus is on
16 sales of office supplies to commercial and
17 enterprise accounts, not mid market accounts?
18    A.  Yes, but with the exception of the
19 categories where we're working to support them
20 or some vertical markets where we assist them
21 like...
22    Q.  Now, what distinguishes a commercial
23 and an enterprise account?
24

44

1     Q.  Why have two different names,
2  commercial and enterprise?  What do the two
3  different terms refer to?
4     A.  I don't even -- I don't know where they
5  came from.  They just -- we just -- you know,
6  it's just the name that sort of evolved.
7     Q.  So you're saying you don't have any
8  current understanding of what an enterprise
9  account is as compared to a commercial account?
10
15    Q.  And how would you describe your sales
16 force for commercial and enterprise accounts?
17    A.  Well, there's several sales forces,
18 right, so there's the account leaders that have
19 the oversight for, you know, the contractual
20 relationship and for helping coordinate the
21 selling motion for the categories.
22        And then there's the category account
23 executives, and I mean there's a host of sales
24 titles out there that do different things, and,
25 you know, the JanSan business, and the print

11 (Pages 41 to 44)

45

1   business, and the tech business, and the promo
2   business and so...
3       Q.   And are those category account
4   executives, are those the BOSS categories?
5       A.   Yes.
6       Q.   Are there any category account
7   executives for the office supply categories?
8       A.   We call the general person who is
9   responsible for the contractual relationship the
10  strategic account leader.
11



25       Q.   Okay.

46

1       A.   And another group that focuses on
2   federal government.
3       Q.   How large is the federal government
4   group?
5       A.   I don't know the exact number.
6       Q.   Any other subcategories for the
7   strategic account leaders?
8       A.   Not that I can recall.
9       Q.   Has, at any time, Staples Advantage
10  classified an enterprise company -- an
11  enterprise account as an account with more than
12  $1,000,000 of sales?
13      A.   No, not in -- no.
14      Q.   Are you familiar, at any time, that
15  Staples had a categorization or classification
16  for what an enterprise customer was?
17      A.   Not that I can recall.
18      Q.   Do your commercial and enterprise
19  customers include Fortune 500 companies?
20      A.   Yes, they do.
21      Q.   Are there any differences in serving a
22  Fortune 500 company as opposed to other business
23  customers?
24      A.   Other business customers is a pretty
25  broad category.  Can you -- so, yeah, they're

47

1   different than a small business, you know, with
2   one person in a home office.  So, yeah, I would
3   say, yes, they're different than that.
4       Q.   In what ways are they different than a
5   small business?
6       A.   I really don't know the small -- they
7   don't contract.  They don't use contracts.  They
8   maybe go to the store.  I don't...
9       Q.   What attributes help Staples Advantage
10  be successful in attracting and serving
11  commercial and enterprise accounts?
12      A.   Well, there's really -- in many ways,
13  there's not much difference between us and our
14  competitors.  You know, our -- probably our name
15  recognition is.  You know, we're a
16  well-established brand and well-known, and so I
17  think that, and, you know, have credibility as a
18  result of that.
19      Q.   In what other ways do you attempt to
20  distinguish Staples Advantage when trying to
21  attract business from commercial and enterprise
22  accounts?
23      A.   Well, the vast majority of my time is
24  spent trying to attract technology customers and
25  print customers and facilities customers and

48

1   things like that, and, you know, for instance,
2   for -- for facilities, for a JanSan customer,
3   you know, our -- sort of our idea is, "For a
4   facilities manager of a building like this, is
5   that you have a building to clean, I'm sure your
6   budget's being reduced, and you're not getting
7   any more folks to help you clean the building.
8   Can we do an assessment of your building and see
9   if we can find a way to save you time and labor
10  to -- to clean your building with, you know,
11  less resources?"  So that's -- that type of
12  thing.
13      Q.   Is having a sales force important to
14  winning the office supply business of an
15  enterprise and commercial account?
16      A.   Well, if a -- I mean, there's a lot of
17  different parts of a -- you know, a commercial
18  and enterprise customer in our portfolio, so
19  there's -- you know, there's that constant
20  bombardment of -- of, you know, Amazon and
21  locals and the manufacturers directly coming
22  after the customers for -- you know, to sell
23  products.
24      We're lowering thousands of prices a
25  week, and for the salesperson to stay in touch

12 (Pages 45 to 48)

PX02011-013

Heisroth

**Office Depot and Staples**                                                      8/12/2015

---

49

1   with those customers, to be able to respond to
2   that and meet prices, change prices, remind
3   customers about, you know, our service levels.
4   So in that context, yeah, a salesperson is -- is
5   really important.
6       **Q.   Would you say that the sales of office**
7   **supplies to an enterprise and commercial**
8   **customer is a relationship-driven business?**
9       A.   I don't know exactly what that means.
10      **Q.   Would you say it takes a particular**
11  **skill set to serve as a sales account manager**
12  **for an enterprise or commercial account?**
13      A.   I think there is a skill set that
14  we're, you know, trying to wrap our heads -- you
15  know, that we're trying to set up, because one
16  of the most challenging things for one of those
17  account leaders is to coordinate that activity
18  of those account executives and to be able to
19  speak with, you know, different leaders within
20  the customer.
21          Like, I spoke about the facilities
22  manager and doing that assessment, being able to
23  have that conversation, qualify that
24  opportunity, bring it back, and talk about it in
25  a team meeting with all the other folks and to

---

50

1   be able to coordinate and lead that team
2   meeting.  And that skill is something that we're
3   training to and we're working towards, and that
4   is -- is where we're focused.
5       **Q.   And what about on the customer facing**
6   **side, would you say that it takes a particular**
7   **skill set to be able to manage the customer**
8   **relationship for an enterprise and commercial**
9   **account?**
10      A.   I -- I think there's a -- you know,
11  there's a set of attributes that -- you know,
12  that people hone, you know, they're in sales,
13  and that they are, you know, knowledgeable
14  about, you know, the company and about, you
15  know, selling in general, and -- and have the
16  ability to coordinate, you know, the activities.
17          (EXHIBIT NO. PX04056 WAS PRE-MARKED FOR
18  IDENTIFICATION.)
19          BY MS. CERILLI:
20      **Q.   I'd like to show you a document.  It is**
21  **Bates numbered SPLS_0587498 and it's pre-marked**
22  **for identification as PX04056.  It is an e-mail**
23  **subject, Alix Data, from you to Neil Ringel**
24  **dated January 22 nd, 2014.  I'll give you a**
25  **moment to look that over.**

---

51

1       **Do you recognize this document?**
2       A.   I don't recall it.
3       **Q.   What is this document?**
4       A.   It looks like an e-mail that I sent to
5   Neil Ringel or responded to an e-mail that he
6   sent to me.
7       **Q.   And I have a question about something**
8   **that you wrote in the first line of your**
9   **response.  You said, "It takes a certain skill**
10  **set to manage an AutoZone, Bank of America,**
11  **Healthcare etc."  Do you see that sentence?**
12      A.   Yes.  Yes, I do.
13      **Q.   What did you mean by that?**
14      A.   I meant that to manage a commercial and
15  enterprise customer you have to -- to work in
16  commercial and enterprise, you have to have
17  those skills required to be able to manage,
18  maintain, sell, negotiate the contract, work
19  with the BOSS categories.
20      **Q.   Okay.  And what does it take to manage**
21  **and maintain a relationship with a commercial**
22  **and enterprise account?**
23      A.   You have to understand your customer,
24  your customer's business, you need to be, you
25  know, in sales, and I think you have to be able

---

52

1   to interact with the categories in the BOSS
2   categories and help get those customers in the
3   account and you've got to maintain relationships
4   with the customer.
5       **Q.   Can you tell me about maintaining your**
6   **relationship with the customer?**
7       A.   Just being in contact with them so you
8   can speak with them and have an opportunity to
9   get in front of them to really talk about the
10  BOSS categories and selling beyond office
11  supplies.
12      **Q.   Do each of your commercial and**
13  **enterprise accounts have a dedicated sales**
14  **account manager?**
15      A.   So every commercial and enterprise
16  account has a -- an account leader, yes.  They
17  have multiple customers.
18      **Q.   What is the ratio between customer and**
19  **account manager for your commercial and**
20  **enterprise group?**
21      A.   I don't know the exact -- I don't know
22  the number.
23      **Q.   Are there any account managers who work**
24  **with only one customer?**
25      A.   I think there's a few.

---

13 (Pages 49 to 52)

**Heisroth**

**Office Depot and Staples**                                    **8/12/2015**

---

53

1    **Q. How many?**
2    A. I don't know exactly. I don't know.
3    **Q. More than 50?**
4    A. No, like... strategic account leaders.
5    What was the -- what was the actual -- can you
6    restate the question again.
7    **Q. Yeah. Are there any account managers**
8    **who work with only one customer?**
9    A. So we don't have many people with the
10   title "account manager."
11   **Q. To put it differently, is there any --**
12   **regardless of title, is there any salesperson in**
13   **your team who is assigned to only one customer?**
14   A. Like I said, there's a few.
15   **Q. Okay.**
16   A. There's -- I don't know the exact
17   number --
18   **Q. And what customer --**
19   A. -- you know, especially because what
20   is -- there may be people in furniture and in
21   JanSan and -- that are just assigned to one
22   customer, and I just don't know the details of
23   that at all.
24   **Q. In terms of the strategic account**
25   **leaders, which customers receive -- are**

---

55

1    accounts helps in attempting to win business
2    from other commercial and enterprise accounts?
3    A. Prior experience, what do you mean? Of
4    what?
5    **Q. In attempting to solicit the business**
6    **of a commercial and enterprise account, do you**
7    **tout that you have experience serving other**
8    **commercial and enterprise accounts?**
9    A. We -- yes, we tout that we're -- we're
10   experienced, yes.
11   **Q. Do you ever tout that you have**
12   **experience serving Fortune 500 companies?**
13   A. We all tout that we have experience
14   serving large customers, yes.
15   **Q. And why do you tout your experience**
16   **serving those cust -- those type of large**
17   **customers?**
18   A. It's better than saying we have no
19   experience. I -- you know, to try to build
20   credibility that we're -- we're experienced and
21   we can manage your business, help you reduce
22   your costs and have, you know, more to offer.
23   **Q. And do you think customers value**
24   **your -- your experience and credibility in**
25   **serving enterprise and commercial accounts?**

---

54

1    currently working with only one strategic
2    account leader?
3

19   **Q. Do you know who your -- who are your**
20   **largest customers?**
21   A. That's -- you know, it depends on a lot
22   of different things.
24   **Q. Do you find that having prior**
25   **experience serving commercial and enterprise**

---

56

1    A. I think some do.
2    **Q. And why do you think that is?**
3    A. They've remained customers.
4    **Q. I mean, why do you think they value**
5    **your -- your experience in serving enterprise**
6    **and commercial accounts?**
7    A. You know, we worked with them over the
8    years, you know, through their changes and
9    evolution as a company. You know, companies
10   change. They put in systems, they change how
11   they pay bills, they change who they are, they
12   reorganize, they, you know, need furniture or
13   they -- you know, there's a host of things that
14   change in the life of a customer, and those kind
15   of joint experiences, you know, build, you know,
16   credibility in a relationship.
17   **Q. Is being the incumbent provider for**
18   **office supplies an advantage in attempting to**
19   **retain the business of an enterprise and**
20   **commercial account?**
21   A. You know, there's just a lot of
22   pressure on the customers. You know, we've --
23   we just lost a ton of business to the print
24   manufacturers over the last several years. Our
25   toner business is, you know, evaporating. So

---

14 (Pages 53 to 56)

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

57

1  you would have to say no because they're --
2  we're taking parts of the business that we've
3  had and we've worked with for years and years
4  and years and just kind of moving it to direct
5  relationships with Xerox and Ricoh and Lexmark
6  and HP.  So that -- there's that, right?
7       And then there's this big pressure
8  that -- you know, these deals that we have with
9  these people are just hunting licenses, and that
10  we're sort of out there, you know, trying hard
11  and we're working to put -- you know, to get as
12  much business as we can.
13       At the same time, every user and person
14  that places an order out there has a browser
15  open and they're scanning Google and Amazon for,
16  you know, "Am I paying a price that's higher?"
17  And there's this constant pressure to kind of --
18  we're losing business there.  I don't know how
19  much.  I know we're lowering thousands of prices
20  a week on either an ad hoc or matching, you
21  know, basis.  So the competition there is kind
22  of, you know, off the charts, and we're really
23  worried about that and...
24       Q.  And do you think having low product
25  costs is important to winning the business of

58

1  enterprise and commercial accounts?
2       A.  I think price is very important to
3  customers.
4       Q.  Would you say that Staples has
5  industry-leading buying power?
6       A.  I don't know.
7       Q.  Do you ever tout to customers that
8  Staples has industry-leading buying power?
9       A.  Well, we tout -- we -- we talk to
10  customers about that Staples buys well.
11       Q.  And do you think that's helpful in
12  attracting commercial and enterprise customers?
13       A.  No.
14       Q.  But, obviously, buying well helps you
15  price competitively, correct?
16       A.  We price -- we do our best job with
17  pricing in conjunction with our pricing team to
18  come up with a set of, you know, things that the
19  customer's interested in.
20       Q.  And what do you mean when you say
21  "Staples buys well"?
22       A.  I -- we just use that as a term, right?
23  It's sales, and they just say, you know, "Of
24  course we, you know, buy well," you know, that
25  We know what we're doing, we know how to

59

1  negotiate.  I said the same thing in 1991 when I
2  worked for National Office Supply.
3       Q.  But by "buying well" you mean that
4  Staples is able to procure product at a low
5  cost, correct?
6       A.  At a competitive cost.  Yeah.
7       Q.  Sorry.
8       A.  No.  Go ahead.  Sorry.
9       Q.  Do commercial and enterprise accounts
10  generally expect up-front payments?
11       A.  Not as much now as in the past.
12       Q.  First, can you just define what an
13  up-front payment is.
14       A.  An up-front payment would be the
15  customer is asking, as part of, you know, a
16  process to get a payment that is, you know, part
17  of the procurement process, it's part of the
18  prices and the rebates, that the clients that do
19  business with us over either a certain period of
20  time or for a certain dollar volume in return
21  for that.
22       Q.  And how large can these up-front
23  payments be?
24       A.  Some of them are, you know, in the
25  hundred-thousand-dollar range, but they can --

60

1  they can in the past be, you know, $1,000,000.
2       Q.  And you mentioned that there's been a
3  change with respect to up-front payments?
4       A.  It just seems -- it just seems like
5  there's less of it.
6       Q.  Can you describe the time period of the
7  change.
8       A.  It seems like over the last ten years
9  it's just less and less important.
10       Q.  What portion of your accounts over
11  $1,000,000 receive up-front payments?
12       A.  I don't know.
13       Q.  More than 50 percent?
14       A.  I -- no.  I -- it seems like the answer
15  to that is no.  I don't know for sure.
16       Q.  But customers -- commercial and
17  enterprise customers still today are still
18  receiving up-front payments?
19       A.  Yes.
20       Q.  Some of them are?
21       A.  Yes.
22       Q.  Do you have a sense of how many are?
23       A.  No.
24       Q.  Is eProcurement expertise an important
25  attribute in winning the business of enterprise

15 (Pages 57 to 60)

61

1    **and commercial accounts?**
2        A.   Not today.   There's a lot of folks out
3    there that have eProcurement expertise.  It's --
4    you know, we touted it when I worked for other
5    companies in the '80s that we had eProcurement
6    expertise.  Everybody claims that they have
7    expertise in eProcurement.  I don't know if I
8    would characterize ours as some stand-out from
9    the pack.
10       **Q.   Is the ability to integrate with a**
11   **customer's IT systems important to commercial**
12   **and enterprise accounts?**
13       A.   I think we rarely integrate with
14   somebody's IT system, and I can't recall doing
15   that.
16       **Q.   Well, can you just describe for me,**
17   **what are Staples Advantage's eProcurement**
18   **capabilities?**
19       A.   We can interface with Oracle and SAP.
20       **Q.   And what does it mean to interface with**
21   **Oracle and SAP?**
22       A.   That means that the customer has -- has
23   acquired an eProcurement system, and that you
24   can receive orders from that system essentially.
25       **Q.   So perhaps I used the wrong word when I**

63

1    catalog of product or our product, and can do a
2    host of things on there from, you know, order
3    furniture or business cards or paper and toner,
4    have search capabilities.  It has some little
5    bit of workflow capabilities.  You can look up
6    your order once you place it.  It's a little bit
7    of reporting.
8        **Q.   So you're able to create a customized**
9    **catalog for customers through the Staples**
10   **Advantage website?**
11       A.   No.  It's customized to the extent that
12   you can -- you can display the items that they
13   want displayed.
14       **Q.   So the customer decides on a set of**
15   **products that it wants to purchase, and you're**
16   **able to have their employees access Staples --**
17       A.   It's a -- yes.  That's a small subset
18   of customers that do that.
19       **Q.   So you have some customers who use**
20   **Staples Advantage through a customized**
21   **interface?**
22       A.   Well, I wouldn't say it's customized.
23   It's just a third -- you know, it's just a
24   procurement system they acquired.  It's not, you
25   know, overly customized.  I would think it's,

62

1    **said, do you integrate with the customer's IT**
2    **systems.  So let me ask this, is interfacing**
3    **with a customer's IT systems important to**
4    **serving an enterprise and --**
5        A.   Some.
6        **Q.   -- commercial account?**
7        A.   Some.
8        **Q.   What type of customers is that**
9    **important to?**
10       A.   I mean it's -- if you have -- if you're
11   a customer and you have an eProcurement system,
12   a procure-to-pay system, and its customers want
13   you to be integrated to it.
14       **Q.   Do most large commercial customers have**
15   **those types of systems?**
16       A.   I wouldn't say the majority no -- our
17   Staples -- you know, because our Staples
18   Advantage website, the direct procurement from
19   that is -- I don't know the exact numbers, but
20   it's significantly bigger than the interfaces
21   with eProcurement systems.
22       **Q.   Okay.  Can you describe your**
23   **capabilities on Staples Advantage's website.**
24       A.   You know, it's a secure website that
25   customers log on to, have access to their

64

1    you know, companies like Oracle and SAP and
2    just, you know, pretty prevalent, and some
3    university systems have systems.  And I mean,
4    there are just -- so you -- pretty much, I would
5    think, standard interface system.  I'm not a
6    technical person.  I don't know.
7        **Q.   And do you provide reporting to**
8    **commercial and enterprise accounts?**
9        A.   Yes.
10       **Q.   What type of reporting do you provide?**
11       A.   Primarily usage reporting.
12       **Q.   And what specifically does that mean?**
13       A.   Usage reporting just means a list of
14   items that you purchased over a period of time
15   and their quantities and their frequency.  It
16   may be broken down in some subcategory, you
17   know, by -- you know, department or by some
18   billing center.
19       **Q.   And what is the purpose of doing that**
20   **from the customer's perspective?**
21       A.   They just want to occasionally look
22   at -- I don't know what their perspective is,
23   you know, in terms of -- they just want to look
24   through it and get a sense of what's -- what
25   they're buying from Staples.

16 (Pages 61 to 64)

65

1    **Q.  Does Staples tout its ability to**
2    **provide reporting services when it's attempting**
3    **to attract commercial and enterprise accounts?**
4        A.  We say we can provide reporting, yes.
5        **Q.  Do you tout your ability to improve**
6    **compliance?**
7        A.  We -- we -- we do say that we can
8    draw -- can manage and help, you know, get as
9    much spend under the Staples program as
10   possible.  They're sales reps.  They're trying
11   to sell as much as they can.  So that's the
12   primary job of the people that, you know, report
13   in to my organization is to sell more stuff.
14       **Q.  And just can you define for us what --**
15   **what is compliance.**
16       A.  It's something that doesn't exist.
17   It's -- there's just so many competitive
18   pressures out there, you know, from -- like I --
19   I think I mentioned this earlier.  These
20   contracts are really just like hunting licenses,
21   and really compliance is maximizing your hunting
22   license.
23       **Q.  But you do tout your ability to promote**
24   **compliance when you're soliciting business from**
25   **a business -- or, sorry, from a commercial and**

66

1    **enterprise account, correct?**
2        A.  That's correct.
3        **Q.  And why is it appealing to the customer**
4    **to improve compliance?**
5        A.  They -- you know, they -- so when you
6    say "the customer," the customer is not a single
7    entity.  When you're having that discussion,
8    you're talking to a person and not the customer.
9    And that person has a, you know, desire to
10   maximize or to -- they have a desire to do what
11   their job is, which is, you know, work with you
12   to develop a program for that customer.
13       So saying you're going to do all you
14   can do to make that -- that program as good as
15   possible is beneficial to that person, and
16   that's what they want to hear.  Unfortunately,
17   there's another person sitting in the next room
18   who the next day gives your toner business to
19   Xerox, doesn't tell the person you're talking
20   to, and you lose it all, or they don't really do
21   anything at all about, you know, having people
22   just order from Amazon.
23       So that person you're sitting in front
24   of wants to hear this story about you're going
25   to do everything while, at the same time, other

67

1    parts of the organization are just doing
2    whatever they want to do.
3        **Q.  When Staples Advantage is soliciting**
4    **the business of a commercial and enterprise**
5    **account, who are they speaking with?**
6        A.  It's a wide variety of people from, you
7    know, procurement departments to sourcing
8    departments, and then some sourcing departments
9    have divisions in them.  Sometimes it's directly
10   with the CFO or somebody in finance.  It's just,
11   you know, a host of people.
12       **Q.  So it's -- it's fair to say that the**
13   **procurement and sourcing officers for commercial**
14   **and enterprise accounts actually want to reduce**
15   **off-contract spending by their employees?**
16       A.  What do you mean by off-contract
17   spending?
18       **Q.  Let me put it this way.  It's fair to**
19   **say that the procurement officers and sourcing**
20   **officers at enterprise and commercial account --**
21   **accounts want to improve their employees'**
22   **compliance with the Staples Advantage program?**
23       A.  What they want to do when you're
24   sitting with somebody who's trying to develop a
25   program that -- and that person says that's what

68

1    they want to do.
2        **Q.  And why do they want to do that?**
3        A.  They want to -- you know, there's a
4    whole variety of reasons, from, you know, trying
5    to consolidate suppliers, make it simple for
6    their employees to get the things they need to
7    run their business.
8        **Q.  So it's fair to say that procurement**
9    **and sourcing officers for enterprise and**
10   **commercial accounts value the ability to**
11   **consolidate spending?**
12       MR. PERRY:  Can I just be clear.  So
13   we're talking about those individuals as opposed
14   to the customers as a whole?  Is that where we
15   are?
16       MS. CERILLI:  Did you understand the
17   question?
18       THE WITNESS:  So what I was talking
19   about was those individuals.  Those individuals
20   have, you know, different agendas.  They --
21   sometimes they say that and sometimes they give
22   our business away in the same breath and they'll
23   do that.
24       BY MS. CERILLI:
25       **Q.  Just so the record is clear, those**

17 (Pages 65 to 68)

69

1    individuals you're referring to are like the
2    procurement and sourcing officers at --
3        A.   Well --
4        Q.   -- at the present customer?
5        A.   -- I wouldn't call them officers,
6    right?  I'm not sure that we're interfacing with
7    officers, you know, but with, you know, the
8    sourcing and procurement folks that we're
9    talking with.
10       Q.   So we'll say procurement and sourcing
11   personnel at the -- at the client.
12           Does consolidating spend on office
13   products with a single vendor save a customer
14   money?
15       A.   It depends on the customer and the
16   situation.
17       Q.   In what circumstances might it save a
18   customer money?
19       A.   They're buying product at prices that
20   are less than -- are greater than Staples'
21   prices.
22       Q.   I'm sorry.  Can you elaborate on what
23   you meant by that.
24       A.   Well, if somebody's paying -- if
25   somebody's buying something in the organization

70

1    and they're paying a price and the Staples price
2    is less than that price, then when they promote
3    our program inside that customer it's saving
4    them money.
5        Q.   Do you ever tout to customers that if
6    they were to divide their spending for office
7    supplies among other vendors it would be
8    reducing their buying power?
9        A.   Do we ever -- can you just repeat that
10   again.  I'm sorry.
11       Q.   In attempting to solicit the business
12   of a commercial or an enterprise account, do you
13   ever say to customers that it would be
14   beneficial to consolidate their office supply
15   spend with a single vendor like Staples
16   Advantage because if they fractured their spend
17   they'd be diluting their buying power?
18       A.   Well, we always are going to promote
19   buying as much as possible from Staples.
20       Q.   But do you believe that that's true,
21   that consolidating spend can -- with a single
22   office supplier can --
23       A.   Yeah, they obviously don't think
24   so because they're out there, you know, giving
25   away our -- the toner business and pulling

71

1    business from us category by category and region
2    by region at times.  So there's a lot of folks
3    out there that are doing just the opposite of
4    that and believe that's the way to -- that's
5    best for their organization.  So I'm always
6    going to say "Spend more with us and consolidate
7    as much spend with Staples as possible."
8        Q.   Other than ink and toner, have you ever
9    encountered a commercial and enterprise customer
10   that's issued an RFP for subcategories of office
11   supplies?
12       A.   It happens or...  You know, I know some
13   customers are -- Sharpies, for instance, or --
14   you know, I can't recall the product, but yeah,
15   it does -- it happens.
16       Q.   Can you give me --
17       A.   You know, a lot of --
18       Q.   -- a specific example?
19       A.   Well, I know a lot of -- I can't say
20   anything specific, but I know it happens in --
21   you know, state and local customers have a lot
22   of, you know, product category split-outs like
23   that.  And I think the federal government even
24   has a threshold.  If it purchases over X number
25   of dollars, they have to get three quotes.  I

72

1    don't remember exactly what the rule is, but,
2    so...
3        Q.   Can you think of any private commercial
4    or enterprise account that has ever issued an
5    RFP for subcategories of office supplies other
6    than ink and toner?
7        A.   Yeah.  There's -- I can think of, you
8    know, some who have, you know -- I can't think
9    of anybody specifically, but I know there's
10   customers that they're either buying products
11   from other companies as well, and when we're
12   selling them all the other stuff, you know, and
13   we're selling them other stuff, so, but they
14   don't give us the Sharpie business, or they
15   don't give us the towel and paper business or,
16   you know, things -- there's things that get
17   split out.
18           And then of course there's all the --
19   people just buying whatever they want whenever
20   they want.
21       Q.   Can you give me a specific example of a
22   customer like that.
23       A.   Buying whatever they want when --
24       Q.   You mentioned this issue that there is
25   a Sharpie carve-out.

18 (Pages 69 to 72)

73

1    A.  Well, I remember Starbucks bought, you
2  know, Sharpies.  They're not a customer any
3  longer, not in terms of -- I mean, we probably
4  sell them something but...
5    Q.  Do you ever tout the benefits of a
6  single point of contact for office supplies when
7  soliciting the business of enterprise and
8  commercial account?
9    MR. PERRY:  Krisha, I'm sorry to
10  interrupt.  Do you mean him individually or do
11  you mean the company, Staples?
12    BY MS. CERILLI:
13    Q.  I'm sorry.  Let me rephrase it.
14    Does Staples Advantage ever tout
15  the benefits of a single point of contact when
16  soliciting the office supply business of
17  enterprise and commercial accounts?
18    A.  I recall that, but I can't think of any
19  specifics.
20    Q.  And what is the benefit of a single
21  point of contact for a customer who is procuring
22  office supplies?
23    A.  Well, that's -- it wouldn't be for
24  procuring office supplies.  It would be for
25  coordinating the activity of all the other

74

1  customers that we're working with the customer
2  with, like JanSan and facilities, you know,
3  break room, you know, the tech and the furniture
4  and all that, so that, you know, if -- if you
5  had a question or you ran into something that
6  you had a perception was an issue, you could
7  call your strategic account leader and they
8  would own that problem and coordinate that
9  within Staples.  So that's -- that's what we
10  talk to customers a lot about.  The strategic
11  account leader can coordinate, you know, that
12  activity.
13    Q.  Can the strategic account leader also
14  serve as a single point of contact for any
15  office supply issues that an enterprise and
16  commercial account has?
17    A.  Well, there's always -- there's
18  customer service.  You know, it depends on the
19  customer, right, because customers interact with
20  a lot of people at Staples, and if you're an end
21  user, you're more than likely calling customer
22  service.  So single point of contact is, you
23  know, a term that -- you know, it's -- it's a
24  term.
25    Q.  Is it fair to say that there are more

75

1  administrative burdens for a procurement officer
2  if they have multiple vendors for office
3  supplies?
4    A.  I -- I don't know that.  I don't know
5  what their burden is.
6    Q.  But fair to say having more vendors
7  would mean more invoices?
8    A.  No.  If people order the same amount of
9  stuff, they'd have the same number of invoices.
10    Q.  Do you tout the ability to make
11  in-store purchases in soliciting the business of
12  commercial and enterprise accounts?
13    A.  Yes, we do.
14    Q.  And can you explain specifically what
15  Staples Advantage is able to provide in that
16  regard.
17    A.  If you work with your team to either do
18  a couple of fairly complex things, because it's
19  not a big program, you have to either register
20  your credit card or you have to get a special
21  kind of ID card and have it with you.  And if
22  you do those things, if you go through that
23  process, and then -- then you can go into a
24  store and buy items at your contracted price.
25    Q.  And is that something that most of your

76

1  commercial and enterprise accounts make use of?
2    A.  Few do.
3    Q.  What percentage of your --
4    A.  I don't know, but it's --
5    Q.  -- commercial and enterprise accounts?
6    A.  -- not in -- I don't view it as
7  important.
8    Q.  Do you ever tout your financial --
9  Staples Advantage's financial health in
10  soliciting the business of commercial and
11  enterprise accounts?
12    A.  Well, not Staples Advantage but
13  Staples.
14    Q.  And why do you do that?
15    A.  Because we're a well thought of brand
16  in the market and we are -- you know, we have a
17  good reputation financially in general.
18    Q.  And do you think that that's something
19  that customers value?
20    A.  I'm not sure.
21    Q.  What is a typical pay term for a
22  commercial and enterprise account?  Like, is
23  there a certain -- like, 60 or 90 days --
24    A.  Oh.
25    Q.  -- invoices --

19 (Pages 73 to 76)



77

| | |
|---|---|
| 1 | A. -- oh. |
| 2 | Q. -- will come due? |
| 3 | A. What the terms are or how they actually |
| 4 | pay? |
| 5 | Q. Well, let's start with what the terms |
| 6 | are and then -- |
| 7 | A. Well, it varies from -- |
| 8 | Q. -- how they actually pay. |
| 9 | |

14   Q. Do the larger accounts seem to have a
15   longer grace period in payment?
16   A. It's -- no, it's a variety of
17   different, you know, systems. A lot of people
18   pay with a procurement card like a credit card,
19   so they're -- you know, that's a big part of the
20   business, so they, you know, pay, you know, like
21   the federal government.
22      MR. PERRY: Krisha, when you get to a
23   convenient spot, can we take a short break?
24      MS. CERILLI: Yeah. I was actually
25   thinking we've been going for about an hour.

78

1      MR. PERRY: Okay. Thank you.
2      MS. CERILLI: This is a good spot.
3   Thank you.
4      (Recess.)
5      (EXHIBIT NO. 1 WAS MARKED FOR
6   IDENTIFICATION.)
7      BY MS. CERILLI:
8      Q. I'd like to start out again by
9   reviewing a document with you. And I am going
10   to ask the court reporter to mark this.
11      I'm handing you a document Bates
12   numbered SPLS_0540441. It's an e-mail with an
13   attachment. The e-mail is from Al Zoldos to Tom
14   Heisroth dated September 12, 2014. I'll give
15   you a moment to look over the document. I have
16   a question about a specific page, but you can
17   take a moment to look it over.
18      MS. CERILLI: You can mark this
19   Exhibit 1.
20      BY MS. CERILLI:
21      Q. I actually have a question on one page.
22      A. Let me -- I'd like to finish reading
23   through these notes here.
24      Q. Sure.
25      A. Okay. Thank you.

79

1      Q. So you finished reviewing the document?
2      A. Yes.
3      Q. What is this document?
4      A. I'm not exactly sure. I didn't write
5   the document. I'm not exactly sure what it is.
6      Q. Is this an e-mail from Al Zoldos to you
7   from September 12, 2014?
8      A. That's what it says, yes.
9      Q. And who is Al Zoldos?
10      A. Al is a former employee in the
11   technology business.
12      Q. Do you recall who -- if he authored
13   this document?
14      A. I don't have any idea.
15      Q. Do you have an understanding of what
16   the purpose of this document was?
17      A. I can't say for sure.
18      Q. But this is something that Al said to
19   you in the ordinary course of business?
20      A. Yeah. It's kind of odd. There's not
21   even a comment on it.
22      Q. Okay. So my one question is on slide 7
23   of the attachment, and this is page number --
24   Bates number SPLS_0540442-007, a slide titled
25   "Staples Advantage Business Model." What is

80

1   this slide showing?
2      A. It's showing the split between a --
3   showing how our field deployment is set up.
4      Q. Okay. And what specifically does it
5   show concerning enterprise and commercial
6   accounts?
7      A. It shows that we use the same sales
8   force.
9      Q. And how does this document define an
10   enterprise account?
11   

13      Q. Okay. And --
14      A. -- but I'm not sure exact -- I don't
15   know if it's -- since Al is from tech, I don't
16   know if he means from tech or from -- or what
17   exactly he means by that.
18   

19                               . What do you
20   understand that to be referring to?
21      A. I don't -- I'm not 100 percent sure. I
22   didn't write the document.
23      Q. So have you ever seen this
24   categorization before?
25      A. I'm sort of familiar with this pyramid,

20 (Pages 77 to 80)

Heisroth

**Office Depot and Staples**                                                    8/12/2015



81

1    yes.
2         Q.   In what context do you recall seeing
3    this categorization?
4         A.   I just remember seeing it. I don't --
5    you know, this -- this looks like -- I'm not
6    sure what this is.
7         Q.   Does this refresh your recollection
8    that Staples does have a classification for
9    enterprise accounts?
10        A.   I just think we're saying that there's
11   enterprise and commercial customers and we serve
12   them with this sales team.
13

16        A.   That's what -- that's what the document
17   says, yeah.
18        Q.   Okay. And are you familiar with
19   Staples using that classification even today?
20        A.   I don't think we officially use that
21   classification in terms of is -- is it in a
22   presentation like this, Yes, but we -- we don't
23   use it as a -- that I can recall, as a broken
24   out category today.
25

83

1

6         A.   Well, they're doing it right here so --
7         Q.   Uh-huh.
8         A.   -- yes.
9         Q.   So yes?
10        A.   But it's not an -- you know, it's not
11   an official classification, or we don't have,
12   you know, specific stuff around it. You know,
13   there's no separate team or there's no separate
14   program, for instance.
15        Q.   And you're -- you're obviously the SVP
16   of sales for commercial enterprise, correct?
17        A.   Correct.
18        Q.   So where else would this classification
19   that we're seeing on this page come from?
20        A.   Well, we call the name of our business
21   commercial and enterprise. It's kind of evolved
22   into that.
23

5         A.   You know, every customer is unique.
6    It's -- there's -- they all have -- you know,
7    there is similarities and differences in
8    everything in commercial and enterprise.
9         Q.   And so where did this classification
10   come from that there -- there is a distinction
11   drawn between the size of a commercial and an
12   enterprise account?
13        A.   I -- I -- I don't know where this
14   specific classification for this document came
15   from.
16

20        A.   I think you hear the word enterprise
21   customers because customers say it to us, and,
22   you know, you want to -- so I think people say
23   it back to customers or, you know, it could
24   be -- well, I don't want to speculate about why
25   they would use the term enterprise here.

84

1         A.   I really don't know. I mean, Al sent
2    me this. I'm not even 100 percent sure what it
3    was utilized for.
4         Q.   Okay. You could set that document
5    aside.
6              Do you ever offer volume discounts in
7    your sale of office supplies to commercial and
8    enterprise accounts?
9         A.   What -- what do you mean by volume
10   discounts?
11        Q.   Does the term volume discount --
12        A.   Well, there's -- I guess I would define
13   volume discounts as "you buy more, you get a
14   lower price," and that's not very prevalent in
15   commercial and enterprise -- in our business.
16        Q.   Do some of your customers have a
17   pricing structure that provides them with
18   discounts based on the more volume they buy?
19        A.   They may get rebates.
20        Q.   Can you describe what rebates Staples
21   Advantage provides to commercial and enterprise
22   accounts?
23        A.   You can get a rebate for buying more
24   volume. You mean all rebates that we provide?
25        Q.   Yes. Sure. So why don't you give me

21 (Pages 81 to 84)

Heisroth

**Office Depot and Staples**                                      **8/12/2015**

85

1    an overview of what type of rebates Staples
2    Advantage gives.
3        A.   So volume rebates, incremental volume
4    rebates, which is you bought more than you
5    bought last year.  Rebates for eCommerce
6    utilization.  Rebates for increasing your order
7    size.
8        Q.   And what is the incremental volume
9    rebate you mentioned?
10       A.   You might put it in, you know, if a
11   customer is buying X, and they bought -- for
12   some period of time, and they bought X plus
13   something for another corresponding period of
14   time, you would give them a rebate for that on
15   that incremental business.
16       Q.   And what is an order size rebate?
17       A.   It's usually centered around the
18   request for a minimum order.  You know, if --
19   you know, if you put in a minimum order
20   threshold you get a rebate or if you achieve a
21   certain average order size you get a rebate.
22       Q.   And what was the eCommerce rebate you
23   mentioned?
24       A.   There was a time when that was -- you
25   know, in the -- in the -- when the internet was

86

1    introduced and eCommerce became available, there
2    was -- you know, up until then, everybody faxed
3    over their orders and mailed their orders and
4    picked up their orders, so we incented people to
5    use the internet to place their orders, and gave
6    them a rebate if they did that.
7        Q.   Any other type of rebates that Staples
8    Advantage provides?
9        A.   There's others.  I just can't recall
10   exactly what they are, you know.  It's been...
11       Q.   And are there -- you mentioned an
12   incremental volume rebate, but are there just
13   tiered volume rebates not tied to whether the
14   additional business is incremental?
15       A.   What do you mean?
16       Q.   Well, so you described incremental
17   volume rebate as being a rebate for an
18   additional volume that a customer --
19       A.   Right.
20       Q.   -- buys.
21       A.   Right.
22       Q.   What if it's not additional volume,
23   just rebates based on hitting certain volume
24   levels regardless of whether it's incremental
25   business or not?

87

1        A.   Yes, there's rebates like that.
2        Q.   Okay.  Can you describe how those are
3    structured.
4        A.   Just -- I can't recall any specific
5    ones, but they're, you know, if you do X you get
6    this rebate, if you do, you know, another -- if
7    you do a dollar you get a rebate, if you do $2,
8    but not -- I don't know what the numbers are.
9        Q.   Okay.  And do most enterprise and
10   commercial accounts receive some form of rebate
11   from Staples Advantage?
12       A.   I think the -- a lot of customers have
13   rebates.
14       Q.   And in light of those rebates, does the
15   customer not have an incentive then to
16   consolidate its office supply purchases --
17       A.   We actually --
18       Q.   -- with Staples Advantage?
19       A.   Yeah.  Sorry.
20       Q.   Okay.  Go ahead.
21       A.   So they have an incentive to buy more
22   from Staples.  And at the same time, we're -- we
23   would prefer to eliminate rebates because it
24   distorts the price to the user and to the
25   regional offices and to all these other folks

88

1    that are out there looking at Amazon and looking
2    at some of the -- you know, CDW and just
3    different places like that where they're buying
4    product on a fairly regular basis.
5            And rebates, in many cases -- actually,
6    very few cases get back to the department or the
7    user that's buying and -- and utilizing the
8    product.  They are sort of kept, at least that's
9    my perception of it, by the organization.
10           And I think it causes us to actually
11   lose business at the same time because the
12   customer gets a rebate, the end user or the
13   regional office or division really doesn't
14   understand that, and it's really part of the
15   price, and as a -- and because of that we're --
16   they -- and they look at Amazon or other places
17   and they say "these prices are lower," and they
18   buy the item there.
19       Q.   Well, we can agree that the rebate
20   structure does create an incentive for
21   procurement personnel at companies to want more
22   of their employees to --
23       A.   There is --
24       Q.   -- buy -- to --
25       A.   Sorry.

22 (Pages 85 to 88)

89

1      Q.   -- to consolidate their office supply
2   purchasing through Staples Advantage.
3          MR. PERRY:  I just want to be clear.
4   So we're talking again about the particular
5   procurement personnel as opposed to the
6   companies as a whole?
7          MS. CERILLI:  My question was about the
8   procurement personnel.
9          THE WITNESS:  There is -- there is --
10  there is a person in the company that wants to
11  consolidate, that wants to have Staples sell
12  more, and achieve the rebate.
13         BY MS. CERILLI:
14     Q.   And that person is the procurement
15  personnel?
16     A.   Often, yes.
17     Q.   And why is it that the procurement
18  personnel want their employees to consolidate
19  their office supply spending through Staples
20  Advantage?
21     A.   In that -- in that particular
22  negotiation they're trying to -- to do -- I -- I
23  can't really speak for them, but they want to
24  match -- they're trying to get the most that
25  they can from Staples by promising or touting

90

1   that they can -- that you're going to have all
2   this spend and then they can control, and they
3   rarely do after.
4      Q.   Because from a procurement officer's
5   perspective they believe they're able to obtain
6   lower pricing from Staples Advantage the more
7   spending on office supplies they drive through
8   Staples Advantage, correct?
9      A.   Well, it's just not office supplies.
10  It's, you know, everything that they buy from
11  us.  There's rarely a contract with just office
12  supplies, right?  It's toner, paper, you know,
13  there's technology, there's always break room
14  and JanSan product in there, there's always a
15  variety of -- of things that they're purchasing
16  from us.
17         So they're -- you know, they're --
18  they're trying to drive spend and -- and try to
19  maximize the value, that deal they're
20  negotiating, whether they actually can deliver
21  it or not.
22     Q.   And by driving spend on office supplies
23  through a single vendor like Staples Advantage
24  they believe they are able to obtain lower
25  pricing from Staples, correct?

91

1      A.   I think that they believe that they can
2   get efficiencies, they can get rebates.
3      Q.   And you'd agree rebates are a form of a
4   lower price for the customers?
5      A.   Rebates are a form of pricing, yes.
6      Q.   And what are the efficiencies, from the
7   customer's perspective, of driving more volume
8   for office supplies through a single vendor like
9   Staples Advantage?
10     A.   I -- I guess their perception.  I don't
11  know exactly what their perception is.  They --
12  they have -- they have systems set up or they
13  have a process and for them is they want to
14  maximize -- that person wants to maximize that
15  negotiation in that kind of document that
16  they're working on.
17     Q.   What system setup were you -- were you
18  referring to?
19     A.   You know, eProcurement system.
20     Q.   So it's fair to say that, from the
21  procurement officer's perspective, it's more
22  efficient to have the office supplies'
23  eProcurement being run by a single vendor?
24         MR. PERRY:  If you know.
25         THE WITNESS:  I'm -- what I would say

92

1   is there's people out there that -- I mean, the
2   evidence is that they're -- they're giving the
3   business to multiple people.  So they -- you go
4   through this negotiation process and you work on
5   it and you put these rebates in there and then
6   they're in there, but they then do just the
7   opposite, so I can't really 100 percent say.
8          BY MS. CERILLI:
9      Q.   Has Staples Advantage ever estimated
10  how much customers can save by consolidating
11  spend on office supplies with Staples as
12  compared to splitting their office supply
13  purchases among multiple vendors?
14     A.   I think I've -- I think I've -- we've
15  heard -- I've heard people talk about it, but I
16  don't know if there is a -- I haven't seen or
17  recall something that proposes that.
18     Q.   Who have you heard talking about it?
19     A.   I just -- you know, there's thousands
20  of sales reps out there.  I just -- I don't
21  know.  You know, I think about the early days
22  of, you know, back around 2000, 2001 and when
23  eProcurement systems were being introduced, and
24  then there was -- you know, we were struggling
25  trying to keep up with it.

23 (Pages 89 to 92)

93

1    And, you know, once -- you know, it was
2  all new, so I think, you know, back then, you --
3  you worked with an eProcurement system and you
4  were successful and you were like "we're
5  successful with that eProcurement system."  And,
6  you know, I think there was a whole different
7  environment back then of this kind of dream of
8  how eProcurement systems would work by the
9  eProcurement companies, the commercial
10  enterprise customers that were purchasing them,
11  and maybe what we thought they were going to do
12  for us, but that -- you know, that actual result
13  today is, you know, different than the talk ten
14  or -- ten years ago.
15    Q.  But you do recall discussions within
16  Staples about how much business customers can
17  save and consolidate on their spend among
18  office --
19    A.  Right.
20    Q.  -- for office supplies --
21    A.  I -- I --
22    Q.  -- with Staples?
23    A.  I recall that, yes.
24    Q.  And what was the substance of the
25  discussion that you recall?

94

1    A.  Consol -- I -- I don't recall the
2  details.
3    Q.  Well, I recognize it could be hard to
4  recall specific discussions, but what -- what
5  generally is the -- directionally has Staples
6  estimated that customers --
7    A.  I don't recall a number at all.
8    (EXHIBIT NO. PX08031 WAS PRE-MARKED FOR
9  IDENTIFICATION.)
10    BY MS. CERILLI:
11    Q.  Okay.  I'd like to show you a document.
12  I am handing you a document with a PX number
13  08031.  This is a brochure we downloaded from
14  Staples Advantage's website.  The cover page is
15  "MAKE a program that does more HAPPEN."  I'll
16  give you a moment to look it over.
17    Have you had time to look over the
18  document?
19    A.  Yes.
20    Q.  Have you seen this document before?
21    A.  Not that I can recall.
22    Q.  Like I said, it is a brochure we
23  downloaded from Staples Advantage's website.  Is
24  this the type of marketing materials Staples
25  Advantage might develop for customers?

95

1    A.  You said it was on our website, so...
2    Q.  And Staples Advantage generally would
3  try to be accurate and truthful in its marketing
4  materials to customers?
5    A.  Yes.
6    Q.  I would like to talk about the page
7  numbered PX08031-003.  There's a paragraph
8  titled "Increased Leverage.  Working with
9  multiple vendors can undercut your ability to
10  flex your buying power.  Aggregating your
11  purchases with Staples Advantage can save money,
12  minimize administrative burden, and reduce
13  complexity."
14    Can you explain what that's describing?
15    A.  I can't exactly.  I mean I -- this
16  might be a mid market thing.  I'm not sure.
17    Q.  As a Staples manager with Staples
18  Advantage, what do you think they're describing?
19    A.  It sounds like they're describing your
20  break room business and your furniture business
21  and things like that with Staples, and "we're
22  going to be able to, you know, streamline where
23  you buy stuff and who you're working with."
24    Q.  Do you agree with the sentiment that by
25  aggregating purchases a customer can save money

96

1  with...
2    A.  Well, we often give rebates for buying
3  more with Staples, so yes, and -- and a lot of
4  the -- a lot of that's directed towards the
5  categories because you end up buying more, you
6  know, break room product or technology product
7  or furniture product and that consolidates your
8  spend, and, you know, drives, you know, that
9  opportunity to streamline.
10    Q.  But it's fair to say that that -- the
11  concept of aggregating spending to achieve lower
12  prices would also hold true with respect to
13  aggregating office supply spend, correct?
14    A.  Well, in -- in terms of when we have
15  rebates to buy more from Staples and you'd get a
16  bigger rebate, in that case, yes.
17    Q.  And you do, in fact, have rebates that
18  are structured to award companies based on the
19  amount of office supplies they buy from Staples,
20  correct?
21    A.  Well, it's rarely just office supplies,
22  you know, it's always mixed in with paper and
23  toner, ink, and, you know, break room and
24  technology and there's -- it's always covering
25  more than just that.

24 (Pages 93 to 96)

Heisroth

**Office Depot and Staples**                                      **8/12/2015**

---

97

1    Q.   And do you agree with the sentiment
2    expressed that "working with multiple vendors
3    can undercut your ability to flex your buying
4    power"?   And this is from the customer's vantage
5    point, of course.
6        A.   It's hard to say exactly what the
7    customer says.  We're obviously going to tout
8    buying with -- buying more from Staples is a
9    good thing.
10       Q.   But do you believe that a commercial
11   and enterprise customer can increase its buying
12   power by consolidating its spend for office
13   supplies with a single vendor?
14       A.   Every customer is different.  You know,
15   if we didn't have the -- you know, we have a
16   situation where just people buy either from, you
17   know, other office products -- you know, office
18   products companies or they -- or they're buying
19   from manufacturers or they're buying from Amazon
20   or Amazon-type companies out there, so they're
21   doing all that and they're permitting that, and
22   it's prevalent.
23           And so it's -- it's really hard to sit
24   here and say, regardless of, you know, what it
25   says in this document, that that idea is an idea

---

98

1    that's working.
2        Q.   Every customer is -- may be different,
3    but would you say it's generally true that by
4    con --
5            MR. PERRY:  Let her finish.
6            THE WITNESS:  I am sorry.
7            MR. PERRY:  Let her finish.
8            THE WITNESS:  Finish.  Sorry.
9            MR. PERRY:  No problem.
10           BY MS. CERILLI:
11       Q.   -- that a customer may be diluting its
12   buying power if it fractures its office supply
13   spending among multiple vendors?
14       A.   Can you say that again.
15       Q.   Yeah.  You mentioned that every
16   customer is different, and so what I'm asking
17   is, is it, nonetheless, generally true that
18   commercial and enterprise customers may be
19   diluting their buying power if they were to
20   fracture their office supply spending among
21   multiple vendors?
22       A.   I don't know if they would dilute their
23   buying power.  What you hear in sourcing, you
24   know, sourcing people say one of their goals is
25   to consolidate, and we're saying in this

---

99

1    document that we can help you meet your goals.
2        Q.   So you'd say it's generally true that
3    among the sourcing and procurement personnel,
4    Staples Advantage interacts with -- that those
5    procurement and sourcing personnel believe that
6    they can increase their buying power by
7    consolidating spend off -- on office supplies
8    with a single vendor?
9        A.   Well, it's rarely office supplies.
10   It's -- it's -- you know, it's paper, it's
11   toner, it's other stuff that -- it's furniture,
12   it's all those things that they're -- they're
13   looking at, and they -- they're trying to
14   consolidate -- you know, they -- they -- in
15   certain negotiations they have the goal with
16   some customers to try to put a framework in
17   place to consolidate their spend or they say
18   that's their goal when you're in the process of
19   negotiations and then some of those same
20   customers at the end just turn around and do
21   just the opposite.
22       Q.   Okay.  So you do -- let me strike that.
23           Staples Advantage does interact with
24   sourcing and procurement personnel who have as
25   their goal to consolidate spending as much as

---

100

1    possible with a single vendor?
2        A.   Yes.  Yes.
3        Q.   And those sourcing and procurement
4    personnel who are looking to consolidate their
5    spending with a single vendor, they are looking
6    to consolidate their office supply spending,
7    correct?
8        A.   That's not a -- that's not a -- I
9    wouldn't say that's a current topic of
10   conversation.  They -- they -- they want to --
11   say they want to -- the conversation is more
12   wrapped around the beyond office supply
13   categories, and this idea of can you help us
14   consolidate there.
15           You know, for instance, kind of
16   everyday technology, right, they're -- you know,
17   they're interested, "Can we -- can we get
18   monitors and things like that from you and
19   consolidate in that way, because maybe that's an
20   item that's -- as -- as diffused as the
21   purchases can be for the stuff we sell, the core
22   and the whole Amazon and toner thing that we've
23   talked about several times, some of these
24   categories can be really diffused with, you
25   know, hundreds of vendors out there supplying

---

25 (Pages 97 to 100)

101

1    the customer.
2        Q.   So if I understand what you're saying,
3    that there are some customers who want to
4    consolidate the BOSS categories, correct?
5        A.   They want to -- yes.
6        Q.   Nonetheless, it is still also the case
7    that you are encountering sourcing and
8    procurement personnel among commercial and
9    enterprise customers who also want to
10   consolidate their office supply spending as much
11   as possible with a single vendor, correct?
12       A.   We never hear that conversation.
13   That's not a conversation that I have often or
14   that I can recall with enterprise and commercial
15   type customers today.  That was -- you know,
16   earlier, years ago, that was a fairly common,
17   you know, conversation.
18       Q.   But, in practice, the procurement and
19   sourcing officers are actually as -- strike
20   that.
21            Even if it's not a topic about
22   conversation, are the sourcing and procurement
23   personnel for commercial and enterprise
24   customers, nonetheless, as a behavior, looking
25   to source their office supplies through a single

102

1    vendor like Staples Advantage?
2        A.   When you get into those negotiations
3    with those people, sourcing people, and they're
4    telling you that's their -- one of their goals.
5        Q.   A goal for office supplies, correct?
6        A.   Well, for that suite of products that
7    they're looking for pricing and services on.
8    It's rarely just office supplies.  I can't even
9    think -- I couldn't -- the way we talked about
10   office supplies earlier, I can't recall that
11   somebody would just be in that situation.
12       Q.   And is the practice of sourcing and
13   procurement personnel for commercial and
14   enterprise accounts consolidating their office
15   supply spend almost like a given nowadays, it
16   doesn't even have to be discussed?
17       A.   Well, that's -- that -- that's
18   hypothetical, that -- you know, I can't really
19   comment on that.  It's...
20       Q.   Well, you mentioned, so it was a topic
21   of conversation like ten years ago.  Was --
22       A.   Well --
23       Q.   -- was the trend towards --
24       A.   Well, you know, ten or fifteen years ago,
25   there was no internet, there was no electronic

103

1    invoicing, there was -- you know, everybody had
2    a stock room, and sales reps picked up orders or
3    customers faxed them to you, so...
4            And there was -- you know, and
5    everybody sold furniture and print and all that
6    type of stuff that we call beyond office
7    supplies today that kind of went in a different
8    direction and is coming back at Staples.  So,
9    yeah, you would be out there.  When I was with
10   National Office Supply, in, you know, the '80s,
11   we went out there and said, you know, "Write a
12   contract with us.  And you're dealing with 100
13   people, you know, work with us through, you
14   know, one website and one invoice and..."
15       Q.   So in the 1980s and 1990s, was it more
16   common for commercial and enterprise businesses
17   to be buying their office supplies from multiple
18   vendors?
19       A.   I think people bought everything from
20   everywhere, you know, it's just, there -- it was
21   a completely different world.
22       Q.   But, basically, starting about ten
23   years ago, the trend is now towards commercial
24   and enterprise accounts really consolidating
25   their office supply spending with a single

104

1    vendor?
2        A.   A lot of times in negotiations they say
3    that's their goal and their aim.  In practice,
4    that's not what happens.  In practice, they buy
5    directly from manufacturers, whether it's toner,
6    they buy from distributors paper, you know, they
7    buy -- and individual users buy from -- all
8    types of stuff from wherever they want, and --
9    you know, and you can see that.
10           I mean, it's a big, you know, aim of
11   ours, is to try to -- and then there's secular
12   stagnation of our industry, right?  It's just,
13   you know, the digitization of the workplaces,
14   you know, creating decline in our business
15   overall.
16       Q.   But the goal of consolidating office
17   supply spend with a single vendor is something
18   you hear from the procurement personnel at
19   commercial and enterprise accounts?
20       A.   I've heard that in the past, yes, not a
21   current topic of conversation.
22       Q.   And not a current topic of conversation
23   because the -- the trend towards consolidating
24   spend with a single office supply vendor really
25   took place ten years ago, right?

26 (Pages 101 to 104)

PX02011-027

105

1    A.  I can't say it took place ten years ago
2  for, you know, every customer, but the -- you
3  know, contracting for office supplies, you know,
4  evolved, you know, along with the advent of the
5  internet and electronic payment systems.  You
6  know, that's what the -- you know, that was the
7  conversation around the internet, you know, get
8  everybody on the internet and get them all
9  buying through eProcurement system or through
10  the internet in general.  And I think their aim
11  was really to -- to reduce the procurement
12  organizations and their process cost more than
13  consolidate suppliers for buying power.  That
14  seemed to me, at the time, and -- to be the
15  impetus for doing it.
16    Q.  And what do you mean by reducing
17  procurement processes?
18    A.  I mean, they processed the -- the paper
19  and they had -- or purchase orders or however
20  people bought, and as the internet came along
21  the order moved from the end user directly to
22  the supplier without going through procurement,
23  and, because it -- that order didn't really
24  require going through procurement, they -- you
25  know, they adjusted their organization to

106

1  account for that.
2    Q.  So the old way of doing things required
3  more administrative costs for the customer?
4    A.  That's what they said.
5    Q.  But if I understand correctly, now
6  customers are able to get set up with a single
7  vendor like Staples Advantage and have a single
8  eProcurement process?
9    A.  Well, they have an eProcurement process
10  or they use, you know, various websites to order
11  their stuff.
12    Q.  And from the procurement personnel's
13  perspective, would you say that the ability to
14  have a procurement interface through a single
15  vendor like Staples Advantage for office
16  supplies helps to reduce administrative burdens?
17    A.  I think they believe using eProcurement
18  systems and the internet help reduce the
19  administrative burdens.
20    Q.  And from the perspective of -- of the
21  procurement personnel, do you think it would be
22  more burdensome to have multiple office supply
23  vendors rather than sending all employees
24  through the Staples Advantage --
25    A.  They all have --

107

1    Q.  -- eProcuerment system?
2    A.  -- multiple office supply vendors.  And
3  everybody has got people buying stuff from other
4  people (Amazon, other dealers), I mean nobody is
5  buying all their supplies from us.
6    Q.  One question about -- last question
7  about this document.  Again, looking at
8  PX08031-003, there's a pullout box on the
9  right-hand side that says did you know
10  organizations with 20/20 -- let me state that
11  again.
12       The box says, "Did you know
13  organizations with 22 percent fewer indirect
14  suppliers achieve more than twice the savings on
15  indirect spending?"
16    A.  Yes, I see it.
17    Q.  Do you have an understanding of where
18  that estimate came from?
19    A.  It says "The Hackett Group" on the
20  page.
21    Q.  And are you familiar with any work
22  Staples did with The Hackett Group?
23    A.  I know we've done work with The Hackett
24  Group, but I can't recall any specifics.
25    Q.  So is what that callout box is

108

1  essentially describing is how much a customer
2  can save by consolidating spend with a single
3  vendor as compared to splitting their spend
4  among multiple vendors?
5    A.  I'm not exactly sure what that's
6  referring to, but it doesn't say anything about
7  single vendors there.
8    Q.  And do you have a sense of who within
9  Staples might know?
10    A.  It looks like a marketing document on
11  the website.
12    Q.  And we talked earlier about how you
13  recalled there were some discussions within
14  Staples about how -- how much customers might be
15  able to save by consolidating spend on office
16  supplies.
17    A.  Well, you know, what I hear -- I'm
18  sorry.
19    Q.  Do you know who within Staples might
20  have that information on any estimate Staples
21  has done of those savings?
22    A.  I -- I don't think we've done any
23  estimates.  We've -- obviously, this is from The
24  Hackett Group.  We got this from The Hackett
25  Group.

27 (Pages 105 to 108)

109

1    Q.  Okay.  Set that aside.
2         Do any of your commercial and
3    enterprise accounts have multiple locations?
4    A.  Yes.
5    Q.  Do any of your Staples Advantage
6    commercial and enterprise accounts have
7    locations nationwide?
8    A.  You mean in multiple regions of the
9    country, yes.
10   Q.  Do you have a sense of what percentage
11   of your commercial and enterprise accounts have
12   locations nationwide or in multiple regions?
13   A.  I -- I don't know.
14   Q.  Do companies with a nationwide presence
15   prefer to purchase their office supplies from a
16   distributor that has a nationwide footprint?
17   A.  Everyone out there that sells office
18   supplies talks about having a nationwide
19   footprint.  So, you know -- every -- every --
20   everyone out there from W.B. Mason to Innovative
21   [sic] to every dealer that's on the -- S.P.
22   Richards' or United Stationers' -- now called --
23   I think it's Essendant -- I can't pronounce that
24   word -- website talks about having nationwide
25   distribution capability, so I just...

110

1    Q.  Do companies with locations nationwide
2    or in multiple regions solicit bids or quotes
3    requesting office supplies for all of their
4    locations?
5    A.  They put out quotes for lists of items
6    that contain office supplies for all their
7    locations for, yeah, the entire business.
8    Q.  So you would say it's the norm for a
9    company with multiple locations to be soliciting
10   a vendor to provide office supplies for all of
11   their locations?
12   A.  That's often the case.
13   Q.  Do your enterprise and commercial
14   customers purchase under contracts?
15   A.  A lot --
16        MR. PERRY:  You mean from Staples?  I'm
17   sorry.
18        MS. CERILLI:  Yeah, sorry, purchase
19   from Staples under a contract.
20        THE WITNESS:  We often have a contract
21   with -- for all the stuff that they buy off of
22   us, and that includes, like I said, you know,
23   paper and toner and JanSan and the break room
24   and all the tech and all that type of stuff.
25        BY MS. CERILLI:

111

1    Q.  Would you say that most of Staples
2    Advantage's commercial and enterprise accounts
3    have contracts with Staples?
4    A.  Most of them, yes.
5    Q.  And do those contracts typically cover
6    all of the customers' locations?
7    A.  The contracts that cover all the
8    customers' locations cover all the customers'
9    locations, so that's yes.
10   Q.  And for those customers with contracts
11   that have multiple locations, does the contract
12   set out pricing that applies to all of the
13   customers' locations?
14   A.  Most of the time.
15   Q.  And for those customers with multiple
16   location that have contracts with Staples
17   Advantage, does the contract set out terms that
18   conditions apply to all of the customers'
19   locations?
20   A.  By terms and conditions, you mean?
21   Q.  The general service terms of the
22   contract.
23   A.  They can vary internationally, Canada,
24   sometimes regions, sometimes by the thing you're
25   selling, right?  The terms for furniture might

112

1    be different than the terms for copy paper.  So
2    there's variance in terms in the contracts.
3    Q.  But for the sale of office products to
4    enterprise and commercial customers that have
5    contracts, that contract would govern the
6    service terms for all of the customers at
7    U.S.-based locations, correct?
8    A.  Yeah.  The contract governs all the
9    terms --
10   Q.  For all of the customers --
11   A.  -- for whatever -- for whatever it's
12   contracted for, sorry.
13   Q.  And who generally negotiates the
14   contracts with commercial enterprise accounts?
15   A.  They -- it happens in a variety of
16   ways, so it could be, you know, the sales team,
17   the sales manager.  It could be an up-front
18   contract, the customer sends you a contract and
19   says "If you don't sign this contract, you can't
20   do business with us."  That's not uncommon.
21        MS. CERILLI:  How are you guys feeling?
22        MR. PERRY:  Yeah.  When you get to a
23   good spot, if we can take a break for lunch.
24        MS. CERILLI:  Okay.  Why don't we take
25   a break now.

28 (Pages 109 to 112)

113

1       (Lunch recess.)
2       BY MS. CERILLI:
3       **Q.  Good afternoon.  We're resuming for the**
4  **afternoon.  You recognize that you're still**
5  **under oath?**
6       A.  Yes, I do.
7       **Q.  Before we broke for lunch, we were**
8  **talking about commercial and enterprise**
9  **customers who have locations across the country,**
10 **and I'd like to resume talking about them.**
11      **How does Staples sell itself to an**
12 **enterprise or commercial customer that has**
13 **locations around the country?**
14      A.  I don't think there's anything unique
15 to that.  It's different than how we pitch to
16 any other customer, and it's in business
17 development and I don't really know the details
18 of those conversations or those, you know,
19 pitches, but, you know, just earlier I said
20 that, you know, everyone out there has the
21 capability of, and all our competitors have the
22 capability to sell and to talk about managing
23 customers all over the country.
24      I don't -- I think those discussions
25 end up being more about customer-specific

114

1  requirements.
2       **Q.  Do you supervise people who are**
3  **responsible for business development for**
4  **commercial and enterprise accounts?**
5       A.  Yes.
6       **Q.  So that is an area of responsibility**
7  **for you?**
8       A.  Yes.
9       **Q.  What were you referencing when you said**
10 **that there might be customer-specific**
11 **requirements?**
12      A.  You know, the delivery times, you know,
13 locations, just things like that, specifics
14 that, you know, every customer has, you know,
15 any type of customer.
16      **Q.  And Staples does solicit business from**
17 **enterprise and commercial accounts who have**
18 **delivery requirements nationwide?**
19      A.  Yes.
20      **Q.  And Staples is able to offer next day**
21 **delivery across the country?**
22      A.  We can offer next day delivery to most
23 of the U.S., with the exception of drop ships
24 and, you know -- you know, some -- you know,
25 manufactured product like furniture or print.

115

1  You know, promotional products may be stocked in
2  just one warehouse, and so they don't get next
3  day delivery.  So it's, you know, a combination
4  of things.
5       **Q.  Is Staples Advantage able to offer**
6  **desktop delivery?**
7       A.  Well, we do offer desktop delivery to
8  some customers.
9       **Q.  And what does desktop delivery mean?**
10      A.  It usually means that you deliver
11 inside of a building.  You know, you went past
12 the loading dock is a common way to think about
13 it.
14      **Q.  And is Staples Advantage able to offer**
15 **desktop delivery nationwide?**
16      A.  I think we can offer desktop delivery
17 in most locations or many locations.
18      **Q.  Nationwide?**
19      A.  Many locations, yeah, nationwide.
20      **Q.  Does Staples Advantage ever tout to**
21 **customers with locations nationwide the ability**
22 **to offer a single point of contact for office**
23 **supply procurement?**
24      A.  I mean, I don't recall that being
25 something -- something we talked about recently.

116

1       **Q.  Putting aside recently, do you recall**
2  **there being times when Staples has touted its**
3  **ability --**
4       A.  Yeah.
5       **Q.  -- to offer a single point of**
6  **contact --**
7       A.  Yes -- yes.
8       **Q.  If a commercial or enterprise customer**
9  **with locations nationwide has an issue with**
10 **their service with Staples Advantage, who do**
11 **they call?**
12      A.  Customer service.
13      **Q.  And what type of infrastructure does**
14 **Staples Advantage have for customer service?**
15      A.  We have customer service centers where
16 there's groups of people that have access to the
17 systems that can answer customers' questions.
18      **Q.  Okay.  And does every enterprise or**
19 **commercial customer you have also have a**
20 **channeled communication with a -- the strategic**
21 **account manager?**
22      A.  Well, the -- the strategic account
23 manager will have contact with the people that
24 they're trying to contact.  So if that contact
25 is with somebody who has some ownership for the

29 (Pages 113 to 116)

117

1   Staples account on their side, they'll pair it
2   up with that person, but then they also have
3   contact with, you know, other folks, you know,
4   at the customer, maybe the accounting people.
5       Of course they're often trying to
6   contact people in technology, and furniture and
7   all the "beyond office supply" categories.
8       Q.  For a larger -- oh, sorry.  For a
9   commercial or enterprise account, how much
10  interaction do they have with their account
11  manager?
12      A.  It varies by customer.  I mean, it
13  can -- it can be anything from, you know, once a
14  quarter to once a week.
15      Q.  And what do those meetings typically
16  entail?
17      A.  There's -- with the strategic -- who
18  are you referring to?
19      Q.  So to the extent that the strategic
20  account manager is meeting with an enterprise
21  and commercial account, what are they generally
22  discussing?
23      A.  We don't -- we have a strategic account
24  leader.
25      Q.  Okay.

118

1       A.  We don't have a manager.
2       Q.  Okay.
3       A.  They would be in talking to them about
4   the -- all the variety of stuff that we sell.
5   They'd be complaining that you're giving our
6   toner business to the manufacturer, that -- or
7   they -- you know, we're lowering 4,000 prices a
8   week because we're meeting prices, or the
9   customer is saying you've got this -- we've got
10  this opportunity, these prices, you know, you're
11  too high, what are you going to do about it, and
12  they have those types of meetings.
13      We have quarterly reviews that don't
14  happen quarterly.  Those are called quarterly
15  reviews.  They -- they have problem resolution
16  meetings and -- and calls.
17      Q.  What is the quarterly review?
18      A.  You go in.  You just talk to the
19  customer about, you know, what's happened in the
20  last quarter.  The -- we view it as an
21  opportunity to try to gather folks from the
22  customer side because it's very hard to get
23  people, you know, face-to-face and hard to get
24  the executives, hard to get the people in the
25  "beyond office supply "categories.  And we try

119

1   to use that opportunity to let people know all
2   the things that we -- we can -- we have to
3   offer --
4       Q.  Okay.
5       A.  -- to help them reduce their costs.
6       Q.  Do customers ever ask about Staples
7   Advantage's experience in serving companies with
8   locations nationwide?
9       A.  To -- to the extent it might be in a
10  general RFQ document.
11      Q.  Uh-huh.
12      A.  It's not a -- it's not like an ongoing
13  topic of conversation.  It's something that we
14  have in our literature, it's something that they
15  have in their document, and it's something
16  that's just there.  It's not really discussed.
17      Q.  So Staples Advantage doesn't encounter
18  RFQs that ask about nationwide service?
19      A.  Well, they specifically -- I wouldn't
20  characterize it exactly that way.  I'd say they
21  more or less ask, can you meet our -- can you
22  meet our requirements.
23      Q.  What would those requirements be?
24      A.  Can you deliver to our locations, can
25  you, you know, times, deliver this time, can you

120

1   do desktop delivery, that type of thing.
2       Q.  And you do encounter customers that
3   were asking about those delivery services for
4   locations nationwide?
5       A.  They're asking for locations.  It's
6   rarely nationwide.
7       Q.  And why do you think it is that
8   customers ask about your experience in serving
9   accounts that have locations across the country?
10      A.  I think it's just in their documents.
11  I think they just copied their last document and
12  the document before that, and it's just in
13  there.
14      Q.  Do you think experience or reputation
15  for being able to handle an account with
16  locations nationwide is important?
17      A.  I think we -- we talk about it, you
18  know, like it's in our literature, that it's
19  something -- we think experience is important.
20      Q.  So Staples Advantage does try to
21  distinguish itself on account of having
22  experience serving customers that have locations
23  nationwide?
24      A.  We -- so does everybody else.
25      Q.  I'm just asking about you.  It is

30 (Pages 117 to 120)

121

1    something that you -- that Staples Advantage
2    touts in terms of experience serving?
3        A.   We talk about our experience, yes, in
4    all facets of the business.
5        Q.   So Staples Advantage does have a sales
6    team that is experienced in serving accounts
7    that have locations nationwide, correct?
8        A.   Yes, we have some reps that are
9    experienced in that, strategic account leaders.
10       Q.   Are you aware of any Fortune 500
11   companies with locations across the country that
12   bids out its office supply purchasing
13   regionally?
14       A.   There's -- of course there's customers
15   with multiple suppliers.  I don't know how they
16   arrive at that determination.
17       Q.   But, sitting here today, can you think
18   of an RFP that Staples Advantage has ever
19   encountered from a Fortune 500 company that
20   entailed bidding for office supplies by region?
21       A.   I don't recall.  You know, it -- sorry.
22       Q.   Do you encounter customers that
23   sometimes source directly from manufacturers?
24       A.   Yes.
25       Q.   What product categories have you

122

1    encountered customers sourcing directly from
2    manufacturers?
3        A.   Toner and ink, paper, some office
4    supplies, pens, you know, furniture, technology
5    products.
6        Q.   What portion of Staples Advantage's
7    enterprise or commercial customers have direct
8    sourcing from manufacturers for office supplies?
9        A.   I -- I don't know the answer to that.
10       Q.   And, again, just setting aside BOSS
11   categories for a moment, to the extent that you
12   find enterprise or commercial customers who
13   source directly from manufacturers, is that
14   typically for ink, toner or paper, and not the
15   other office supply categories?
16       A.   I think ink -- ink, toner and paper
17   are, you know, pretty prevalent.
18       Q.   Is it fair to say it's uncommon to see
19   commercial and enterprise accounts who directly
20   source office supplies other than ink, toner and
21   paper directly from manufacturers?
22       A.   It's not -- you know, it's out there.
23   I don't know exactly how much.  When they source
24   directly with the manufacturers, they're not
25   communicating with us when they do it or don't

123

1    do it.  As a matter of fact, we're -- sometimes
2    we find out, for toner, for instance, we think
3    we have the toner business and it's -- one day
4    it's gone.
5        Sometimes we could be in a situation
6    where we never had the business.  We don't know
7    what's being sourced directly.  We don't know.
8        Q.   Who is the largest provider of office
9    supplies to business customers in the United
10   States?
11       A.   I'm not sure if it's Amazon or Walmart
12   or Staples or -- I'm not 100 percent.  I
13   couldn't say.
14       Q.   Just focusing particularly on the B2B
15   segment, would you say that Staples Advantage is
16   the largest provider of business-to-business
17   office supplies?
18       A.   We're one of the largest providers.
19       Q.   Who is another large provider of office
20   supplies to business customers?
21       A.   From what I keep hearing is, Amazon is
22   pretty darn big, because they're in all my
23   customers and they're being quite successful.
24   Office Depot, W.B. Mason, and then, you know, we
25   also sort of view S.P. Richards and United as

124

1    sort of friends and competitors because
2    they're -- through their enabling, you know,
3    kind of -- they're creating a level playing
4    field for all the other suppliers that they work
5    with.
6        Q.   Let's just focus on the commercial and
7    enterprise space for a moment.  Who would you
8    say is the largest provider of office supplies
9    to commercial and enterprise customers?
10       MR. PERRY:  Krisha, can you make clear
11   on the record, when you say "office supplies,"
12   exactly what you're talking about.  I just want
13   to make sure we're working on the same
14   definition.
15       BY MS. CERILLI:
16       Q.   Yes, I'm referring -- when I say
17   "office supplies," I'm referring to what you
18   described earlier as the "non-BOSS categories of
19   Staples Advantage's products."
20       A.   I guess Staples is a large provider,
21   but, you know, the manufacturer is a large
22   direct suppliers of toner and ink, and paper,
23   and Office Depot, and like you said, WB Mason
24   and Amazon.
25       Q.   So let's talk about Office Depot for a

31 (Pages 121 to 124)

125

1   moment.  Does Office Depot have the ability to
2   offer next day delivery nationwide for business
3   customers?
4       A.  I'm not 100 percent sure, but I believe
5   so.
6       Q.  And to your knowledge, does Office
7   Depot have warehouses serving business customers
8   that are distributed across the country?
9       A.  Yes, but I just -- from -- you know,
10  not from observation or direct knowledge.  It's
11  just, you know, looking at their literature.
12      Q.  To your knowledge, is Office Depot able
13  to offer desktop delivery nationwide?
14      A.  I don't know.  I believe so.
15      Q.  To your knowledge, does Office Depot
16  have a sales force devoted to selling to larger
17  business customers?
18      A.  I'm not sure how they're organized
19  today.
20      Q.  I mean, putting aside their
21  organization, are you aware of them having a
22  sales team?
23      A.  Oh, they have a sales team.
24      Q.  So they have a sales force that is able
25  to solicit business for larger business

126

1   customers?
2       A.  They have a sales force out there,
3   yeah.  I'm not sure what -- how they're
4   organized or whether they're segmented in any
5   way.
6       Q.  Does Office Depot also have the ability
7   to offer eCommerce capabilities to business
8   customers?
9       A.  Yeah.  They're just like everybody
10  else, all the other providers out there.
11      Q.  Would you say that Office Depot is more
12  like Staples than any other competitor you face
13  in selling to enterprise and commercial
14  accounts?
15      A.  I think all the competitors are tough
16  competitors out there, and that in a
17  customer-by-customer situation they're -- they
18  can all be strong and all kind of say they do
19  the same things Staples does.
20      Q.  But would you say that Office Depot is
21  most like Staples among your competitors?
22      A.  I'm -- I'm -- I really don't know
23  Office Depot in any type of detail, other than
24  competing with them at customers or them -- so I
25  don't know.  I don't know.

127

1       Q.  Is there any other provider of office
2   supplies to business customers that has the
3   ability to distribute to customers from
4   facilities located throughout the United States?
5       A.  Oh, I think every -- every provider
6   that's connected with S.P. Richards or United
7   has the capability of doing that.
8       Q.  Is there any provider, other than
9   Staples and Office Depot, that have the ability
10  to provide nationwide distribution of office
11  supplies without relying on a wholesaler?
12      A.  We're big customers of the wholesalers,
13  so we rely on wholesalers.
14      Q.  But you said earlier that you have the
15  ability -- Staples has the ability to provide
16  nationwide distribution, correct?
17      A.  There are fulfillment centers, the
18  wholesalers, drop ship, yeah.
19      Q.  There is no area of the country where
20  you're relying on the wholesaler to provide
21  coverage, correct?
22      A.  We're relying on the wholesaler to get
23  product to the customer the next day.
24      Q.  But not to provide geographic coverage,
25  correct?

128

1       A.  I don't know specifically about that
2   kind of level of detail in the supply chain.
3       Q.  Is Office Depot your strongest
4   competitor for sales of --
5       A.  No.
6       Q.  -- office supplies and enterprise and
7   commercial accounts?
8       A.  Sorry.  No.
9       Q.  Who would you say is your strongest
10  competitor?
11      A.  I would say it's a toss-up between W.B.
12  Mason and specifically the toner manufacturers,
13  and then just this constant barrage of Amazon
14  and folks similar to Amazon getting business,
15  you know, out there locally.  I don't know if
16  I've lost more business to Amazon or the toner
17  manufacturers.
18      Q.  How would you characterize Office
19  Depot's pricing strategies with respect to
20  soliciting business from enterprise and
21  commercial accounts?
22      A.  I'm not sure what you mean by that.
23      Q.  So if you can just try and just
24  generally, how -- do you have any reactions to
25  how Office Depot goes to market in soliciting

32 (Pages 125 to 128)

129

1    business for enterprise and commercial accounts?
2        A.  I think, in general, you respond to
3    that customer request.  So it's -- I don't know
4    how they respond.  I know how, you know, we
5    respond to those requests.
6        Q.  Have you ever found Office Depot
7    respond -- responding to commercial and
8    enterprise accounts in a way you characterize as
9    irrational?
10       A.  We use the term "irrational" in a lot
11   of different ways.
12       Q.  Have you ever found Office Depot to be
13   pricing to commercial and enterprise accounts in
14   a way you consider irrational?
15       A.  You're talking about today or...
16       Q.  At any time.
17       A.  We'll use that term to, you know, have
18   a dialogue about pricing or an offer that the
19   customer tells us about.
20       Q.  Uh-huh.
21       A.  We don't know if that offer is correct,
22   or true, or -- we don't know anything about
23   that.  We just know a customer's telling us,
24   "You're way off the mark."  And we go -- what we
25   think about it -- and we go, "Well, that's

130

1    irrational," but we -- it doesn't -- it's just
2    the -- it just seems irrational.
3        Q.  So are you using it in a context where
4    Office Depot is offering pricing that is
5    undercutting your price at commercial and
6    enterprise accounts?
7        A.  I think it's a term we use any time
8    that something seems too good to be true or
9    somebody's telling us something that's too good
10   to be true or that we don't understand the
11   situation.
12           (EXHIBIT NO. PX04039 WAS PRE-MARKED FOR
13   IDENTIFICATION.)
14           BY MS. CERILLI:
15       Q.  I'm going to hand you a document that
16   is PX numbered PX04039.  This is a document
17   that's Bates numbered SPLS_0485510.  It's an
18   e-mail with an attachment.  And the e-mail is
19   from Tom Heisroth to Steve Facer and Mike Guon,
20   dated January 8, 2013.  I'll give you a moment
21   to look that over.
22           Again, I'll give you a moment to look
23   it over, but my question is about a specific
24   page.
25           MR. PERRY:  Which page?

131

1           MS. CERILLI:  I didn't say which page.
2           BY MS. CERILLI:
3        Q.  I have a question about the slide on --
4    sorry -- PX04039-008.
5        A.  Okay.
6        Q.  So let's just talk about the cover
7    e-mail before switching to that specific page.
8        A.  Uh-huh.
9        Q.  What is this document?
10       A.  It says, "LA Town Hall Deck," which
11   is -- I don't recall exactly.  It appears to be
12   just a prep deck for I'm visiting a sales office
13   and we're having a -- I'm up in front of room
14   and we're having just a general kind of quick
15   business update and then take questions from the
16   audience.
17       Q.  So does the deck reflect the
18   presentation you gave to Staples Advantage's
19   sales team in LA?
20       A.  I'd have to check my calendar to be
21   sure, but it appears that way.
22       Q.  Do you know who prepared the
23   presentation?
24       A.  It says Joe Fernandez.
25       Q.  Who is he?

132

1        A.  He was, at that time, my strategy
2    person.
3        Q.  You're the one actually sending the
4    document?  Would you have had a chance to review
5    and have a chance comment and edit on it before
6    sending it?
7        A.  Sometimes yes, sometimes no.  I don't
8    know from deck to deck whether I get to it or
9    not.
10       Q.  And who is Steve Facer and Mike Guon?
11       A.  They were two VPs that were located in
12   the LA office at that time.
13       Q.  And this e-mail is dated January 8,
14   2013.  Is it your understanding that this is
15   prior to the date of OfficeMax and Office Depot
16   merging?
17       A.  I don't recall the exact date, but
18   that's correct, yes.
19       Q.  So let's turn again to slide 6 of the
20   attachment presentation, which is PX04039-008, a
21   slide that's titled "Stabilizing the Core."  And
22   my question was actually about the notes
23   comment.  Do these notes reflect your talking
24   points to accompany the presentation?
25       A.  They were the talking points that Joe

33 (Pages 129 to 132)

133

1    put on there.
2        Q.  Do you recall specifically that Joe
3    prepared the talking points?
4        A.  I'm just going from the -- I don't
5    recall ever preparing talking points so -- or
6    slides.
7        Q.  So the first item in the talking points
8    or in the notes page, notes section of the page,
9    says, "(1) Retention -- we have been fighting
10   off Max and Depot's irrational approach and have
11   done a good job.  Competition is tough, but we
12   must do everything to hold onto our customers."
13   What do you understand that to be referring to?
14       A.  That -- that Max and Depot are
15   approaching our customers with offers and --
16   that we don't understand, and we are working --
17   our sales -- you know, the team sitting there is
18   doing a good job trying to respond to those,
19   whatever they may be -- may be -- a customer may
20   call up and say, "I've got this, you know,
21   offer, I'm in this situation."  And, you know,
22   at times you have to unwind the -- you have to
23   unwind the haze to get to what's really going
24   on.
25       Q.  And so when you say that OfficeMax and

134

1    Office Depot were offering pricing that you
2    didn't understand, do you mean that they were
3    offering pricing that was lower than Staples
4    could make sense of?
5        A.  Yes.  Couldn't make sense of.  Yes.
6    Something was happening in that market or a
7    particular customer that we were having a hard
8    time understanding.  Having the customer and
9    knowing, you know, a lot of the facts for that
10   customer.
11       Q.  I also have a question about Item (3)
12   in the notes page.  Item (3) says "Margin -- we
13   have to do a better job of passing along price
14   increases.  We are the market leader.  If a
15   customer doesn't accept a price increase, then
16   we will look back to our retention strategy and
17   do what is best for the company."
18       What is that item referring to?
19       A.  It is referring to the -- at times we
20   don't do a good of -- we get a cost increase,
21   and we don't pass that cost increase along to
22   the customer.
23       Q.  So would you say it was a goal that you
24   had for yourself, team, to attempt to do a
25   better job of passing along price increases?

135

1        A.  I think that's always a goal of our
2    team, to try and manage our margin, you know,
3    appropriately.
4        Q.  And was the approach that Office Depot
5    and OfficeMax were taking to pricing undermining
6    the ability of Staples Advantage to pass along
7    price increases?
8        A.  I don't recall them being specifically
9    linked.
10       Q.  I'm not even asking for a specific
11   link.  Do you think that what was described in
12   the first bullet as Staples' and Office Depot's
13   irrational approach was undermining Staples'
14   ability to pass along price increases?
15       A.  In some specific customers.
16       Q.  Yes.
17       A.  Yes.  In some specific customers.
18       Q.  Did you have any reactions to the
19   merger of Office Depot and OfficeMax?
20       A.  I was -- I didn't want to -- I wasn't
21   envious of being in the position of having to do
22   an integration after having just done one myself
23   and how difficult that was.  And I think my
24   reaction was it was really hard for us.  I
25   thought we did a nice job.  It's going to be

136

1    really hard for them.  And it's going to be a
2    lot of change for a lot of customers.  And let's
3    get our sales team rallied together when that
4    change starts happening to get out there and
5    talk to the -- to the customers about, "hey, if
6    you're going to change, there's always an
7    opportunity to change to Staples."
8        Q.  Was there any hope on the part of
9    people at Staples Advantage that the merger of
10   OfficeMax and Office Depot might reduce what you
11   had previously described as some picture
12   irrationality?
13       A.  Now we say about W.B. Mason and others.
14   So it's just an ongoing thing.  It's been there
15   for years in one way or the other.  You don't
16   understand, for instance, how we have the same
17   issue in the JanSan business.  How did they get
18   to that offer, in the tech business, how did
19   they get to that offer?  It's just a -- it's
20   just a term we use for when we don't understand
21   what the price -- how they got to that deal.
22       Q.  And a moment ago when you said that
23   there were some specific customers who
24   Office Depot and OfficeMax might have made it
25   harder for Staples to pass along price

PX02011-035

137

1    increases.  Can you tell me more about those
2    customers.
3        A.  I can't think of any of them
4    specifically, but the situations that I can
5    recall are customers out of RFP.  They're in
6    this very -- they have who knows how many
7    suppliers bidding on the business, you know,
8    five, ten, I just don't know.  They're talking
9    about outsourcing their -- you know, their toner
10   and you've got Amazon hammering away.  And lo
11   and behold, you know, there's -- there -- you
12   know, you're -- you're trying to -- you just got
13   a price increase, and you're trying to just
14   tread water and kind of move forward.  And all
15   of a sudden there is an offer on the table that
16   doesn't make sense to you.
17       But the customer accepts it as at face
18   value, or at least starts the process of
19   accepting it at face value until you start
20   digging into the details, and, essentially, that
21   price increase gets delayed or modified or put
22   on hold or something like that and, you know, as
23   a result, our margins go down.
24       Q.  Now, after the merger of Office Depot
25   and OfficeMax, is it fair to say that there are

138

1    really only two main players for the sale of
2    office supplies to large business customers?
3        A.  Absolutely not.  I mean, we're losing
4    business to W.B. Mason.
5
6
7        This is millions of dollars' worth of
8    business to them.  We're losing millions and
9    millions and millions of dollars' worth of
10   business to the toner manufacturers and to paper
11   folks gone direct, not to mention the constant
12   purchasing out there in the field of people
13   buying regionally or by product.
14       And -- and the Amazon phenomenon where
15   people have their browser open and they check
16   every price.  And that alone is causing, you
17   know, thousands of price decreases a week,
18   trying to meet that or beat it.
19       (EXHIBIT NO. PX04055 WAS PRE-MARKED FOR
20   IDENTIFICATION.)
21       BY MS. CERILLI:
22       Q.  Okay.  I'd like to review another
23   document with you.  I'm going to use a
24   document that is PX-numbered PX04055, Bates
25   number SPLS_0586233.  This is an e-mail with a

139

1    PowerPoint attachment, an e-mail from Heather
2    Harrington to a variety of recipients, including
3    Neil Ringel and Tom Heisroth dated November 17,
4    2013.
5        I'll give you a moment to look it over.
6    But my questions are roughly about slide 9
7    through 11 of the PowerPoint attachment.  So
8    that would be starting on PX04055-010.
9        A.  Okay.
10       Q.  So let's just turn back to the cover
11   e-mail just to get oriented.
12       What is this document?
13       A.  It looks like a presentation at a
14   leadership forum.
15       Q.  Is this a leadership forum within
16   Staples Advantage?
17       A.  I don't recall this one specifically
18   but it says "Leadership Summit" on the front of
19   it.
20       Q.  But this is specific to Staples
21   Advantage?
22       A.  Yes.
23       Q.  And who is Heather Harrington?
24       A.  She's a VP in marketing.
25       Q.  And you see on the cover e-mail it has

140

1    a list of names of pages referenced --
2        A.  Uh-huh.
3        Q.  -- next to it.
4        What do you understand that to be
5    showing?
6        A.  I am not 100 percent.  I'm not sure,
7    but it looks like they're the pages that you're
8    speaking to.
9        Q.  And you see it says "Neil, pages 3-9"?
10       A.  Yes.
11       Q.  Who do you understand Neil to be
12   referring to on that?
13       A.  Neil Ringel.
14       Q.  And the second -- right after that is
15   "Tom, pages 10-11."  Who do you understand that
16   to be referring to?
17       A.  Myself.
18       Q.  Do you understand -- do you know who
19   prepared this presentation?
20       A.  No, I'm not 100 percent sure.  I
21   don't...
22       Q.  Was this essentially a leadership --
23   let me strike that.
24       Was this a meeting within Staples
25   Advantage of which both you and -- and Neil

35 (Pages 137 to 140)

PX02011-036

141

1    would have spoken?
2        A.  It's rare but it looks that way.
3        Q.  No reason to doubt that that's what it
4    is?
5        A.  Yeah.  I just don't recall specifically
6    the day or the meeting or --
7        Q.  And you say it's a leadership
8    conference.  Can you elaborate on what that is?
9        A.  It says it's a con -- it's a condensed
10   version of something else.  So I'm not sure if
11   it was a general sales leadership meeting, or it
12   was a leadership meeting in the headquarters
13   building, or I'm -- I just don't know for sure.
14       Q.  Okay.  So let's turn to the slide that
15   is at page PX04055-010.  And I'm going to have
16   some questions about the notes page to this.
17       A.  This one?
18       Q.  Yes.  So the notes pages -- the notes
19   to this page state, "We will no longer compare
20   ourselves to Depot and Max.  The merger is
21   complete.  Opportunity we've worked so hard for.
22   There are only two real choices for major
23   customers.  Us or them.  (List reasons)."
24           When it says "us or them," do you
25   understand that to be referring to Staples or

142

1    Office Depot?
2        A.  I'm not sure.
3        Q.  Do you know who prepared these notes?
4        A.  I don't recall.
5        Q.  And the sentence says "There are only
6    two real choices for major customers, us or
7    them."
8        A.  I don't understand it in context of
9    the -- the slide, you know, on the page.  It
10   doesn't seem to match up.
11       Q.  This is a meeting you would have
12   attended?
13       A.  I -- I don't know exactly what meeting
14   it was.
15       Q.  And it says "the merger is complete,
16   opportunity we have worked so hard for.  There
17   are only two real choices for major customers.
18   Us or them."  In your years of experience with
19   Staples, who would you understand them to be
20   referring to when they say two major players,
21   two real choices?
22       A.  I'm not sure in the context of this
23   slide here.  I'm not.  I think it's -- I
24   don't -- I don't know if these notes ever went
25   with any slide or were part of any presentation.

143

1    When I read the cover page, it looks like -- I'm
2    not sure.
3        Q.  Let's turn to slide -- let's turn to
4    page PX04055-012.  And this is continuing -- a
5    continuation of a notes page.  The notes say
6    under a heading of pricing, the second bullet
7    "have to past on price increases."  Third bullet
8    says "only the OP space is polluted with volume
9    rebates and up-front money -- need to lead by
10   example and stop doing these things!"
11           When it says the "OP space," what do
12   you understand that to be referring to?
13       A.  Our legacy core contracts.
14       Q.  Is "OP" office products?
15       A.  Yes, but it's not the definition of
16   office products that we've been using in the
17   past parts of our conversation.
18       Q.  So is OP essentially the non-BOSS
19   categories that we talked about earlier?
20       A.  Well, no.  That's where it gets a
21   little hazy.  Because then there is still some
22   technology products and break room products and,
23   you know, JanSan products and transactional,
24   furniture.  And so it just means those core
25   contracts with those list of items on there.

144

1        Q.  So what is this referring to when it
2    says "only the OP space is polluted with volume
3    rebates and up-front money"?
4        A.  It means that there's a lot of rebates
5    and up-front money being requested by customers.
6    And that it's -- it's -- do we really -- is it
7    really necessary because in the end, it's just
8    part of price.
9        Q.  And so -- but this is saying that it's
10   in the office supplies categories that you're
11   encountering customers asking for volume
12   rebates?
13       A.  Well, it's in our contracts.
14       Q.  In your contracts with larger
15   enterprise and commercial customers?
16       A.  All customers.
17       Q.  So contract customers for office
18   supplies were -- are requesting rebates and
19   volume -- sorry, rebates and up-front money?
20       A.  What -- how I just defined office
21   products there and those contracts, yes.
22       Q.  And then it says -- so was it a goal of
23   Staples Advantage to, number one, make an effort
24   to pass on price increases at this time?
25       A.  When we get cost increases, we try to

36 (Pages 141 to 144)

145

1    pass them on.  We're not always successful.
2        Q.   And is it a goal of Staples Advantage
3    to try to reduce the extent to which you're
4    offering volume rebates and up-front money for
5    office supplies contracts?
6        A.   We're trying to ratchet back rebates
7    and up-front money.  It's very costly to manage
8    and maintain the books and the accounting for
9    that and deal with all those, you know, accruals
10   and all the management of that.  It's just very
11   costly to have entire teams of people that just
12   calculate rebates, entire teams of people that
13   just make sure the accruals for up-front money
14   are right because you're amortizing them over
15   the life of the contract.
16       So it's very costly for us to do that.
17   We'd rather put it directly in price.  It's --
18   it's easier and less expensive for us to
19   maintain.
20       Q.   But it is also -- is this notes page
21   referring to the fact that you also have the
22   goal to take price increases as well?
23       A.   We're passing along cost increases.
24   That's -- that's generally the intent.  We
25   don't -- we're lowering 4,000 prices a week.

146

1    Prices aren't, you know -- margins are going
2    down.
3        Q.   And would you say that most commercial
4    and enterprise customers that are under contract
5    with Staples Advantage have volume rebates or
6    up-front money?
7        A.   Not most.  I would say there is a good
8    portion of customers that have -- one of the
9    volume rebates defined as you get a rebate of
10   1 percent of sales, or you get an incremental
11   volume rebate between this gate and that gate.
12   Yes, there is a good number.  I don't know the
13   percentage or the exact number.  But up-front
14   money -- do commercial and enterprise --
15   customers in commercial and enterprise business
16   have up-front money?  Yes.
17       Q.   And do Staples and Office Depot compete
18   for enterprise and commercial customers by
19   offering up-front money?
20       A.   We compete with a lot of competitors
21   with up-front money.
22       Q.   One of which is Office Depot?
23       A.   We don't exactly know what their offers
24   are.  So we know what a sourcing person who's
25   negotiating with us is saying to us.

147

1        Q.   But fair to say you've heard from
2    sourcing people that Office Depot is offering
3    up-front money?
4        A.   We've heard it about -- from several
5    competitors, including Office Depot and
6    OfficeMax.
7        Q.   And fair to say you've heard from
8    customers that Office Depot is offering volume
9    rebates in order to win their business?
10       A.   Yeah.  But I don't know what they mean
11   by that.  They -- you know, what I mean by
12   volume rebate is a percentage of sales or a
13   rebate for being in a certain dollar gate.  And
14   we hear that from the sourcing people, but
15   frankly, they turn around and do just the
16   opposite.  So that's frustrating for us.
17
18       (EXHIBIT NO. PX04044 WAS PRE-MARKED FOR
19   IDENTIFICATION.)
20       BY MS. CERILLI:
21       Q.   Look at -- you can set that aside.
22       I would like you to look at another
23   document.  I'm handing you a document that is in
24   PX -- numbered PX04044, Bates numbered
25   SPLS_0521012.  This is an e-mail with

148

1    attachment.  The e-mail's from John Guerin to
2    Margot Hart and Tom Heisroth dated February 18,
3    2014.
4        And my -- you can review the document.
5    My question is specifically about PX04044-025.
6        A.   What was that page number again?
7        Q.   Let's start by talking about the cover
8    e-mail.  Do you know what this document is?
9        A.   It looks like something John made to
10   talk with his team about.
11       Q.   Okay.  And who is John Guerin?
12       A.   John, I think, at that time was the
13   vice president of business development.
14       Q.   And the cover e-mail refers to a BD
15   leader meeting.  Do you understand what that
16   refers to?
17       A.   Not off the top of my head.
18       Q.   Do you understand what BD is
19   referring --
20       A.   Business development.
21       Q.   Is Mr. Guerin responsible for business
22   development for enterprise and commercial --
23       A.   He was --
24       Q.   -- accounts?
25       A.   -- for a year.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

PX02011-038

149

1      Q.  Was he at the time of this?
2      A.  It appears so.
3      Q.  So let's turn to slide PX04044-025.
4  It's titled "ODP Attack Plan and Marketing
5  Discussions."
6          And you'll see the first bullet.  It
7  says "ODP Attack Plan --"
8      A.  Excuse me.  Maybe I misheard the page.
9      Q.  Okay.  It's the page I'm on, again, is
10  PX04044-025.
11     A.  Oh.
12         MR. PERRY:  Bottom numbers.
13         BY MS. CERILLI:
14     Q.  And it's a slide titled "ODP Attack
15  Plan and Marketing Discussion."
16     A.  Yep.
17     Q.  And you'll see the first bullet, it
18  says, "ODP Attack Plan.  How will we play in a
19  two player national market?"
20         Do you understand what that's referring
21  to?
22     A.  I don't know.  John wrote this.  I'm
23  not exactly sure what he meant by it.
24     Q.  You're responsible for commercial?
25     A.  I know, but I didn't write it.  It was

150

1  e-mailed to me.  And looking at the date, I'm
2  not sure if I read it or I just don't recall
3  that document.  I think he means large
4  customers, but I'm not sure.
5      Q.  Are you aware of your business
6  development team having a two player strategy
7  for approaching large business customers?
8      A.  I think we have a strategy for
9  approaching customers, you know, from a lot of
10  different competitors.  And a strategy is
11  essentially the same, which is go into a
12  customer and dig for pain and try to find an
13  opportunity of where they might be unsatisfied
14  or have the perception that they're not
15  satisfied and to try to tell them that we're
16  going to do a better job.
17     Q.  Prior to the merger of Office Depot and
18  OfficeMax, you wouldn't have expected to see
19  the sale of office supplies to large businesses
20  characterized as a two player market, would you?
21     A.  I mean, I don't know how it would be
22  characterized.  I would just say I'm not sure
23  exactly what John meant by this.  I didn't write
24  the deck.  And -- sorry.  Go ahead.
25     Q.  I think it's a fair interpretation of

151

1  the document that he was referring to there
2  being two players, Staples and Office Depot, who
3  were the main competitors for the sale of office
4  supplies to large businesses?
5      A.  It says how we play in a two player
6  national market on the page.  That's what it
7  says.
8      Q.  So understanding you didn't write it,
9  what is your interpretation of what that's
10  referring to?
11     A.  I think it's referring to him trying to
12  rally his troops for an opportunity with Office
13  Depot and OfficeMax coming together, and he's
14  using whatever terms he thinks is appropriate to
15  strike a cord in his team to get them to do
16  that.  Whether that's the facts on the street.
17  Because obviously, it's not a two player market.
18  We have W.B. Mason.  We have all these other
19  competitors, you know, with direct.  We have the
20  consortiums, we have, you know, the Amazons and
21  we have all the folks that are supported by S.P.
22  Richards and United and we have W.B. Mason, who,
23  if you went out and asked our sales team, that's
24  what I hear most about today is W.B. Mason.
25     Q.  Do you ever give presentations, all the

152

1  rising star presentations?
2      A.  We have rising stars come in.  We may
3  have done it once or twice.
4      Q.  What is a rising stars meeting at
5  Staples Advantage?
6      A.  It's -- really, we -- we bring in a
7  group of people.  We nominate them as rising
8  stars.  I really don't know the group of people
9  well.  They bring them in.  They figure out an
10  agenda for them.  It's a way to identify and
11  look for people who might have the ability to
12  progress in the organization.  And -- but
13  it's -- it's sort of lower level folks and
14  usually a group of people, HR, really led by HR,
15  kind of organize -- we've been doing it one or
16  two years -- a meeting where they come in and
17  they just -- they get some development
18  opportunities.  They hear some stuff about the
19  business and then they get some development --
20  maybe HR has a development program for them for
21  a day.
22     Q.  So is this an opportunity to speak to
23  the salespeople among Staples Advantage?
24     A.  It's a collection -- some of them are
25  salespeople.

38 (Pages 149 to 152)

153

1    Q.  Okay.  Have you ever spoken at a rising
2  stars --
3    A.  Yes, I have.
4    Q.  -- meeting?
5       And what generally is the focus or
6  purpose of your presentations?
7    A.  It's -- really, the focus of it is they
8  just -- you know, it's mostly lower level people
9  in the organization, sales reps, or people in
10  the operating departments who are in the program
11  who really don't have that opportunity to hear
12  and speak with, you know, the senior leadership
13  team very often.
14       So, you know, you're sitting around a
15  big conference table and they're asking
16  questions.  And, you know, I can't remember
17  anything, you know, more than that.  I probably
18  talk off the cuff for a few minutes and then
19  ask -- let them ask questions.
20    Q.  And do you view this as an opportunity
21  to discuss strategy with your salespeople?
22    A.  I think we view it more of an
23  opportunity.  It's a Staples program.  Having a
24  meeting is kind of just our twist because we're
25  one of the only, you know, completely

154

1  decentralized teams.  So we don't know each
2  other.  If you were a rising star and you were
3  in the home office, you would have a rising star
4  meeting or things like that.
5       So we have -- we've had these meetings.
6  We try to make it interesting for them.  I don't
7  think we're, like, trying to, you know, get our
8  strategy out.  What we're really -- a lot of
9  what we're trying to do is give them a
10  development opportunity, make them feel good so
11  they don't look for other jobs and leave Staples
12  because we think they're a pretty good group of
13  people.  And so it's kind of a retention
14  strategy and it's also a way to get feedback
15  from people at that level about what's going on
16  in their world.
17       MS. CERILLI:  I would like to look at
18  one more presentation and then we can take a
19  break.
20       MR. PERRY:  Thank you.
21       (EXHIBIT NO. PX04043 WAS PRE-MARKED FOR
22  IDENTIFICATION.)
23       BY MS. CERILLI:
24    Q.  So I handed you a document numbered
25  PX04043, Bates number SPLS_0515937.  E-mail from

155

1  Margot Hart to Tom Heisroth dated January 2nd,
2  2014 with a PowerPoint presentation attached.
3  And, again, I'll have a question for you about
4  one page on the PowerPoint, which is slide 17,
5  which is PX04043-019.
6    A.  Okay.
7    Q.  What is this document?
8    A.  It looks like a slide and a deck
9  that was used in the rising star meeting.
10    Q.  And was this a preparation you were
11  making to the rising star meeting?
12    A.  I don't know.
13    Q.  You can look back at the cover e-mail
14  if that helps.
15    A.  Yeah.  I don't think I made the entire
16  presentation.  I think I probably opened it and
17  then came in for kind of a town hall.
18    Q.  Okay.  And, again, the cover e-mail was
19  from Margot Hart to you.  Who is Margot Hart,
20  again?
21    A.  She is the director of strategy.
22    Q.  Do you supervise her work?
23    A.  Yes, I do.
24    Q.  Do you know who prepared this
25  presentation?

156

1    A.  I'm not 100 percent sure, but I think
2  Margot prepared it.
3    Q.  And you would have had a chance to
4  review and comment, edit on it before
5  presenting?
6    A.  Maybe not -- I don't recall if I
7  commented or edited on this particular
8  presentation.
9    Q.  Turning to slide 17, which is, again,
10  PX04043-019.  The slide says "Discussion, two
11  player Market Strategy" with Office Depot/Max
12  and Staples Advantage listed.
13       What is this referring to?
14    A.  It looks like she's -- they're trying
15  to solicit information from the team that's
16  assembled in the room about what they're hearing
17  in the field since Office Depot and OfficeMax
18  merged.
19    Q.  And we can agree that when it says "two
20  player market strategy," the two players in the
21  market are Office Depot and Staples Advantage?
22       MR. PERRY:  Just to be clear, you're
23  asking on this page, as opposed to two players
24  in the market in general?
25       MS. CERILLI:  On this page.

39 (Pages 153 to 156)

157

1        THE WITNESS:  Yeah.  On this page, I
2   would say they're talking about Office Depot,
3   OfficeMax and Staples.
4        BY MS. CERILLI:
5        Q.   And did Staples develop a strategy for
6   competing in a two player market?
7        A.   Not that I -- no.  We developed a
8   strategy for Office Depot and OfficeMax like we
9   do every time we see an opportunity, which is we
10  see an organization that's going to go through a
11  lot of change and can we develop -- is there
12  something that we can do to take advantage of
13  that.
14       Q.   So do you have an understanding of what
15  this page is referring to when it says "two
16  player market strategy"?
17       A.   Looks like reading it at the bottom, it
18  looks like they're asking, do you see Office
19  Depot OfficeMax doing anything differently out
20  in the field and should we think about doing --
21  should we -- what ideas do you have on how to
22  approach Office Depot and OfficeMax in this
23  environment.
24       Q.   So we know we have looked at a couple
25  of documents that I've referred to two players.

158

1   So is it fair to say that there are some people
2   at Staples Advantage who hold the view that
3   there are two players for the sale of office
4   supplies, two large customers?
5        A.   I can't really say what they think or
6   do, but they have the words on the document -- a
7   couple documents you showed, and I think that
8   they are using that in a variety of different
9   ways.  In the case of this document here that
10  we're currently looking at, it looks like
11  they're just trying to figure out, you know,
12  what's going on out -- they're just trying to
13  start a discussion in a group of people that
14  really don't know each other, probably never met
15  each other and probably talk about the Office
16  Depot/OfficeMax merger, what does it look like
17  from the field perspective, what do you see,
18  what are they saying to your customers, that
19  type of thing.
20       Q.   But it's fair to say that Staples
21  Advantage views Office Depot as a significant
22  competitor of office supplies to business --
23       A.   We --
24       Q.   -- to business customers?
25       A.   -- absolutely view them as a competitor

159

1   and one of several.
2        Q.   I notice there is no other competitor
3   mentioned here.  It's fair to say they are a
4   significant competitor?
5        A.   They're -- they're a good competitor.
6        Q.   And they're one of your significant
7   competitors for the sale of office supplies to
8   enterprise and commercial accounts, correct?
9        A.   They're a competitor for our commercial
10  and enterprise business, like I said, along with
11  a bunch of others and -- that we've talked
12  about, you know, many times today.
13       MS. CERILLI:  Why don't we take a break
14  here.
15       (Recess.)
16       BY MS. CERILLI:
17       Q.   So I'd like to shift gears on what we
18  were discussing previously.  Does Staples
19  Advantage track market share?
20       A.   No.
21       Q.   Do you have a sense of how much share
22  Staples Advantage has --
23       A.   I -- it's very -- sorry.
24       Q.   -- in the sale of office supplies to
25  commercial and enterprise customers?

160

1        A.   No.  It's a really confusing topic
2   because of -- a lot of those customers were
3   selling a lot of other stuff too.  It's hard to
4   pull those numbers apart.  We just don't track
5   it.
6        Q.   Let's put aside the BOSS categories.
7   Let's just focus on what you called earlier
8   office supplies.  Do you have a general sense of
9   what your share of office supplies to commercial
10  and enterprise customers is?
11       A.   No, because we don't know what we don't
12  know.  So we don't know what, you know, they're
13  acquiring from other folks.  I think I said,
14  really, earlier that our customers are buying
15  from Amazon, they're buying from the toner
16  manufacturers direct, they're buying from paper
17  manufacturers direct as well as paper
18  distributors.
19       So -- and we don't know -- and they're
20  buying a lot of stuff from Amazon and
21  Amazon-type folks, and we don't really know what
22  the -- actual market pot looks like.
23       (EXHIBIT NO. PX04036 WAS PRE-MARKED FOR
24  IDENTIFICATION.)
25       BY MS. CERILLI:

40 (Pages 157 to 160)

161

1       Q.  I'd like to talk about one document
2   with you.  I'm going to hand you a document PX
3   numbered PX04036, Bates numbered SPLS_0474420.
4   This is an e-mail, at the top, from Tom Heisroth
5   to Tom Heisroth, dated May 19, 2015.  And then
6   there is a trailing e-mail from Margot Hart to
7   you, dated May 18th, 2015.  I'll give you a
8   moment to look that over.
9       A.  Okay.
10      Q.  Do you recognize this document?
11      A.  Not off -- no.
12      Q.  Well, what is this document?
13      A.  It looks like an outline for a
14  presentation I made to the tech team.
15      Q.  Okay.  And do you know who prepared the
16  bullets that are listed here?
17      A.  Looks like Margot.
18      Q.  And Margot, again, is someone who
19  reports to you?
20      A.  Yes, she does.
21      Q.  And do you recall reviewing or
22  commenting on these bullets?
23      A.  Yeah.  I don't recall specifically, but
24  I'm -- I think we -- we reviewed them.
25      Q.  Okay.  I'd like to direct your

162

1   attention to a line that's on the first page,
2   which is actually italicized and underlined, and
3   it says, "You can tell me" -- sorry.  Let me
4   start over.
5           "You can tell the story about talking
6   to me about my desire to make things perfect and
7   that we are imperfect at a lot of things in OP
8   and still have 60 percent market share."
9       First, what is OP referring to in that
10  sentence?
11      A.  Office products.
12      Q.  And what products does that comprise?
13      A.  Paper, toner, office supplies, the tech
14  supplies that are on customers' contracts, the
15  furniture that's on customers' contracts, just
16  the, you know, the break room supplies, some
17  JanSan supplies, some print.
18      Q.  But the OP is distinct from the BOSS
19  category, correct?
20      A.  No.  They overlap.  In this case, I'm
21  talking about customer contracts and that we
22  sell stuff to 60 percent of the customers in the
23  Fortune 100.
24      I'm really trying to rally the troops
25  here, and, you know, the idea, just trying to

163

1   rally people.  They're in a tough business, in
2   difficult times, and what we're trying to say --
3   I'm trying to say -- what I'm trying to say
4   really clearly is, you know, despite a bunch of
5   tough times, you know, things in other parts of
6   the business, right, our general line business
7   aren't perfect either, but we're still selling
8   to roughly 60 out of 100 of those top customers.
9       Q.  So what is this 60 percent market share
10  that this document is referring to?
11      A.  I don't know exactly what it refers to.
12  It's a -- it's a document -- it's verbiage that
13  we're using just to kind of -- it's not an exact
14  measure of anything.  It's...
15      Q.  Understanding that it's not exact,
16  what, as a general matter, is this document
17  referring to when it says 60 percent market
18  share?  Is that the sale of office supplies
19  to --
20      A.  I -- you know what, I don't know
21  exactly what it's referring to.  It's not
22  referring specifically to office supplies.
23      Q.  And you a moment ago said 60 percent
24  share to Fortune --
25      A.  I thought I read 100 in here, but I

164

1   don't see it so maybe I misspoke.
2       Q.  Sorry.  So what did -- does -- what
3   share of Fortune 500 customers does Staples sell
4   office supplies to?
5       A.  I don't know, off the top of my head.
6       Q.  So what was the 60 percent that you
7   were referring to a moment ago?
8       A.  I'm not even -- I'm not -- I'm not
9   sure.  I'm not sure.
10      Q.  I'm actually just trying to clarify
11  something you said just a moment ago.  You said
12  you make -- you sell to a certain percentage of
13  either the Fortune 100 or the Fortune 500.
14      A.  I misread the document, and I thought
15  that it said that in here and I re-looked at the
16  document, and I just misread it.
17      Q.  So looking at the document again, what
18  do you understand the document to be referring
19  to when it says, "We have a 60 percent market
20  share"?
21      A.  I don't recall exactly what I was
22  referring to in there.
23      Q.  I mean, this was only in May.  Can you
24  give me a general sense?
25      A.  I can't recall specifically.  I -- we

41 (Pages 161 to 164)

PX02011-042

Heisroth

**Office Depot and Staples**                                    8/12/2015

---

165

1    sell 60 percent of something to some market
2    segment.  I -- I don't know.  I can't recall
3    specifically where it came from.
4         **Q.  And, again, I'm not looking for**
5    **specifics.**
6         A.  I don't -- I don't -- I don't recall it
7    coming from any particular source.
8         **Q.  Well, when you would have given these**
9    **talking points to your sales force and said "60**
10   **percent market share," what would you have been**
11   **referring to?**
12        A.  I'm -- I'm not sure.  It's in the
13   document.  I'm not sure I actually ever said it
14   when I was in the room that day.  You know, it
15   was kind of like a prep thing that I was
16   thinking about.  You know, it was a -- I
17   remember the day.  It was, you know -- it wasn't
18   to the sales team only.  It was to what was
19   really primarily an operations team who, you
20   know, was kind of demoralized.  I was there just
21   to answer the questions and kind of pump them up
22   about the direction we were trying to take that
23   business.
24        **Q.  The next bullet down says "no silver**
25   **bullet to becoming a Top National VAR."**

---

166

1         A.  Uh-huh.
2         **Q.  What is top national VAR?**
3         A.  Value added reseller.
4         **Q.  What is that?**
5         A.  That's a term that's used in the
6    technical industry for businesses that sell, you
7    know, computing and hard -- sell hardware and,
8    you know, NPS, and assortment of -- you know,
9    it's the computing industry.
10        **Q.  You can set that document aside.  And**
11   **I'd like to talk a little bit more about the**
12   **sale of office supplies to Fortune 500**
13   **companies.  What portion of the Fortune 500 do**
14   **you believe purchase supplies from Staples or**
15   **Office Depot?**
16        A.  I don't know the exact number and -- I
17   just don't know it.
18        **Q.  I'm not looking for an exact number.**
19   **What would you say generally would be your**
20   **estimate?**
21        A.  I don't know.  I mean, I think when you
22   say that it's -- it's really hard for me to
23   comment on that because they're buying some --
24   there's this pile of stuff that they buy, and
25   they're buying a lot of it from the

---

167

1    manufacturers direct, and they're buying a lot
2    of it from Amazon and Amazon-like players.
3         You know, there's kind of Grainger, and
4    CDW, and these other suppliers, and the
5    customers that have overlap with the stuff they
6    sell, and they get sold from them.  And, you
7    know, everybody's kind of got a piece of it out
8    there.
9         **Q.  Would you say the Fortune 500 are a**
10   **group of customers that your commercial and**
11   **enterprise team attempt to cultivate business**
12   **from?**
13        A.  We have -- you know, of course we have
14   existing customers that are Fortune 500 and we
15   have, you know, thousands of prospects, and
16   unless it would be an oversight, they would --
17   they would be on our prospect list.
18        **Q.  So you would consider all of the**
19   **members to other Fortune 500 to be either**
20   **current customers or prospecting targets for**
21   **your commercial and enterprise sales teams?**
22        A.  Yes.
23        (EXHIBIT NO. PX04051 WAS PRE-MARKED FOR
24   IDENTIFICATION.)
25        BY MS. CERILLI:

---

168

1         **Q.  I'd like to look over a document with**
2    **you.  I'm going to hand you a document PX**
3    **numbered PX04051, Bates numbers SPLS_0562533.**
4    **It's an e-mail with a spreadsheet attachment.**
5    **The e-mail is from Tara Santry to Jason Rome, cc**
6    **to Tom Heisroth and Joe McDonald, dated July 11,**
7    **2011.**
8         **And the spreadsheet has a number of**
9    **pages, but we can maybe talk through it**
10   **together, but I'll give you a moment to look at**
11   **it.**
12        **What is this document?**
13        A.  It looks likes Tara Santry sent this to
14   Jason.
15        **Q.  Who is Tara Santry?**
16        A.  She is VP of business development.
17        **Q.  And you see her title is enterprise**
18   **accounts?**
19        A.  I am not sure if that's her official
20   title or she just uses that.  2011.
21        **Q.  And who is Jason Rome?**
22        A.  Jason was -- he was a strategy person
23   back then.
24        **Q.  And you see the subject of the e-mail**
25   **is Fortune 500 project.  Do you have an**

---

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

PX02011-043

169

1    understanding of what that is?
2        A.  I don't recall specifically.
3        Q.  What is your understanding of the
4    purpose of this document?
5        A.  I'm trying to understand -- I'm not
6    exactly sure, but it is a list of the Fortune
7    500 group with a list of information on it.
8        Q.  Looking at the cover e-mail, it says --
9    refers to a couple different names.  SEA
10   Existing, SBA Existing, SEA Prospects, SBA
11   Prospects.
12       A.  Uh-huh.
13       Q.  Can you explain to me what those four
14   categories are.
15       A.  They're the two businesses that we had
16   at the time.  I don't know if SEA is the correct
17   name or it should be SMA.  I think for maybe a
18   period of time we called it SEA, but right after
19   this we dissolved those businesses and put them
20   all together with the SBA, and redefined the
21   businesses into mid market, and commercial and
22   enterprise.
23       Q.  Okay.  So what does SEA stand for?
24       A.  I believe it stands for Staples
25   Enterprise Accounts.

170

1        Q.  And what does SBA stand for?
2        A.  No.  I mean Staples enterprise -- I'm
3    actually not 100 percent sure what SEA means
4    right there.
5        SBA means Staples Business Advantage.
6        Q.  Okay.  Let's turn to -- actually,
7    first, do you have any understanding where Tara
8    Santry would have collected this information
9    from?
10       A.  Not -- no.  I mean I don't know exactly
11   what the collection method was.
12       Q.  You see on one of the spreadsheet
13   columns there is an incumbent listed for each of
14   the companies?
15       A.  What page are you referring to?
16       Q.  So let's turn to PX04051-023.  So let
17   me ask you:  What does this spreadsheet appear
18   to be showing?
19       A.  It says it's -- it's prospects with an
20   incumbent, whatever that means.
21       Q.  And it shows companies listed here.  Is
22   it your understanding that these are Fortune 500
23   companies?
24       A.  They say they were at the time.
25       Q.  And you see at the far right-hand

171

1    column it says "current, incumbent"?
2        A.  Yes.
3        Q.  Is it fair to say that Staples
4    Advantage has an understanding who the incumbent
5    office supply provider is to the Fortune 500?
6        A.  I think at this time, though, of this
7    document the business has evolved a lot.  Since
8    then, we've expanded dramatically.  You know,
9    we've changed our structure.  We've changed our
10   sales force organization.  We've completely
11   downplayed that part, you know.
12       We have reoriented our business toward
13   the BOSS categories, furniture, technology,
14   print, and all that.  We just looked at
15   completely different.  It was a different time.
16       Q.  Turning to the last page of this
17   spreadsheet.  It's PX04051-032.  There -- there
18   appears to be a summary box on this page that
19   has number of prospects with incumbent.  Do you
20   see that, where I am?
21       A.  Uh-huh.  Yes.
22       Q.  And who is the sort of number one, most
23   common incumbent listed there?
24       A.  Listed on this page is OfficeMax.
25       Q.  And who is the secondmost?

172

1        A.  On this it's Office Depot.
2        Q.  Okay.
3        A.  But I just want to state again, that's
4    not how we look at our business today.  It's
5    quite -- it's so different today with the BOSS
6    categories, and what we're trying to achieve.
7    That's just not -- it's not the focus of what we
8    are doing.
9

19       Why do you think it is that Office
20   Depot, OfficeMax and Staples are so well
21   represented in serving as office supply
22   providers to the Fortune 500?
23       MR. PERRY:  I need to interject and
24   clarify.  I know you said we're talking about
25   2011 and then your question is in present tense.

43 (Pages 169 to 172)

173

1    So can we make clear if we're talking about four
2    years ago or today.
3         BY MS. CERILLI:
4         Q.  So we can talk about at the time of
5    this document, why do you think it is that
6    OfficeMax, Office Depot and Staples were so well
7    represented in serving as office supplies
8    providers to the Fortune 500?
9         A.  I don't know how they got there, but I
10   know we focused on customers of all sizes, you
11   know, pretty evenly back then.
12        And like I said before, it was a
13   completely different market and a different
14   world.  It was before BOSS and it was trying to
15   come out of the doldrums of the 2007-'8 economic
16   crisis.  And we -- you know, we had a long
17   history of just focusing on customers of all
18   sizes, and I think because we focused on
19   customers of -- we focused on customers and had
20   a team out there, we -- we ended up with a nice
21   portfolio of customers.
22        Q.  And what attributes do you think made
23   Staples well-suited to providing office supplies
24   to Fortune 500 companies?
25        A.  You have to go back even further, then,

174

1    right, than 2011, you know, back to 2001 and,
2    you know, the advent of the internet and, you
3    know, stressing the internet and getting
4    customers to use the eProcurement systems,
5    electronic invoicing.  In all of those things
6    we've built a business, you know, a strong
7    business across all portfolios of customers.  I
8    guess the unfortunate thing is, is all that hard
9    work we did back then has all been, you know,
10   evaporated today because everybody can do all
11   those things.
12        Q.  Do -- would you say that Fortune 500
13   companies are fairly demanding in their -- their
14   needs from an office supply provider?
15        A.  I don't think they're any more
16   demanding than other commercial customers and
17   enterprise customers, healthcare customers, and
18   state and local government customers.
19   They're -- that's why we reorganized the
20   business in the commercial and enterprise and
21   have the unified sales team.
22        I mean, we specifically said they don't
23   make a difference, let's reorganize the team
24   because there's -- there's not a difference.
25   There's a difference between customer variation

175

1    and what they're looking for and what's
2    important to them, but as a segment, there is
3    not a difference.
4         Q.  But Staples still does draw a
5    distinction between mid market and commercial
6    and enterprise, correct?
7         A.  Yes, we do.
8         Q.  And I recognize that you are now
9    interested in selling BOSS categories to the
10   Fortune 500, but you still are, nevertheless,
11   still successful in selling office supplies to
12   the Fortune 500, correct?
13        A.  I think we're -- we're -- we sell
14   office supplies for the Fortune 500 and so do a
15   lot of other people.  Amazon is selling office
16   supplies to them, W.B. Mason.  You know,
17   success is kind of a -- you know, we haven't had
18   a lot of success with large companies, with W.B.
19   Mason recently.  They've taken a lot of
20   customers.
21        And kind of that term that we used
22   earlier today, irrational, it's hard for us to
23   explain their success.
24        Q.  So how do you go about -- how does
25   Staples Advantage go about winning or retaining

176

1    business for enterprise and commercial
2    customers?
3         A.  Winning is just a small part of, you
4    know, the team.  Retaining is, you know, about
5    doing a good job for the customer, right?  When
6    they order a product, getting it there when you
7    say -- when they expect it to be there.  And
8    having, you know, good sharp prices.  And
9    managing those prices, not just the day that you
10   write the contract, but every day as we face
11   competition, you know, every day to lower our
12   prices, the contracts sort of just -- I think I
13   mentioned it before -- it's sort of just like a
14   hunting license.  And there's this constant
15   pressure to manage and lower prices.
16        And -- and so we're -- that's a big
17   part of it.
18        Q.  Do enterprise and commercial customers
19   issue RFPs?
20        A.  They often do on -- yeah.
21        Q.  And if a potential customer does not
22   issue an RFP, how does Staples Advantage go
23   about soliciting their business?
24        A.  You know, there's -- there's the
25   constant barrage of just calling them, mailing

44 (Pages 173 to 176)

PX02011-045

177

1   them, e-mailing them, sending them, you know,
2   offers, you know, just kind of wild offers in
3   the -- just, you know, just saying, "come in to
4   see us. We'd like to come in and see you and
5   talk about the opportunities. We think we can
6   do a great job for you."
7       And I think we talked about it earlier,
8   right? So we had this Office Depot/OfficeMax
9   merger months ago and we talked about the
10  opportunity. We were trying to rally our sales
11  team because we expect and hope that they have
12  disruption as they try to put those two
13  companies together. So we try to rally our team
14  together so if that disruption occurs, they're
15  out there talking to the customers.
16      So we're calling every customer. We're
17  saying, "do you know Office Depot and OfficeMax
18  is merging? You're going to probably have to
19  change systems and drivers and all this." And
20  we're trying to focus our team on if that
21  happens, that we're there to kind of take
22  advantage of that moment of vulnerability.
23      And, frankly, that's what we're worried
24  about with this acquisition, right, because
25  we're going to go through that entire moment of

178

1   vulnerability of trying to integrate two
2   companies and that all those other competitors
3   up there, the merging, Amazon, you know, the
4   manufacturers of W.B. Mason, the Independent --
5   this new thing with Independent Stationers and
6   TriMega merging together and announcing -- it
7   just -- I think it was yesterday or the day
8   before, you know, concerns me greatly because
9   that, to me is -- you know, they're looking to
10  how can we combine and get our members in a
11  better position to take -- to potentially
12  exploit that opportunity, or at least cause that
13  vibe in the air that, you know, maybe Staples
14  and Depot will stumble in this acquisition and
15  how can we position all of our members to
16  advantage of that.
17     Q. You can set that aside document aside.
18  I don't have any more questions about that.
19     Does Staples Advantage participate in
20  RFPs for enterprise and commercial accounts?
21     A. We participate in all RFPs that are
22  part of our prospecting.
23     Q. And what is the process that Staples
24  Advantage goes about responding to an RFP?
25     A. We receive a -- usually an RFP document

179

1   after we've had some conversation with a
2   customer. Different customers have completely
3   different processes. Others -- you know, if
4   you're a state or municipality or -- you
5   probably have a whole bidders' conference and
6   you ask questions about it and it's a very
7   formal process.
8      And others, it's a very -- you know,
9   it's -- it can range from a 100-page document to
10  a two-page document. And it doesn't matter what
11  size of customer it is. It's fairly random.
12     We get that document. It's sent to --
13  it usually contains a portion that needs to be
14  priced out and a portion that needs to be
15  responded to in writing. That document is split
16  in half, and half is sent to the pricing team
17  and half is sent to the RFP team.
18     The sales rep and some team -- I don't
19  know exactly how it works -- has a couple
20  conference calls to clarify what the customer's
21  looking for or, you know, go back and talk to
22  the customers, because members of those teams
23  rarely ever talk to customers directly.
24  They're, you know, support organizations. That
25  document gets finalized. The pricing gets

180

1   finalized. It's wrapped into a package. And
2   quite often it's sent directly to the customer
3   or it's sent to, you know, a sales rep then who
4   delivers it to the customer.
5     Q. And do you supervise the pricing team?
6     A. No.
7     Q. Do you supervise the RFP team?
8     A. No.
9     Q. And what is your role to responding to
10  RFPs?
11     A. My role?
12     Q. Yeah.
13  [redacted]
21     Q. And who within Staples management
22  ultimately decides on the terms of what Staples
23  is willing to offer the customer?
24     A. It varies deal by deal.

45 (Pages 177 to 180)

PX02011-046

**Heisroth**

**Office Depot and Staples**                                         **8/12/2015**

181

```
 1
 2                            . And there is
 3   another framework set, sort of like a
 4   double-check, and then it goes to the customer.
 5   But it never ends there, right, it just never
 6   ends there.
 7          Then there's always months of
 8   back-and-forth.  The customer is saying this.
 9   We don't believe them.  Are they just bluffing?
10   Are they just making stuff up?  You know.  They
11   do everything in those negotiations to kind of
12   build their position up to get the best deal
13   that they can for their company.
14
```

46 (Pages 181 to 184)

PX02011-047



185

1

187

1
2    for their team.

16   Q.   Are there any other databases that
17   the -- Staples Advantage's sales force uses to
18   track business opportunities for commercial and
19   enterprise accounts?
20       A.   I don't believe so.  I mean, you know,
21   all the opportunities for kind of the BOSS
22   categories, some of them are tracked manually
23   and, you know, on spreadsheets and things like
24   that.  I couldn't say exactly what, you know,
25   every management out in the field is tracking

4        (EXHIBIT NO. PX04037 WAS PRE-MARKED FOR
5    IDENTIFICATION.)
6        BY MS. CERILLI:
7        Q.   Okay.  I'd like to show you an -- one
8    document and talk about some of the reporting.
9        I'm handing you a document PX-numbered
10   PX04037.  It's an e-mail with a spreadsheet
11   attachment.  The e-mail's from Laurie Schumann
12   to a variety of Staples personnel.  And you are
13   cc'd on the e-mail and the e-mail is dated April
14   19, 2015.  And the subject is "commercial
15   monthly reporting."
16       And it is a detailed spreadsheet and we
17   don't have to get into the specifics.  But do
18   you recognize this as a -- sort of a regular
19   reporting that you receive concerning business
20   opportunities?
21       A.   I mean, I received it, but I don't
22   recall it.
23       BY MS. CERILLI:
24       Q.   Do you know who Laurie Schumann is who
25   sent the e-mail?

47 (Pages 185 to 188)

PX02011-048



189

1    A.  She is director of pricing, one of the
2  directors of pricing.
3    **Q.  Okay.  And what would you describe this**
4  **document as?**
5

11    **Q.  If we wanted to learn more about this**
12  **reporting, who would we -- would it be best for**
13  **us to speak to?**
14    A.  Somebody on the pricing team.
15    **Q.  Okay.  You can set that aside.**
16    **When Staples Advantage lost a business**
17  **opportunity for the sale of office products to**
18  **commercial and enterprise customers in the last**
19  **two years, did it most often lose to**
20  **Office Depot?**
21    A.  We probably lost more business -- we
22  probably lost more toner business to the OBMs
23  than any other piece of business in that
24  segment.  So you'd have to say it would be HP
25  and Xerox and, you know, then Lexmark and Ricoh.

191

1    And then my gut feeling is and what the
2  sales team is complaining about is W.B. Mason.
3  And, you know, just we -- you know, trying to
4  develop a -- you know, use a word we used
5  earlier, an attack strategy for W.B. Mason.
6    **Q.  Thinking about RFPs for office supplies**
7  **over the last two years, has -- when Staples has**
8  **lost an RFP for a Fortune 100 company, has it**
9  **most often lost to Office Depot?**
10    A.  I don't know.  It's a mix of, you know,
11  W.B. Mason and diversity suppliers and, you
12  know, the independents that work with -- it's a
13  mix of people.
14    **Q.  Has Staples ever lost an RFP for a**
15  **Fortune 100 company to W.B. Mason?**
16
18    **Q.  Are those Fortune 100 companies?**
19    A.  I -- I don't know who is on the
20  Fortune 100.
23    **Q.  Shifting gears for a second, how is**
24  **pricing for enterprise and commercial accounts**
25  **typically structured?**

192

1    A.  How the customer requests it.
2    **Q.  So thinking about contracts for**
3  **enterprise and commercial accounts, is -- can**
4  **you kind of give me an overview of how pricing**
5  **might be structured?  Is it fixed pricing or**
6  **core items or material?**
7    A.  There's a whole variety of mixes of the
8  way it's done.  It depends on whether
9  consultants are involved.  They have -- every
10  consultant has its own variation of how they
11  want pricing back.  Different customers want it
12  different ways.
18    **Q.  And do your enterprise and commercial**
19  **customers -- let me strike that.**
20    **Do Staples Advantage enterprise and**
21  **commercial customers generally have contracts**
22  **with Staples?**
23    A.  A lot of them have contracts, yes.
24    **Q.  Would you say most of them have**
25  **contracts?**

48 (Pages 189 to 192)



193

1    A.  A lot of them, yeah.  Yeah, the
2  majority of them.
3    **Q.  Does Staples Advantage -- Advantage**
4  **view Office Depot as a competitive threat for**
5  **the sale of office products to commercial and**
6  **enterprise accounts?**
7    A.  They're soliciting and prospecting our
8  customers, yes.
9    **Q.  Okay.  And has a presence of**
10  **Office Depot and an RFP or in a bid negotiation**
11  **ever led Staples Advantage to lower its price to**
12  **the customer?**
13    A.  Not because they were Office Depot.
14    **Q.  But there have --**
15    A.  Because -- because that's not the
16  conversation with the customer.  The
17  conversation with the customer is, you know,
18  whoever is -- you know, whoever is on the other
19  side and Staples, the customer is in the middle
20  with a negotiator who is trying to extract the
21  best deal, and they are telling us things about
22  our deal that, you know, improves the deal for
23  them.
24    **Q.  And have there been instances in which**
25  **they're attempting to improve the deal for**

194

1  **themselves by referencing Office Depot?**
2    A.  Well, specifically when they're maybe
3  the incumbent.
4    **Q.  So there, in fact, have been instances**
5  **where Staples Advantage has lowered its price?**
6    A.  We lower our price with every
7  competitor.  I mean, we're lowering 4,000 prices
8  a week with Amazon.  We're lowering our prices
9  with W.B. Mason, with independents out there
10  that were -- that are banging on our accounts.
11  We're -- we're -- we're competing in a market
12  place where price is important to customers.
13  And by no means whatsoever is that price
14  competition wrapped around Office Depot.
15    (EXHIBIT NO. PX04031 WAS PRE-MARKED FOR
16  IDENTIFICATION.)
17    BY MS. CERILLI:
18    **Q.  So I'm handing you a document that's**
19  **been PX'd PX04031, Bates numbered SPLS_0509158.**
20  **E-mail from Tom Heisroth to Tim Doyle dated**
21  **October 22, 2013.**
22  ▇▇▇▇▇▇▇▇▇▇▇ **If you want to look this over.**
23    A.  Okay.
24    **Q.  What is this document?**
25    A.  This is a document where my sales

195

1  manager is talking to the customer and the
2  customer is telling him a story, which turned
3  out really, at least in our opinion, wasn't
4  true.
5    **Q.  Is this Tim Doyle?**
6    A.  Tim is a regional sales director.
7  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14    **Q.  Okay.  And the top of the e-mail which**
15  **is from you to Tim Doyle says "Ugh -- but throw**
16  **the hail Mary."**
17    **What does that mean?**
18    A.  Just means that the customer is lost.
19  Just throw one more deal at them.  The customer
20  is lost.  Why not take a shot?
21  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
25    **Do you have an understanding of what it**

196

1  **means to be --**
2    A.  We were losing money on this customer.
3  And the customer is telling us that -- he's
4  telling my sales team that somebody is almost 10
5  percent cheaper saving money on the
6  customer.  And so we're like, this is
7  absolute -- this is just an absolute negotiating
8  ploy, fabrication.  We don't know what it is.
9  That's why we said if we're going to lose it and
10  they're going to tell us a story like this, then
11  throw a Hail Mary at them, make -- but even --
12  in this case, even our response was not adequate
13  to retain the business and we lost the customer.
14    **Q.  And this other competitor you were**
15  **going up against in this instance OfficeMax?**
16  **And I'll draw your attention to the last few --**
17    A.  Well, this was the last minute, right?
18  This is -- we've already lost it.  They've
19  called us up saying "we're giving the business
20  to OfficeMax."  So I'm not sure if I -- they may
21  have been the incumbent at that point.
22  Everything but the formality that the business
23  has not transitioned to OfficeMax.
24    **Q.  But is it fair to --**
25    A.  We still do a lot of business with

49 (Pages 193 to 196)

Heisroth

**Office Depot and Staples**                                                                 8/12/2015

197

1  them, though.  Because like I said earlier, with
2  these contracts, they are hunting licenses. ███
   ██████████████████████████████████████████
   ██████████████████████████████████████████
   ██████████████████████████████████████████
   ███████████████████████  We -- you know,
7  that they needed us for furniture.  But we
8  retain -- it's a better deal for us now today
9  than when we had the account.
10     Q.  But is it fair to say what's happening
11  here is Staples Advantage submitted a better
12  offer than even its best and final offer in
13  order to try to close the gap with OfficeMax?
14     A.  We do that with every competitor.
15     Q.  But in this particular instance, it was
16  to close the gap with OfficeMax, correct?
17     A.  Well, OfficeMax had been awarded the
18  business, so yes.
19     Q.  Have you ever provided price
20  concessions to a customer in order to avoid an
21  RFP because the customer had benchmarked your
22  pricing against Office Depot?
23     A.  We -- every customer that is -- not
24  every customer, but a lot of customers that are
25  getting towards the end of their contract,

198

1  were -- we were going to try to extend that
2  contract.  It doesn't matter who the competitor
3  is.  As long as it's a good contract, that makes
4  sense for us.
5     Q.  But in those contexts when customers
6  are looking to -- well, let me strike that.
7        Do customers sometimes try to negotiate
8  with you without issuing an RFP?
9     A.  Well, that's what a renewal -- that's
10  what a renewal is, is it's -- your -- at the
11  end -- you know, you're towards the end of a
12  formal contract, right?  And you want to retain
13  that hunting license, so you're trying to extend
14  it.  At the same time, they're trying --
15  they're -- they're trying to manage you or
16  trying to negotiate the best deal for themselves
17  on that extension.
18     Q.  And what strategy do customers use in
19  attempting to negotiate with you for the
20  renewal?
21     A.  Oh, I need a 5 percent reduction or I'm
22  going to have to go out to bid.  My boss is
23  going to tell me, "no, you have to go out to bid
24  because you didn't reduce your prices by 5
25  percent."  Or "we got a consultant in here and

199

1  they're working on these projects.  And if we
2  don't do something, we're going to bring the
3  consultant on this project."
4        You know, there's just a whole litany
5  of things that customers say in those
6  situations.
7     Q.  And do customers -- do you ever find
8  customers who say that they've benchmarked your
9  prices against Office Depot?
10     A.  They say that against a lot of
11  competitors.  They say they benchmark our prices
12  against Amazon.
13     Q.  Have you ever offered more up-front
14  money to win a customer in response to a
15  competition from Office Depot?
16     A.  It's not about Office Depot.  It's just
17  about a competitive situation.
18     Q.  But have there been instances in which
19  you've offered more --
20     A.  Well, we compete against Office Depot,
21  so it would have to be, you know, just like any
22  other competitor.
23        MS. CERILLI:  We can take a break here
24  Jeff, okay?
25        (Recess.)

200

1        BY MS. CERILLI:
2     Q.  Are you familiar with the term Tier One
3  vendor?
4     A.  Yeah.  It's a term that's bandied
5  around.  It doesn't really have, a -- you know,
6  a meaning.
7     Q.  Well, what is a Tier One vendor?
8     A.  It's usually referring to a diversity
9  supplier.
10     Q.  And what are diversity suppliers?
11     A.  They're -- they're companies that sell
12  office products, as well as some of them have
13  other things they sell, like furniture, and, you
14  know, some tech products.  They all -- all
15  the -- like any stationer, they have a mix of
16  things that they sell.
17     Q.  And what are some examples of Tier One
18  suppliers?
19     A.  Well, I don't really refer to the term
20  Tier One, so...
21     Q.  Okay.  What are some examples of
22  diversity suppliers?
23     A.  Faison, Alpha.
24     Q.  Does Staples work with any diversity
25  suppliers?

50 (Pages 197 to 200)

**Heisroth**

**Office Depot and Staples**                                              **8/12/2015**



201

1    A.  We -- we do.
2    Q.  Which ones do -- does Staples Advantage
3  work with?
4    A.  Faison, Alpha, Guy Brown, and there's a
5  few others.
6    Q.  And are any of those relationships
7  exclusive?
8    A.  Almost all of them have other parts of
9  their business that they're working with; United
10 Stationers, or S.P. Richards, or some other
11 manufacturer of furniture or something like that
12 that they're selling to different customers.
13   Q.  And does Staples Advantage partner with
14 Tier One suppliers to serve certain commercial
15 and enterprise accounts?
16   A.  We have relationships with -- with
17 diversity customers.
18

203

1

8

17   Q.  And how does the diversity supplier
18 make money on the -- the piece of business?
19   A.  They have a markup on the product.
20   Q.  If Staples is working with a diversity
21 supplier in responding to a bid, would Staples
22 ever bid independently for that same RFP?
23   A.  Yes.
24

19     (EXHIBIT NO. PX04048 WAS PRE-MARKED FOR
20 IDENTIFICATION.)
21     BY MS. CERILLI:
22   Q.  I'd like to show you one document
23 related to diversity suppliers.  It is a
24 document that is Bates numbered PX04048, Bates
25 number SPLS_0541354, e-mail from Judy Smith to

51 (Pages 201 to 204)

**Heisroth**

**Office Depot and Staples**                                              **8/12/2015**

---

205

1    **Lesa Rivers and Tom Heisroth dated September**
2    **18th, 2014. And I actually have a specific**
3    **question just on the -- on the second page of**
4    **the e-mail.**
5        A. Let me just read through it. Okay.
6        **Q. So what is this document?**
7        A. It's -- we're in the -- we're trying to
8    renew the Faison agreement. They're threatening
9    to leave and take the business to S.P. Richards
10   and United Stationers. And we're trying to --
11   it's not very profitable business. We're trying
12   to negotiate terms that are -- you know, that
13   make sense for Staples.
14



21       **Q. Okay. Thank you. You can set that**
22   **aside.**
23       **You mentioned Independent Stationers**
24   **before. What is Independent Stationers?**
25       A. To my knowledge, it's a collection of

---

207

1    companies that are banding together to serve,
2    you know, to buy better, collectively buy. And
3    Independent Stationers includes, you know, this
4    new agreement with TriMega, which is really a
5    buying, you know, entity. Independent
6    Stationers works with customers to do audio
7    location (phonetic) customers and enhance their
8    ability to complete.
9        **Q. So do you have an understanding of why**
10   **Independent Stationers was formed?**
11       A. No.
12       **Q. Is Independent Stationers made up of**
13   **independent office supply dealers?**
14       A. Well, I call them office products
15   dealers because they sell more than just
16   supplies. They sell -- you know, different ones
17   sell a wide variety of stuff. You know, some of
18   them have big print businesses. Some of them
19   have big furniture businesses. There is just --
20   you know -- and I'm not in Independent
21   Stationers, so I don't know exactly who the
22   members -- you know, I don't know any of the
23   details around it.
24       **Q. Why would an office products**
25   **distributor need to join a consortium like**

---

208

1    **Independent Stationers to bid for customers in**
2    **multiple locations?**
3        A. In my opinion, I'm not sure they need
4    to. They could just simply team up with
5    office -- excuse me, United Stationers,
6    Essendant or S.P. Richards. But they must
7    perceive some advantage to being in Independent
8    Stationers.
9        **Q. Do you have an understanding of why**
10   **that might be?**
11       A. No.
12       **Q. Okay. Have you ever encountered**
13   **Independent Stationers in responding to an RFP**
14   **for office supplies for a Fortune 100 company?**
15       A. I -- I don't know who the competitors
16   are. When these customers put the -- when they
17   go out to RFP, they -- they really don't
18   disclose who the bidders are. The only time you
19   ever really see who's actually is you know,
20   participating is, you know, maybe something like
21   a state contract. Then you get that list and
22   there's like 12 or 14 people bidding on the
23   account. But the customers rarely, rarely,
24   rarely ever disclose who is participating on --
25   on these bids.

---

52 (Pages 205 to 208)

PX02011-053

209

```
1
4       A.  Well, the customer told us they gave
5   the business to OfficeMax in that situation.
6       Q.  So sitting here today, you can't think
7   of an instance in which you have -- you've known
8   that you've been bidding against Independent
9   Stationers for a Fortune 100 company?
10      A.  Right.  I don't know the particulars of
11  bids.
12      Q.  And what is TriMega?
13      A.  TriMega is another one of those groups.
14  I don't know exactly what they do other than --
15  I don't know exactly what they do.  All I know
16  is it looks like they're coming together to
17  try -- to try to come compete with me to -- to
18  become a better competitor.
19      Q.  Are you aware of Independent Stationers
20  serving as an office supply vendor for any of
21  the Fortune 100?
22      A.  What do you mean by "surveying"?
23      Q.  Serving as the office-wide distributor.
24      A.  Oh, serving.  I'm sure they have
25  business with, you know, a lot of large
```

210

```
1   customers.  I don't know which ones.  It's like
2   all these customers, right?  They all buy off a
3   bunch of people.
4       Q.  To your knowledge, have you ever lost
5   an RFP for a commercial and enterprise customer
6   to TriMega?
7       A.  I don't recall -- I don't --
8       Q.  You don't recall any?
9           MR. PERRY:  I'm sorry.  Can I just ask?
10  Again, are you just asking him individually
11  because I think he said he doesn't directly
12  participate in RFPs.  So I just want to know if
13  you're asking of him or Staples.
14          BY MS. CERILLI:
15      Q.  Are you aware of Staples Advantage ever
16  losing an RFP --
17      A.  I just don't go into that level of
18  detail unless it's -- you know, I just don't
19  know every deal that's won or lost and who's
20  participating on it.  And -- and it's possible
21  that they don't portray it as Independent
22  Stationers, that one of the members is using
23  their name.  So I -- I don't know.
24      Q.  What is AOPD?
25      A.  They're another one of the associations
```

211

```
1   or consortiums of -- of dealers that are out
2   there.
3       Q.  Okay.  Do you know how much business
4   they do among commercial and enterprise
5   customers?
6       A.  I have no idea.
7       Q.  Do you know how big their sales force
8   is for commercial and enterprise customers?
9       A.  No.
10      Q.  Have you ever encountered -- to your
11  knowledge, has Staples Advantage ever
12  encountered AOPD in responding to an RFP for
13  commercial and enterprise customers?
14      A.  I've heard AO -- it's very cloudy
15  because they were a significant -- they had high
16  visibility presence in the '90s and were...
17      Q.  Are you familiar with a company called
18  Capital Office Products?
19      A.  Just the name.
20      Q.  Can you tell me anything about how much
21  business they do among commercial and enterprise
22  customers?
23      A.  No.
24      Q.  Have you ever heard of a company called
25  Admiral Express?
```

212

```
1       A.  I have.
2       Q.  Can you tell me about what business
3   they do with commercial and enterprise
4   customers?
5       A.  I know -- I know they have commercial
6   and enterprise customers.  I can't recall which
7   ones.
8       Q.  Would you say that Staples and
9   Office Depot have any advantages over smaller
10  office supply dealers?
11      A.  They partner with United Stationers and
12  S.P. Richards.  They've shown they're -- they're
13  capable of competing with us head to head and
14  winning business.  W.B. Mason is -- you know,
15  just recently is just taking business from us,
16  you know, all the time.
17          And they're competing with us on all of
18  our customers.  They're selling stuff and
19  they're prospecting at the regional level or the
20  product level.  And they're -- they're getting
21  sales from our customers.
22      Q.  Are you familiar with Amazon Business?
23      A.  Yes.
24      Q.  What is your understanding of how
25  Amazon Business currently operates for business
```

53 (Pages 209 to 212)

Heisroth

**Office Depot and Staples**                                    8/12/2015

213

1      customers?
2          A.   It's so -- it's evolving so quickly.  I
3      mean, all I see is the literature.  It seems
4      like they're evolving into a direct competitor
5      of ours for all sizes of business.  They're
6      already a big competitor of, you know, kind of
7      the product, the category and the location
8      level, picking off our business.
9          But they -- they seem to be saying that
10     they're going to move into the eProcurement
11     space.  They say specifically they're going to
12     integrate with Oracle, all.  EProcurement
13     systems can't be far behind.  They're out there
14     hiring the sales force.  They've had ads in
15     publications saying they're hiring RFP people.
16     So it sounds like they are going to be fairly
17     quickly competing on RFPs.  They say their
18     systems are going to have workflow and that
19     they're going to have reporting.  And they sound
20     like they're building everything to compete with
21     us at every customer.
22         Q.   Do you think that there are any
23     attributes that distinguish Staples Advantage
24     from Amazon Business?
25         A.   Today we have -- we just have a longer

214

1      history of being in the office products market,
2      selling paper, toner, supplies, you know,
3      furniture and tech products and printed forms
4      and -- and a whole host of stuff just for a
5      longer period of time.  But that hasn't seemed
6      to stop Amazon and a lot of other businesses
7      like, you know, the book business and the shoe
8      business, and -- you know, just many other
9      businesses where they've, you know, become one
10     of the largest businesses in the U.S. by taking
11     business from companies like Staples.
12         Q.   And do you know how many sales
13     associates, if any, Amazon Business currently
14     has?
15         A.   I don't know.  I just see the -- the
16     ads in the -- I see the help wanted ads even on
17     their own website trying to hire salespeople.  I
18     had them trying to recruit salespeople from me
19     from our organization.  That's the evident --
20     that's -- that's what I see.
21         Q.   Does Amazon Business offer
22     company-specific or negotiated pricing?
23         A.   I don't know right now.  I expect to
24     see it fairly prevalent soon.  And you know
25     what?  I don't think they had to do it.  You

215

1      know, you think about it in the book business,
2      they didn't have to do that.  They have a lot of
3      commercial book accounts.  I'm not sure they
4      ever gave special pricing.  They just gave great
5      pricing.  They just lowered pricing and got the
6      business.  If you have a lower price on the vast
7      majority of the items and you have all of the --
8      you have the capabilities that the customers are
9      looking for.
10         And sometimes the customers just
11     overlook capabilities that they said they
12     required to get a -- to get a better price.
13     They say oh, yeah, you know what?  We don't need
14     that capability anymore because all of a sudden
15     we have a better price.
16         Q.   Does Amazon Business offer next day
17     delivery?
18         A.   They say they do in some -- they offer
19     same-day delivery in some markets.
20         Q.   Does Amazon Business offer desktop
21     delivery?
22         A.   I don't know.  They could easily do it
23     with couriers.  We -- you know, in markets --
24     big markets like New York and Chicago, we don't
25     have our own trucks.  A courier picks it up from

216

1      our fulfillment center or somebody line-hauls it
2      to a courier and the courier makes that
3      final-mile delivery.
6          Q.   Has Staples Advantage ever encountered
7      Amazon Business in an RFP for an enterprise or
8      commercial customer?
9          A.   I don't know.  I hear that Amazon is
10     into our customers talking to them about their
11     capabilities.  I don't know any other details
12     beyond that.
13         Q.   Has Staples Advantage ever had an
14     enterprise or commercial customer switch all of
15     its purchases to Amazon Business?
16         A.   A lot of purchases.  I think Amazon is
17     selling to every one of our customers; some of
18     them in the millions of dollars.
19         Q.   Which customers?
20         A.   I -- I know of -- just me personally.
25         Q.   And any other examples you can think

54 (Pages 213 to 216)

217

1  of?
2      A.  Not off the top of my head.  I know
3  there's -- I hear about others.
4      Q.  Are you aware of any efforts by Staples
5  to lower its costs?
6      A.  Pardon me?
7      Q.  Lower its costs?
8      A.  What do you mean?  I didn't hear the
9  question.  Can you repeat it?  I'm sorry.
10     Q.  Sorry.  We're shifting gears from
11  Amazon.
12     A.  Okay.
13     Q.  I'm off of Amazon.  I'm curious, are
14  you aware of any efforts by Staples to lower its
15  cost, lower its operating cost?
16     A.  I think we're always trying to lower
17  our -- you know, our operating cost.  That's
18  just -- that's just a part of every day
19  business.
20     Q.  And what about Staples Advantage in
21  particular?  Can you describe any efforts that
22  you've made in the last couple of years to lower
23  costs?
24     A.  Well, we've -- we've been trying to
25  lower cost of serving customers so we can

218

1  reinvest in our BOSS categories and really grow
2  those categories.  And we've been trying to, you
3  know, reduce our costs to invest more in price
4  because of the competitive nature of, really,
5  Amazon and companies like that.
6      Q.  And can you think of any plans for the
7  next few years of efforts you might take -- I
8  want to say efforts Staples Advantage might take
9  to lower its costs?
10     A.  You know, there's -- you know, there's
11  always several cost-savings initiatives going
12  on.  There's just always cost-savings
13  initiatives.
17     Q.  Shifting gears again, when did you
18  first learn about the possibility of Staples
19  acquiring Office Depot?
20     A.  It was a few days before they were
21  going to announce the acquisition.
22     Q.  What was your initial reaction?
23     A.  This is going to be a lot of work.
24     Q.  How do you mean?
25     A.  You know, well, we -- you know, we were

219

1  involved in the acquisition of Corporate Express
2  and it was a lot of work.  You went through, you
3  had to -- you know, the first -- you know, the
4  thing that I did those first few days before the
5  acquisition is try to write -- you know, come up
6  with a communication plan for customers and for
7  the sales team and kind of get out of the gate
8  with that.
9      That was a pain in the neck because I
10  think that weekend might have been Superbowl
11  weekend and I, you know, had to get to the
12  Superbowl party late.  And -- and then, you
13  know, all the subsequent hard work that comes
14  after that, sorting out -- for me, sorting out
15  the teams and, you know, all that stuff.
16     Q.  And you mentioned you just heard about
17  the deal a few days before announcement.  So did
18  you have any role in negotiating --
19     A.  Absolutely --
20     Q.  -- the deal?
21     A.  -- no.
22     Q.  How did you first hear about the deal?
23     A.  Neil Ringel phoned me and swore me to
24  secrecy and said I couldn't trade stock and, you
25  know, all that kind of stuff.  All those rules

220

1  of governance were read off to me.  And then I
2  was told that there's an impending acquisition
3  of Office Depot/Max.
4      Q.  And did he tell you what the purpose of
5  the transaction was?
6      A.  I'm not sure right then and there.
7  It's become, you know, really clear that we want
8  to -- we want to utilize the synergies from the
9  deal to invest in pricing.
10     Q.  Do you think there are any downsides to
11  the deal?
12     A.  It's a lot of hard work, a lot of hard
13  work.  I think there's a risk that -- there's a
14  risk that it's -- it's going to be hard and
15  it's -- that -- that vulnerability I talk about
16  that we're trying to push in the OfficeMax and
17  Office Depot deal.  And, you know, it creates
18  doubt in a customer's mind that they have to go
19  through change.  And I think that all of our
20  competitors are going to take advantage of that
21  and come at us with renewed effort and -- and
22  very vigorously.
23     Q.  Have you spoken to any customers about
24  the deal?
25     MR. PERRY:  I'm just going to

55 (Pages 217 to 220)

PX02011-056

221

```
1    interject. I'll object on the grounds of
2    privilege only to the extent the question calls
3    for information about communications or advice
4    from counsel. But putting that aside, you can
5    answer that question.
6         THE WITNESS: Yeah. I talked to
7    customers.
8         BY MS. CERILLI:
9         Q.  Have any customers you've spoken to
10   expressed any concerns about the potential
11   impact of the deal?
12        A.  I think most customers have been pretty
13   favorable and actually kind of, you know,
14   excited that the deal's been going through. But
15   there's been -- you know, there's been questions
16   about it. I wouldn't say, you know, deep
17   concerns.
18        Q.  What sort of questions did the
19   customers have?
20        A.  You know, what's it mean to them? How
21   is it going to change for you? They ask --
22   they -- they ask, really, questions that you
23   just can't even answer, like what's the new
24   organization going to look like and -- you know,
25   or they just ask things that are just so
```

222

```
1    speculative that you just don't even have any,
2    like, idea of what's going to happen or how to
3    answer it.
4         Q.  Do you have any understanding what your
5    role in the combined company will be?
6         A.  I hope it's similar to my current role.
7         Q.  But you haven't been told yet what
8    position you'll have in the combined firm?
9         A.  Not in any formal way.
10        Q.  Have you been involved in the planning
11   for how to integrate the companies?
12        A.  Nothing more than -- I mean, I've
13   offered my opinion to Neil about, you know, I
14   think we have -- I like how the business is
15   structured today. ████████████████████
     ████████████████████████████████████
     ████████████████████████████████████
18                      You know, other than
19   that, no involvement at all.
20        Q.  Not that you know, do you know if
21   integration planning has been done to date?
22        A.  I -- I don't know.
23        Q.  So are you personally not involved in
24   any integration planning at this point?
25        A.  No. I know there's a -- just an
```

223

```
1    announcement, I think, went out yesterday that
2    there's an integration team. And, you know,
3    except for maybe one member on it, that was the
4    first I heard that. I never saw a list of
5    names.
6         Q.  Have you ever had any role in assessing
7    the potential for synergies or efficiencies from
8    the transaction?
9         A.  None.
10        Q.  Do you know if Staples is working on
11   developing any assessments of potential
12   efficiencies?
13        A.  I -- I don't.
14        Q.  What is your understanding of whether
15   the deal will provide efficiencies for Staples?
16        A.  I think based on my past experience
17   with Corporate Express and, you know, that deal
18   provided a lot of efficiencies and we were able
19   to invest a lot of that. And price, and
20   formulating, you know, our team telling and our
21   BOSS category strategy. It's helped us, you
22   know, -- you know, keep our prices low and try
23   to stave off that -- that constant pounding by
24   Amazon.
25        So I think that Ron stated publicly --
```

224

```
1    Ron Sargent, our CEO, stated publicly that there
2    is $1,000,000,000 in synergies. And I -- you
3    know, I'm confident that if he said that, that,
4    you know, they've -- they've thought through
5    that and have a path for that.
6         And he's also said, you know, that
7    we're going to invest that back in price. And
8    I'm really excited about that because that's
9    just, you know, where we get pounded by all of
10   our competitors every day. And I mentioned
11   specifically Amazon, but, you know, recently
12   it's been W.B. Mason. And you know, then -- and
13   then investing in -- and I think we'll invest
14   that in all customers, right?
15        Q.  Do you believe there are ways for
16   Staples to achieve cost savings other than
17   through acquiring Office Depot?
18        A.  Not $1,000,000,000, you know. I mean,
19   that's a difficult question to answer. And just
20   to clarify, we always have cost savings
21   initiatives, right? ██████████████████
     ████████████████████████████████████
     ████████████████████████  So we're pecking
24   away at it. But to get -- to get big synergies,
25   this is a big opportunity. From what I've read
```

56 (Pages 221 to 224)

225

1   no one specifically -- this is my opinion -- no
2   one's -- I'm hopeful that that's -- I expect
3   that to happen.
4       Q.  And you mentioned going through the
5   Corporate Express transaction.  Do you know if
6   Staples had any efficiencies targets for that
7   transaction?
8       A.  I don't recall.  I mean, I just recall
9   listening to the quarterly earnings review and
10  then -- and the CFO and the CEO stating publicly
11  that we achieved this synergy amount.  And I've
12  invested -- you know, that's -- that's my only
13  participation in it.
14      MS. CERILLI:  Okay.  So we're just
15  about wrapped up, but if maybe we could just
16  take five minutes so I can quickly look over my
17  notes to see if there's anything else.
18      (Recess.)
19      BY MS. CERILLI:
20      Q.  Have you heard of Sun Office Solutions?
21      A.  Yes.
22      Q.  Are you familiar with Staples'
23  acquisition of Sun?
24      A.  I'm -- yeah.  I'm a little familiar
25  with it.

226

1       Q.  Okay.  Can you describe for me what
2   Sun Office Solutions' operations are like?
3       A.  Today?
4       Q.  Today.
5       A.  So their customers are integrated onto
6   Staples' systems, and their sales team is folded
7   up into our organization and is managing that
8   group of customers.
9       Q.  And how did that integration go?
10      A.  There were some tough parts to it.
11  They had some -- they had some tricky, you know,
12  ERP procure-to-pay systems that they had
13  customized for those customers, a lot of large
14  customers.  And they were, you know, as a -- I
15  don't even know exactly what size they were or
16  how much we paid.  I didn't get it until we got
17  it, all right?
18      Q.  Right.
19      A.  And -- but, you know, the -- they could
20  customize and adapt their systems and their NRP
21  systems and their procure-to-pay systems as a
22  business more nimbly than Staples could.  So
23  that made it kind of tricky to do.
24      Q.  Does Staples have an acquisition team?
25      A.  We -- we do.

227

1       Q.  Okay.  So would they become, then, a
2   team who sort of assessed potential acquisition
3   targets?
4       A.  There's -- yes, there is an M&A team.
5   I don't really work with them so I don't know
6   any of the details.
7       Q.  And do you have a sense of how they
8   went about assessing Sun Office as an attractive
9   acquisition to --
10      A.  No, I don't.
11      MS. CERILLI:  Okay.  That's all the
12  questions we have today.  Thanks very much for
13  your time.
14      MR. PERRY:  Krisha, can I -- it'll take
15  just a minute, I promise.  But on the break, Tom
16  mentioned me one or two things that he was
17  concerned might be misleading in the record.  So
18  if you'd bear with me for just a minute, I want
19  to ask him just a question or two to give him a
20  chance to clarify.
21      EXAMINATION
22      BY MR. PERRY:
23      Q.  Tom, do you recall a conversation
24  earlier with FTC counsel about whether Office
25  Depot impacts or undermines whether Staples can

228

1   pass through its cost increases onto the
2   customers.  Do you recall that?
3       A.  I -- I recall the conversation.
4       Q.  So the record is clear, is Office Depot
5   the only or the primary firm that impacts
6   Staples' pricing?
7       A.  All of our competitors impact our
8   ability to pass pricing, including Amazon.
9       I'm sorry.  I said all of our -- it's
10  hard to say the exact -- all of our competitors,
11  including Amazon, impact our ability to pass
12  price increases and cost increases.
13      Q.  Do you also recall a conversation
14  earlier about the Fortune 500 spreadsheet?
15      A.  I do.
16      Q.  Do you recall being asked about
17  Staples' and Office Depot's penetration of
18  Fortune 500 customers?
19      A.  I do.
20      Q.  To your knowledge, do any Fortune 500
21  customers buy all of their office supplies from
22  one supplier?
23      A.  They don't.  They absolutely buy from
24  multiple suppliers.
25      MR. PERRY:  That's all we have.

57 (Pages 225 to 228)



229

```
 1          MS. CERILLI:  We can go off the record.
 2     (Concluded at 5:25 p.m.)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

231

```
 1               REPORTER'S CERTIFICATE
 2          I, Kathy Savich, the undersigned RPR,
 3     CLR, Certified Realtime Systems Administrator,
 4     and Notary Public in and for the District of
 5     Columbia, do hereby certify that the above-named
 6     witness, after having been first duly sworn to
 7     testify to the truth, did testify as set forth
 8     in the foregoing pages, that the testimony was
 9     reported by me in stenotype, and transcribed
10     under my personal direction and supervision, and
11     is a true and correct transcript.
12          I further certify that I am not of
13     counsel, not related to counsel or the parties
14     hereto, and not in any way interested in the
15     outcome of this matter.
16          SUBSCRIBED AND SWORN TO under my hand.
17
       My Commission Expires:  1/1/2017
18
19     _____
       Kathy Savich, RPR, CLR
20     Notary Public in and for the
       District of Columbia
21
22
23
24
25
```

230

```
 1          ACKNOWLEDGMENT OF DEPONENT
 2
 3          I, THOMAS HEISROTH, do hereby
 4     acknowledge I have read and examined the
 5     foregoing pages of testimony, and the same is a
 6     true, correct and complete transcription of the
 7     testimony given by me, and any changes and/or
 8     corrections, if any, appear in the attached
 9     errata sheet signed by me.
10
11     _____  _____
12     Date            Signature
13
14
15
16
17
18
19
20
21
22
23
24
25
```

232

```
 1               ERRATA SHEET
 2
       CASE:  ACQUISITION OF STAPLES AND OFFICE DEPOT
 3     WITNESS:  Thomas William Heisroth
       DATE:    August 12, 2015
 4     JOB NO.:  50034
 5     Page No.  Line No.      Change
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23          _____
24     Signature        Date
25
```

58 (Pages 229 to 232)

PX02011-059